# EXHIBIT 3

**AppHarvest, Inc. Loss Chart**
**Class Period: May 17, 2021 through August 10, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $6.7302 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Whitlow, John | 5/17/2021 | 80 | ($12.25) | ($980.00) | 5/17/2021 | 1,000 | $13.07 | $13,070.00 | | | | |
| | 5/17/2021 | 400 | ($12.70) | ($5,080.00) | 5/17/2021 | 800 | $13.00 | $10,400.00 | | | | |
| | 5/17/2021 | 500 | ($12.50) | ($6,250.00) | 5/19/2021 | 780 | $14.40 | $11,232.00 | | | | |
| | 5/17/2021 | 400 | ($12.50) | ($5,000.00) | 5/20/2021 | 200 | $14.80 | $2,960.00 | | | | |
| | 5/17/2021 | 300 | ($12.70) | ($3,810.00) | 5/20/2021 | 300 | $14.80 | $4,440.00 | | | | |
| | 5/17/2021 | 200 | ($12.60) | ($2,520.00) | 5/20/2021 | 200 | $14.75 | $2,950.00 | | | | |
| | 5/19/2021 | 300 | ($13.00) | ($3,900.00) | 5/20/2021 | 200 | $14.74 | $2,948.00 | | | | |
| | 5/19/2021 | 100 | ($13.00) | ($1,300.00) | 5/20/2021 | 200 | $14.70 | $2,940.00 | | | | |
| | 5/19/2021 | 300 | ($13.00) | ($3,900.00) | 5/20/2021 | 100 | $14.75 | $1,475.00 | | | | |
| | 5/20/2021 | 500 | ($14.05) | ($7,025.00) | 5/20/2021 | 300 | $14.70 | $4,410.00 | | | | |
| | 5/20/2021 | 200 | ($14.10) | ($2,820.00) | 5/20/2021 | 300 | $14.70 | $4,410.00 | | | | |
| | 5/20/2021 | 300 | ($14.15) | ($4,245.00) | 5/20/2021 | 300 | $14.66 | $4,398.00 | | | | |
| | 5/20/2021 | 300 | ($14.25) | ($4,275.00) | 5/24/2021 | 300 | $15.71 | $4,713.00 | | | | |
| | 5/20/2021 | 400 | ($14.30) | ($5,720.00) | 5/24/2021 | 500 | $15.80 | $7,900.00 | | | | |
| | 5/20/2021 | 200 | ($14.25) | ($2,850.00) | 5/24/2021 | 500 | $15.51 | $7,755.00 | | | | |
| | 5/20/2021 | 200 | ($14.10) | ($2,820.00) | 5/24/2021 | 1 | $15.51 | $15.51 | | | | |
| | 5/21/2021 | 300 | ($15.11) | ($4,533.00) | 5/24/2021 | 499 | $15.51 | $7,740.14 | | | | |
| | 5/21/2021 | 200 | ($14.70) | ($2,940.00) | 5/24/2021 | 300 | $15.51 | $4,653.00 | | | | |
| | 5/24/2021 | 500 | ($15.00) | ($7,500.00) | 5/26/2021 | 100 | $16.06 | $1,606.00 | | | | |
| | 5/24/2021 | 400 | ($15.05) | ($6,020.00) | 5/26/2021 | 500 | $16.00 | $8,000.00 | | | | |
| | 5/24/2021 | 1,000 | ($15.10) | ($15,100.00) | 5/26/2021 | 300 | $16.00 | $4,800.00 | | | | |
| | 5/24/2021 | 400 | ($15.12) | ($6,048.00) | 5/26/2021 | 500 | $16.00 | $8,000.00 | | | | |
| | 5/24/2021 | 500 | ($15.25) | ($7,625.00) | 5/26/2021 | 500 | $15.90 | $7,950.00 | | | | |
| | 5/24/2021 | 500 | ($15.30) | ($7,650.00) | 5/26/2021 | 500 | $16.00 | $8,000.00 | | | | |
| | 5/24/2021 | 200 | ($15.00) | ($3,000.00) | 5/26/2021 | 500 | $15.80 | $7,900.00 | | | | |
| | 5/24/2021 | 300 | ($14.95) | ($4,485.00) | 5/27/2021 | 1,000 | $16.24 | $16,240.00 | | | | |
| | 5/24/2021 | 500 | ($15.35) | ($7,675.00) | 5/27/2021 | 1,000 | $16.35 | $16,350.00 | | | | |
| | 5/24/2021 | 200 | ($15.00) | ($3,000.00) | 5/27/2021 | 500 | $16.25 | $8,125.00 | | | | |
| | 5/27/2021 | 200 | ($16.10) | ($3,220.00) | 5/27/2021 | 1,000 | $16.30 | $16,304.50 | | | | |
| | 5/27/2021 | 300 | ($16.15) | ($4,845.00) | 5/27/2021 | 500 | $16.34 | $8,170.00 | | | | |
| | 5/27/2021 | 500 | ($16.10) | ($8,050.00) | 6/2/2021 | 500 | $17.50 | $8,750.00 | | | | |
