**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARY H. RAGAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPHARVEST, INC., JONATHAN WEBB, and LOREN EGGLETON,<br><br>Defendants. | Case No.: 1:21-cv-07985-LJL<br><br>Hon. Lewis J. Liman |

**NOTICE OF MOTION OF ALAN NARZISSENFELD FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Alan Narzissenfeld ("Movant") respectfully moves this

Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities

Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform

Act of 1995 (the "PSLRA") and (2) approving Movant's selection of Levi & Korsinsky, LLP as

Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant

to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA.

This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam

M. Apton in support thereof, and the Court's complete files and records in this action, as well as

such further argument as the Court may allow at a hearing on this motion.

*[Signature on following page]*

Dated: November 23, 2021

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Alan Narzissenfeld and [Proposed] Lead Counsel for the Class*