**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARY H. RAGAN, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>APPHARVEST, INC., JONATHAN WEBB, and LOREN EGGLETON,<br><br>       Defendants. | Case No.: 1:21-cv-07985-LJL<br><br>Hon. Lewis J. Liman |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF ALAN NARZISSENFELD'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Alan Narzissenfeld ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Movant attesting to his transactions of AppHarvest Inc. ("AppHarvest" or the "Company") securities;

**Exhibit B**: Loss Chart reflecting the losses incurred by Movant as a result of his transactions in AppHarvest securities;

2

**Exhibit C**:     Press Release published September 24, 2021, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Ragan v. AppHarvest, Inc., et. al.,* Case No. 1:21-cv-07985-LJL;

**Exhibit D**:     Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: November 23, 2021                           Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Alan Narzissenfeld and [Proposed] Lead Counsel for the Class*

2