# EXHIBIT B

| Client Name | Alan Narzissenfeld |
|---|---|
| Company Name | AppHarvest, Inc. |
| Ticker Symbol | APPH |
| Security Type | |
| Class Period Start | 05-17-2021 |
| Class Period End | 08-10-2021 |
| 90-DAY Lookback Period Start | 08-11-2021 |
| 90-DAY Lookback Period End | 11-08-2021 |
| 90-DAY Lookback Average | $ 06.73 |
| Pre Class Period Holdings | 65,021 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $55,402.26 |
| *DURA LIFO** Total* | $55,402.26 |
| Gross Shares Purchased | 8,466 |
| Net Shares Retained | 3,444 |
| Net Funds Expended | $18,752.12 |

### Alan Narzissenfeld - Account 1

| | Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-07-2021 | 1095 | 14.59 | $ 15,976.05 | | | | | | - | 1095 | 1095 | $ 06.73 | $ 7,369.52 | $ 8,606.53 | $ 8,606.53 |
| 07-08-2021 | 100 | 14.22 | $ 1,422.00 | | | | | | - | 100 | 100 | $ 06.73 | $ 673.00 | $ 748.98 | $ 748.98 |
| 07-13-2021 | 2022 | 13.86 | $ 28,024.92 | | | | | | - | 2022 | 2022 | $ 06.73 | $ 13,608.38 | $ 14,416.54 | $ 14,416.54 |
| 07-14-2021 | 1533 | 13.03 | $ 19,974.99 | | | | | | - | 1533 | 1533 | $ 06.73 | $ 10,317.33 | $ 9,657.66 | $ 9,657.66 |
| 07-16-2021 | 465 | 12.91 | $ 6,003.15 | | | | | | - | 465 | 465 | $ 06.73 | $ 3,129.52 | $ 2,873.63 | $ 2,873.63 |
| 07-20-2021 | 1466 | 12.96 | $ 18,999.36 | | | | | | - | 1466 | 1466 | $ 06.73 | $ 9,866.41 | $ 9,132.95 | $ 9,132.95 |
| 07-23-2021 | 983 | 12.21 | $ 12,002.43 | | | | | | - | 983 | 983 | $ 06.73 | $ 6,615.75 | $ 5,386.68 | $ 5,386.68 |
| 07-28-2021 | 802 | 12.44 | $ 9,976.88 | | | | | | - | 802 | 802 | $ 06.73 | $ 5,397.59 | $ 4,579.29 | $ 4,579.29 |
| Matched against pre class period holdings | | | | 06-01-2021 | 330 | | $ 17.11 | $ 5,646.30 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 06-02-2021 | 1200 | | $ 17.40 | $ 20,880.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 06-02-2021 | 1492 | | $ 18.58 | $ 27,721.36 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 06-08-2021 | 1000 | | $ 19.72 | $ 19,720.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 06-08-2021 | 1000 | | $ 19.66 | $ 19,660.00 | - | - | - | $ 06.73 | | | - |
| Total: | 8,466 | | $112,379.78 | | 5,022 | | | $93,627.66 | | 8,466 | 8,466 | | $56,977.52 | $55,402.26 | $55,402.26 |

| Client Name | Alan Narzissenfeld |
|---|---|
| Company Name | AppHarvest, Inc. |
| Ticker Symbol | APPHW |
| Security Type | |
| Class Period Start | 05-17-2021 |
| Class Period End | 08-10-2021 |
| 90-DAY Lookback Period Start | 08-11-2021 |
| 90-DAY Lookback Period End | 11-08-2021 |
| 90-DAY Lookback Average | $ 01.47 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $21,517.79 |
| *DURA LIFO* Total* | $21,517.79 |
| Gross Shares Purchased | 6,902 |
| Net Shares Retained | 6,902 |
| Net Funds Expended | $31,694.32 |

### Alan Narzissenfeld - Account 1 - Warrants

| | Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-08-2021 | 5 | 5.15 | $ 25.75 | | | | | | - | 5 | 5 | $ 01.47 | $ 07.37 | $ 18.38 | $ 18.38 |
| 07-09-2021 | 2608 | 5.5 | $ 14,344.00 | | | | | | - | 2608 | 2608 | $ 01.47 | $ 3,845.32 | $ 10,498.68 | $ 10,498.68 |
| 07-09-2021 | 43 | 5.51 | $ 236.93 | | | | | | - | 43 | 43 | $ 01.47 | $ 63.40 | $ 173.53 | $ 173.53 |
| 07-23-2021 | 974 | 4.05 | $ 3,944.70 | | | | | | - | 974 | 974 | $ 01.47 | $ 1,436.10 | $ 2,508.60 | $ 2,508.60 |
| 07-27-2021 | 978 | 4.15 | $ 4,058.70 | | | | | | - | 978 | 978 | $ 01.47 | $ 1,441.99 | $ 2,616.71 | $ 2,616.71 |
| 08-06-2021 | 2294 | 3.96 | $ 9,084.24 | | | | | | - | 2294 | 2294 | $ 01.47 | $ 3,382.35 | $ 5,701.89 | $ 5,701.89 |
| Total: | 6,902 | | $31,694.32 | | | | | | | 6,902 | 6,902 | | $10,176.53 | $21,517.79 | $21,517.79 |

| Client Name | Alan Narzissenfeld |
|---|---|
| Company Name | AppHarvest, Inc. |
| Ticker Symbol | APPH |
| Security Type | |
| Class Period Start | 05-17-2021 |
| Class Period End | 08-10-2021 |
| 90-DAY Lookback Period Start | 08-11-2021 |
| 90-DAY Lookback Period End | 11-08-2021 |
| 90-DAY Lookback Average | $ 06.73 |
| Pre Class Period Holdings | 11,290 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $149,844.70 |
| *DURA LIFO* Total* | $105,398.33 |
| Gross Shares Purchased | 48,011 |
| Net Shares Retained | 2,977 |
| Net Funds Expended | $94,049.13 |

