UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY H. RAGAN, Individually and On Behalf of All Others Similarly Situated, <br><br>                   Plaintiff,<br><br>    v.<br><br>APPHARVEST, INC., JONATHAN WEBB, and LOREN EGGLETON,<br><br>                   Defendants. | Case No. 1:21-cv-07985 (LJL) |
| PLYMOUTH COUNTY RETIREMENT ASSOCATION, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>APPHARVEST, INC. f/k/a NOVUS CAPITAL CORPORATION, JONATHAN WEBB, and LOREN EGGLETON,<br><br>                   Defendants. | Case No. 1:21-cv-09676 |

**NOTICE OF MOTION OF PLYMOUTH COUNTY RETIREMENT ASSOCIATION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:** **THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that movant Plymouth County Retirement Association ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned cases; (2) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Scott+Scott Attorneys at Law LLP as Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Thomas L. Laughlin, IV in support thereof, including Exhibits 1-5, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED:  November 23, 2021                     **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

　　　　　　　　　　　　　　　　　　　　　　　　　　　 *s/ Thomas L. Laughlin, IV*
　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas L. Laughlin, IV
　　　　　　　　　　　　　　　　　　　　　　　　　　Donald A. Broggi
　　　　　　　　　　　　　　　　　　　　　　　　　　Rhiana L. Swartz
　　　　　　　　　　　　　　　　　　　　　　　　　　The Helmsley Building
　　　　　　　　　　　　　　　　　　　　　　　　　　230 Park Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10169
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-223-6444
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  212-223-6334
　　　　　　　　　　　　　　　　　　　　　　　　　　tlaughlin@scott-scott.com
　　　　　　　　　　　　　　　　　　　　　　　　　　dbroggi@scott-scott.com
　　　　　　　　　　　　　　　　　　　　　　　　　　rswartz@scott-scott.com

*Counsel for Proposed Lead Plaintiff Plymouth County Retirement Association and Proposed Lead Counsel for the Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                         *s/ Thomas L. Laughlin, IV*
                                         Thomas L. Laughlin, IV