UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY H. RAGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>APPHARVEST, INC., JONATHAN WEBB, and LOREN EGGLETON,<br><br>        Defendants. | Case No. 1:21-cv-07985 (LJL) |
| PLYMOUTH COUNTY RETIREMENT ASSOCATION, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>APPHARVEST, INC. f/k/a NOVUS CAPITAL CORPORATION, JONATHAN WEBB, and LOREN EGGLETON,<br><br>        Defendants. | Case No. 1:21-cv-09676 |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF PLYMOUTH COUNTY RETIREMENT ASSOCIATION'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant Plymouth County Retirement Association ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation, appointment as lead plaintiff and approval of his selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit 1:      Notice published September 24, 2021, via *BusinessWire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit 2:      Notice published November 22, 2021, via *GlobeNewswire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit 3:      Movant's PSLRA Certification;

Exhibit 4:      Movant's Loss Chart; and

Exhibit 5:      Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 23rd day of November, 2021.

 */s/ Thomas L. Laughlin, IV*
THOMAS L. LAUGHLIN, IV

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

2