# EXHIBIT 2



# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against AppHarvest, Inc. (NASDAQ: APPH)

Your publication date and time will appear here. | Source: Scott+Scott Attorneys at Law LLP

NEW YORK, Nov. 22, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit against AppHarvest, Inc. (formerly known as Novus Capital Corporation ("Novus")) (NASDAQ: APPH) ("AppHarvest" or the "Company"), its Chief Executive Officer and its Chief Financial Officer, alleging violations of §§10(b) and 20(a) of the Securities Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) (the "Action"). **The Class Period of this Action is October 9, 2020 through August 10, 2021, inclusive,** and the case was filed in the Southern District of New York. This expands the class period of a previously-filed case pending in the same court. **The lead plaintiff deadline in these related actions is November 23, 2021.**

**If you purchased AppHarvest (or Novus) securities between October 9, 2020, and August 10, 2021, you are encouraged to contact Rhiana Swartz for additional information at 844-818-6980 or** [rswartz@scott-scott.com](mailto:rswartz@scott-scott.com).

AppHarvest is a sustainable food company that operates applied technology greenhouses to produce fresh, chemical-free, non-GMO fruits, vegetables, and related products.

In September 2020, AppHarvest announced it had entered into an agreement with Novus to merge. Novus was a special purpose acquisition company ("SPAC") that had been formed with the purpose of merging with or acquiring another company. The merger closed on or about January 29, 2021. Prior the merger, Novus common stock traded on the NASDAQ under the ticker NOVS. After the merger, starting on February 1, 2021, Novus changed its name to "AppHarvest, Inc." and AppHarvest began trading on the NASDAQ under the ticker APPH.

The Action alleges that, during the Class Period, AppHarvest and the other defendants misled investors about AppHarvest's business, operations, and prospects. Specifically, the defendants failed to disclose to investors: (1) that AppHarvest lacked sufficient training and management for its labor force; (2) that, as a result, the Company could not produce Grade No. 1 tomatoes consistently; (3) that, as a result, the Company's financial results would be adversely impacted; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

On August 11, 2021, before the market opened, AppHarvest announced its second quarter 2021 financial results, reporting a $32.0 million net loss. The Company also lowered its full-year sales guidance to a range of $7 million to $9 million, from a prior range of $20 million to $25 million. AppHarvest attributed the lower-than-expected results to "operational headwinds with the full ramp up to full production at the company's first CEA facility, including labor and productivity challenges related to the training and development of the new workforce and historically low market prices for tomatoes."

On this news, the price of the Company's common stock fell $3.46, or approximately 29%, to close at $8.51 per share on August 11, 2021, on unusually heavy trading volume.

**Lead Plaintiff Deadline**

**The Lead Plaintiff deadline in this action is November 23, 2021.** Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

**What You Can Do**

If you purchased **AppHarvest (or Novus) securities between October 9, 2020, and August 10, 2021**, or if you have questions about this notice or your legal rights, **you are encouraged to contact attorney Rhiana Swartz at 844-818-6980 or [rswartz@scott-scott.com](mailto:rswartz@scott-scott.com)**.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

**CONTACT:**

**Rhiana Swartz**

**Scott+Scott Attorneys at Law LLP**

**230 Park Avenue, 17th Floor, New York, NY 10169**

**844-818-6980**

**[rswartz@scott-scott.com](mailto:rswartz@scott-scott.com)**

**Tags**

Class Action

**Related Links**

- [https://scott-scott.com/case/appharvest-inc-2/](https://scott-scott.com/case/appharvest-inc-2/)