# EXHIBIT 3

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, David Sullivan, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am the Executive Director of the Plymouth County Retirement Association ("Plymouth County") and duly authorized to act on behalf of Plymouth County.

2.      I have reviewed a complaint in this matter and authorize Scott+Scott Attorneys at Law LLP ("Scott+Scott") to file the complaint. I also authorize Scott+Scott to file lead plaintiff papers related to this action on behalf of Plymouth County.

3.      Plymouth County is willing to serve as a representative party on behalf of all those who purchased or otherwise acquired AppHarvest, Inc. ("AppHarvest") common stock during the Class Period, including providing testimony at depositions and trial, if necessary.

4.      During the Class Period, Plymouth County purchased/acquired and/or sold AppHarvest common stock as set forth in the attached **Schedule A**.

5.      Plymouth County did not engage in the foregoing transactions at the direction of counsel in order to participate in any private action arising under the federal securities laws.

6.      Plymouth County has sought to serve and was appointed as lead plaintiff and a representative party on behalf of a class in the following actions brought under the federal securities laws and filed during the three-year period preceding the date of this Certification:

   a.      *Schlimm v. Welbilt, Inc.*, No. 8:18-cv-03007 (M.D. Fla.);

   b.      *Emps. Ret. Sys. of the P.R. Elec. Power Auth. v. Conduent, Inc.*, No. 2:19-cv-08237 (D.N.J.);

   c.      *Plymouth Cty. Ret. Sys. v. Evolent Health, Inc.*, No. 1:19-cv-01031 (E.D. Va.);

   d.      *Plymouth Cty, Ret. Ass'n v. ViewRay, Inc.*, No. 1:19-cv-02115 (N.D. Ohio);

e. *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corp.*, No. 2:20-cv-00856 (N.D. Ala.);

f. *Visser v. Energy Recovery, Inc.*, No. 1:20-CV-05647 (S.D.N.Y.);

g. *Xu v. Fibrogen, Inc.*, No. 3:21-cv-02623 (N.D. Cal.);

h. *Plymouth Cty. Ret. Sys. v. Apache Corp.*, No. 4:21-cv-00575 (S.D. Tex.); and

i. *Plymouth Cty. Ret. Ass'n v. Array Technologies, Inc.*, No. 1:21-cv-04390 (S.D.N.Y.).

7.     Plymouth County has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

a. *St. Clair Cty. Emps.' Ret. Sys. v. Acadia Healthcare Co., Inc.*, No. 3:18-cv-00988 (M.D. Tenn.);

b. *Plymouth Cty. Ret. Sys. v. GTT Commc'ns, Inc.*, No. 1:19-cv-00982 (E.D. Va.); and

c. *Koffsmon v. Green Dot Corp.*, No. 2:19-cv-10701 (C.D. Cal.).

8.     Plymouth County will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed at ___Plymouth, MA  02360___
(City, State)

PLYMOUTH COUNTY RETIREMENT
ASSOCIATION

___11/22/2021___
Date

David Sullivan
Executive Director

3

# Schedule A

**APPHARVEST INC**                                        **Ticker:**        **APPH/NOVS**

Class Period: 10/09/2020 to 08/10/2021

| **PLYMOUTH COUNTY RETIREMENT ASSOCIATION** | **DATE** | **SHARES** | **PRICE** |
|---|---|---|---|
| **PURCHASE NOVUS CAPITAL CORP - common stock** | 10/27/2020 | 21,589 | $11.41 |
| **PURCHASE NOVUS CAPITAL CORP - common stock** | 10/28/2020 | 20,792 | $11.38 |
| **SELL NOVUS CAPITAL CORP - common stock** | 1/6/2021 | 4,762 | $16.14 |
| **SELL APPHARVEST INC - common stock** | 4/7/2021 | 2,218 | $18.24 |