# EXHIBIT 4

**LOSS ANALYSIS**

**Class Period: 10/09/2020 to 08/10/2021**

**APPHARVEST INC**

| Ticker | Lookback Price | |
|---|---|---|
| **APPH/NOVS** | **$6.71297** | * |

**PLYMOUTH COUNTY RETIREMENT ASSOCIATION**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| **PURCHASE NOVUS CAPITAL CORP - common stock** | 10/27/2020 | 21,589 | $11.41 | -$246,397.42 |
| **PURCHASE NOVUS CAPITAL CORP - common stock** | 10/28/2020 | 20,792 | $11.38 | -$236,700.29 |
| **Class Period purchases:** | | **42,381** | | **-$483,097.70** |
| **SELL NOVUS CAPITAL CORP - common stock** | 1/6/2021 | 4,762 | $16.14 | $76,879.16 |
| **SELL APPHARVEST INC - common stock** | 4/7/2021 | 2,218 | $18.24 | $40,465.64 |
| **Class Period sales (matched to Class Period purchases):** | | **6,980** | | **$117,344.79** |
| | LIFO Retained Purchases: | 35,401 | $6.71297 | $237,645.81 |

**\* Value of retained shares is the mean trading price from 08/11/2021 to 11/09/2021**          **LIFO Gain/(Loss):  -$128,107.10**