UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY H. RAGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPHARVEST, INC., JONATHAN WEBB, and LOREN EGGLETON,<br><br>Defendants. | Case No.  1:21-cv-07985-LJL<br><br>DECLARATION OF THOMAS H. PRZYBYLOWSKI IN SUPPORT OF MOTION OF BRANDON YORK AND MARC PIERRE FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL |
| PLYMOUTH COUNTY RETIREMENT ASSOCATION, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPHARVEST, INC. f/k/a NOVUS CAPITAL CORPORATION, JONATHAN WEBB, LOREN EGGLETON,<br><br>Defendants. | Case No.  1:21-cv-09676-UA |

I, Thomas H. Przybylowski, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Brandon York and Marc Pierre (together, "York and Pierre"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of York and Pierre's motion for consolidation, appointment as Co-Lead Plaintiffs for the Class, and approval of York and Pierre's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of York and Pierre in this litigation; |
| Exhibit B: | Press release announcing the pendency of the first-filed of the above-captioned related actions; |
| Exhibit C: | Shareholder Certifications executed by York and Pierre; |
| Exhibit D: | Joint Declaration executed by York and Pierre; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 23, 2021 at New York, New York.

*/s/ Thomas H. Przybylowski*
Thomas H. Przybylowski

1