# Exhibit A

**AppHarvest, Inc. (APPH)**
**Class Period: October 9, 2020 and August 10, 2021**

| Plaintiff | Security Type | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Post-Class Shares Retained | 90-Day* Mean Price $6.7302 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| York, Brandon | APPH | 5/14/2021 | 246 | $12.1000 | ($2,977) | | | | | | | | |
| York, Brandon | APPH | 7/8/2021 | 425 | $14.0313 | ($5,963) | | | | | | | | |
| **York, Brandon** | **APPH** | | **671** | | **($8,940)** | | | | | **671** | **671** | **$4,516** | **($4,424)** |
| | | | | | | | | | | | | | |
| Pierre, Marc | APPH | 6/17/2021 | 50 | $15.6000 | ($780) | | | | | | | | |
| Pierre, Marc | APPH | 6/18/2021 | 10 | $15.1269 | ($151) | | | | | | | | |
| Pierre, Marc | APPH | 6/18/2021 | 10 | $15.1197 | ($151) | | | | | | | | |
| Pierre, Marc | APPH | 6/23/2021 | 20 | $16.5641 | ($331) | | | | | | | | |
| Pierre, Marc | APPH | 7/14/2021 | 20 | $13.1500 | ($263) | | | | | | | | |
| Pierre, Marc | APPH | 7/20/2021 | 20 | $12.9000 | ($258) | | | | | | | | |
| Pierre, Marc | APPH | 7/27/2021 | 20 | $12.2499 | ($245) | | | | | | | | |
| **Pierre, Marc** | **APPH** | | **150** | | **($2,180)** | | | | | **150** | **150** | **$1,010** | **($1,170)** |
| | | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | | |
| York, Brandon | APPH | | 671 | | ($8,940) | | | | | 671 | 671 | | ($4,424) |
| Pierre, Marc | APPH | | 150 | | ($2,180) | | | | | 150 | 150 | | ($1,170) |
| **Total** | | | **821** | | **($11,120)** | | | | | **821** | **821** | | **($5,594)** |

*Avg Closing Prices from August 12 to November 9