# EXHIBIT A

| Case Name | AppHarvest, Inc. |
| Ticker | APPH |
| Class Period | 10-09-2020 to 08-10-2021 |

**Account 1**
**Client Name**
Alan Narzissenfeld

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 11-12-2020 | P | 8500 | $ 10.8500 |
| 11-16-2020 | P | 5000 | $ 10.9000 |
| 11-16-2020 | P | 5000 | $ 11.1800 |
| 11-16-2020 | P | 6000 | $ 11.0800 |
| 11-16-2020 | P | 3500 | $ 11.0900 |
| 11-16-2020 | P | 5004 | $ 11.0900 |
| 11-16-2020 | P | 2500 | $ 11.0500 |
| 11-16-2020 | P | 3500 | $ 11.0500 |
| 11-16-2020 | P | 14 | $ 11.0200 |
| 11-17-2020 | P | 6000 | $ 11.0500 |
| 11-23-2020 | P | 600 | $ 11.9700 |
| 11-23-2020 | P | 1000 | $ 11.9600 |
| 11-25-2020 | P | 2000 | $ 11.9100 |
| 11-25-2020 | P | 2000 | $ 11.9000 |
| 11-27-2020 | P | 400 | $ 12.0800 |
| 11-30-2020 | P | 60 | $ 12.2100 |
| 12-02-2020 | P | 2800 | $ 12.5700 |
| 12-02-2020 | P | 10 | $ 12.7300 |
| 12-03-2020 | P | 1244 | $ 12.9000 |
| 01-08-2021 | P | 374 | $ 18.7200 |
| 01-12-2021 | P | 3400 | $ 22.6900 |
| 01-19-2021 | P | 8 | $ 24.2000 |
| 01-26-2021 | P | 278 | $ 25.1400 |
| 01-26-2021 | P | 141 | $ 24.9800 |
| 01-27-2021 | P | 92 | $ 23.6000 |
| 02-03-2021 | P | 30 | $ 33.3500 |
| 02-25-2021 | S | -800 | $ 33.4900 |
| 02-25-2021 | S | -200 | $ 33.4200 |
| 02-25-2021 | S | -800 | $ 33.5200 |
| 02-25-2021 | S | -1400 | $ 33.2400 |
| 02-25-2021 | S | -1800 | $ 33.4000 |
| 03-01-2021 | S | -800 | $ 30.9400 |
| 03-01-2021 | S | -800 | $ 30.8900 |
| 03-01-2021 | S | -700 | $ 31.4700 |
| 03-01-2021 | S | -600 | $ 31.2800 |

| | | | |
|---|---|---|---|
| 03-01-2021 | S | -700 | $ 30.9200 |
| 03-02-2021 | S | -856 | $ 31.7600 |
| 03-02-2021 | S | -800 | $ 31.6100 |
| 03-03-2021 | S | -800 | $ 30.5500 |
| 03-04-2021 | P | 5101 | $ 19.8000 |
| 03-04-2021 | P | 5014 | $ 20.4000 |
| 03-04-2021 | P | 4657 | $ 20.0300 |
| 03-05-2021 | P | 1592 | $ 16.8800 |
| 03-11-2021 | S | -2000 | $ 23.0200 |
| 03-11-2021 | S | -1000 | $ 22.7400 |
| 03-11-2021 | S | -2500 | $ 23.3500 |
| 03-11-2021 | S | -3264 | $ 23.1000 |
| 03-11-2021 | S | -2000 | $ 23.4200 |
| 03-11-2021 | S | -2000 | $ 23.0300 |
| 03-11-2021 | S | -2000 | $ 23.5300 |
| 03-11-2021 | S | -2000 | $ 22.6300 |
| 03-11-2021 | S | -800 | $ 22.7700 |
| 03-11-2021 | S | -1700 | $ 23.0400 |
| 03-12-2021 | S | -2000 | $ 23.0300 |
| 03-12-2021 | S | -2000 | $ 23.0200 |
| 03-12-2021 | S | -2000 | $ 23.3600 |
| 03-12-2021 | S | -1500 | $ 23.0300 |
| 03-12-2021 | S | -3000 | $ 23.0000 |
| 03-12-2021 | S | -2000 | $ 23.5200 |
| 03-12-2021 | S | -2000 | $ 23.4400 |
| 03-12-2021 | S | -2000 | $ 23.8100 |
| 03-12-2021 | S | -126 | $ 23.6500 |
| 03-16-2021 | P | 4000 | $ 23.2600 |
| 03-16-2021 | P | 4400 | $ 23.2400 |
| 03-16-2021 | P | 4400 | $ 22.9600 |
| 04-09-2021 | P | 10000 | $ 17.3900 |
| 04-09-2021 | P | 11000 | $ 17.4100 |
| 04-09-2021 | P | 975 | $ 17.5000 |
| 04-19-2021 | P | 269 | $ 13.8400 |
| 04-21-2021 | P | 4 | $ 13.5800 |
| 04-21-2021 | P | 1100 | $ 12.5400 |
| 06-01-2021 | S | -330 | $ 17.1100 |
| 06-02-2021 | S | -1200 | $ 17.4000 |
| 06-02-2021 | S | -1492 | $ 18.5800 |
| 06-08-2021 | S | -1000 | $ 19.7200 |
| 06-08-2021 | S | -1000 | $ 19.6600 |
| 07-07-2021 | P | 1095 | $ 14.5900 |
| 07-08-2021 | P | 100 | $ 14.2200 |
| 07-13-2021 | P | 2022 | $ 13.8600 |

| | | | |
|---|---|---|---|
| 07-14-2021 | P | 1533 | $ 13.0300 |
| 07-16-2021 | P | 465 | $ 12.9100 |
| 07-20-2021 | P | 1466 | $ 12.9600 |
| 07-23-2021 | P | 983 | $ 12.2100 |
| 07-28-2021 | P | 802 | $ 12.4400 |

| | |
|---|---|
| Case Name | AppHarvest, Inc. |
| Ticker | APPHW |
| Class Period | 10-09-2020 to 08-10-2021 |

**Account 1 - Warrants**
**Client Name**
Alan Narzissenfeld

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-08-2021 | P | 5 | $ 05.1500 |
| 07-09-2021 | P | 2608 | $ 05.5000 |
| 07-09-2021 | P | 43 | $ 05.5100 |
| 07-23-2021 | P | 974 | $ 04.0500 |
| 07-27-2021 | P | 978 | $ 04.1500 |
| 08-06-2021 | P | 2294 | $ 03.9600 |

| | |
|---|---|
| Case Name | AppHarvest, Inc. |
| Ticker | APPH |
| Class Period | 10-09-2020 to 08-10-2021 |

**Account 2**
**Client Name**
Alan Narzissenfeld

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 10-09-2020 | P | 26 | $ 10.5700 |
| 10-09-2020 | P | 1 | $ 10.5500 |
| 10-16-2020 | S | -800 | $ 10.4100 |
| 10-16-2020 | S | -379 | $ 10.4200 |
| 10-16-2020 | S | -124 | $ 10.4900 |
| 10-16-2020 | S | -4200 | $ 10.4900 |
| 10-16-2020 | S | -3900 | $ 10.5000 |
| 10-16-2020 | S | -3700 | $ 10.6000 |
| 10-16-2020 | S | -3000 | $ 10.6070 |
| 10-16-2020 | S | -1062 | $ 10.6300 |
| 10-19-2020 | P | 409 | $ 10.7700 |
| 10-19-2020 | P | 2891 | $ 10.7797 |
| 10-21-2020 | P | 116 | $ 11.0500 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 10-21-2020 | P | 2100 | $ 11.0500 |
| 10-21-2020 | P | 95 | $ 11.0600 |
| 10-21-2020 | P | 605 | $ 11.0800 |
| 10-21-2020 | P | 2200 | $ 11.0700 |
| 10-21-2020 | P | 500 | $ 11.1400 |
| 10-21-2020 | P | 1215 | $ 11.0800 |
| 10-21-2020 | P | 285 | $ 11.1000 |
| 10-21-2020 | P | 3000 | $ 11.0300 |
| 10-21-2020 | P | 350 | $ 11.0000 |
| 10-21-2020 | P | 1 | $ 11.0200 |
| 10-21-2020 | P | 1 | $ 11.0400 |
| 10-21-2020 | P | 201 | $ 11.0550 |
| 10-21-2020 | P | 497 | $ 11.0660 |
| 10-21-2020 | P | 101 | $ 11.0152 |
| 10-21-2020 | P | 1499 | $ 11.0477 |
| 10-21-2020 | P | 600 | $ 10.9994 |
| 10-21-2020 | P | 300 | $ 11.0067 |
| 10-21-2020 | P | 600 | $ 11.0167 |
| 10-21-2020 | P | 70 | $ 11.0100 |
| 10-21-2020 | P | 10 | $ 11.0100 |
| 10-21-2020 | P | 149 | $ 11.0000 |
| 10-22-2020 | P | 2000 | $ 11.0700 |
| 10-22-2020 | P | 1000 | $ 11.0700 |
| 10-22-2020 | P | 30 | $ 11.0900 |
| 10-26-2020 | P | 100 | $ 11.5100 |
| 10-26-2020 | P | 40 | $ 11.5100 |
| 10-27-2020 | P | 30 | $ 11.4400 |
| 10-27-2020 | P | 8 | $ 11.4400 |
| 10-28-2020 | P | 9 | $ 11.4700 |
| 10-30-2020 | S | -100 | $ 11.1600 |
| 10-30-2020 | S | -3900 | $ 11.2103 |
| 10-30-2020 | S | -2900 | $ 11.1300 |
| 10-30-2020 | S | -2100 | $ 11.1250 |
| 10-30-2020 | S | -2800 | $ 11.1250 |
| 11-02-2020 | P | 2600 | $ 11.1500 |
| 11-04-2020 | P | 1500 | $ 11.2700 |
| 11-04-2020 | S | -400 | $ 11.2400 |
| 11-04-2020 | S | -2500 | $ 11.2000 |
| 11-05-2020 | S | -2300 | $ 11.2600 |
| 11-06-2020 | P | 2309 | $ 11.0000 |
| 11-06-2020 | P | 400 | $ 10.9500 |
| 11-06-2020 | P | 1 | $ 10.9600 |
| 11-06-2020 | P | 876 | $ 10.9600 |
| 11-06-2020 | P | 241 | $ 10.9700 |

