UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GARY H. RAGAN, *individually and on behalf of all* :
*others similarly situated*, :
:
                              Plaintiff, :     21-cv-7985-LJL;
     -v- :     21-cv-9676-LJL
:
APPHARVEST, INC., JONATHAN WEBB, and :     ORDER
LOREN EGGLETON, :
:
                            Defendants. :
------------------------------------------------------------------X
:
:
PLYMOUTH COUNTY RETIREMENT :
ASSOCIATION, *individually and on behalf of all others* :
*similarly situated*, :
:
                            Plaintiff, :
     -v- :
:
APPHARVEST, INC. f/k/a NOVOUS CAPITAL :
CORPORATION, JONATHAN WEBB, and LOREN :
EGGLETON, :
                            Defendants. :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/08/2021

LEWIS J. LIMAN, United States District Judge:

     The Court has the competing motions to be lead plaintiff in this action. It is hereby ORDERED that, on or before 5:00 p.m. on December 10, 2021, movant Narzissenfeld shall file on ECF a statement and table demonstrating its financial loss or gain for AppHarvest securities purchased during the expanded class period alleged in the *Plymouth County* action, 21-cv-9676, and movant Plymouth County shall file on ECF a statement and table demonstrating its financial loss or gain for AppHarvest securities during the class period alleged in the *Ragan* action, 21-cv-7985.

     SO ORDERED.

Dated: December 8, 2021
       New York, New York                               _____
                                                                    LEWIS J. LIMAN
                                                                      United States District Judge