# EXHIBIT B

Filed Pursuant to Rule 424(b)(3)
Registration No. 333-249421

# NOVUS CAPITAL CORPORATION

**8556 Oakmont Lane**
**Indianapolis, IN 46260**

Dear Novus Capital Corporation Stockholders:

Novus Capital Corporation, a Delaware corporation ("Novus"), ORGA, Inc., a wholly-owned subsidiary of Novus incorporated in the State of Delaware ("Merger Sub"), and AppHarvest, Inc., a Delaware public benefit corporation ("AppHarvest"), have entered into a Business Combination Agreement and Plan of Reorganization (the "Business Combination Agreement") pursuant to which AppHarvest will merge with and into Merger Sub, with AppHarvest surviving the merger and becoming a wholly-owned direct subsidiary of Novus (collectively with the other transactions described in the Business Combination Agreement, the "Business Combination"). At the closing of the Business Combination, all of the then issued and outstanding shares of AppHarvest Common Stock (expressed on a fully diluted basis) will be cancelled and automatically convert into up to 50,000,000 shares of common stock of Novus and the $30 million of outstanding convertible notes issued by AppHarvest will be converted into an aggregate of 3,221,053 additional shares of Novus common stock. The shares of common stock issuable to AppHarvest's stockholders and holders of convertible notes as merger consideration have an aggregate value of $532.2 million (based on a value of $10.00 per share), or $1.019 billion (based on the last sale price of Novus's common stock of $19.15 on January 8, 2021, the last trading day prior to the date of this proxy statement/prospectus. The market value of such shares may fluctuate significantly from the market value of such shares as of the date of this prospectus/proxy statement. Upon completion of the Business Combination, it is anticipated that AppHarvest's stockholders and the holders of the AppHarvest convertible notes will own approximately 46.8% and 3.2%, respectively, of the total outstanding common stock of the combined company. On September 28, 2020, Novus executed subscription agreements with certain investors for the sale of an aggregate of 37,500,000 shares of Novus common stock at a purchase price of $10.00 per share for gross aggregate proceeds of $375.0 million. The closing of the sale of these shares will occur concurrently with the consummation of the Business Combination. See the section titled "*The Business Combination*" on page 89 of the attached proxy statement/prospectus for further information on the consideration being paid to the stockholders of AppHarvest. Following the Business Combination and the related financing, Novus's stockholders will own approximately 12.6% of the outstanding common stock of the Combined Company.

Novus's units, common stock and warrants are currently listed on the Nasdaq Capital Market, under the symbols "NOVSU," "NOVS," and "NOVSW," respectively. Novus has applied to list the shares of common stock and the warrants of Novus on the Nasdaq Capital Market under the symbols "APPH" and "APPHW," respectively, upon the closing of the Business Combination. At the closing of the Business Combination, each Novus unit will be separated into its components, which consists of one share of common stock and one warrant, and such units will no longer exist. Upon closing, Novus intends to change its name from "Novus Capital Corporation" to "AppHarvest, Inc."

Novus is holding a special meeting of its stockholders in order to obtain the stockholder approvals necessary to complete the Business Combination. At the Novus special meeting of stockholders, which will be held on January 29, 2021, at 10:00 a.m., Eastern time, via live webcast at the following address: https://www.cstproxy.com/novuscapitalcorp/sm2020, unless postponed or adjourned to a later date, Novus will ask its stockholders to adopt the Business Combination Agreement thereby approving the Business Combination and approve the other proposals described in this proxy statement/prospectus.

After careful consideration, Novus's board of directors has unanimously approved the Business Combination Agreement and the other proposals described in this proxy statement/prospectus, and Novus's board of directors has determined that it is advisable to consummate the Business Combination. The board of directors of Novus recommends that its stockholders vote "FOR" the proposals described in this proxy statement/prospectus.

