

THOMAS**+**LAUGHLIN IV

**+** Via ECF **+**

December 10, 2021

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

       Re:    *Ragan v. AppHarvest, Inc.*, No. 21-cv-07985-LJL
             *Plymouth Cty. Ret. Sys. v. AppHarvest, Inc.*, No. 1:21-cv-09676-LJL

Your Honor:

       We represent Lead Plaintiff Movant Plymouth County Retirement System ("Plymouth") in connection with the above-captioned related securities class actions (the "*Ragan* Action" and the "*Plymouth* Action") and write in response to the Court's Order dated December 8, 2021 (ECF No. 28) (the "Order"). The Order instructed Plymouth to submit a statement and table demonstrating its financial loss or gain for its AppHarvest, Inc. ("AppHarvest") securities purchased during the shorter class period alleged in the *Ragan* Action, May 17, 2021 through August 10, 2021, inclusive.

       Plymouth does not have a loss or gain during the *Ragan* class period as it purchased its AppHarvest stock before May 17, 2021 (when the *Ragan* class period begins). As reflected in the certification and loss chart filed with its motion for consolidation and appointment as lead plaintiff, Plymouth purchased shares of AppHarvest (f/k/a Novus Capital Corporation) on October 27 and October 28, 2020, and sold a small portion of those shares on January 6 and April 7, 2021. ECF Nos. 17-3 & 17-4. Those are Plymouth's only transactions in AppHarvest. Plymouth suffered a loss of approximately $128,000 on those October 2020 purchases due to the alleged fraud. ECF Nos. 17-4.

       We appreciate Your Honor's time and attention to this matter.

                               Respectfully Submitted,
                               SCOTT+SCOTT ATTORNEYS AT LAW LLP

                               *s/ Thomas L. Laughlin, IV*
                               Thomas L. Laughlin, IV

cc:  All Counsel of Record (via ECF)