

55 Broadway, 10th Floor
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**Adam M. Apton**
aapton@zlk.com

December 10, 2021

**VIA CM/ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

**Re:**     ***Ragan v. AppHarvest, Inc., et al.***
            Case No.: 1:21-cv-07985-LJL

Dear Judge Liman:

Our office represents Alan Narzissenfeld in connection with his pending motion for appointment as lead plaintiff. Dkt. Nos. 11, 12, 14. Mr. Narzissenfeld's losses under the *Ragan* and *Plymouth* Class Periods are as follows:

| *Ragan* Class Period | | | | |
|---|---|---|---|---|
| LIFO Loss | *Dura* LIFO | Gross Shares Purchased | Net Shares Retained | Net Funds Expended |
| $391,369.23 | $361,788.09 | 149,727 | 36,585 | $491,433.16 |

| *Plymouth* Class Period | | | | |
|---|---|---|---|---|
| LIFO Loss | *Dura* LIFO | Gross Shares Purchased | Net Shares Retained | Net Funds Expended |
| ($176,541.43) | $890,762.52 | 628,064 | 73,783 | $84,382.83 |

A copy of Alan Narzissenfeld's transactions during the *Plymouth* Class Period were previously provided in conjunction with his opposition brief. *See* Dkt. No. 25-1.

Respectfully,


 s/ Adam M. Apton
Adam M. Apton

CC:     All counsel of record