# EXHIBIT A

S-4 1 tm2032410-1_s4.htm S-4
TABLE OF CONTENTS

As filed with the Securities and Exchange Commission on October 9, 2020

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM S-4

**REGISTRATION STATEMENT**
*UNDER*
*THE SECURITIES ACT OF 1933*

# NOVUS CAPITAL CORPORATION

(Exact name of registrant as specified in its charter)

| **Delaware** | **6770** | **82-5042965** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**8556 Oakmont Lane**
**Indianapolis, IN 46260**
**(317) 590-6959**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Novus Capital Corporation**
**8556 Oakmont Lane**
**Indianapolis, IN 46260**
**Attention: Robert J. Laikin**
**(317) 590-6959**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

Copies to:

| | |
|---|---|
| **Robert J. Mittman, Esq.** | **Derek O. Colla** |
| **Brad L. Shiffman, Esq.** | **John T. McKenna** |
| **Kathleen A. Cunningham, Esq.** | **David I. Silverman** |
| **Elena P. Jacque, Esq.** | **Katie Kazem** |
| **Blank Rome LLP** | **Rishab Kumar** |
| **1271 Avenue of the Americas** | **Cooley LLP** |
| **New York, New York 10021** | **1299 Pennsylvania Avenue NW** |
| **(212) 885-5000** | **Suite 700** |
| **rmittman@blankrome.com** | **Washington, DC 20004** |
| **bshiffman@blankrome.com** | **(202) 842-7800** |
| **kcunningham@blankrome.com** | |
| **ejacque@blankrome.com** | |

**Approximate date of commencement of proposed sale to the public: As soon as practicable after this Registration Statement becomes effective and after all conditions under the Business Combination Agreement to consummate the proposed merger are satisfied or waived.**

If the securities being registered on this Form are to be offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐    Accelerated filer ☐    Non-accelerated filer ☒    Smaller reporting company ☒
Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

The key elements of the projections provided by management of AppHarvest to Novus, which assume (i) the planting at the Morehead facility beginning in October 2020, (ii) the construction of 11 additional facilities by the end of 2025, bringing total acreage to 540 acres including the Morehead facility, across tomato, leafy green and cucumber crops, are summarized in the tables below:

*Key Financial Metrics:*

| | Forecast | | | | |
| | Year Ended December 31, | | | | |
| | 2021P | 2022P | 2023P | 2024P | 2025P |
| | (in millions) | | | | |
| Net revenue | $ 25 | $ 59 | $141 | $246 | $376 |
| EBITDA[1] | (31) | (19) | 14 | 49 | 106 |
| Free cash flow before growth spend[2] | (30) | (23) | 4 | 32 | 83 |

(1)  Earnings Before Interest, Taxes, Depreciation and Amortization.

(2)  Free cash flow before growth spend excludes development selling, general and administrative expenses and capital expenditures for new facilities.

*Key Non-Financial Metrics:*

The graphic below shows AppHarvest's estimates for the planting of additional produce and acreage through 2025.



**Acreage**

**Interests of Novus's Directors and Officers in the Business Combination**

When you consider the recommendation of Novus's board of directors in favor of approval of the Business Combination Proposal and the other Stockholder Proposals, you should keep in mind that certain of Novus's directors and officers have interests in the Business Combination that are different from, in addition to, or in conflict with your interests as a stockholder or warrant holder. These interests include, among other things:

• the beneficial ownership of Novus's directors and officers, of an aggregate of 877,914 shares of Novus Common Stock and 901,392 Novus Warrants, which shares and warrants would become worthless if Novus does not complete a business combination within the applicable time period, as Novus's directors and officers and their affiliates have waived any right to redemption with respect to these shares. Such shares and warrants have an aggregate market value of approximately $ million and $ million, respectively, based on the closing price of Novus Common Stock of $      on Nasdaq on           , 2020, the Record Date for the special meeting of stockholders;

**MANAGEMENT AFTER THE BUSINESS COMBINATION**

**Executive Officers and Directors After the Business Combination**

Upon the consummation of the Business Combination, the business and affairs of the Combined Company will be managed by or under the direction of its board of directors. It is expected that the directors and executive officers of the Combined Company upon the consummation of the Business Combination will include the following:

| Name | Age* | Position |
|------|------|----------|
| *Executive Officers* | | |
| Jonathan Webb | 35 | President, Chief Executive Officer and Chairman |
| Peter Halt | 60 | Chief Financial Officer |
| Marcella Butler | 55 | Chief People Officer |
| *Non-Employee Directors* | | |
| David Lee[1] | 48 | Director |
| Kiran Bhatraju[2] | 35 | Director |
| David Chen[3] | 60 | Director |
| Greg Couch[1] | 47 | Director |
| Robert J. Laikin[3] | 57 | Director |
| Anna Mason[2] | 36 | Director |
| Martha Stewart[2] | 79 | Director |
| Jeffrey Ubben[3] | 59 | Director |
| J.D. Vance[1] | 36 | Director |

\*    As of September 30, 2020.