| | 5/27/2021 | 500 | ($16.05) | ($8,022.50) | 6/2/2021 | 1,000 | $17.45 | $17,450.00 | | | | |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 5/27/2021 | 500 | ($16.05) | ($8,025.00) | 6/2/2021 | 900 | $17.40 | $15,660.00 |
| 5/27/2021 | 1,000 | ($16.00) | ($16,000.00) | 6/2/2021 | 100 | $17.41 | $1,741.00 |
| 5/27/2021 | 1,000 | ($16.00) | ($16,000.00) | 6/2/2021 | 1,000 | $17.40 | $17,400.00 |
| 5/28/2021 | 500 | ($16.35) | ($8,175.00) | 6/2/2021 | 1,000 | $17.35 | $17,350.00 |
| 6/1/2021 | 500 | ($16.40) | ($8,200.00) | 6/2/2021 | 1,000 | $17.30 | $17,300.00 |
| 6/1/2021 | 300 | ($16.40) | ($4,920.00) | 6/2/2021 | 1,000 | $17.35 | $17,350.00 |
| 6/1/2021 | 200 | ($16.45) | ($3,290.00) | 6/2/2021 | 1,000 | $17.25 | $17,250.00 |
| 6/1/2021 | 200 | ($16.50) | ($3,300.00) | 6/7/2021 | 200 | $18.27 | $3,654.02 |
| 6/1/2021 | 400 | ($16.55) | ($6,620.00) | 6/7/2021 | 2,700 | $18.25 | $49,275.00 |
| 6/1/2021 | 500 | ($16.60) | ($8,300.00) | 6/7/2021 | 100 | $18.28 | $1,828.00 |
| 6/1/2021 | 400 | ($16.60) | ($6,640.00) | 6/7/2021 | 3,000 | $18.30 | $54,900.00 |
| 6/1/2021 | 500 | ($16.62) | ($8,310.00) | 6/7/2021 | 4 | $18.40 | $73.60 |
| 6/1/2021 | 600 | ($16.70) | ($10,020.00) | 6/7/2021 | 1,000 | $18.40 | $18,400.00 |
| 6/1/2021 | 400 | ($16.75) | ($6,700.00) | 6/7/2021 | 100 | $18.41 | $1,841.00 |
| 6/1/2021 | 300 | ($16.80) | ($5,040.00) | 6/7/2021 | 900 | $18.40 | $16,560.00 |
| 6/1/2021 | 1,000 | ($16.70) | ($16,700.00) | 6/7/2021 | 2,000 | $18.35 | $36,700.00 |
| 6/1/2021 | 400 | ($16.80) | ($6,720.00) | 6/7/2021 | 1,500 | $18.25 | $27,375.00 |
| 6/1/2021 | 400 | ($16.75) | ($6,700.00) | 6/7/2021 | 2,000 | $18.30 | $36,600.00 |
| 6/1/2021 | 500 | ($16.75) | ($8,375.00) | 6/7/2021 | 100 | $18.32 | $1,831.50 |
| 6/1/2021 | 400 | ($16.80) | ($6,720.00) | 6/7/2021 | 1,900 | $18.30 | $34,770.00 |
| 6/4/2021 | 1,000 | ($17.85) | ($17,850.00) | | | | |
| 6/4/2021 | 1,000 | ($17.91) | ($17,910.00) | | | | |
| 6/4/2021 | 1,000 | ($17.80) | ($17,800.00) | | | | |
| 6/4/2021 | 1,000 | ($17.82) | ($17,820.00) | | | | |
| 6/4/2021 | 2,000 | ($18.00) | ($36,000.00) | | | | |
| 6/4/2021 | 1,000 | ($18.10) | ($18,100.00) | | | | |
| 6/4/2021 | 1,000 | ($18.15) | ($18,150.00) | | | | |
| 6/4/2021 | 1,000 | ($18.10) | ($18,100.00) | | | | |
| 6/4/2021 | 1,000 | ($18.00) | ($18,000.00) | | | | |
| 6/4/2021 | 1,000 | ($17.80) | ($17,800.00) | | | | |
| 6/7/2021 | 2,000 | ($18.05) | ($36,100.00) | | | | |
| 6/7/2021 | 700 | ($18.05) | ($12,635.00) | | | | |
| 6/7/2021 | 2,000 | ($18.06) | ($36,120.00) | | | | |
| 6/9/2021 | 804 | ($19.25) | ($15,477.00) | | | | |
| 6/9/2021 | 1,000 | ($19.15) | ($19,150.00) | | | | |
| 6/9/2021 | 1,000 | ($19.25) | ($19,250.00) | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/9/2021 | 1,000 | ($19.35) | ($19,350.00) | | | | | |
| 6/9/2021 | 1,000 | ($19.40) | ($19,400.00) | | | | | |
| 6/9/2021 | 1,000 | ($19.70) | ($19,700.00) | | | | | |
| 6/9/2021 | 900 | ($18.90) | ($17,010.00) | | | | | |
| 6/9/2021 | 1,000 | ($19.00) | ($19,000.00) | | | | | |
| 6/9/2021 | 1,000 | ($19.10) | ($19,100.00) | | | | | |
| 6/9/2021 | 100 | ($19.15) | ($1,915.00) | | | | | |
| 6/9/2021 | 1,000 | ($19.20) | ($19,200.00) | | | | | |
| | 46,684 | | ($797,900.50) | 36,684 | $623,914.27 | 10,000 | $67,301.59 | ($106,684.64) |