### Alan Narzissenfeld - Account 2

| | Purchases | | | | Sales | | | Retained | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-17-2021 | 60 | 13.08 | $ 784.80 | 05-21-2021 | 60 | | $ 15.35 | $ 921.00 | - | - | - | $ 06.73 | | -$ 136.20 | - |
| 05-17-2021 | 240 | 13.08 | $ 3,139.20 | 05-21-2021 | 240 | | $ 15.22 | $ 3,652.80 | - | - | - | $ 06.73 | | -$ 513.60 | - |
| 05-17-2021 | 1200 | 13.08 | $ 15,696.00 | 05-21-2021 | 1200 | | $ 15.35 | $ 18,420.00 | - | - | - | $ 06.73 | | -$ 2,724.00 | - |
| 05-17-2021 | 200 | 13.11 | $ 2,622.00 | 05-21-2021 | 200 | | $ 15.35 | $ 3,070.00 | - | - | - | $ 06.73 | | -$ 448.00 | - |
| 05-18-2021 | 500 | 13.8 | $ 6,900.00 | 05-21-2021 | 500 | | $ 15.35 | $ 7,675.00 | - | - | - | $ 06.73 | | -$ 775.00 | - |
| 05-18-2021 | 460 | 13.7 | $ 6,302.00 | 05-19-2021 | 460 | | $ 14.42 | $ 6,633.20 | - | - | - | $ 06.73 | | -$ 331.20 | - |
| 05-18-2021 | 700 | 13.7 | $ 9,590.00 | 05-21-2021 | 700 | | $ 15.38 | $ 10,767.89 | - | - | - | $ 06.73 | | -$ 1,177.89 | - |
| 05-18-2021 | 40 | 13.7 | $ 548.00 | 05-21-2021 | 40 | | $ 15.35 | $ 614.00 | - | - | - | $ 06.73 | | -$ 66.00 | - |
| 05-18-2021 | 40 | 13.72 | $ 548.80 | 05-19-2021 | 40 | | $ 14.42 | $ 576.80 | - | - | - | $ 06.73 | | -$ 28.00 | - |
| 05-20-2021 | 100 | 14.95 | $ 1,495.00 | 05-21-2021 | 100 | | $ 15.38 | $ 1,538.27 | - | - | - | $ 06.73 | | -$ 43.27 | - |
| 05-21-2021 | 200 | 14.94 | $ 2,988.00 | 05-21-2021 | 200 | | $ 15.38 | $ 3,076.54 | - | - | - | $ 06.73 | | -$ 88.54 | - |
| 05-21-2021 | 50 | 15.27 | $ 763.50 | 05-21-2021 | 50 | | $ 15.30 | $ 765.00 | - | - | - | $ 06.73 | | -$ 01.50 | - |
| 05-21-2021 | 950 | 15.27 | $ 14,506.50 | 05-21-2021 | 950 | | $ 15.28 | $ 14,516.00 | - | - | - | $ 06.73 | | -$ 09.50 | - |
| 05-21-2021 | 1000 | 15.27 | $ 15,270.00 | 05-21-2021 | 1000 | | $ 15.20 | $ 15,200.00 | - | - | - | $ 06.73 | | $ 70.00 | - |
| 06-17-2021 | 802 | 15.58 | $ 12,495.16 | | | | | | - | 802 | 802 | $ 06.73 | $ 5,397.59 | $ 7,097.57 | $ 7,097.57 |
| 06-17-2021 | 4 | 15.59 | $ 62.36 | 10-06-2021 | | 4 | $ 07.37 | | $ 29.48 | 4 | - | $ 06.73 | | $ 32.88 | $ 32.88 |
| 06-17-2021 | 15 | 15.59 | $ 233.85 | 10-07-2021 | | 15 | $ 07.34 | | $ 110.10 | 15 | - | $ 06.73 | | $ 123.75 | $ 123.75 |
| 06-17-2021 | 40 | 15.59 | $ 623.60 | 10-08-2021 | | 40 | $ 07.30 | | $ 292.00 | 40 | - | $ 06.73 | | $ 331.60 | $ 331.60 |
| 06-17-2021 | 44 | 15.59 | $ 685.96 | 10-11-2021 | | 44 | $ 07.25 | | $ 319.00 | 44 | - | $ 06.73 | | $ 366.96 | $ 366.96 |
| 06-17-2021 | 29 | 15.59 | $ 452.11 | 10-12-2021 | | 29 | $ 07.21 | | $ 209.09 | 29 | - | $ 06.73 | | $ 243.02 | $ 243.02 |
| 06-17-2021 | 21 | 15.59 | $ 327.39 | 10-18-2021 | | 21 | $ 07.09 | | $ 148.89 | 21 | - | $ 06.73 | | $ 178.50 | $ 178.50 |
| 06-17-2021 | 18 | 15.59 | $ 280.62 | 10-19-2021 | | 18 | $ 07.06 | | $ 127.08 | 18 | - | $ 06.73 | | $ 153.54 | $ 153.54 |
| 06-17-2021 | 17 | 15.59 | $ 265.03 | 10-20-2021 | | 17 | $ 07.02 | | $ 119.34 | 17 | - | $ 06.73 | | $ 145.69 | $ 145.69 |
| 06-17-2021 | 4 | 15.59 | $ 62.36 | 10-21-2021 | | 4 | $ 06.99 | | $ 27.96 | 4 | - | $ 06.73 | | $ 34.40 | $ 34.40 |
| 06-17-2021 | 18 | 15.59 | $ 280.62 | 10-22-2021 | | 18 | $ 06.96 | | $ 125.28 | 18 | - | $ 06.73 | | $ 155.34 | $ 155.34 |
| 06-17-2021 | 14 | 15.59 | $ 218.26 | 10-25-2021 | | 14 | $ 06.93 | | $ 97.02 | 14 | - | $ 06.73 | | $ 121.24 | $ 121.24 |
| 06-17-2021 | 20 | 15.59 | $ 311.80 | 10-26-2021 | | 20 | $ 06.90 | | $ 138.00 | 20 | - | $ 06.73 | | $ 173.80 | $ 173.80 |
| 06-17-2021 | 14 | 15.59 | $ 218.26 | 10-27-2021 | | 14 | $ 06.87 | | $ 96.18 | 14 | - | $ 06.73 | | $ 122.08 | $ 122.08 |
| 06-17-2021 | 240 | 15.59 | $ 3,741.60 | | | | | | - | 240 | 240 | $ 06.73 | $ 1,615.24 | $ 2,126.36 | $ 2,126.36 |
| 06-17-2021 | 39 | 15.61 | $ 608.79 | 10-04-2021 | | 39 | $ 07.44 | | $ 290.16 | 39 | - | $ 06.73 | | $ 318.63 | $ 318.63 |
| 06-17-2021 | 28 | 15.61 | $ 437.08 | 10-05-2021 | | 28 | $ 07.41 | | $ 207.48 | 28 | - | $ 06.73 | | $ 229.60 | $ 229.60 |
| 06-17-2021 | 33 | 15.61 | $ 515.13 | 10-06-2021 | | 33 | $ 07.37 | | $ 243.21 | 33 | - | $ 06.73 | | $ 271.92 | $ 271.92 |
| 06-17-2021 | 7 | 15.59625 | $ 109.17 | 09-13-2021 | | 7 | $ 07.79 | | $ 54.53 | 7 | - | $ 06.73 | | $ 54.64 | $ 54.64 |
| 06-17-2021 | 32 | 15.59625 | $ 499.08 | 09-14-2021 | | 32 | $ 07.77 | | $ 248.64 | 32 | - | $ 06.73 | | $ 250.44 | $ 250.44 |
| 06-17-2021 | 78 | 15.59625 | $ 1,216.51 | 09-20-2021 | | 78 | $ 07.73 | | $ 602.94 | 78 | - | $ 06.73 | | $ 613.57 | $ 613.57 |
| 06-17-2021 | 14 | 15.59625 | $ 218.35 | 09-21-2021 | | 14 | $ 07.70 | | $ 107.80 | 14 | - | $ 06.73 | | $ 110.55 | $ 110.55 |
| 06-17-2021 | 9 | 15.59625 | $ 140.37 | 09-22-2021 | | 9 | $ 07.68 | | $ 69.12 | 9 | - | $ 06.73 | | $ 71.25 | $ 71.25 |
| 06-17-2021 | 6 | 15.59625 | $ 93.58 | 09-22-2021 | | 6 | $ 07.68 | | $ 46.08 | 6 | - | $ 06.73 | | $ 47.50 | $ 47.50 |