| | | | |
|---|---|---|---|
| 11-06-2020 | P | 40 | $ 10.9700 |
| 11-06-2020 | P | 100 | $ 10.9700 |
| 11-06-2020 | P | 94 | $ 10.9700 |
| 11-06-2020 | P | 100 | $ 10.9700 |
| 11-06-2020 | P | 100 | $ 10.9700 |
| 11-06-2020 | P | 1 | $ 10.9700 |
| 11-06-2020 | P | 5 | $ 10.9800 |
| 11-06-2020 | P | 1190 | $ 10.9892 |
| 11-06-2020 | P | 4200 | $ 11.0000 |
| 11-06-2020 | P | 800 | $ 11.0094 |
| 11-06-2020 | P | 3200 | $ 11.0100 |
| 11-06-2020 | P | 910 | $ 10.8900 |
| 11-06-2020 | P | 460 | $ 10.9100 |
| 11-06-2020 | P | 50 | $ 10.9700 |
| 11-10-2020 | P | 222 | $ 10.9455 |
| 11-11-2020 | P | 5 | $ 11.0100 |
| 12-03-2020 | P | 7 | $ 12.8900 |
| 12-08-2020 | S | -520 | $ 14.1056 |
| 12-08-2020 | S | -907 | $ 14.0700 |
| 12-08-2020 | S | -3573 | $ 14.0400 |
| 12-08-2020 | S | -31 | $ 14.0900 |
| 12-08-2020 | S | -3969 | $ 14.0700 |
| 12-08-2020 | S | -1000 | $ 14.1300 |
| 12-08-2020 | S | -718 | $ 14.1207 |
| 12-08-2020 | S | -3000 | $ 14.1300 |
| 12-09-2020 | S | -2500 | $ 14.8690 |
| 12-09-2020 | S | -2500 | $ 14.9138 |
| 12-09-2020 | S | -3500 | $ 15.6000 |
| 12-09-2020 | S | -1900 | $ 15.8200 |
| 12-15-2020 | P | 800 | $ 14.9675 |
| 12-15-2020 | P | 144 | $ 14.9731 |
| 12-15-2020 | P | 1100 | $ 15.1800 |
| 12-15-2020 | P | 900 | $ 15.3248 |
| 12-17-2020 | P | 4200 | $ 16.4897 |
| 12-17-2020 | P | 640 | $ 16.5600 |
| 12-17-2020 | P | 600 | $ 16.5600 |
| 12-17-2020 | P | 500 | $ 16.5880 |
| 12-17-2020 | P | 200 | $ 16.2800 |
| 12-17-2020 | P | 300 | $ 16.2800 |
| 12-17-2020 | P | 600 | $ 16.2400 |
| 12-17-2020 | P | 200 | $ 16.2500 |
| 12-17-2020 | P | 300 | $ 16.2500 |
| 12-17-2020 | P | 700 | $ 16.2300 |
| 12-17-2020 | P | 200 | $ 16.2450 |

| | | | |
|---|---|---|---|
| 12-17-2020 | P | 60 | $ 16.2400 |
| 12-17-2020 | P | 800 | $ 16.2500 |
| 12-17-2020 | P | 100 | $ 16.2500 |
| 12-17-2020 | P | 26 | $ 16.4900 |
| 12-17-2020 | P | 850 | $ 16.5200 |
| 12-17-2020 | P | 2600 | $ 16.4892 |
| 12-17-2020 | P | 100 | $ 16.4400 |
| 12-17-2020 | P | 900 | $ 16.4900 |
| 12-17-2020 | P | 100 | $ 16.5200 |
| 12-17-2020 | P | 700 | $ 16.5400 |
| 12-17-2020 | P | 100 | $ 16.5700 |
| 12-17-2020 | P | 400 | $ 16.5800 |
| 12-17-2020 | P | 200 | $ 16.5900 |
| 12-17-2020 | P | 200 | $ 16.7400 |
| 12-17-2020 | P | 800 | $ 16.7500 |
| 12-17-2020 | P | 100 | $ 16.7000 |
| 12-17-2020 | P | 600 | $ 16.6700 |
| 12-17-2020 | P | 300 | $ 16.6700 |
| 12-18-2020 | P | 300 | $ 16.4400 |
| 12-18-2020 | P | 600 | $ 16.4000 |
| 12-18-2020 | P | 2300 | $ 16.7290 |
| 12-18-2020 | P | 1020 | $ 16.7930 |
| 12-18-2020 | P | 500 | $ 16.3000 |
| 12-18-2020 | P | 80 | $ 16.3200 |
| 12-18-2020 | P | 10 | $ 16.0800 |
| 12-21-2020 | S | -300 | $ 16.5600 |
| 12-22-2020 | S | -300 | $ 16.8400 |
| 01-08-2021 | P | 200 | $ 19.7870 |
| 01-08-2021 | P | 555 | $ 19.0000 |
| 01-20-2021 | P | 9 | $ 26.5200 |
| 01-27-2021 | P | 8 | $ 24.4100 |
| 02-03-2021 | P | 11 | $ 34.9000 |
| 02-03-2021 | P | 5 | $ 32.9800 |
| 02-05-2021 | S | -30 | $ 30.4500 |
| 02-05-2021 | S | -970 | $ 30.3900 |
| 02-05-2021 | S | -500 | $ 30.5600 |
| 02-05-2021 | S | -70 | $ 30.7500 |
| 02-05-2021 | S | -400 | $ 30.7200 |
| 02-05-2021 | S | -300 | $ 30.6200 |
| 02-05-2021 | S | -400 | $ 30.8200 |
| 02-05-2021 | S | -300 | $ 30.8200 |
| 02-05-2021 | S | -200 | $ 30.8400 |
| 02-05-2021 | S | -300 | $ 30.8200 |
| 02-05-2021 | S | -300 | $ 30.8200 |