**More information about Novus, AppHarvest and the Business Combination is contained in this proxy statement/prospectus. Novus and AppHarvest urge you to read the accompanying proxy statement/prospectus, including the financial statements and annexes and other documents referred to herein, carefully and in their entirety. IN PARTICULAR, YOU SHOULD CAREFULLY CONSIDER THE MATTERS DISCUSSED UNDER "RISK FACTORS" BEGINNING ON PAGE 39 OF THIS PROXY STATEMENT/PROSPECTUS.**

On behalf of our board of directors, I thank you for your support and look forward to the successful completion of the Business Combination.

Sincerely,

/s/ Larry M. Paulson
Larry M. Paulson
*Chief Executive Officer*

January 11, 2021

The accompanying proxy statement/prospectus is dated January 11, 2021 and is first being mailed to the stockholders of Novus on or about that date.

**Your vote is very important. Whether or not you plan to attend the special meeting of Novus's stockholders online, please submit your proxy by completing, signing, dating and mailing the enclosed proxy card in the pre-addressed postage paid envelope or by using the telephone or Internet procedures provided to you by your broker or bank.** If your shares are held in an account at a brokerage firm or bank, you must instruct your broker or bank on how to vote your shares or, if you wish to attend the special meeting of Novus's stockholders and vote online, you must obtain a proxy from your broker or bank.

**NEITHER THE U.S. SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES REGULATORY AGENCY HAS APPROVED OR DISAPPROVED THE BUSINESS COMBINATION DESCRIBED IN THIS PROXY STATEMENT/PROSPECTUS OR ANY OF THE SECURITIES TO BE ISSUED IN THE BUSINESS COMBINATION, PASSED UPON THE MERITS OR FAIRNESS OF THE BUSINESS COMBINATION OR PASSED UPON THE ADEQUACY OR ACCURACY OF THE DISCLOSURE IN THIS PROXY STATEMENT/PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY CONSTITUTES A CRIMINAL OFFENSE.**

objectives and standards by which it will measure and report its public benefit performance in its public benefit corporation reports, including potential key performance metrics, and it has not made a final decision on such matters. The Combined Company expects that it will conduct its own assessment of its benefit performance against the standards and metrics it develops, rather than having such performance conducted by a third party. It is expected that the Combined Company will finalize its plans within six months of the closing of the Business Combination.

**Trademarks and Other Intellectual Property**

AppHarvest owns trademarks and other proprietary rights that are important to its business, including its principal trademark, AppHarvest. All of AppHarvest's trademarks are registered with the U.S. Patent and Trademark Office. AppHarvest's trademarks are valuable assets that reinforce the distinctiveness of its brand to its consumers. The Company believes the protection of its trademarks, copyrights and domain names are important to its success. AppHarvest aggressively protects its intellectual property rights by relying on trademark and copyright.

**Employees and Human Capital Resources**

As of September 30, 2020, AppHarvest had 69 full-time employees, including 34 at its Lexington location and 35 at its Morehead facility, all of whom are located in the United States. None of AppHarvest's employees are represented by a labor union. AppHarvest has never experienced a labor-related work stoppage. AppHarvest treats its employees with respect and dignity and considers its relations with its employees to be very good. AppHarvest expects that it will employ more than 300 employees at its Morehead facility by early 2021.

AppHarvest's human capital resources objectives include, as applicable, identifying, recruiting, retaining, incentivizing and integrating its existing and new employees. The principal purposes of AppHarvest's equity incentive plans are to attract, retain and motivate personnel through the granting of equity-based compensation awards, in order to increase stockholder value and the success of the company by motivating such individuals to perform to the best of their abilities and achieve AppHarvest's objectives.

**Facilities**

AppHarvest leases its corporate headquarters located at 500 Appalachian Way, Morehead, Kentucky 40351 where it occupies approximately 12,000 square feet of office space pursuant to a lease that expires in 2040. AppHarvest leases the Morehead controlled environment agriculture facility, which consists of 2.6 million square feet of growing space. AppHarvest believes that its current facilities are suitable and adequate to meet its current needs.

**Legal Proceedings**

AppHarvest is subject to various legal proceedings and claims that arise in the ordinary course of its business. Although the outcome of these and other claims cannot be predicted with certainty, AppHarvest does not believe the ultimate resolution of the current matters will have a material adverse effect on its business, financial condition, results of operations or cash flows.