(1)   Member the Audit Committee.

(2)   Member of the Compensation Committee.

(3)   Member of the Nominating and Corporate Governance Committee.

**Executive Officers**

*Jonathan Webb* is AppHarvest's founder and has served as its President and Chief Executive Officer and as a member of AppHarvest's board of directors since its incorporation in January 2018. Mr. Webb previously served as contract support with Archetype USA for the U.S. Army Office of Energy Initiatives through the U.S. Department of Defense from 2014 to February 2017. Mr. Webb received a B.B.A. in Marketing from the University of Kentucky. We believe that Mr. Webb is qualified to serve on the board of directors of the Combined Company because of his deep knowledge of AppHarvest and his industry experience.

*Peter Halt* has served as AppHarvest's Chief Financial Officer since September 2020. From May 2012 to December 2019, Mr. Halt served as the Chief Financial Officer of TiVo Corporation and as a Strategic Advisor from January 2020 to March 2020. Mr. Halt holds a B.S. in Business from the University of Southern California.

*Marcella Butler* has served as AppHarvest's Chief People Officer since July 2020. From September 2017 to September 2019, Ms. Butler served as the Chief People Officer of Impossible Foods Inc. and as President of People for Opower Inc. from 2014 to September 2016. Ms. Butler received a B.A. in Geography from the University of North Carolina at Chapel Hill and a M.S. in Public Policy from Harvard University Kennedy School of Government.

191

TABLE OF CONTENTS

**Non-Employee Directors**

*Kiran Bhatraju* has served as a member of the AppHarvest board of directors since January 2018. Mr. Bhatraju currently serves as the Chief Executive Officer of Arcadia Power, Inc., a company he founded in 2014. Mr. Bhatraju received a B.A. in Political Science and Literature from the University of Pennsylvania. We believe that Mr. Bhatraju is qualified to serve on the board of directors of the Combined Company because of his extensive experience in the clean energy industry.

*David Chen* has served as a member of our board of directors since December 2019. Mr. Chen currently serves as the Chief Executive Officer and Chairman of Equilibrium Capital Group, positions he has held since 2008. Mr. Chen received a B.A. in Biology from the University of California, Berkeley and an M.B.A. from the Kellogg School of Management at Northwestern University. We believe that Mr. Chen is qualified to serve on the board of directors of the Combined Company because of his extensive experience and knowledge as an investor in companies focused on sustainability.

*Greg Couch* has served as a member of the AppHarvest board of directors since January 2018. Mr. Couch currently serves as the President of Meridian Wealth Management, LLC, which he founded in 2009. Mr. Couch received a bachelor's degree from Eastern Kentucky University. We believe that Mr. Couch is qualified to serve on the board of directors of the Combined Company because of his financial and investment background and his deep knowledge of and involvement in Kentucky and the Appalachian region.

*Robert J. Laikin* has served as the Chairman of Novus's board of directors since its inception in March 2020. Mr. Laikin currently serves as the non-executive Chairman of the board of directors of Washington Prime Group Inc., where he has held a director role since 2014, and as the managing member of L7 Investments LLC, a position he has held since 2016. Mr. Laikin previously served as Executive Advisor to the CEO and Government Relations Executive of Ingram Micro Inc. from 2012 to December 2019. Mr. Laikin received a B.S. in Business from Indiana University. We believe that Mr. Laikin is qualified to serve on the board of directors of the Combined Company because of his extensive executive and public company board experience.

*David Lee* has served as a member of the AppHarvest board of directors since August 2020. Mr. Lee currently serves as the Chief Financial Officer of Impossible Foods Inc., a position he has held since December 2015. Mr. Lee also served as the Chief Operating Officer of Impossible Foods Inc. from December 2015 to March 2019. Prior to that, Mr. Lee served as the Chief Financial Officer of Zynga Inc. from 2014 to December 2015. Mr. Lee received a B.A. in Government from Harvard College and an M.B.A. from the University of Chicago. We believe that Mr. Lee is qualified to serve on the board of directors of the Combined Company because of his extensive executive, financial and operational expertise within the agriculture industry, including his experience as CFO of a public company.