| 06-17-2021 | 27 | 15.59625 | $ 421.10 | 09-23-2021 | | 27 | $ 07.66 | | $ 206.82 | 27 | - | $ 06.73 | | $ 214.28 | $ 214.28 |
| 06-17-2021 | 66 | 15.59625 | $ 1,029.35 | 09-24-2021 | | 66 | $ 07.63 | | $ 503.58 | 66 | - | $ 06.73 | | $ 525.77 | $ 525.77 |
| 06-17-2021 | 6 | 15.59625 | $ 93.58 | 09-27-2021 | | 6 | $ 07.60 | | $ 45.60 | 6 | - | $ 06.73 | | $ 47.98 | $ 47.98 |
| 06-17-2021 | 3 | 15.59625 | $ 46.79 | 09-27-2021 | | 3 | $ 07.60 | | $ 22.80 | 3 | - | $ 06.73 | | $ 23.99 | $ 23.99 |
| 06-17-2021 | 55 | 15.59625 | $ 857.79 | 09-28-2021 | | 55 | $ 07.57 | | $ 416.35 | 55 | - | $ 06.73 | | $ 441.44 | $ 441.44 |
| 06-17-2021 | 46 | 15.59625 | $ 717.43 | 09-29-2021 | | 46 | $ 07.54 | | $ 346.84 | 46 | - | $ 06.73 | | $ 370.59 | $ 370.59 |
| 06-17-2021 | 4 | 15.59625 | $ 62.39 | 09-30-2021 | | 4 | $ 07.51 | | $ 30.04 | 4 | - | $ 06.73 | | $ 32.35 | $ 32.35 |
| 06-17-2021 | 25 | 15.59625 | $ 389.91 | 10-01-2021 | | 25 | $ 07.48 | | $ 187.00 | 25 | - | $ 06.73 | | $ 202.91 | $ 202.91 |
| 06-17-2021 | 22 | 15.59625 | $ 343.12 | 10-04-2021 | | 22 | $ 07.44 | | $ 163.68 | 22 | - | $ 06.73 | | $ 179.44 | $ 179.44 |
| 06-17-2021 | 298 | 15.61 | $ 4,651.78 | 08-16-2021 | | 298 | $ 07.85 | | $ 2,339.30 | 298 | - | $ 06.73 | | $ 2,312.48 | $ 2,312.48 |
| 06-17-2021 | 35 | 15.61 | $ 546.35 | 08-17-2021 | | 35 | $ 07.71 | | $ 269.85 | 35 | - | $ 06.73 | | $ 276.50 | $ 276.50 |
| 06-17-2021 | 7 | 15.61 | $ 109.27 | 08-18-2021 | | 7 | $ 07.66 | | $ 53.62 | 7 | - | $ 06.73 | | $ 55.65 | $ 55.65 |
| 06-17-2021 | 15 | 15.61 | $ 234.15 | 08-18-2021 | | 15 | $ 07.66 | | $ 114.90 | 15 | - | $ 06.73 | | $ 119.25 | $ 119.25 |
| 06-17-2021 | 14 | 15.61 | $ 218.54 | 08-18-2021 | | 14 | $ 07.66 | | $ 107.24 | 14 | - | $ 06.73 | | $ 111.30 | $ 111.30 |
| 06-17-2021 | 233 | 15.61 | $ 3,637.13 | 08-19-2021 | | 233 | $ 07.53 | | $ 1,754.49 | 233 | - | $ 06.73 | | $ 1,882.64 | $ 1,882.64 |
| 06-17-2021 | 44 | 15.61 | $ 686.84 | 08-19-2021 | | 44 | $ 07.53 | | $ 331.32 | 44 | - | $ 06.73 | | $ 355.52 | $ 355.52 |
| 06-17-2021 | 1 | 15.61 | $ 15.61 | 09-10-2021 | | 1 | $ 07.81 | | $ 07.81 | 1 | - | $ 06.73 | | $ 07.80 | $ 07.80 |
| 06-17-2021 | 53 | 15.61 | $ 827.33 | 09-13-2021 | | 53 | $ 07.79 | | $ 412.87 | 53 | - | $ 06.73 | | $ 414.46 | $ 414.46 |
| 06-17-2021 | 584 | 15.71 | $ 9,174.64 | 08-11-2021 | | 584 | $ 08.51 | | $ 4,969.84 | 584 | - | $ 06.73 | | $ 4,204.80 | $ 4,204.80 |
| 06-17-2021 | 352 | 15.71 | $ 5,529.92 | 08-11-2021 | | 352 | $ 08.51 | | $ 2,995.52 | 352 | - | $ 06.73 | | $ 2,534.40 | $ 2,534.40 |
| 06-17-2021 | 110 | 15.71 | $ 1,728.10 | 08-13-2021 | | 110 | $ 08.11 | | $ 892.10 | 110 | - | $ 06.73 | | $ 836.00 | $ 836.00 |
| 06-17-2021 | 154 | 15.71 | $ 2,419.34 | 08-16-2021 | | 154 | $ 07.85 | | $ 1,208.90 | 154 | - | $ 06.73 | | $ 1,210.44 | $ 1,210.44 |
| 06-17-2021 | 10 | 15.69 | $ 156.90 | 08-11-2021 | | 10 | $ 08.51 | | $ 85.10 | 10 | - | $ 06.73 | | $ 71.80 | $ 71.80 |
| 06-17-2021 | 794 | 15.6795 | $ 12,449.52 | 08-11-2021 | | 794 | $ 08.51 | | $ 6,756.94 | 794 | - | $ 06.73 | | $ 5,692.58 | $ 5,692.58 |
| 06-17-2021 | 206 | 15.6795 | $ 3,229.98 | 08-11-2021 | | 206 | $ 08.51 | | $ 1,753.06 | 206 | - | $ 06.73 | | $ 1,476.92 | $ 1,476.92 |
| 06-17-2021 | 1000 | 15.644665 | $ 15,644.67 | 08-11-2021 | | 1000 | $ 08.51 | | $ 8,510.00 | 1000 | - | $ 06.73 | | $ 7,134.67 | $ 7,134.67 |
| 06-17-2021 | 100 | 15.646 | $ 1,564.60 | 08-11-2021 | | 100 | $ 08.51 | | $ 851.00 | 100 | - | $ 06.73 | | $ 713.60 | $ 713.60 |
| 06-17-2021 | 80 | 15.64 | $ 1,251.20 | 08-11-2021 | | 80 | $ 08.51 | | $ 680.80 | 80 | - | $ 06.73 | | $ 570.40 | $ 570.40 |
| 06-17-2021 | 700 | 15.5287619 | $ 10,870.13 | 06-21-2021 | 700 | | $ 16.03 | $ 11,221.00 | - | - | - | $ 06.73 | | -$ 350.87 | - |
| 06-17-2021 | 1000 | 15.5287619 | $ 15,528.76 | 06-21-2021 | 1000 | | $ 16.05 | $ 16,050.00 | - | - | - | $ 06.73 | | -$ 521.24 | - |
| 06-17-2021 | 400 | 15.5287619 | $ 6,211.50 | 08-11-2021 | | 400 | $ 08.51 | | $ 3,404.00 | 400 | - | $ 06.73 | | $ 2,807.50 | $ 2,807.50 |
| 06-17-2021 | 100 | 15.53 | $ 1,553.00 | 06-21-2021 | 100 | | $ 16.03 | $ 1,603.00 | - | - | - | $ 06.73 | | -$ 50.00 | - |
| 06-17-2021 | 30 | 15.53 | $ 465.90 | 06-21-2021 | 30 | | $ 16.03 | $ 480.90 | - | - | - | $ 06.73 | | -$ 15.00 | - |
| 06-17-2021 | 230 | 15.5093762 | $ 3,567.16 | 06-21-2021 | 230 | | $ 16.07 | $ 3,695.99 | - | - | - | $ 06.73 | | -$ 128.84 | - |
| 06-17-2021 | 100 | 15.5093762 | $ 1,550.94 | 06-21-2021 | 100 | | $ 16.06 | $ 1,606.10 | - | - | - | $ 06.73 | | -$ 55.16 | - |
| 06-17-2021 | 600 | 15.5093762 | $ 9,305.63 | 06-21-2021 | 600 | | $ 16.03 | $ 9,619.08 | - | - | - | $ 06.73 | | -$ 313.45 | - |
| 06-17-2021 | 1170 | 15.5093762 | $ 18,145.97 | 06-21-2021 | 1170 | | $ 16.03 | $ 18,755.10 | - | - | - | $ 06.73 | | -$ 609.13 | - |