| | | | |
|---|---|---|---|
| 02-05-2021 | S | -300 | $ 31.3800 |
| 02-05-2021 | S | -300 | $ 31.7200 |
| 02-05-2021 | S | -500 | $ 31.7508 |
| 02-05-2021 | S | -300 | $ 31.1700 |
| 02-05-2021 | S | -101 | $ 31.3500 |
| 02-05-2021 | S | -354 | $ 31.7999 |
| 02-05-2021 | S | -146 | $ 31.7200 |
| 02-05-2021 | S | -1000 | $ 31.9400 |
| 02-05-2021 | S | -600 | $ 32.0007 |
| 02-05-2021 | S | -400 | $ 32.1510 |
| 02-05-2021 | S | -500 | $ 32.2608 |
| 02-05-2021 | S | -300 | $ 32.1910 |
| 02-05-2021 | S | -400 | $ 32.6200 |
| 02-05-2021 | S | -300 | $ 32.6000 |
| 02-05-2021 | S | -400 | $ 32.5500 |
| 02-05-2021 | S | -600 | $ 32.9900 |
| 02-05-2021 | S | -200 | $ 33.5200 |
| 02-05-2021 | S | -200 | $ 33.7210 |
| 02-05-2021 | S | -300 | $ 33.9200 |
| 02-05-2021 | S | -300 | $ 33.1500 |
| 02-05-2021 | S | -300 | $ 32.9700 |
| 02-05-2021 | S | -300 | $ 33.4400 |
| 02-05-2021 | S | -400 | $ 34.7200 |
| 02-05-2021 | S | -300 | $ 34.5100 |
| 02-08-2021 | S | -50 | $ 35.8200 |
| 02-08-2021 | S | -1000 | $ 36.7200 |
| 02-08-2021 | S | -1000 | $ 36.4400 |
| 02-08-2021 | S | -800 | $ 35.9250 |
| 02-08-2021 | S | -500 | $ 36.5700 |
| 02-08-2021 | S | -600 | $ 35.6900 |
| 02-08-2021 | S | -1000 | $ 35.4400 |
| 02-08-2021 | S | -1000 | $ 34.9200 |
| 02-08-2021 | S | -600 | $ 35.4400 |
| 02-08-2021 | S | -2 | $ 35.6200 |
| 02-08-2021 | S | -800 | $ 35.2900 |
| 02-08-2021 | S | -181 | $ 35.5600 |
| 02-08-2021 | S | -200 | $ 35.5100 |
| 02-08-2021 | S | -219 | $ 35.4900 |
| 02-08-2021 | S | -998 | $ 35.5500 |
| 02-08-2021 | S | -800 | $ 35.6600 |
| 02-08-2021 | S | -1000 | $ 36.0000 |
| 02-08-2021 | S | -51 | $ 36.1000 |
| 02-08-2021 | S | -500 | $ 35.8800 |
| 02-08-2021 | S | -145 | $ 36.3900 |

| | | | |
|---|---|---|---|
| 02-09-2021 | S | -600 | $ 35.1400 |
| 02-09-2021 | S | -500 | $ 35.4400 |
| 02-09-2021 | S | -200 | $ 36.9410 |
| 02-09-2021 | S | -60 | $ 38.3200 |
| 03-05-2021 | P | 1082 | $ 15.4400 |
| 03-05-2021 | P | 769 | $ 15.4657 |
| 03-05-2021 | P | 2749 | $ 15.4800 |
| 03-05-2021 | P | 2100 | $ 15.5500 |
| 03-05-2021 | P | 2500 | $ 15.4801 |
| 03-05-2021 | P | 300 | $ 15.6200 |
| 03-05-2021 | P | 107 | $ 15.8000 |
| 03-05-2021 | P | 5951 | $ 15.8193 |
| 03-05-2021 | P | 300 | $ 15.8100 |
| 03-05-2021 | P | 100 | $ 15.8200 |
| 03-05-2021 | P | 600 | $ 15.8200 |
| 03-05-2021 | P | 1812 | $ 15.8400 |
| 03-05-2021 | P | 200 | $ 15.8400 |
| 03-05-2021 | P | 3501 | $ 15.8597 |
| 03-05-2021 | P | 1549 | $ 15.8700 |
| 03-05-2021 | P | 1180 | $ 15.8692 |
| 03-05-2021 | P | 2384 | $ 15.8100 |
| 03-05-2021 | P | 100 | $ 15.9200 |
| 03-05-2021 | P | 6216 | $ 15.9700 |
| 03-05-2021 | P | 400 | $ 15.9800 |
| 03-05-2021 | P | 4200 | $ 15.9959 |
| 03-05-2021 | P | 200 | $ 16.1000 |
| 03-05-2021 | P | 60 | $ 16.1700 |
| 03-05-2021 | P | 4740 | $ 16.2200 |
| 03-05-2021 | P | 2729 | $ 16.0700 |
| 03-05-2021 | P | 2271 | $ 16.0800 |
| 03-05-2021 | P | 4400 | $ 16.0700 |
| 03-05-2021 | P | 3200 | $ 16.1800 |
| 03-05-2021 | P | 4400 | $ 16.4200 |
| 03-05-2021 | P | 154 | $ 16.4200 |
| 03-05-2021 | P | 1846 | $ 16.4400 |
| 03-05-2021 | P | 1900 | $ 16.0997 |
| 03-05-2021 | P | 4700 | $ 15.9271 |
| 03-05-2021 | P | 4400 | $ 16.0227 |
| 03-05-2021 | P | 2500 | $ 16.2594 |
| 03-05-2021 | P | 2599 | $ 15.9296 |
| 03-05-2021 | P | 1200 | $ 16.0000 |
| 03-09-2021 | P | 500 | $ 19.4800 |
| 03-09-2021 | P | 200 | $ 20.3200 |
| 03-09-2021 | P | 5 | $ 20.3500 |

| 03-09-2021 | P | 500 | $ 20.4000 |
|---|---|---|---|
| 03-10-2021 | P | 2800 | $ 20.0000 |
| 03-10-2021 | P | 1000 | $ 20.0000 |
| 03-10-2021 | P | 2299 | $ 19.7193 |
| 03-10-2021 | P | 2400 | $ 19.7500 |
| 03-10-2021 | P | 104 | $ 19.6200 |
| 03-10-2021 | P | 5396 | $ 19.9300 |
| 03-10-2021 | P | 4400 | $ 19.9300 |
| 03-10-2021 | P | 4200 | $ 20.1600 |
| 03-10-2021 | P | 1200 | $ 20.4400 |
| 03-10-2021 | P | 2400 | $ 20.3900 |
| 03-11-2021 | P | 3000 | $ 21.6100 |
| 03-11-2021 | P | 2900 | $ 22.0000 |
| 03-11-2021 | P | 2600 | $ 21.9200 |
| 03-11-2021 | P | 3000 | $ 21.9200 |
| 03-11-2021 | P | 1100 | $ 21.8600 |
| 03-11-2021 | P | 300 | $ 22.0300 |
| 03-11-2021 | S | -1000 | $ 22.6023 |
| 03-11-2021 | S | -2800 | $ 22.5221 |
| 03-11-2021 | S | -600 | $ 22.3300 |
| 03-11-2021 | S | -600 | $ 22.3300 |
| 03-11-2021 | S | -373 | $ 22.3301 |
| 03-11-2021 | S | -600 | $ 22.3300 |
| 03-12-2021 | P | 414 | $ 21.7500 |
| 03-12-2021 | P | 3 | $ 21.8200 |
| 03-12-2021 | P | 103 | $ 21.8500 |
| 03-12-2021 | P | 2180 | $ 21.9200 |
| 03-12-2021 | S | -1000 | $ 23.0400 |
| 03-12-2021 | S | -1000 | $ 23.0321 |
| 03-12-2021 | S | -5753 | $ 23.3248 |
| 03-17-2021 | P | 1500 | $ 21.8790 |
| 03-17-2021 | P | 1600 | $ 21.8800 |
| 03-17-2021 | P | 700 | $ 22.0450 |
| 03-17-2021 | S | -1400 | $ 21.2408 |
| 03-17-2021 | S | -21 | $ 21.2438 |
| 03-17-2021 | P | 965 | $ 21.6500 |
| 03-18-2021 | P | 800 | $ 21.1850 |
| 03-18-2021 | P | 212 | $ 21.2800 |
| 03-18-2021 | P | 4788 | $ 21.3600 |
| 03-18-2021 | P | 2475 | $ 21.3400 |
| 03-18-2021 | P | 2525 | $ 21.3700 |
| 03-18-2021 | P | 2000 | $ 21.1300 |
| 03-18-2021 | P | 400 | $ 22.5393 |
| 03-18-2021 | P | 300 | $ 22.5391 |