*Anna Mason* has served as a member of the AppHarvest board of directors since July 2020. Ms. Mason currently serves as a Partner of Rise of the Rest Seed Fund at Revolution, a position she has held since December 2017, and previously served as Director of Investments of Rise of the Rest Seed Fund from June 2016 to December 2017. Ms. Mason served as the Co-Founder of Burn This, Inc. from August 2012 to December 2015 and held the position of Vice President — Distressed and High Yield Trading at The Seaport Group from June 2009 to May 2013. Ms. Mason received a B.A. in Political Science and Government from Harvard College and a M.B.A from the New York University Stern School of Business. We believe that Ms. Mason is qualified to serve on the board of directors of the Combined Company because of her financial and investment expertise, including her particular focus in the growth of startups.

*Martha Stewart* has served as a member of the AppHarvest board of directors since May 2020. Ms. Stewart currently serves as the Chief Creative Officer of Marquee Brands, a position she has held since June 2019. Prior to that, Ms. Stewart served as Chief Creative Officer of Sequential Brands Group Inc. from December 2015 to June 2019 and Founder and Chief Creative Officer of Martha Stewart Living Omnimedia, Inc. from 1996 until its sale to Sequential Brands Group Inc. in December 2015. Ms. Stewart has served on the board of directors of the Sequential Brands Group, Inc. since December 2015. Ms. Stewart received a B.A. in European History and Architectural History from Barnard College. We believe that Ms. Stewart is qualified to serve on the board of directors of the Combined Company because of her deep executive experience leading global food and retail companies.

*Jeffrey Ubben* has served as a member of the AppHarvest board of directors since March 2019. Mr. Ubben currently serves as the Founder and Chairman of Inclusive Capital Partners, L.P., a position he has held since July 2020. Prior to that, Mr. Ubben held a number of positions with ValueAct Capital, a company he helped co-found, including Chairman, Chief Executive Officer and Chief Investment Officer, from 2000 to June 2020. Mr. Ubben has served on the boards of directors of AES Corporation and Nikola Corporation since January 2018 and September 2019, respectively. Mr. Ubben previously served on the boards of directors of Twenty-First Century Fox Inc. from November 2015 to April 2018 and Willis Towers Watson plc from January 2016 to November 2017. Mr. Ubben received a B.A. from Duke University and an M.B.A. from the Kellogg Graduate School of Management at Northwestern University. We believe that Mr. Ubben is qualified to serve on the board of directors of the Combined Company because of his investment industry background, experience serving on the boards of directors of public companies and leadership in socially responsible investing.

*J.D. Vance* has served as a member of the AppHarvest board of directors since July 2020. Mr. Vance currently serves as Partner of Narya Capital, which he co-founded in December 2019. Prior to that, Mr. Vance served as to the Managing Partner to Rise of the Rest Seed Fund at Revolution from March 2017 to August 2019; He remains a special advisor to Rise of the Rest Seed Fund. Mr. Vance previously served as a Principal at Mithril Capital from April 2016 to March 2017 and the Director of Operations at Circuit Therapeutics from 2015 to April 2016. Mr. Vance received a B.A. in Political Science and Philosophy from The Ohio State University and a J.D. from Yale Law School. We believe that Mr. Vance is qualified to serve on the board of directors of the Combined Company because of his investment experience and his deep knowledge of the Appalachian region.

**Family Relationships**

There are no family relationships among any of the Combined Company's directors or executive officers.

**Board Composition**

The Combined Company's business and affairs will be organized under the direction of its board of directors. The board of directors of the Combined Company will meet on a regular basis and additionally as required.

In accordance with the terms of the Combined Company's amended and restated bylaws, which will be effective upon the consummation of the Business Combination, the board of directors may establish the authorized number of directors from time to time by resolution. The board of directors will consist of nine members upon the consummation of the Business Combination. Each member of the Combined Company's board of directors following the Business Combination will serve a one-year term expiring at the Combined Company's next annual meeting of stockholders, subject to his or her office being vacated sooner pursuant to the Combined Company's amended and restated bylaws to be in effect upon the closing of the Business Combination.

**Board Leadership Structure**

The board of directors of the Combined Company will be chaired by Mr. Webb, the current Chief Executive Officer of AppHarvest. The board of directors believes that combining the positions of Chief Executive Officer and Chairman helps to ensure that the board and management act with a common purpose. The board of directors believes that combining the positions of Chief Executive Officer and Chairperson provides a single, clear chain of command to execute the Combined Company's strategic initiatives and business plans. In addition, the board of directors believes that a combined Chief Executive Officer/Chairperson is better positioned to act as a bridge between management and the board of directors, facilitating the regular flow of information. The board of directors also believes that it is advantageous to have a chairperson with significant history with and extensive knowledge of AppHarvest, as is the case with Mr. Webb.

The board of directors will appoint Mr. Lee as lead independent director in order to help reinforce the independence of the board as a whole. The position of lead independent director has been structured to