| Date | Qty | Price | Amount | Date | Qty | Qty | Price | Amount | Amount | Qty | | Price | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-17-2021 | 70 | 15.52 | $1,086.40 | 06-21-2021 | 70 | | $16.07 | $1,124.87 | | | - | $06.73 | -$38.47 | - |
| 06-17-2021 | 400 | 15.5699048 | $6,227.96 | 06-18-2021 | 400 | | $15.11 | $6,044.00 | - | - | - | $06.73 | $183.96 | - |
| 06-17-2021 | 1700 | 15.5699048 | $26,468.84 | 06-21-2021 | 1700 | | $16.07 | $27,318.20 | - | - | - | $06.73 | -$849.36 | - |
| 06-17-2021 | 260 | 15.5787139 | $4,050.47 | 06-18-2021 | 260 | | $15.20 | $3,952.00 | - | - | - | $06.73 | $98.47 | - |
| 06-17-2021 | 840 | 15.5787139 | $13,086.12 | 06-18-2021 | 840 | | $15.11 | $12,692.40 | - | - | - | $06.73 | $393.72 | - |
| 06-17-2021 | 10 | 15.58 | $155.80 | 06-18-2021 | 10 | | $15.20 | $152.00 | - | - | - | $06.73 | $03.80 | - |
| 06-17-2021 | 20 | 15.889 | $317.78 | 06-18-2021 | 20 | | $15.20 | $304.00 | - | - | - | $06.73 | $13.78 | - |
| 06-22-2021 | 1600 | 15.78 | $25,248.00 | 08-11-2021 | | 1600 | $08.51 | | $13,616.00 | 1600 | - | $06.73 | $11,632.00 | $11,632.00 |
| 06-22-2021 | 1200 | 15.79 | $18,948.00 | 08-11-2021 | | 1200 | $08.51 | | $10,212.00 | 1200 | - | $06.73 | $8,736.00 | $8,736.00 |
| 06-22-2021 | 100 | 15.81 | $1,581.00 | 08-11-2021 | | 100 | $08.51 | | $851.00 | 100 | - | $06.73 | $730.00 | $730.00 |
| 06-22-2021 | 433 | 15.74 | $6,815.42 | 08-11-2021 | | 433 | $08.51 | | $3,684.83 | 433 | - | $06.73 | $3,130.59 | $3,130.59 |
| 06-22-2021 | 1867 | 15.74 | $29,386.58 | 08-11-2021 | | 1867 | $08.51 | | $15,888.17 | 1867 | - | $06.73 | $13,498.41 | $13,498.41 |
| 06-22-2021 | 733 | 15.75 | $11,544.75 | 08-11-2021 | | 733 | $08.51 | | $6,237.83 | 733 | - | $06.73 | $5,306.92 | $5,306.92 |
| 06-22-2021 | 367 | 15.75 | $5,780.25 | 08-11-2021 | | 367 | $08.51 | | $3,123.17 | 367 | - | $06.73 | $2,657.08 | $2,657.08 |
| 06-22-2021 | 33 | 15.75 | $519.75 | 08-11-2021 | | 33 | $08.51 | | $280.83 | 33 | - | $06.73 | $238.92 | $238.92 |
| 06-22-2021 | 67 | 15.75 | $1,055.25 | 08-11-2021 | | 67 | $08.51 | | $570.17 | 67 | - | $06.73 | $485.08 | $485.08 |
| 06-22-2021 | 40 | 15.75825 | $630.33 | 08-11-2021 | | 40 | $08.51 | | $340.40 | 40 | - | $06.73 | $289.93 | $289.93 |
| 06-22-2021 | 281 | 15.72 | $4,417.32 | 08-11-2021 | | 281 | $08.51 | | $2,391.31 | 281 | - | $06.73 | $2,026.01 | $2,026.01 |
| 06-22-2021 | 900 | 15.73 | $14,157.00 | 06-23-2021 | 900 | | $16.62 | $14,958.00 | - | - | - | $06.73 | -$801.00 | - |
| 06-22-2021 | 50 | 15.73 | $786.50 | 06-23-2021 | 50 | | $16.72 | $836.00 | - | - | - | $06.73 | -$49.50 | - |
| 06-22-2021 | 500 | 15.73 | $7,865.00 | 06-23-2021 | 500 | | $16.79 | $8,395.00 | - | - | - | $06.73 | -$530.00 | - |
| 06-22-2021 | 423 | 15.73 | $6,653.79 | 08-11-2021 | | 423 | $08.51 | | $3,599.73 | 423 | - | $06.73 | $3,054.06 | $3,054.06 |
| 06-22-2021 | 446 | 15.73 | $7,015.58 | 08-11-2021 | | 446 | $08.51 | | $3,795.46 | 446 | - | $06.73 | $3,220.12 | $3,220.12 |
| 06-22-2021 | 800 | 15.73 | $12,584.00 | 06-23-2021 | 800 | | $16.54 | $13,232.00 | - | - | - | $06.73 | -$648.00 | - |
| 06-22-2021 | 100 | 15.73 | $1,573.00 | 06-23-2021 | 100 | | $16.62 | $1,662.00 | - | - | - | $06.73 | -$89.00 | - |
| 06-22-2021 | 100 | 15.736 | $1,573.60 | 06-23-2021 | 100 | | $16.54 | $1,654.00 | - | - | - | $06.73 | -$80.40 | - |
| 06-22-2021 | 100 | 15.7373 | $1,573.73 | 06-23-2021 | 100 | | $16.54 | $1,654.00 | - | - | - | $06.73 | -$80.27 | - |
| 06-24-2021 | 284 | 16.93 | $4,808.12 | 07-29-2021 | 284 | | $11.86 | $3,368.90 | - | - | - | $06.73 | $1,439.22 | - |
| 06-24-2021 | 93 | 16.93 | $1,574.49 | 07-29-2021 | 93 | | $11.80 | $1,097.75 | - | - | - | $06.73 | $476.74 | - |
| 06-24-2021 | 298 | 16.93 | $5,045.14 | 07-30-2021 | 298 | | $11.78 | $3,510.44 | - | - | - | $06.73 | $1,534.70 | - |
| 06-24-2021 | 299 | 16.93 | $5,062.07 | 08-02-2021 | 299 | | $11.72 | $3,504.33 | - | - | - | $06.73 | $1,557.74 | - |
| 06-24-2021 | 761 | 16.93 | $12,883.73 | 08-03-2021 | 761 | | $11.45 | $8,713.45 | - | - | - | $06.73 | $4,170.28 | - |
| 06-24-2021 | 8 | 16.93 | $135.44 | 08-03-2021 | 8 | | $11.44 | $91.52 | - | - | - | $06.73 | $43.92 | - |
| 06-24-2021 | 157 | 16.93 | $2,658.01 | 08-11-2021 | | 157 | $08.51 | | $1,336.07 | 157 | - | $06.73 | $1,321.94 | $1,321.94 |
| 06-24-2021 | 740 | 16.94 | $12,535.60 | 07-23-2021 | 740 | | $12.10 | $8,952.64 | - | - | - | $06.73 | $3,582.96 | - |
| 06-24-2021 | 1000 | 16.94 | $16,940.00 | 07-23-2021 | 1000 | | $12.09 | $12,094.34 | - | - | - | $06.73 | $4,845.66 | - |
| 06-24-2021 | 39 | 16.94 | $660.66 | 07-23-2021 | 39 | | $12.07 | $470.81 | - | - | - | $06.73 | $189.85 | - |
| 06-24-2021 | 1021 | 16.94 | $17,295.74 | 07-29-2021 | 1021 | | $11.86 | $12,111.43 | - | - | - | $06.73 | $5,184.31 | - |
| 06-24-2021 | 83 | 16.94865 | $1,406.74 | 07-22-2021 | 83 | | $12.64 | $1,049.49 | - | - | - | $06.73 | $357.25 | - |
| 06-24-2021 | 117 | 16.94865 | $1,982.99 | 07-23-2021 | 117 | | $12.10 | $1,415.49 | - | - | - | $06.73 | $567.51 | - |
| 06-24-2021 | 200 | 16.96 | $3,392.00 | 07-22-2021 | 200 | | $12.64 | $2,528.90 | - | - | - | $06.73 | $863.10 | - |
| 06-24-2021 | 35 | 16.5373 | $578.81 | 07-19-2021 | 35 | | $12.53 | $438.69 | - | - | - | $06.73 | $140.11 | - |
| 06-24-2021 | 65 | 16.5373 | $1,074.92 | 07-22-2021 | 65 | | $12.64 | $821.89 | - | - | - | $06.73 | $253.03 | - |
| 06-24-2021 | 50 | 16.539 | $826.95 | 07-19-2021 | 50 | | $12.53 | $626.70 | - | - | - | $06.73 | $200.25 | - |
| 06-24-2021 | 130 | 16.6 | $2,158.00 | 07-19-2021 | 130 | | $12.53 | $1,629.42 | - | - | - | $06.73 | $528.58 | - |
| 06-24-2021 | 20 | 16.6 | $332.00 | 07-19-2021 | 20 | | $12.53 | $250.68 | - | - | - | $06.73 | $81.32 | - |
| 06-25-2021 | 135 | 16.5 | $2,227.50 | 07-19-2021 | 135 | | $12.53 | $1,692.10 | - | - | - | $06.73 | $535.40 | - |
| 06-25-2021 | 503 | 16.51 | $8,304.53 | 07-14-2021 | 503 | | $13.04 | $6,559.62 | - | - | - | $06.73 | $1,744.91 | - |
| 06-25-2021 | 392 | 16.51 | $6,471.92 | 07-15-2021 | 392 | | $12.81 | $5,022.66 | - | - | - | $06.73 | $1,449.26 | - |
| 06-25-2021 | 942 | 16.51 | $15,552.42 | 07-15-2021 | 942 | | $12.81 | $12,070.98 | - | - | - | $06.73 | $3,481.44 | - |
| 06-25-2021 | 518 | 16.51 | $8,552.18 | 07-16-2021 | 518 | | $12.78 | $6,618.24 | - | - | - | $06.73 | $1,933.94 | - |
| 06-25-2021 | 6 | 16.51 | $99.06 | 07-16-2021 | 6 | | $12.77 | $76.64 | - | - | - | $06.73 | $22.42 | - |
| 06-25-2021 | 804 | 16.51 | $13,274.04 | 07-19-2021 | 804 | | $12.53 | $10,077.37 | - | - | - | $06.73 | $3,196.67 | - |
| 06-25-2021 | 786 | 16.48 | $12,953.28 | 07-14-2021 | 786 | | $13.33 | $10,480.10 | - | - | - | $06.73 | $2,473.18 | - |
| 06-25-2021 | 1000 | 16.48 | $16,480.00 | 07-14-2021 | 1000 | | $13.32 | $13,324.24 | - | - | - | $06.73 | $3,155.76 | - |
| 06-25-2021 | 577 | 16.48 | $9,508.96 | 07-14-2021 | 577 | | $13.30 | $7,671.22 | - | - | - | $06.73 | $1,837.75 | - |
| 06-25-2021 | 637 | 16.48 | $10,497.76 | 07-14-2021 | 637 | | $13.04 | $8,307.12 | - | - | - | $06.73 | $2,190.64 | - |
| 06-25-2021 | 50 | 16.476 | $823.80 | 07-14-2021 | 50 | | $13.33 | $666.67 | - | - | - | $06.73 | $157.13 | - |
| 06-25-2021 | 1 | 16.62 | $16.62 | 07-14-2021 | 1 | | $13.33 | $13.33 | - | - | - | $06.73 | $03.29 | - |
| 06-25-2021 | 37 | 16.72 | $618.64 | 07-13-2021 | 37 | | $13.81 | $510.97 | - | - | - | $06.73 | $107.67 | - |
| 06-25-2021 | 163 | 16.72 | $2,725.36 | 07-14-2021 | 163 | | $13.33 | $2,173.35 | - | - | - | $06.73 | $552.01 | - |
| 06-25-2021 | 100 | 16.62 | $1,662.00 | 07-13-2021 | 100 | | $13.81 | $1,381.00 | - | - | - | $06.73 | $281.00 | - |
| 06-25-2021 | 100 | 16.63 | $1,663.00 | 07-13-2021 | 100 | | $13.81 | $1,381.00 | - | - | - | $06.73 | $282.00 | - |
| 06-25-2021 | 60 | 16.62 | $997.20 | 07-13-2021 | 60 | | $13.81 | $828.60 | - | - | - | $06.73 | $168.60 | - |
| 06-28-2021 | 499 | 16.0868889 | $8,027.36 | 07-13-2021 | 499 | | $13.81 | $6,892.22 | - | - | - | $06.73 | $1,135.14 | - |
| 06-28-2021 | 401 | 16.0868889 | $6,450.84 | 07-13-2021 | 401 | | $13.81 | $5,537.81 | - | - | - | $06.73 | $913.03 | - |
| 06-28-2021 | 1600 | 16.1 | $25,760.00 | 06-30-2021 | 1600 | | $16.28 | $26,048.00 | - | - | - | $06.73 | -$288.00 | - |
| 06-28-2021 | 400 | 16.1 | $6,440.00 | 07-13-2021 | 400 | | $13.81 | $5,524.82 | - | - | - | $06.73 | $915.18 | - |
| 06-28-2021 | 50 | 16.0973 | $804.87 | 06-30-2021 | 50 | | $16.28 | $814.00 | - | - | - | $06.73 | -$09.13 | - |
| 06-29-2021 | 270 | 15.58 | $4,206.60 | 06-30-2021 | 270 | | $16.30 | $4,401.00 | - | - | - | $06.73 | -$194.40 | - |
| 06-29-2021 | 350 | 15.58 | $5,453.00 | 06-30-2021 | 350 | | $16.28 | $5,698.00 | - | - | - | $06.73 | -$245.00 | - |
| 06-29-2021 | 80 | 15.57 | $1,245.60 | 06-30-2021 | 80 | | $16.30 | $1,304.00 | - | - | - | $06.73 | -$58.40 | - |
| 06-29-2021 | 500 | 15.59 | $7,795.00 | 06-30-2021 | 500 | | $16.30 | $8,150.00 | - | - | - | $06.73 | -$355.00 | - |
| 06-29-2021 | 100 | 15.59 | $1,559.00 | 06-30-2021 | 100 | | $16.30 | $1,630.00 | - | - | - | $06.73 | -$71.00 | - |
| 06-29-2021 | 50 | 15.59 | $779.50 | 06-30-2021 | 50 | | $16.30 | $815.00 | - | - | - | $06.73 | -$35.50 | - |
| 06-30-2021 | 128 | 16.0886125 | $2,059.34 | 07-07-2021 | 128 | | $14.40 | $1,843.20 | - | - | - | $06.73 | $216.14 | - |
| 06-30-2021 | 200 | 16.0886125 | $3,217.72 | 07-08-2021 | 200 | | $14.35 | $2,869.00 | - | - | - | $06.73 | $348.72 | - |
| 06-30-2021 | 1200 | 16.0886125 | $19,306.34 | 07-13-2021 | 1200 | | $13.80 | $16,562.75 | - | - | - | $06.73 | $2,743.58 | - |
| 06-30-2021 | 72 | 16.0886125 | $1,158.38 | 07-13-2021 | 72 | | $13.81 | $994.47 | - | - | - | $06.73 | $163.91 | - |