| 03-18-2021 | P | 100 | $ 22.5300 |
| 03-18-2021 | P | 200 | $ 22.4900 |
| 03-18-2021 | P | 100 | $ 22.4900 |
| 03-18-2021 | P | 80 | $ 22.4900 |
| 03-18-2021 | P | 100 | $ 22.3700 |
| 03-18-2021 | P | 700 | $ 22.2957 |
| 03-18-2021 | P | 200 | $ 22.2350 |
| 03-18-2021 | P | 600 | $ 22.1500 |
| 03-18-2021 | P | 100 | $ 22.1265 |
| 03-18-2021 | P | 1900 | $ 21.4835 |
| 03-18-2021 | P | 1200 | $ 21.4853 |
| 03-18-2021 | P | 1000 | $ 21.7700 |
| 03-18-2021 | P | 2000 | $ 21.7700 |
| 03-18-2021 | P | 1600 | $ 21.7500 |
| 03-19-2021 | S | -1000 | $ 21.4085 |
| 03-19-2021 | S | -1000 | $ 21.4608 |
| 03-19-2021 | S | -398 | $ 21.3900 |
| 03-23-2021 | S | -800 | $ 20.4438 |
| 03-23-2021 | S | -800 | $ 20.4438 |
| 03-23-2021 | S | -800 | $ 20.4438 |
| 03-23-2021 | S | -677 | $ 20.4438 |
| 03-23-2021 | S | -677 | $ 20.4438 |
| 03-23-2021 | S | -459 | $ 20.4020 |
| 03-23-2021 | S | -93 | $ 20.4000 |
| 03-24-2021 | S | -705 | $ 19.4500 |
| 03-24-2021 | S | -705 | $ 19.4500 |
| 03-24-2021 | S | -705 | $ 19.4485 |
| 03-24-2021 | S | -705 | $ 19.4500 |
| 03-24-2021 | S | -705 | $ 19.4500 |
| 03-24-2021 | S | -705 | $ 19.4427 |
| 03-24-2021 | S | -705 | $ 19.4462 |
| 03-24-2021 | S | -705 | $ 19.4500 |
| 03-24-2021 | S | -705 | $ 19.4000 |
| 03-24-2021 | S | -1000 | $ 19.3830 |
| 03-24-2021 | S | -800 | $ 19.3800 |
| 03-24-2021 | S | -800 | $ 19.3838 |
| 03-24-2021 | S | -705 | $ 19.3799 |
| 03-24-2021 | S | -800 | $ 19.3900 |
| 03-24-2021 | S | -705 | $ 19.3800 |
| 03-24-2021 | S | -705 | $ 19.3253 |
| 03-24-2021 | S | -705 | $ 19.3700 |
| 03-24-2021 | S | -705 | $ 19.3722 |
| 03-24-2021 | S | -705 | $ 19.3300 |
| 03-24-2021 | S | -705 | $ 19.3300 |

| | | | |
|---|---|---|---|
| 03-24-2021 | S | -796 | $ 19.2994 |
| 03-24-2021 | S | -705 | $ 19.3135 |
| 03-24-2021 | S | -705 | $ 19.3100 |
| 03-24-2021 | S | -459 | $ 19.3000 |
| 03-24-2021 | S | -780 | $ 19.2533 |
| 03-25-2021 | S | -705 | $ 18.2300 |
| 03-25-2021 | S | -705 | $ 18.2200 |
| 03-25-2021 | S | -705 | $ 18.2201 |
| 03-25-2021 | S | -705 | $ 18.2384 |
| 03-25-2021 | S | -705 | $ 18.2200 |
| 03-25-2021 | S | -705 | $ 18.2429 |
| 03-25-2021 | S | -705 | $ 18.2200 |
| 03-25-2021 | S | -705 | $ 18.2393 |
| 03-25-2021 | S | -705 | $ 18.2429 |
| 03-25-2021 | S | -705 | $ 18.2429 |
| 03-25-2021 | S | -705 | $ 18.2243 |
| 03-25-2021 | S | -705 | $ 18.2200 |
| 03-25-2021 | S | -705 | $ 18.2200 |
| 03-25-2021 | S | -705 | $ 18.2138 |
| 03-25-2021 | S | -705 | $ 18.2200 |
| 03-25-2021 | S | -705 | $ 18.2147 |
| 03-25-2021 | S | -705 | $ 18.2138 |
| 03-25-2021 | S | -705 | $ 18.2138 |
| 03-25-2021 | S | -705 | $ 18.2138 |
| 03-25-2021 | S | -705 | $ 18.1957 |
| 03-25-2021 | S | -705 | $ 18.1800 |
| 03-25-2021 | S | -379 | $ 18.1900 |
| 03-25-2021 | S | -732 | $ 17.8948 |
| 03-25-2021 | S | -1000 | $ 17.9148 |
| 03-25-2021 | S | -732 | $ 17.9105 |
| 03-25-2021 | S | -732 | $ 17.9105 |
| 03-25-2021 | S | -591 | $ 17.8854 |
| 03-25-2021 | S | -732 | $ 17.8292 |
| 03-25-2021 | S | -93 | $ 17.8200 |
| 03-26-2021 | S | -1800 | $ 17.0100 |
| 03-26-2021 | S | -1800 | $ 17.0102 |
| 03-26-2021 | S | -1800 | $ 17.0017 |
| 03-26-2021 | S | -1800 | $ 17.0100 |
| 03-26-2021 | S | -759 | $ 16.9638 |
| 03-26-2021 | S | -759 | $ 16.9608 |
| 03-26-2021 | S | -759 | $ 16.9400 |
| 03-26-2021 | S | -449 | $ 16.9400 |
| 03-26-2021 | S | -759 | $ 16.9400 |
| 03-29-2021 | S | -1620 | $ 16.6437 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 03-29-2021 | S | -1800 | $ 16.6500 |
| 04-01-2021 | P | 2000 | $ 18.6800 |
| 04-01-2021 | P | 3000 | $ 18.4900 |
| 04-01-2021 | P | 1800 | $ 18.4400 |
| 04-06-2021 | P | 600 | $ 18.4400 |
| 04-06-2021 | P | 800 | $ 18.3700 |
| 04-07-2021 | P | 112 | $ 18.6951 |
| 04-07-2021 | P | 2400 | $ 18.7900 |
| 04-09-2021 | S | -930 | $ 17.1138 |
| 04-09-2021 | S | -930 | $ 17.1138 |
| 04-09-2021 | S | -930 | $ 17.1025 |
| 04-09-2021 | S | -930 | $ 17.1138 |
| 04-09-2021 | S | -2400 | $ 17.0853 |
| 04-09-2021 | S | -930 | $ 17.0738 |
| 04-09-2021 | S | -930 | $ 17.0727 |
| 04-09-2021 | S | -930 | $ 17.0690 |
| 04-09-2021 | S | -662 | $ 17.0517 |
| 04-09-2021 | S | -365 | $ 17.0400 |
| 04-09-2021 | S | -474 | $ 17.0030 |
| 04-12-2021 | S | -940 | $ 16.8228 |
| 04-12-2021 | S | -906 | $ 16.8122 |
| 04-12-2021 | S | -57 | $ 16.8038 |
| 04-13-2021 | S | -950 | $ 16.0900 |
| 04-13-2021 | S | -950 | $ 16.0800 |
| 04-13-2021 | S | -950 | $ 16.0700 |
| 04-13-2021 | S | -950 | $ 16.0700 |
| 04-13-2021 | S | -950 | $ 16.0700 |
| 04-13-2021 | S | -950 | $ 16.0668 |
| 04-13-2021 | S | -950 | $ 16.0700 |
| 04-13-2021 | S | -950 | $ 16.1000 |
| 04-13-2021 | S | -455 | $ 16.0838 |
| 04-13-2021 | S | -254 | $ 16.0300 |
| 04-15-2021 | P | 1000 | $ 16.9800 |
| 04-16-2021 | S | -983 | $ 15.9538 |
| 04-16-2021 | S | -983 | $ 15.9538 |
| 04-16-2021 | S | -308 | $ 15.9538 |
| 04-16-2021 | S | -912 | $ 15.8700 |
| 04-19-2021 | S | -995 | $ 15.1646 |
| 04-19-2021 | S | -995 | $ 15.1742 |
| 04-19-2021 | S | -995 | $ 15.1700 |
| 04-19-2021 | S | -995 | $ 15.1638 |
| 04-19-2021 | S | -995 | $ 15.1665 |
| 04-19-2021 | S | -995 | $ 15.1700 |
| 04-19-2021 | S | -889 | $ 15.1700 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 04-19-2021 | S | -995 | $ 14.4242 |
| 04-19-2021 | S | -995 | $ 14.4300 |
| 04-19-2021 | S | -995 | $ 14.4238 |
| 04-19-2021 | S | -995 | $ 14.4300 |
| 04-19-2021 | S | -995 | $ 14.4275 |
| 04-19-2021 | S | -549 | $ 14.4237 |
| 04-19-2021 | S | -995 | $ 14.4300 |
| 04-19-2021 | S | -223 | $ 14.4400 |
| 04-19-2021 | S | -1200 | $ 13.8213 |
| 04-19-2021 | S | -1200 | $ 13.8025 |
| 04-19-2021 | S | -995 | $ 13.7608 |
| 04-19-2021 | S | -995 | $ 13.7300 |
| 04-19-2021 | S | -995 | $ 13.7300 |
| 04-19-2021 | S | -573 | $ 13.7235 |
| 04-20-2021 | S | -5096 | $ 13.1348 |
| 04-20-2021 | S | -1010 | $ 12.4938 |
| 04-20-2021 | S | -1010 | $ 12.4944 |
| 04-20-2021 | S | -1010 | $ 12.4919 |
| 04-20-2021 | S | -721 | $ 12.4905 |
| 04-20-2021 | S | -1010 | $ 12.4938 |
| 04-20-2021 | S | -1010 | $ 12.0400 |
| 04-20-2021 | S | -1010 | $ 12.0400 |
| 04-20-2021 | S | -33 | $ 12.0400 |
| 04-20-2021 | S | -1010 | $ 12.0400 |
| 04-20-2021 | P | 800 | $ 12.5100 |
| 04-22-2021 | P | 435 | $ 14.2877 |
| 04-22-2021 | P | 765 | $ 14.3300 |
| 04-30-2021 | S | -2000 | $ 16.9004 |
| 05-06-2021 | S | -7000 | $ 14.1000 |
| 05-06-2021 | S | -6000 | $ 14.0800 |
| 05-06-2021 | S | -4000 | $ 13.9500 |
| 05-07-2021 | S | -2000 | $ 14.5900 |
| 05-07-2021 | S | -186 | $ 14.1000 |
| 05-07-2021 | S | -1000 | $ 13.9300 |
| 05-07-2021 | S | -637 | $ 14.0403 |
| 05-17-2021 | P | 300 | $ 13.0800 |
| 05-17-2021 | P | 1200 | $ 13.0800 |
| 05-17-2021 | P | 200 | $ 13.1100 |
| 05-18-2021 | P | 500 | $ 13.8000 |
| 05-18-2021 | P | 1200 | $ 13.7000 |
| 05-18-2021 | P | 40 | $ 13.7200 |
| 05-19-2021 | S | -500 | $ 14.4200 |
| 05-20-2021 | P | 100 | $ 14.9500 |
| 05-21-2021 | P | 200 | $ 14.9400 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 05-21-2021 | S | -1000 | $ 15.3827 |
| 05-21-2021 | S | -2000 | $ 15.3500 |
| 05-21-2021 | P | 2000 | $ 15.2700 |
| 05-21-2021 | S | -50 | $ 15.3000 |
| 05-21-2021 | S | -950 | $ 15.2800 |
| 05-21-2021 | S | -1000 | $ 15.2000 |
| 05-21-2021 | S | -1000 | $ 15.2200 |
| 05-21-2021 | S | -2000 | $ 15.2700 |
| 05-21-2021 | S | -1000 | $ 15.2400 |
| 05-21-2021 | S | -1000 | $ 15.2900 |
| 05-21-2021 | S | -800 | $ 15.5000 |
| 05-24-2021 | S | -1000 | $ 15.5700 |
| 05-25-2021 | S | -58 | $ 15.4800 |
| 05-25-2021 | S | -442 | $ 15.4400 |
| 05-25-2021 | S | -1000 | $ 15.3900 |
| 05-25-2021 | S | -1000 | $ 15.4800 |
| 05-25-2021 | S | -120 | $ 15.5900 |
| 05-25-2021 | S | -1000 | $ 15.5200 |
| 05-25-2021 | S | -1000 | $ 15.5000 |
| 05-28-2021 | S | -100 | $ 16.4800 |
| 06-17-2021 | P | 802 | $ 15.5800 |
| 06-17-2021 | P | 498 | $ 15.5900 |
| 06-17-2021 | P | 100 | $ 15.6100 |
| 06-17-2021 | P | 400 | $ 15.5963 |
| 06-17-2021 | P | 700 | $ 15.6100 |
| 06-17-2021 | P | 1200 | $ 15.7100 |
| 06-17-2021 | P | 10 | $ 15.6900 |
| 06-17-2021 | P | 1000 | $ 15.6795 |
| 06-17-2021 | P | 1000 | $ 15.6447 |
| 06-17-2021 | P | 100 | $ 15.6460 |
| 06-17-2021 | P | 80 | $ 15.6400 |
| 06-17-2021 | P | 2100 | $ 15.5288 |
| 06-17-2021 | P | 100 | $ 15.5300 |
| 06-17-2021 | P | 30 | $ 15.5300 |
| 06-17-2021 | P | 2100 | $ 15.5094 |
| 06-17-2021 | P | 70 | $ 15.5200 |
| 06-17-2021 | P | 2100 | $ 15.5699 |
| 06-17-2021 | P | 1100 | $ 15.5787 |
| 06-17-2021 | P | 10 | $ 15.5800 |
| 06-17-2021 | P | 20 | $ 15.8890 |
| 06-18-2021 | S | -290 | $ 15.2000 |
| 06-18-2021 | S | -1240 | $ 15.1100 |
| 06-21-2021 | S | -2000 | $ 16.0695 |
| 06-21-2021 | S | -100 | $ 16.0610 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 06-21-2021 | S | -600 | $ 16.0318 |
| 06-21-2021 | S | -2000 | $ 16.0300 |
| 06-21-2021 | S | -1000 | $ 16.0500 |
| 06-22-2021 | P | 1600 | $ 15.7800 |
| 06-22-2021 | P | 1200 | $ 15.7900 |
| 06-22-2021 | P | 100 | $ 15.8100 |
| 06-22-2021 | P | 2300 | $ 15.7400 |
| 06-22-2021 | P | 1100 | $ 15.7500 |
| 06-22-2021 | P | 100 | $ 15.7500 |
| 06-22-2021 | P | 40 | $ 15.7583 |
| 06-22-2021 | P | 281 | $ 15.7200 |
| 06-22-2021 | P | 2319 | $ 15.7300 |
| 06-22-2021 | P | 900 | $ 15.7300 |
| 06-22-2021 | P | 100 | $ 15.7360 |
| 06-22-2021 | P | 100 | $ 15.7373 |
| 06-23-2021 | S | -1000 | $ 16.5400 |
| 06-23-2021 | S | -1000 | $ 16.6200 |
| 06-23-2021 | S | -50 | $ 16.7200 |
| 06-23-2021 | S | -500 | $ 16.7900 |
| 06-24-2021 | P | 1900 | $ 16.9300 |
| 06-24-2021 | P | 2800 | $ 16.9400 |
| 06-24-2021 | P | 200 | $ 16.9487 |
| 06-24-2021 | P | 200 | $ 16.9600 |
| 06-24-2021 | P | 100 | $ 16.5373 |
| 06-24-2021 | P | 50 | $ 16.5390 |
| 06-24-2021 | P | 130 | $ 16.6000 |
| 06-24-2021 | P | 20 | $ 16.6000 |
| 06-25-2021 | P | 135 | $ 16.5000 |
| 06-25-2021 | P | 3165 | $ 16.5100 |
| 06-25-2021 | P | 3000 | $ 16.4800 |
| 06-25-2021 | P | 50 | $ 16.4760 |
| 06-25-2021 | P | 1 | $ 16.6200 |
| 06-25-2021 | P | 200 | $ 16.7200 |
| 06-25-2021 | P | 100 | $ 16.6200 |
| 06-25-2021 | P | 100 | $ 16.6300 |
| 06-25-2021 | P | 60 | $ 16.6200 |
| 06-28-2021 | P | 900 | $ 16.0869 |
| 06-28-2021 | P | 2000 | $ 16.1000 |
| 06-28-2021 | P | 50 | $ 16.0973 |
| 06-29-2021 | P | 620 | $ 15.5800 |
| 06-29-2021 | P | 80 | $ 15.5700 |
| 06-29-2021 | P | 500 | $ 15.5900 |
| 06-29-2021 | P | 100 | $ 15.5900 |
| 06-29-2021 | P | 50 | $ 15.5900 |