| Trade Date | Shares Purchased | Price Per Share | Total Cost | Trade Date | Shares Sold During CP | Shares Sold During LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-30-2021 | 54 | 16.1 | $ 869.40 | 07-07-2021 | 54 | | $ 14.45 | $ 780.43 | - | - | - | $ 06.73 | | $ 88.97 | - |
| 06-30-2021 | 72 | 16.1 | $ 1,159.20 | 07-07-2021 | 72 | | $ 14.43 | $ 1,038.96 | - | - | - | $ 06.73 | | $ 120.24 | - |
| 06-30-2021 | 72 | 16.1 | $ 1,159.20 | 07-07-2021 | 72 | | $ 14.42 | $ 1,038.24 | - | - | - | $ 06.73 | | $ 120.96 | - |
| 06-30-2021 | 2 | 16.1 | $ 32.20 | 07-07-2021 | 2 | | $ 14.40 | $ 28.80 | - | - | - | $ 06.73 | | $ 03.40 | - |
| 06-30-2021 | 80 | 16.11 | $ 1,288.80 | 07-07-2021 | 80 | | $ 14.45 | $ 1,156.19 | - | - | - | $ 06.73 | | $ 132.61 | - |
| 08-06-2021 | 220 | 12.46 | $ 2,741.20 | 08-11-2021 | | 220 | $ 08.51 | | $ 1,872.20 | 220 | - | $ 06.73 | | $ 869.00 | $ 869.00 |
| Matched against pre class period holdings | | | | 05-21-2021 | 760 | | $ 15.22 | $ 11,567.20 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-21-2021 | 2000 | | $ 15.27 | $ 30,540.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-21-2021 | 1000 | | $ 15.24 | $ 15,240.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-21-2021 | 1000 | | $ 15.29 | $ 15,290.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-21-2021 | 800 | | $ 15.50 | $ 12,400.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-24-2021 | 1000 | | $ 15.57 | $ 15,570.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-25-2021 | 58 | | $ 15.48 | $ 897.84 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-25-2021 | 442 | | $ 15.44 | $ 6,824.48 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-25-2021 | 1000 | | $ 15.39 | $ 15,390.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-25-2021 | 1000 | | $ 15.48 | $ 15,480.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-25-2021 | 120 | | $ 15.59 | $ 1,870.80 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-25-2021 | 1000 | | $ 15.52 | $ 15,520.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-25-2021 | 1000 | | $ 15.50 | $ 15,500.00 | - | - | - | $ 06.73 | | | - |
| Matched against pre class period holdings | | | | 05-28-2021 | 100 | | $ 16.48 | $ 1,648.00 | - | - | - | $ 06.73 | | | - |
| **Total:** | **48,011** | | **$756,882.58** | | **45,034** | **13215** | | **$662,833.45** | **$110,929.92** | **14,257** | **1,042** | | **$7,012.83** | **$149,844.70** | **$105,398.33** |