| 06-30-2021 | S | -1000 | $ 16.3000 |
| 06-30-2021 | S | -2000 | $ 16.2800 |
| 06-30-2021 | P | 1600 | $ 16.0886 |
| 06-30-2021 | P | 200 | $ 16.1000 |
| 06-30-2021 | P | 80 | $ 16.1100 |
| 07-07-2021 | S | -134 | $ 14.4524 |
| 07-07-2021 | S | -72 | $ 14.4300 |
| 07-07-2021 | S | -72 | $ 14.4200 |
| 07-07-2021 | S | -130 | $ 14.4000 |
| 07-08-2021 | S | -200 | $ 14.3450 |
| 07-13-2021 | S | -1200 | $ 13.8023 |
| 07-13-2021 | S | -971 | $ 13.8121 |
| 07-13-2021 | S | -698 | $ 13.8100 |
| 07-14-2021 | S | -1000 | $ 13.3335 |
| 07-14-2021 | S | -1000 | $ 13.3242 |
| 07-14-2021 | S | -577 | $ 13.2950 |
| 07-14-2021 | S | -1140 | $ 13.0410 |
| 07-15-2021 | S | -392 | $ 12.8129 |
| 07-15-2021 | S | -942 | $ 12.8142 |
| 07-16-2021 | S | -518 | $ 12.7765 |
| 07-16-2021 | S | -6 | $ 12.7738 |
| 07-19-2021 | S | -1174 | $ 12.5340 |
| 07-22-2021 | S | -348 | $ 12.6445 |
| 07-23-2021 | S | -857 | $ 12.0982 |
| 07-23-2021 | S | -1000 | $ 12.0943 |
| 07-23-2021 | S | -39 | $ 12.0720 |
| 07-29-2021 | S | -1305 | $ 11.8623 |
| 07-29-2021 | S | -93 | $ 11.8038 |
| 07-30-2021 | S | -298 | $ 11.7800 |
| 08-02-2021 | S | -299 | $ 11.7202 |
| 08-03-2021 | S | -761 | $ 11.4500 |
| 08-03-2021 | S | -8 | $ 11.4400 |
| 08-06-2021 | P | 220 | $ 12.4600 |