| | |
|---|---|
| **Client Name** | Alan Narzissenfeld |
| **Company Name** | AppHarvest, Inc. |
| **Ticker Symbol** | APPH |
| **Security Type** | |
| **Class Period Start** | 05-17-2021 |
| **Class Period End** | 08-10-2021 |
| **90-DAY Lookback Period Start** | 08-11-2021 |
| **90-DAY Lookback Period End** | 11-08-2021 |
| **90-DAY Lookback Average** | $ 06.73 |
| **Pre Class Period Holdings** | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| **LIFO Loss Total** | $164,604.48 |
| ***DURA LIFO* Total** | $179,469.71 |
| **Gross Shares Purchased** | 86,348 |
| **Net Shares Retained** | 23,262 |
| **Net Funds Expended** | $346,937.60 |

### Alan Narzissenfeld  - Account 3

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-18-2021 | 286 | 13.7384627 | $ 3,929.20 | 05-21-2021 | 286 | | $ 15.27 | $ 4,367.22 | - | - | - | $ 06.73 | | -$ 438.02 | - |
| 05-18-2021 | 1000 | 13.7384627 | $ 13,738.46 | 05-21-2021 | 1000 | | $ 15.31 | $ 15,310.00 | - | - | - | $ 06.73 | | -$ 1,571.54 | - |
| 05-18-2021 | 13 | 13.7384627 | $ 178.60 | 06-09-2021 | 13 | | $ 19.13 | $ 248.69 | - | - | - | $ 06.73 | | -$ 70.09 | - |
| 05-18-2021 | 2 | 13.7384627 | $ 27.48 | 06-23-2021 | 2 | | $ 16.65 | $ 33.30 | - | - | - | $ 06.73 | | -$ 05.82 | - |
| 05-18-2021 | 319 | 13.77 | $ 4,392.63 | 05-21-2021 | 319 | | $ 15.27 | $ 4,871.13 | - | - | - | $ 06.73 | | -$ 478.50 | - |
| 05-18-2021 | 1737 | 13.8392269 | $ 24,038.74 | 05-19-2021 | 1737 | | $ 14.40 | $ 25,012.80 | - | - | - | $ 06.73 | | -$ 974.06 | - |
| 05-18-2021 | 850 | 13.8392269 | $ 11,763.34 | 05-21-2021 | 850 | | $ 15.27 | $ 12,979.50 | - | - | - | $ 06.73 | | -$ 1,216.16 | - |
| 05-18-2021 | 2690 | 13.7192565 | $ 36,904.80 | 05-19-2021 | 2690 | | $ 14.40 | $ 38,736.00 | - | - | - | $ 06.73 | | -$ 1,831.20 | - |
| 05-18-2021 | 100 | 13.72 | $ 1,372.00 | 05-19-2021 | 100 | | $ 14.40 | $ 1,440.00 | - | - | - | $ 06.73 | | -$ 68.00 | - |
| 05-18-2021 | 300 | 13.72 | $ 4,116.00 | 05-19-2021 | 300 | | $ 14.40 | $ 4,320.00 | - | - | - | $ 06.73 | | -$ 204.00 | - |
| 05-18-2021 | 3 | 13.74 | $ 41.22 | 05-19-2021 | 3 | | $ 14.40 | $ 43.20 | - | - | - | $ 06.73 | | -$ 01.98 | - |
| 05-18-2021 | 170 | 13.7541176 | $ 2,338.20 | 05-19-2021 | 170 | | $ 14.40 | $ 2,448.00 | - | - | - | $ 06.73 | | -$ 109.80 | - |
| 05-20-2021 | 515 | 14.29 | $ 7,359.35 | 05-21-2021 | 515 | | $ 15.25 | $ 7,854.01 | - | - | - | $ 06.73 | | -$ 494.66 | - |
| 05-20-2021 | 2000 | 14.29 | $ 28,580.00 | 05-21-2021 | 2000 | | $ 15.28 | $ 30,560.00 | - | - | - | $ 06.73 | | -$ 1,980.00 | - |
| 05-20-2021 | 545 | 14.29 | $ 7,788.05 | 05-21-2021 | 545 | | $ 15.27 | $ 8,322.15 | - | - | - | $ 06.73 | | -$ 534.10 | - |
| 05-20-2021 | 189 | 14.33 | $ 2,708.37 | 05-21-2021 | 189 | | $ 15.37 | $ 2,904.93 | - | - | - | $ 06.73 | | -$ 196.56 | - |
| 05-20-2021 | 406 | 14.33 | $ 5,817.98 | 05-21-2021 | 406 | | $ 15.29 | $ 6,207.74 | - | - | - | $ 06.73 | | -$ 389.76 | - |
| 05-20-2021 | 4000 | 14.33 | $ 57,320.00 | 05-21-2021 | 4000 | | $ 15.19 | $ 60,760.00 | - | - | - | $ 06.73 | | -$ 3,440.00 | - |
| 05-20-2021 | 1485 | 14.33 | $ 21,280.05 | 05-21-2021 | 1485 | | $ 15.25 | $ 22,646.99 | - | - | - | $ 06.73 | | -$ 1,366.94 | - |
| 05-20-2021 | 3000 | 14.0701767 | $ 42,210.53 | 05-21-2021 | 3000 | | $ 15.37 | $ 46,110.00 | - | - | - | $ 06.73 | | -$ 3,899.47 | - |
| 05-20-2021 | 150 | 14.0776667 | $ 2,111.65 | 05-21-2021 | 150 | | $ 15.37 | $ 2,305.50 | - | - | - | $ 06.73 | | -$ 193.85 | - |
| 05-20-2021 | 1 | 14.62 | $ 14.62 | 05-21-2021 | 1 | | $ 15.37 | $ 15.37 | - | - | - | $ 06.73 | | -$ 00.75 | - |
| 05-20-2021 | 373 | 14.67 | $ 5,471.91 | 05-21-2021 | 373 | | $ 15.27 | $ 5,695.71 | - | - | - | $ 06.73 | | -$ 223.80 | - |
| 05-20-2021 | 466 | 14.67 | $ 6,836.22 | 05-21-2021 | 466 | | $ 15.40 | $ 7,176.40 | - | - | - | $ 06.73 | | -$ 340.18 | - |
| 05-20-2021 | 660 | 14.67 | $ 9,682.20 | 05-21-2021 | 660 | | $ 15.37 | $ 10,144.20 | - | - | - | $ 06.73 | | -$ 462.00 | - |
| 05-20-2021 | 2010 | 14.6173632 | $ 29,380.90 | 05-21-2021 | 2010 | | $ 15.27 | $ 30,692.70 | - | - | - | $ 06.73 | | -$ 1,311.80 | - |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-20-2021 | 112 | 14.64 | $1,639.68 | 05-21-2021 | 112 | | $15.27 | $1,710.24 | - | - | - | $06.73 | -$70.56 | - |
| 05-20-2021 | 1505 | 14.6 | $21,973.00 | 05-21-2021 | 1505 | | $15.27 | $22,981.35 | - | - | - | $06.73 | -$1,008.35 | - |
| 05-24-2021 | 23 | 15.24 | $350.52 | 06-09-2021 | 23 | | $19.13 | $439.99 | - | - | - | $06.73 | -$89.47 | - |
| 06-09-2021 | 506 | 18.5 | $9,361.00 | 06-09-2021 | 506 | | $19.01 | $9,619.06 | - | - | - | $06.73 | -$258.06 | - |
| 06-09-2021 | 1500 | 18.5 | $27,750.00 | 06-09-2021 | 1500 | | $19.11 | $28,665.00 | - | - | - | $06.73 | -$915.00 | - |
| 06-09-2021 | 234 | 18.5 | $4,329.00 | 06-09-2021 | 234 | | $19.13 | $4,476.42 | - | - | - | $06.73 | -$147.42 | - |
| 06-10-2021 | 986 | 17.99 | $17,738.14 | 06-11-2021 | 986 | | $17.44 | $17,195.84 | - | - | - | $06.73 | $542.30 | - |
| 06-10-2021 | 190 | 17.99 | $3,418.10 | 06-11-2021 | 190 | | $17.48 | $3,321.20 | - | - | - | $06.73 | $96.90 | - |
| 06-10-2021 | 1 | 17.99 | $17.99 | 06-23-2021 | 1 | | $16.65 | $16.65 | - | - | - | $06.73 | $01.34 | - |
| 06-10-2021 | 14 | 18 | $252.00 | 06-11-2021 | 14 | | $17.44 | $244.16 | - | - | - | $06.73 | $07.84 | - |
| 06-16-2021 | 1927 | 15.99 | $30,812.73 | 06-18-2021 | 1927 | | $15.18 | $29,252.25 | - | - | - | $06.73 | $1,560.48 | - |
| 06-16-2021 | 1000 | 15.99 | $15,990.00 | 06-18-2021 | 1000 | | $15.20 | $15,200.27 | - | - | - | $06.73 | $789.73 | - |
| 06-16-2021 | 13 | 15.99 | $207.87 | 06-23-2021 | 13 | | $16.65 | $216.45 | - | - | - | $06.73 | -$08.58 | - |
| 06-16-2021 | 318 | 15.8999686 | $5,056.19 | 06-18-2021 | 318 | | $15.18 | $4,827.30 | - | - | - | $06.73 | $228.89 | - |
| 06-16-2021 | 126 | 15.9 | $2,003.40 | 06-18-2021 | 126 | | $15.18 | $1,912.71 | - | - | - | $06.73 | $90.69 | - |
| 06-16-2021 | 1820 | 15.95 | $29,029.00 | 06-18-2021 | 1820 | | $15.18 | $27,627.96 | - | - | - | $06.73 | $1,401.04 | - |
| 06-16-2021 | 45 | 15.92 | $716.40 | 06-18-2021 | 45 | | $15.18 | $683.11 | - | - | - | $06.73 | $33.29 | - |
| 06-16-2021 | 286 | 15.8844381 | $4,542.95 | 06-18-2021 | 286 | | $15.62 | $4,467.32 | - | - | - | $06.73 | $75.63 | - |
| 06-16-2021 | 764 | 15.8844381 | $12,135.71 | 06-18-2021 | 764 | | $15.18 | $11,597.67 | - | - | - | $06.73 | $538.04 | - |
| 06-16-2021 | 1064 | 15.9 | $16,917.60 | 06-18-2021 | 1064 | | $15.62 | $16,619.68 | - | - | - | $06.73 | $297.92 | - |
| 06-16-2021 | 1000 | 15.92 | $15,920.00 | 06-16-2021 | 1000 | | $15.75 | $15,750.00 | - | - | - | $06.73 | $170.00 | - |
| 06-16-2021 | 1000 | 15.92 | $15,920.00 | 06-16-2021 | 1000 | | $15.94 | $15,940.00 | - | - | - | $06.73 | -$20.00 | - |
| 06-16-2021 | 550 | 15.92 | $8,756.00 | 06-18-2021 | 550 | | $15.72 | $8,646.00 | - | - | - | $06.73 | $110.00 | - |