| Case Name | AppHarvest, Inc. |
| Ticker | APPH |
| Class Period | 10-09-2020 to 08-10-2021 |

| Account 3 | |
| **Client Name** | |
| Alan Narzissenfeld | |

| Date of Transaction | Transaction Type | Quantity | Price per Share |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 10-22-2020 | P | 4 | $ 11.1700 |
| 10-23-2020 | P | 200 | $ 11.3000 |
| 10-23-2020 | P | 413 | $ 11.4100 |
| 10-23-2020 | P | 2 | $ 11.5600 |
| 12-09-2020 | S | -2700 | $ 14.9117 |
| 12-09-2020 | S | -2500 | $ 14.8572 |
| 12-09-2020 | S | -1500 | $ 14.8500 |
| 12-09-2020 | S | -1600 | $ 14.9000 |
| 12-09-2020 | S | -2000 | $ 14.8894 |
| 12-09-2020 | S | -1 | $ 14.9000 |
| 12-09-2020 | S | -1299 | $ 14.8615 |
| 12-09-2020 | S | -3000 | $ 14.9200 |
| 12-09-2020 | S | -4400 | $ 14.7200 |
| 12-09-2020 | S | -2800 | $ 15.2400 |
| 12-15-2020 | P | 66 | $ 15.2000 |
| 12-15-2020 | P | 3270 | $ 15.2232 |
| 12-15-2020 | P | 2179 | $ 15.2149 |
| 12-15-2020 | P | 1101 | $ 15.3000 |
| 12-16-2020 | P | 2470 | $ 15.7200 |
| 12-16-2020 | P | 60 | $ 15.8000 |
| 12-16-2020 | P | 29 | $ 15.7300 |
| 12-16-2020 | P | 200 | $ 15.6900 |
| 12-16-2020 | P | 2400 | $ 15.7817 |
| 12-16-2020 | P | 13 | $ 15.7700 |
| 12-16-2020 | P | 392 | $ 15.7800 |
| 12-16-2020 | P | 2019 | $ 15.7984 |
| 12-16-2020 | P | 20 | $ 15.7700 |
| 12-16-2020 | P | 15 | $ 15.7700 |
| 12-16-2020 | P | 100 | $ 15.7700 |
| 12-16-2020 | P | 63 | $ 15.7700 |
| 12-16-2020 | P | 2650 | $ 15.8000 |
| 12-16-2020 | P | 2 | $ 15.8000 |
| 12-16-2020 | P | 200 | $ 15.8500 |
| 12-16-2020 | P | 2430 | $ 15.8995 |
| 12-16-2020 | P | 9 | $ 15.8900 |
| 12-16-2020 | P | 573 | $ 15.8878 |
| 12-16-2020 | P | 1 | $ 16.0000 |
| 12-18-2020 | P | 1050 | $ 16.1600 |
| 12-18-2020 | P | 11 | $ 16.1665 |
| 12-22-2020 | S | -1000 | $ 16.9700 |
| 12-22-2020 | S | -400 | $ 16.8000 |
| 12-22-2020 | S | -336 | $ 16.8750 |
| 12-22-2020 | S | -1164 | $ 16.6200 |
| 12-23-2020 | S | -1000 | $ 17.7200 |

| | | | |
|---|---|---|---|
| 12-23-2020 | S | -1000 | $ 17.7200 |
| 12-23-2020 | S | -1000 | $ 17.7900 |
| 12-23-2020 | P | 1825 | $ 16.0000 |
| 12-23-2020 | P | 600 | $ 15.8200 |
| 12-23-2020 | P | 319 | $ 15.7200 |
| 12-23-2020 | P | 549 | $ 15.5400 |
| 12-23-2020 | P | 170 | $ 15.8000 |
| 12-23-2020 | P | 1727 | $ 15.8176 |
| 12-23-2020 | P | 100 | $ 15.7500 |
| 12-23-2020 | P | 29 | $ 15.7900 |
| 12-23-2020 | P | 745 | $ 15.4000 |
| 12-23-2020 | P | 170 | $ 15.3600 |
| 12-24-2020 | S | -1500 | $ 15.8600 |
| 12-28-2020 | P | 1700 | $ 15.1662 |
| 12-28-2020 | P | 66 | $ 15.4600 |
| 01-11-2021 | S | -347 | $ 19.4300 |
| 01-11-2021 | S | -1000 | $ 20.7200 |
| 01-11-2021 | S | -1000 | $ 21.5200 |
| 01-11-2021 | S | -1000 | $ 21.7200 |
| 01-11-2021 | S | -1000 | $ 21.9200 |
| 01-11-2021 | S | -500 | $ 21.9200 |
| 01-11-2021 | S | -800 | $ 22.0200 |
| 01-11-2021 | S | -1000 | $ 22.0200 |
| 01-11-2021 | S | -906 | $ 21.3200 |
| 01-12-2021 | P | 2400 | $ 22.7800 |
| 01-12-2021 | P | 170 | $ 22.5100 |
| 01-12-2021 | P | 28 | $ 22.5500 |
| 01-12-2021 | P | 1750 | $ 22.3800 |
| 01-12-2021 | P | 7 | $ 22.3800 |
| 01-12-2021 | P | 1980 | $ 22.3500 |
| 01-12-2021 | P | 38 | $ 22.2400 |
| 01-12-2021 | P | 33 | $ 22.3600 |
| 01-12-2021 | P | 280 | $ 22.2450 |
| 01-12-2021 | P | 35 | $ 22.3100 |
| 01-12-2021 | P | 354 | $ 22.2888 |
| 01-12-2021 | P | 380 | $ 21.9600 |
| 01-12-2021 | P | 100 | $ 22.3900 |
| 01-12-2021 | P | 6 | $ 22.6400 |
| 01-14-2021 | S | -480 | $ 24.4300 |
| 01-14-2021 | S | -1000 | $ 24.4400 |
| 01-14-2021 | S | -100 | $ 25.2100 |
| 01-14-2021 | S | -1000 | $ 25.3700 |
| 01-14-2021 | S | -800 | $ 26.5683 |
| 01-14-2021 | P | 400 | $ 24.4000 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 01-14-2021 | P | 2149 | $ 24.5500 |
| 01-14-2021 | P | 121 | $ 24.7200 |
| 01-14-2021 | P | 12 | $ 24.9100 |
| 01-14-2021 | P | 400 | $ 24.9200 |
| 01-14-2021 | P | 354 | $ 24.9800 |
| 01-19-2021 | S | -1000 | $ 24.6200 |
| 01-19-2021 | P | 1013 | $ 24.2900 |
| 01-21-2021 | S | -1500 | $ 25.1300 |
| 01-21-2021 | S | -1 | $ 25.0700 |
| 01-21-2021 | S | -580 | $ 25.0000 |
| 01-21-2021 | S | -419 | $ 24.9900 |
| 01-21-2021 | S | -1000 | $ 25.1300 |
| 01-21-2021 | S | -1000 | $ 25.0900 |
| 01-21-2021 | S | -100 | $ 25.3700 |
| 01-21-2021 | S | -900 | $ 25.3400 |
| 01-21-2021 | S | -1200 | $ 25.3400 |
| 01-22-2021 | P | 2643 | $ 25.7200 |
| 01-22-2021 | P | 1300 | $ 25.4997 |
| 01-22-2021 | P | 55 | $ 25.6800 |
| 01-22-2021 | P | 1069 | $ 25.3300 |
| 01-22-2021 | P | 100 | $ 25.3400 |
| 01-22-2021 | P | 400 | $ 25.3925 |
| 01-22-2021 | P | 1444 | $ 25.5200 |
| 01-22-2021 | P | 8 | $ 24.9600 |
| 01-27-2021 | P | 7 | $ 23.5700 |
| 01-27-2021 | P | 8 | $ 24.1000 |
| 02-01-2021 | S | -1000 | $ 29.7200 |
| 02-01-2021 | S | -217 | $ 30.2000 |
| 02-01-2021 | P | 228 | $ 28.9000 |
| 02-01-2021 | P | 504 | $ 28.9999 |
| 02-01-2021 | P | 197 | $ 29.7200 |
| 02-01-2021 | P | 275 | $ 30.4400 |
| 02-01-2021 | P | 28 | $ 30.0000 |
| 02-01-2021 | S | -1000 | $ 28.8200 |
| 02-01-2021 | S | -800 | $ 28.6900 |
| 02-01-2021 | S | -234 | $ 30.2200 |
| 02-01-2021 | S | -566 | $ 29.6400 |
| 02-01-2021 | S | -600 | $ 29.4400 |
| 02-01-2021 | S | -800 | $ 29.2200 |
| 02-01-2021 | S | -800 | $ 29.4400 |
| 02-02-2021 | P | 1 | $ 37.0000 |
| 02-02-2021 | P | 1 | $ 38.2200 |
| 02-02-2021 | S | -1000 | $ 38.4460 |
| 02-02-2021 | S | -1000 | $ 39.7200 |