| 06-16-2021 | 1650 | 15.92 | $26,268.00 | 06-18-2021 | 1650 | | $15.62 | $25,773.00 | - | - | - | $06.73 | $495.00 | - |
| 06-18-2021 | 77 | 15.09 | $1,161.93 | 06-23-2021 | 77 | | $16.65 | $1,282.05 | - | - | - | $06.73 | -$120.12 | - |
| 06-18-2021 | 5 | 15.1 | $75.50 | 06-23-2021 | 5 | | $16.65 | $83.25 | - | - | - | $06.73 | -$07.75 | - |
| 06-24-2021 | 333 | 16.7 | $5,561.10 | 09-10-2021 | | 333 | $07.81 | | $2,600.73 | 333 | - | $06.73 | $2,960.37 | $2,960.37 |
| 06-24-2021 | 62 | 16.7 | $1,035.40 | 09-15-2021 | | 62 | $07.76 | | $481.12 | 62 | - | $06.73 | $554.28 | $554.28 |
| 06-24-2021 | 1350 | 16.7180741 | $22,569.40 | 09-10-2021 | | 1350 | $07.81 | | $10,543.50 | 1350 | - | $06.73 | $12,025.90 | $12,025.90 |
| 06-24-2021 | 102 | 16.51 | $1,684.02 | 09-10-2021 | | 102 | $07.81 | | $796.62 | 102 | - | $06.73 | $887.40 | $887.40 |
| 06-24-2021 | 240 | 16.55 | $3,972.00 | 09-10-2021 | | 240 | $07.81 | | $1,874.40 | 240 | - | $06.73 | $2,097.60 | $2,097.60 |
| 06-24-2021 | 532 | 16.58 | $8,820.56 | 09-10-2021 | | 532 | $07.81 | | $4,154.92 | 532 | - | $06.73 | $4,665.64 | $4,665.64 |
| 06-24-2021 | 175 | 16.58 | $2,901.50 | 09-10-2021 | | 175 | $07.81 | | $1,366.75 | 175 | - | $06.73 | $1,534.75 | $1,534.75 |
| 06-24-2021 | 2910 | 16.56 | $48,189.60 | 09-10-2021 | | 2910 | $07.81 | | $22,727.10 | 2910 | - | $06.73 | $25,462.50 | $25,462.50 |
| 06-24-2021 | 646 | 16.5149325 | $10,668.65 | 06-30-2021 | 646 | | $16.20 | $10,465.20 | - | - | - | $06.73 | $203.45 | - |
| 06-24-2021 | 2000 | 16.5149325 | $33,029.87 | 06-30-2021 | 2000 | | $16.20 | $32,400.00 | - | - | - | $06.73 | $629.86 | - |
| 06-24-2021 | 27 | 16.5149325 | $445.90 | 09-10-2021 | | 27 | $07.81 | | $210.87 | 27 | - | $06.73 | $235.03 | $235.03 |
| 06-24-2021 | 958 | 16.5149325 | $15,821.31 | 09-10-2021 | | 958 | $07.81 | | $7,481.98 | 958 | - | $06.73 | $8,339.33 | $8,339.33 |
| 06-24-2021 | 1366 | 16.423871 | $22,435.01 | 06-30-2021 | 1366 | | $16.25 | $22,197.50 | - | - | - | $06.73 | $237.51 | - |
| 06-24-2021 | 2345 | 16.423871 | $38,513.98 | 06-30-2021 | 2345 | | $16.25 | $38,106.25 | - | - | - | $06.73 | $407.73 | - |
| 06-24-2021 | 9 | 16.423871 | $147.81 | 06-30-2021 | 9 | | $16.20 | $145.80 | - | - | - | $06.73 | $02.01 | - |
| 06-24-2021 | 200 | 16.3575 | $3,271.50 | 06-30-2021 | 200 | | $16.25 | $3,250.00 | - | - | - | $06.73 | $21.50 | - |
| 06-24-2021 | 575 | 16.47 | $9,470.25 | 06-30-2021 | 575 | | $16.25 | $9,343.75 | - | - | - | $06.73 | $126.50 | - |
| 06-24-2021 | 1071 | 16.5 | $17,671.50 | 06-30-2021 | 1071 | | $16.27 | $17,425.17 | - | - | - | $06.73 | $246.33 | - |
| 06-24-2021 | 1859 | 16.5 | $30,673.50 | 06-30-2021 | 1859 | | $16.25 | $30,208.75 | - | - | - | $06.73 | $464.75 | - |
| 06-24-2021 | 100 | 16.53 | $1,653.00 | 06-30-2021 | 100 | | $16.27 | $1,627.00 | - | - | - | $06.73 | $26.00 | - |
| 06-25-2021 | 371 | 16.2 | $6,010.20 | 06-30-2021 | 371 | | $16.26 | $6,032.46 | - | - | - | $06.73 | -$22.26 | - |
| 06-25-2021 | 1829 | 16.2 | $29,629.80 | 06-30-2021 | 1829 | | $16.27 | $29,757.83 | - | - | - | $06.73 | -$128.03 | - |
| 06-25-2021 | 10 | 16.19 | $161.90 | 06-30-2021 | 10 | | $16.26 | $162.60 | - | - | - | $06.73 | -$00.70 | - |
| 06-25-2021 | 92 | 16.21 | $1,491.32 | 06-30-2021 | 92 | | $16.26 | $1,495.92 | - | - | - | $06.73 | -$04.60 | - |
| 06-25-2021 | 714 | 16.6185924 | $11,865.67 | 06-30-2021 | 714 | | $16.26 | $11,609.64 | - | - | - | $06.73 | $256.03 | - |
| 06-25-2021 | 538 | 16.59 | $8,925.42 | 06-30-2021 | 538 | | $16.29 | $8,764.66 | - | - | - | $06.73 | $160.76 | - |
| 06-25-2021 | 902 | 16.59 | $14,964.18 | 06-30-2021 | 902 | | $16.26 | $14,666.52 | - | - | - | $06.73 | $297.66 | - |
| 06-28-2021 | 473 | 15.8498309 | $7,496.97 | 06-30-2021 | 473 | | $16.29 | $7,705.73 | - | - | - | $06.73 | -$208.76 | - |
| 07-01-2021 | 2210 | 15.61 | $34,498.10 | 09-10-2021 | | 2210 | $07.81 | | $17,260.10 | 2210 | - | $06.73 | $17,238.00 | $17,238.00 |
| 07-01-2021 | 2230 | 15.64 | $34,877.20 | 09-10-2021 | | 2230 | $07.81 | | $17,416.30 | 2230 | - | $06.73 | $17,460.90 | $17,460.90 |
| 07-01-2021 | 1177 | 15.62 | $18,384.74 | 09-10-2021 | | 1177 | $07.81 | | $9,192.37 | 1177 | - | $06.73 | $9,192.37 | $9,192.37 |
| 07-01-2021 | 333 | 15.62 | $5,201.46 | 09-10-2021 | | 333 | $07.81 | | $2,600.73 | 333 | - | $06.73 | $2,600.73 | $2,600.73 |
| 07-01-2021 | 698 | 15.64 | $10,916.72 | 09-10-2021 | | 698 | $07.81 | | $5,451.38 | 698 | - | $06.73 | $5,465.34 | $5,465.34 |
| 07-01-2021 | 3 | 15.64 | $46.92 | 09-10-2021 | | 3 | $07.81 | | $23.43 | 3 | - | $06.73 | $23.49 | $23.49 |
| 07-01-2021 | 925 | 15.64 | $14,467.00 | 09-10-2021 | | 925 | $07.81 | | $7,224.25 | 925 | - | $06.73 | $7,242.75 | $7,242.75 |
| 07-01-2021 | 135 | 15.6487654 | $2,112.58 | 07-06-2021 | 135 | | $15.23 | $2,056.05 | - | - | - | $06.73 | $56.53 | - |
| 07-01-2021 | 837 | 15.6487654 | $13,098.02 | 09-10-2021 | | 837 | $07.81 | | $6,536.97 | 837 | - | $06.73 | $6,561.05 | $6,561.05 |
| 07-01-2021 | 505 | 15.619901 | $7,888.05 | 07-06-2021 | 505 | | $15.23 | $7,691.15 | - | - | - | $06.73 | $196.90 | - |
| 07-01-2021 | 200 | 15.63 | $3,126.00 | 07-06-2021 | 200 | | $15.23 | $3,046.00 | - | - | - | $06.73 | $80.00 | - |
| 07-01-2021 | 395 | 15.6389873 | $6,177.40 | 07-06-2021 | 395 | | $15.23 | $6,015.85 | - | - | - | $06.73 | $161.55 | - |
| 07-01-2021 | 379 | 15.6266608 | $5,922.50 | 07-06-2021 | 379 | | $15.24 | $5,775.96 | - | - | - | $06.73 | $146.54 | - |
| 07-01-2021 | 765 | 15.6266608 | $11,954.40 | 07-06-2021 | 765 | | $15.23 | $11,650.95 | - | - | - | $06.73 | $303.45 | - |
| 07-01-2021 | 479 | 15.6098182 | $7,477.10 | 07-06-2021 | 479 | | $15.20 | $7,280.80 | - | - | - | $06.73 | $196.30 | - |
| 07-01-2021 | 621 | 15.6098182 | $9,693.70 | 07-06-2021 | 621 | | $15.24 | $9,464.04 | - | - | - | $06.73 | $229.66 | - |
| 07-01-2021 | 1052 | 15.6496198 | $16,463.40 | 07-06-2021 | 1052 | | $15.20 | $15,990.40 | - | - | - | $06.73 | $473.00 | - |
| 07-01-2021 | 100 | 15.67 | $1,567.00 | 07-06-2021 | 100 | | $15.20 | $1,520.00 | - | - | - | $06.73 | $47.00 | - |
| 07-02-2021 | 1900 | 14.8395593 | $28,195.16 | 07-06-2021 | 1900 | | $15.26 | $28,994.00 | - | - | - | $06.73 | -$798.84 | - |
| 07-02-2021 | 369 | 14.8395593 | $5,475.80 | 07-06-2021 | 369 | | $15.20 | $5,608.80 | - | - | - | $06.73 | -$133.00 | - |
| 07-02-2021 | 1100 | 14.7774455 | $16,255.19 | 07-06-2021 | 1100 | | $15.26 | $16,786.00 | - | - | - | $06.73 | -$530.81 | - |
| 07-07-2021 | 117 | 14.7 | $1,719.90 | 09-10-2021 | | 117 | $07.81 | | $913.77 | 117 | - | $06.73 | $806.13 | $806.13 |
| 07-07-2021 | 1979 | 14.7 | $29,091.30 | 09-10-2021 | | 1979 | $07.81 | | $15,455.99 | 1979 | - | $06.73 | $13,635.31 | $13,635.31 |
| 07-07-2021 | 2236 | 14.65 | $32,757.40 | 09-07-2021 | | 2236 | $07.92 | | $17,709.12 | 2236 | - | $06.73 | $15,048.28 | $15,048.28 |
| 07-07-2021 | 64 | 14.65 | $937.60 | 09-10-2021 | | 64 | $07.81 | | $499.84 | 64 | - | $06.73 | $437.76 | $437.76 |