| | | | |
|---|---|---|---|
| 02-02-2021 | S | -1000 | $ 41.6900 |
| 02-02-2021 | S | -1200 | $ 44.1800 |
| 02-02-2021 | S | -100 | $ 45.2700 |
| 02-02-2021 | P | 1142 | $ 41.8000 |
| 02-02-2021 | P | 2458 | $ 42.1400 |
| 02-02-2021 | P | 600 | $ 41.4400 |
| 02-02-2021 | P | 27 | $ 40.7200 |
| 02-02-2021 | P | 1340 | $ 38.7143 |
| 02-02-2021 | P | 8 | $ 38.1213 |
| 02-02-2021 | P | 300 | $ 37.7200 |
| 02-02-2021 | P | 400 | $ 37.8175 |
| 02-02-2021 | P | 1200 | $ 38.9700 |
| 02-02-2021 | P | 84 | $ 38.7200 |
| 02-02-2021 | P | 380 | $ 38.7200 |
| 02-02-2021 | S | -1000 | $ 36.1800 |
| 02-02-2021 | S | -500 | $ 36.3900 |
| 02-02-2021 | S | -15 | $ 36.7200 |
| 02-02-2021 | S | -4 | $ 36.9400 |
| 02-02-2021 | S | -693 | $ 36.7700 |
| 02-02-2021 | S | -100 | $ 37.2900 |
| 02-02-2021 | P | 19 | $ 37.0600 |
| 02-03-2021 | P | 690 | $ 36.4000 |
| 02-03-2021 | P | 275 | $ 36.5000 |
| 02-03-2021 | P | 1335 | $ 36.7200 |
| 02-03-2021 | P | 1 | $ 34.4400 |
| 02-04-2021 | S | -2500 | $ 32.7208 |
| 02-04-2021 | S | -1200 | $ 33.0800 |
| 02-04-2021 | S | -30 | $ 32.7200 |
| 02-04-2021 | S | -306 | $ 31.8771 |
| 02-04-2021 | S | -100 | $ 31.8200 |
| 02-04-2021 | S | -400 | $ 31.4900 |
| 02-04-2021 | S | -90 | $ 31.4500 |
| 02-04-2021 | S | -510 | $ 31.3500 |
| 02-04-2021 | S | -900 | $ 31.5600 |
| 02-04-2021 | S | -1500 | $ 31.7200 |
| 02-04-2021 | S | -1000 | $ 31.5400 |
| 02-04-2021 | S | -100 | $ 31.6000 |
| 02-04-2021 | S | -900 | $ 31.5983 |
| 02-04-2021 | S | -200 | $ 31.5500 |
| 02-04-2021 | S | -800 | $ 31.4400 |
| 02-04-2021 | S | -700 | $ 31.7200 |
| 02-04-2021 | S | -500 | $ 31.9200 |
| 02-04-2021 | S | -500 | $ 31.9580 |
| 02-04-2021 | S | -500 | $ 31.8700 |

| | | | |
|---|---|---|---|
| 02-04-2021 | S | -800 | $ 31.9200 |
| 02-04-2021 | S | -500 | $ 31.9410 |
| 02-04-2021 | S | -600 | $ 31.9800 |
| 02-04-2021 | S | -100 | $ 31.8900 |
| 02-04-2021 | S | -600 | $ 31.7900 |
| 02-04-2021 | S | -500 | $ 31.7840 |
| 02-04-2021 | S | -713 | $ 31.8000 |
| 02-04-2021 | S | -487 | $ 31.7659 |
| 02-04-2021 | S | -1000 | $ 31.7005 |
| 02-04-2021 | S | -1000 | $ 31.7700 |
| 02-04-2021 | S | -1000 | $ 31.9200 |
| 02-05-2021 | S | -1100 | $ 29.7900 |
| 02-05-2021 | S | -84 | $ 31.7200 |
| 03-04-2021 | P | 4400 | $ 19.9339 |
| 03-04-2021 | P | 100 | $ 20.2700 |
| 03-04-2021 | P | 1200 | $ 20.2400 |
| 03-04-2021 | P | 1400 | $ 19.9500 |
| 03-04-2021 | P | 200 | $ 20.0100 |
| 03-04-2021 | P | 1200 | $ 19.8900 |
| 03-04-2021 | P | 100 | $ 19.8500 |
| 03-04-2021 | P | 2684 | $ 19.5527 |
| 03-04-2021 | P | 100 | $ 19.5368 |
| 03-04-2021 | P | 100 | $ 19.5500 |
| 03-04-2021 | P | 2700 | $ 19.1100 |
| 03-04-2021 | P | 100 | $ 19.3100 |
| 03-04-2021 | P | 100 | $ 19.3700 |
| 03-04-2021 | P | 70 | $ 19.3950 |
| 03-04-2021 | P | 40 | $ 19.3700 |
| 03-04-2021 | P | 2700 | $ 19.3200 |
| 03-04-2021 | P | 1700 | $ 18.7687 |
| 03-04-2021 | P | 100 | $ 18.8400 |
| 03-04-2021 | P | 3 | $ 18.2200 |
| 03-04-2021 | P | 5097 | $ 18.2600 |
| 03-08-2021 | S | -200 | $ 17.4800 |
| 03-08-2021 | S | -500 | $ 17.4500 |
| 03-08-2021 | S | -2000 | $ 17.6900 |
| 03-08-2021 | S | -1900 | $ 17.4005 |
| 03-08-2021 | S | -1000 | $ 17.8500 |
| 03-08-2021 | S | -1200 | $ 17.7200 |
| 03-08-2021 | S | -2000 | $ 17.8200 |
| 03-08-2021 | S | -2500 | $ 17.7900 |
| 03-08-2021 | S | -417 | $ 17.5800 |
| 03-08-2021 | S | -1083 | $ 17.5400 |
| 03-09-2021 | P | 3384 | $ 18.8170 |

| | | | |
|---|---|---|---|
| 03-09-2021 | P | 83 | $ 18.8900 |
| 03-09-2021 | P | 700 | $ 18.9400 |
| 03-09-2021 | P | 2144 | $ 19.1300 |
| 03-09-2021 | P | 2278 | $ 18.8900 |
| 03-09-2021 | P | 2600 | $ 18.7200 |
| 03-09-2021 | P | 100 | $ 18.6900 |
| 03-09-2021 | P | 70 | $ 18.6000 |
| 03-09-2021 | P | 20 | $ 18.5700 |
| 03-09-2021 | P | 1490 | $ 18.6200 |
| 03-10-2021 | S | -2000 | $ 20.6900 |
| 03-10-2021 | S | -1200 | $ 20.9700 |
| 03-11-2021 | S | -4400 | $ 22.4200 |
| 03-11-2021 | S | -4000 | $ 22.4965 |
| 03-11-2021 | S | -2000 | $ 22.6500 |
| 03-11-2021 | S | -208 | $ 22.7600 |
| 03-11-2021 | S | -1801 | $ 22.7500 |
| 03-11-2021 | S | -500 | $ 22.7100 |
| 03-11-2021 | S | -4000 | $ 22.5400 |
| 03-11-2021 | S | -3000 | $ 22.5900 |
| 03-11-2021 | S | -1054 | $ 22.5100 |
| 03-17-2021 | P | 2147 | $ 21.9946 |
| 03-17-2021 | P | 4025 | $ 22.0200 |
| 03-17-2021 | P | 3092 | $ 21.8240 |
| 03-17-2021 | P | 200 | $ 21.6600 |
| 03-17-2021 | P | 2916 | $ 21.8000 |
| 03-17-2021 | P | 3144 | $ 21.6435 |
| 03-17-2021 | P | 1734 | $ 21.6188 |
| 03-17-2021 | P | 200 | $ 21.4775 |
| 03-17-2021 | P | 960 | $ 21.5135 |
| 03-17-2021 | P | 311 | $ 21.5800 |
| 03-17-2021 | P | 982 | $ 21.4196 |
| 03-17-2021 | P | 490 | $ 21.2100 |
| 03-18-2021 | P | 6 | $ 22.0900 |
| 03-23-2021 | S | -4400 | $ 21.7400 |
| 03-23-2021 | S | -4000 | $ 21.9600 |
| 03-23-2021 | S | -4000 | $ 21.7700 |
| 03-23-2021 | S | -4000 | $ 21.7200 |
| 03-24-2021 | P | 4300 | $ 19.1830 |
| 03-24-2021 | P | 3600 | $ 19.3800 |
| 03-24-2021 | P | 188 | $ 19.3100 |
| 03-25-2021 | P | 1910 | $ 18.6200 |
| 03-25-2021 | P | 200 | $ 18.6400 |
| 03-25-2021 | P | 668 | $ 18.8600 |
| 03-25-2021 | P | 740 | $ 18.8800 |