| 07-07-2021 | 72 | 14.62 | $ 1,052.64 | 09-07-2021 | 72 | $ 07.92 | $ 570.24 | 72 | - | $ 06.73 | $ 482.40 | $ 482.40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-07-2021 | 180 | 14.59 | $ 2,626.20 | 09-07-2021 | 180 | $ 07.92 | $ 1,425.60 | 180 | - | $ 06.73 | $ 1,200.60 | $ 1,200.60 |
| 07-07-2021 | 1864 | 14.6 | $ 27,214.40 | 09-07-2021 | 1864 | $ 07.92 | $ 14,762.88 | 1864 | - | $ 06.73 | $ 12,451.52 | $ 12,451.52 |
| 07-07-2021 | 612 | 14.5784641 | $ 8,922.02 | 09-07-2021 | 612 | $ 07.92 | $ 4,847.04 | 612 | - | $ 06.73 | $ 4,074.98 | $ 4,074.98 |
| 07-07-2021 | 1036 | 14.4695174 | $ 14,990.42 | 09-07-2021 | 1036 | $ 07.92 | $ 8,205.12 | 1036 | - | $ 06.73 | $ 6,785.30 | $ 6,785.30 |
| **Total:** | **86,348** | | **$1,333,936.85** | | **63,086** | **23262** | | **$986,999.25** | **$182,333.12** | **23,262** | **$164,604.48** | **$179,469.71** |

| SUMMARY OF FINANCIAL INTEREST - ALL FUNDS | |
|---|---|
| **LIFO Loss Total** | $391,369.23 |
| *DURA LIFO* Total* | $361,788.09 |
| **Gross Shares Purchased**** | 149,727 |
| **Net Shares Retained**** | 36,585 |
| **Net Funds Expended** | $491,433.16 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

** Gross Shares Purchased and Net Shares Retained include the 6,902 Appharvest Warrants purchased and retained by Mr. Narzissenfeld