| Date | Type | Shares | Price |
|---|---|---|---|
| 03-25-2021 | P | 3400 | $ 18.0200 |
| 03-25-2021 | P | 100 | $ 18.0500 |
| 03-25-2021 | P | 70 | $ 18.0400 |
| 03-25-2021 | P | 2892 | $ 17.9700 |
| 04-05-2021 | P | 25 | $ 18.1700 |
| 04-23-2021 | S | -5000 | $ 15.2100 |
| 04-26-2021 | S | -1000 | $ 16.4900 |
| 04-26-2021 | S | -2000 | $ 17.0020 |
| 04-27-2021 | S | -3000 | $ 17.2200 |
| 04-27-2021 | S | -2000 | $ 17.1400 |
| 04-27-2021 | S | -3000 | $ 17.4700 |
| 04-27-2021 | S | -3000 | $ 17.2600 |
| 04-27-2021 | S | -645 | $ 17.4400 |
| 04-27-2021 | S | -868 | $ 17.5000 |
| 04-27-2021 | S | -1000 | $ 17.5108 |
| 04-28-2021 | S | -387 | $ 17.8527 |
| 05-18-2021 | P | 1301 | $ 13.7385 |
| 05-18-2021 | P | 319 | $ 13.7700 |
| 05-18-2021 | P | 2587 | $ 13.8392 |
| 05-18-2021 | P | 2690 | $ 13.7193 |
| 05-18-2021 | P | 100 | $ 13.7200 |
| 05-18-2021 | P | 300 | $ 13.7200 |
| 05-18-2021 | P | 3 | $ 13.7400 |
| 05-18-2021 | P | 170 | $ 13.7541 |
| 05-19-2021 | S | -5000 | $ 14.4000 |
| 05-20-2021 | P | 3060 | $ 14.2900 |
| 05-20-2021 | P | 6080 | $ 14.3300 |
| 05-20-2021 | P | 3000 | $ 14.0702 |
| 05-20-2021 | P | 150 | $ 14.0777 |
| 05-20-2021 | P | 1 | $ 14.6200 |
| 05-20-2021 | P | 1499 | $ 14.6700 |
| 05-20-2021 | P | 2010 | $ 14.6174 |
| 05-20-2021 | P | 112 | $ 14.6400 |
| 05-20-2021 | P | 1505 | $ 14.6000 |
| 05-21-2021 | S | -4000 | $ 15.2700 |
| 05-21-2021 | S | -466 | $ 15.4000 |
| 05-21-2021 | S | -4000 | $ 15.3700 |
| 05-21-2021 | S | -406 | $ 15.2900 |
| 05-21-2021 | S | -4000 | $ 15.1900 |
| 05-21-2021 | S | -2000 | $ 15.2505 |
| 05-21-2021 | S | -2000 | $ 15.2800 |
| 05-21-2021 | S | -2000 | $ 15.2700 |
| 05-21-2021 | S | -1000 | $ 15.3100 |
| 05-24-2021 | P | 23 | $ 15.2400 |

| 06-09-2021 | P | 2240 | $ 18.5000 |
| 06-09-2021 | S | -506 | $ 19.0100 |
| 06-09-2021 | S | -1500 | $ 19.1100 |
| 06-09-2021 | S | -270 | $ 19.1300 |
| 06-10-2021 | P | 1177 | $ 17.9900 |
| 06-10-2021 | P | 14 | $ 18.0000 |
| 06-11-2021 | S | -1000 | $ 17.4400 |
| 06-11-2021 | S | -190 | $ 17.4800 |
| 06-16-2021 | P | 2940 | $ 15.9900 |
| 06-16-2021 | P | 318 | $ 15.9000 |
| 06-16-2021 | P | 126 | $ 15.9000 |
| 06-16-2021 | P | 1820 | $ 15.9500 |
| 06-16-2021 | P | 45 | $ 15.9200 |
| 06-16-2021 | P | 1050 | $ 15.8844 |
| 06-16-2021 | P | 1064 | $ 15.9000 |
| 06-16-2021 | P | 4200 | $ 15.9200 |
| 06-16-2021 | S | -1000 | $ 15.7500 |
| 06-16-2021 | S | -1000 | $ 15.9400 |
| 06-18-2021 | S | -550 | $ 15.7200 |
| 06-18-2021 | S | -3000 | $ 15.6200 |
| 06-18-2021 | S | -5000 | $ 15.1802 |
| 06-18-2021 | S | -1000 | $ 15.2003 |
| 06-18-2021 | P | 77 | $ 15.0900 |
| 06-18-2021 | P | 5 | $ 15.1000 |
| 06-23-2021 | S | -98 | $ 16.6500 |
| 06-24-2021 | P | 395 | $ 16.7000 |
| 06-24-2021 | P | 1350 | $ 16.7181 |
| 06-24-2021 | P | 102 | $ 16.5100 |
| 06-24-2021 | P | 240 | $ 16.5500 |
| 06-24-2021 | P | 707 | $ 16.5800 |
| 06-24-2021 | P | 2910 | $ 16.5600 |
| 06-24-2021 | P | 3631 | $ 16.5149 |
| 06-24-2021 | P | 3720 | $ 16.4239 |
| 06-24-2021 | P | 200 | $ 16.3575 |
| 06-24-2021 | P | 575 | $ 16.4700 |
| 06-24-2021 | P | 2930 | $ 16.5000 |
| 06-24-2021 | P | 100 | $ 16.5300 |
| 06-25-2021 | P | 2200 | $ 16.2000 |
| 06-25-2021 | P | 10 | $ 16.1900 |
| 06-25-2021 | P | 92 | $ 16.2100 |
| 06-25-2021 | P | 714 | $ 16.6186 |
| 06-25-2021 | P | 1440 | $ 16.5900 |
| 06-28-2021 | P | 473 | $ 15.8498 |
| 06-30-2021 | S | -1011 | $ 16.2912 |

| | | | |
|---|---|---|---|
| 06-30-2021 | S | -2089 | $ 16.2600 |
| 06-30-2021 | S | -3000 | $ 16.2700 |
| 06-30-2021 | S | -4000 | $ 16.2500 |
| 06-30-2021 | S | -2345 | $ 16.2500 |
| 06-30-2021 | S | -655 | $ 16.2000 |
| 06-30-2021 | S | -2000 | $ 16.2000 |
| 07-01-2021 | P | 2210 | $ 15.6100 |
| 07-01-2021 | P | 2230 | $ 15.6400 |
| 07-01-2021 | P | 1510 | $ 15.6200 |
| 07-01-2021 | P | 698 | $ 15.6400 |
| 07-01-2021 | P | 928 | $ 15.6400 |
| 07-01-2021 | P | 972 | $ 15.6488 |
| 07-01-2021 | P | 505 | $ 15.6199 |
| 07-01-2021 | P | 200 | $ 15.6300 |
| 07-01-2021 | P | 395 | $ 15.6390 |
| 07-01-2021 | P | 1144 | $ 15.6267 |
| 07-01-2021 | P | 1100 | $ 15.6098 |
| 07-01-2021 | P | 1052 | $ 15.6496 |
| 07-01-2021 | P | 100 | $ 15.6700 |
| 07-02-2021 | P | 2269 | $ 14.8396 |
| 07-02-2021 | P | 1100 | $ 14.7774 |
| 07-06-2021 | S | -3000 | $ 15.2600 |
| 07-06-2021 | S | -2000 | $ 15.2000 |
| 07-06-2021 | S | -1000 | $ 15.2400 |
| 07-06-2021 | S | -2000 | $ 15.2300 |
| 07-07-2021 | P | 2096 | $ 14.7000 |
| 07-07-2021 | P | 2300 | $ 14.6500 |
| 07-07-2021 | P | 72 | $ 14.6200 |
| 07-07-2021 | P | 180 | $ 14.5900 |
| 07-07-2021 | P | 1864 | $ 14.6000 |
| 07-07-2021 | P | 612 | $ 14.5785 |
| 07-07-2021 | P | 1036 | $ 14.4695 |