# AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS

I, Alan Narzissenfeld ("Plaintiff"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed the First Consolidated Amended Class Action Complaint ("Amended Complaint") and authorize its filing.

2.  I did not purchase or otherwise acquire the securities that are the subject of this action at the direction of Plaintiff's counsel, or in order to participate in this private action or any other litigation under the federal securities laws.

3.  I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  My transactions in securities of AppHarvest, Inc, which are the subject of this litigation, during the class period alleged in the Amended Complaint are set forth in the chart contained in the Schedule A attached hereto.

5.  Other than in this private action, within the last three (3) years I have not sought to serve, nor have I served, as a class representative in any action filed under the federal securities laws.

6.  I have not accepted and will not accept any payment for serving as a representative plaintiff on behalf of the class beyond my pro rata share of any recovery, unless ordered or approved by the Court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct.

Executed _____ alan narzissenfeld

By: _alan narzissenfeld_
alan narzissenfeld (Mar 2, 2022 17:06 EST)

Alan Narzissenfeld

## AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS

### SCHEDULE A

| Case Name | AppHarvest, Inc. |
|---|---|
| Ticker | APPH |
| Class Period | 02-01-2021 to 08-10-2021 |

| Account 1 |
|---|
| **Client Name** |
| Alan Narzissenfeld |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-03-2021 | P | 30 | $ 33.3500000 |
| 02-25-2021 | S | -800 | $ 33.4900000 |
| 02-25-2021 | S | -200 | $ 33.4200000 |
| 02-25-2021 | S | -800 | $ 33.5200000 |
| 02-25-2021 | S | -1400 | $ 33.2400000 |
| 02-25-2021 | S | -1800 | $ 33.4000000 |
| 03-01-2021 | S | -800 | $ 30.9400000 |
| 03-01-2021 | S | -800 | $ 30.8900000 |
| 03-01-2021 | S | -700 | $ 31.4700000 |
| 03-01-2021 | S | -600 | $ 31.2800000 |
| 03-01-2021 | S | -700 | $ 30.9200000 |
| 03-02-2021 | S | -856 | $ 31.7600000 |
| 03-02-2021 | S | -800 | $ 31.6100000 |
| 03-03-2021 | S | -800 | $ 30.5500000 |
| 03-04-2021 | P | 5101 | $ 19.8000000 |
| 03-04-2021 | P | 5014 | $ 20.4000000 |
| 03-04-2021 | P | 4657 | $ 20.0300000 |
| 03-05-2021 | P | 1592 | $ 16.8800000 |
| 03-11-2021 | S | -2000 | $ 23.0200000 |
| 03-11-2021 | S | -1000 | $ 22.7400000 |
| 03-11-2021 | S | -2500 | $ 23.3500000 |
| 03-11-2021 | S | -3264 | $ 23.1000000 |
| 03-11-2021 | S | -2000 | $ 23.4200000 |
| 03-11-2021 | S | -2000 | $ 23.0300000 |
| 03-11-2021 | S | -2000 | $ 23.5300000 |
| 03-11-2021 | S | -2000 | $ 22.6300000 |
| 03-11-2021 | S | -800 | $ 22.7700000 |
| 03-11-2021 | S | -1700 | $ 23.0400000 |
| 03-12-2021 | S | -2000 | $ 23.0300000 |
| 03-12-2021 | S | -2000 | $ 23.0200000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 03-12-2021 | S | -2000 | $ 23.3600000 |
| 03-12-2021 | S | -1500 | $ 23.0300000 |
| 03-12-2021 | S | -3000 | $ 23.0000000 |
| 03-12-2021 | S | -2000 | $ 23.5200000 |
| 03-12-2021 | S | -2000 | $ 23.4400000 |
| 03-12-2021 | S | -2000 | $ 23.8100000 |
| 03-12-2021 | S | -126 | $ 23.6500000 |
| 03-16-2021 | P | 4000 | $ 23.2600000 |
| 03-16-2021 | P | 4400 | $ 23.2400000 |
| 03-16-2021 | P | 4400 | $ 22.9600000 |
| 04-09-2021 | P | 10000 | $ 17.3900000 |
| 04-09-2021 | P | 11000 | $ 17.4100000 |
| 04-09-2021 | P | 975 | $ 17.5000000 |
| 04-19-2021 | P | 269 | $ 13.8400000 |
| 04-21-2021 | P | 4 | $ 13.5800000 |
| 04-21-2021 | P | 1100 | $ 12.5400000 |
| 06-01-2021 | S | -330 | $ 17.1100000 |
| 06-02-2021 | S | -1200 | $ 17.4000000 |
| 06-02-2021 | S | -1492 | $ 18.5800000 |
| 06-08-2021 | S | -1000 | $ 19.7200000 |
| 06-08-2021 | S | -1000 | $ 19.6600000 |
| 07-07-2021 | P | 1095 | $ 14.5900000 |
| 07-08-2021 | P | 100 | $ 14.2200000 |
| 07-13-2021 | P | 2022 | $ 13.8600000 |
| 07-14-2021 | P | 1533 | $ 13.0300000 |
| 07-16-2021 | P | 465 | $ 12.9100000 |
| 07-20-2021 | P | 1466 | $ 12.9600000 |
| 07-23-2021 | P | 983 | $ 12.2100000 |
| 07-28-2021 | P | 802 | $ 12.4400000 |

| | |
|---|---|
| Case Name | AppHarvest, Inc. |
| Ticker | APPHW |
| Class Period | 02-01-2021 to 08-10-2021 |

**Account 1 - Warrants**

**Client Name**

Alan Narzissenfeld

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-08-2021 | P | 5 | $ 05.1500000 |
| 07-09-2021 | P | 2608 | $ 05.5000000 |
| 07-09-2021 | P | 43 | $ 05.5100000 |
| 07-23-2021 | P | 974 | $ 04.0500000 |

## AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS

| | | | |
|---|---|---|---|
| 07-27-2021 | P | 978 | $ 04.1500000 |
| 08-06-2021 | P | 2294 | $ 03.9600000 |

| | |
|---|---|
| Case Name | AppHarvest, Inc. |
| Ticker | APPH |
| Class Period | 02-01-2021 to 08-10-2021 |

| Account 2 |
|---|
| Client Name |
| Alan Narzissenfeld |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-03-2021 | P | 11 | $ 34.9000000 |
| 02-03-2021 | P | 5 | $ 32.9800000 |
| 02-05-2021 | S | -30 | $ 30.4500000 |
| 02-05-2021 | S | -970 | $ 30.3900000 |
| 02-05-2021 | S | -500 | $ 30.5600000 |
| 02-05-2021 | S | -70 | $ 30.7500000 |
| 02-05-2021 | S | -400 | $ 30.7200000 |
| 02-05-2021 | S | -300 | $ 30.6200000 |
| 02-05-2021 | S | -400 | $ 30.8200000 |
| 02-05-2021 | S | -300 | $ 30.8200000 |
| 02-05-2021 | S | -200 | $ 30.8400000 |
| 02-05-2021 | S | -300 | $ 30.8200000 |
| 02-05-2021 | S | -300 | $ 30.8200000 |
| 02-05-2021 | S | -300 | $ 31.3800000 |
| 02-05-2021 | S | -300 | $ 31.7200000 |
| 02-05-2021 | S | -500 | $ 31.7508000 |
| 02-05-2021 | S | -300 | $ 31.1700000 |
| 02-05-2021 | S | -101 | $ 31.3500000 |
| 02-05-2021 | S | -354 | $ 31.7998870 |
| 02-05-2021 | S | -146 | $ 31.7200000 |
| 02-05-2021 | S | -1000 | $ 31.9400000 |
| 02-05-2021 | S | -600 | $ 32.0006667 |
| 02-05-2021 | S | -400 | $ 32.1510000 |
| 02-05-2021 | S | -500 | $ 32.2608000 |
| 02-05-2021 | S | -300 | $ 32.1910000 |
| 02-05-2021 | S | -400 | $ 32.6200000 |
| 02-05-2021 | S | -300 | $ 32.6000000 |
| 02-05-2021 | S | -400 | $ 32.5500000 |
| 02-05-2021 | S | -600 | $ 32.9900000 |
| 02-05-2021 | S | -200 | $ 33.5200000 |
| 02-05-2021 | S | -200 | $ 33.7210000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 02-05-2021 | S | -300 | $ 33.9200000 |
| 02-05-2021 | S | -300 | $ 33.1500000 |
| 02-05-2021 | S | -300 | $ 32.9700000 |
| 02-05-2021 | S | -300 | $ 33.4400000 |
| 02-05-2021 | S | -400 | $ 34.7200000 |
| 02-05-2021 | S | -300 | $ 34.5100000 |
| 02-08-2021 | S | -50 | $ 35.8200000 |
| 02-08-2021 | S | -1000 | $ 36.7200000 |
| 02-08-2021 | S | -1000 | $ 36.4400000 |
| 02-08-2021 | S | -800 | $ 35.9250000 |
| 02-08-2021 | S | -500 | $ 36.5700000 |
| 02-08-2021 | S | -600 | $ 35.6900000 |
| 02-08-2021 | S | -1000 | $ 35.4400000 |
| 02-08-2021 | S | -1000 | $ 34.9200000 |
| 02-08-2021 | S | -600 | $ 35.4400000 |
| 02-08-2021 | S | -2 | $ 35.6200000 |
| 02-08-2021 | S | -800 | $ 35.2900000 |
| 02-08-2021 | S | -181 | $ 35.5600000 |
| 02-08-2021 | S | -200 | $ 35.5100000 |
| 02-08-2021 | S | -219 | $ 35.4900000 |
| 02-08-2021 | S | -998 | $ 35.5500000 |
| 02-08-2021 | S | -800 | $ 35.6600000 |
| 02-08-2021 | S | -1000 | $ 36.0000000 |
| 02-08-2021 | S | -51 | $ 36.1000000 |
| 02-08-2021 | S | -500 | $ 35.8800000 |
| 02-08-2021 | S | -145 | $ 36.3900000 |
| 02-09-2021 | S | -600 | $ 35.1400000 |
| 02-09-2021 | S | -500 | $ 35.4400000 |
| 02-09-2021 | S | -200 | $ 36.9410000 |
| 02-09-2021 | S | -60 | $ 38.3200000 |
| 03-05-2021 | P | 1082 | $ 15.4400000 |
| 03-05-2021 | P | 769 | $ 15.4656957 |
| 03-05-2021 | P | 2749 | $ 15.4800000 |
| 03-05-2021 | P | 2100 | $ 15.5500000 |
| 03-05-2021 | P | 2500 | $ 15.4800800 |
| 03-05-2021 | P | 300 | $ 15.6200000 |
| 03-05-2021 | P | 107 | $ 15.8000000 |
| 03-05-2021 | P | 5951 | $ 15.8193278 |
| 03-05-2021 | P | 300 | $ 15.8100000 |
| 03-05-2021 | P | 100 | $ 15.8200000 |
| 03-05-2021 | P | 600 | $ 15.8200000 |
| 03-05-2021 | P | 1812 | $ 15.8400000 |
| 03-05-2021 | P | 200 | $ 15.8400000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 03-05-2021 | P | 3501 | $ 15.8597144 |
| 03-05-2021 | P | 1549 | $ 15.8700000 |
| 03-05-2021 | P | 1180 | $ 15.8691525 |
| 03-05-2021 | P | 2384 | $ 15.8100000 |
| 03-05-2021 | P | 100 | $ 15.9200000 |
| 03-05-2021 | P | 6216 | $ 15.9700000 |
| 03-05-2021 | P | 400 | $ 15.9800000 |
| 03-05-2021 | P | 4200 | $ 15.9958714 |
| 03-05-2021 | P | 200 | $ 16.1000000 |
| 03-05-2021 | P | 60 | $ 16.1700000 |
| 03-05-2021 | P | 4740 | $ 16.2200000 |
| 03-05-2021 | P | 2729 | $ 16.0700000 |
| 03-05-2021 | P | 2271 | $ 16.0800000 |
| 03-05-2021 | P | 4400 | $ 16.0700000 |
| 03-05-2021 | P | 3200 | $ 16.1800000 |
| 03-05-2021 | P | 4400 | $ 16.4200000 |
| 03-05-2021 | P | 154 | $ 16.4200000 |
| 03-05-2021 | P | 1846 | $ 16.4400000 |
| 03-05-2021 | P | 1900 | $ 16.0996526 |
| 03-05-2021 | P | 4700 | $ 15.9271021 |
| 03-05-2021 | P | 4400 | $ 16.0227273 |
| 03-05-2021 | P | 2500 | $ 16.2594080 |
| 03-05-2021 | P | 2599 | $ 15.9296152 |
| 03-05-2021 | P | 1200 | $ 16.0000000 |
| 03-09-2021 | P | 500 | $ 19.4800000 |
| 03-09-2021 | P | 200 | $ 20.3200000 |
| 03-09-2021 | P | 5 | $ 20.3500000 |
| 03-09-2021 | P | 500 | $ 20.4000000 |
| 03-10-2021 | P | 2800 | $ 20.0000000 |
| 03-10-2021 | P | 1000 | $ 20.0000000 |
| 03-10-2021 | P | 2299 | $ 19.7193388 |
| 03-10-2021 | P | 2400 | $ 19.7500000 |
| 03-10-2021 | P | 104 | $ 19.6200000 |
| 03-10-2021 | P | 5396 | $ 19.9300000 |
| 03-10-2021 | P | 4400 | $ 19.9300000 |
| 03-10-2021 | P | 4200 | $ 20.1600000 |
| 03-10-2021 | P | 1200 | $ 20.4400000 |
| 03-10-2021 | P | 2400 | $ 20.3900000 |
| 03-11-2021 | P | 3000 | $ 21.6100000 |
| 03-11-2021 | P | 2900 | $ 22.0000000 |
| 03-11-2021 | P | 2600 | $ 21.9200000 |
| 03-11-2021 | P | 3000 | $ 21.9200000 |
| 03-11-2021 | P | 1100 | $ 21.8600000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 03-11-2021 | P | 300 | $ 22.0300000 |
| 03-11-2021 | S | -1000 | $ 22.6022700 |
| 03-11-2021 | S | -2800 | $ 22.5221000 |
| 03-11-2021 | S | -600 | $ 22.3300000 |
| 03-11-2021 | S | -600 | $ 22.3300167 |
| 03-11-2021 | S | -373 | $ 22.3300536 |
| 03-11-2021 | S | -600 | $ 22.3300000 |
| 03-12-2021 | P | 414 | $ 21.7500000 |
| 03-12-2021 | P | 3 | $ 21.8200000 |
| 03-12-2021 | P | 103 | $ 21.8500000 |
| 03-12-2021 | P | 2180 | $ 21.9200000 |
| 03-12-2021 | S | -1000 | $ 23.0400000 |
| 03-12-2021 | S | -1000 | $ 23.0320800 |
| 03-12-2021 | S | -5753 | $ 23.3247819 |
| 03-17-2021 | P | 1500 | $ 21.8790000 |
| 03-17-2021 | P | 1600 | $ 21.8800000 |
| 03-17-2021 | P | 700 | $ 22.0450000 |
| 03-17-2021 | S | -1400 | $ 21.2408143 |
| 03-17-2021 | S | -21 | $ 21.2438000 |
| 03-17-2021 | P | 965 | $ 21.6500000 |
| 03-18-2021 | P | 800 | $ 21.1850000 |
| 03-18-2021 | P | 212 | $ 21.2800000 |
| 03-18-2021 | P | 4788 | $ 21.3600000 |
| 03-18-2021 | P | 2475 | $ 21.3400000 |
| 03-18-2021 | P | 2525 | $ 21.3700000 |
| 03-18-2021 | P | 2000 | $ 21.1300000 |
| 03-18-2021 | P | 400 | $ 22.5393250 |
| 03-18-2021 | P | 300 | $ 22.5391000 |
| 03-18-2021 | P | 100 | $ 22.5300000 |
| 03-18-2021 | P | 200 | $ 22.4900000 |
| 03-18-2021 | P | 100 | $ 22.4900000 |
| 03-18-2021 | P | 80 | $ 22.4900000 |
| 03-18-2021 | P | 100 | $ 22.3700000 |
| 03-18-2021 | P | 700 | $ 22.2956571 |
| 03-18-2021 | P | 200 | $ 22.2350000 |
| 03-18-2021 | P | 600 | $ 22.1500000 |
| 03-18-2021 | P | 100 | $ 22.1265000 |
| 03-18-2021 | P | 1900 | $ 21.4835421 |
| 03-18-2021 | P | 1200 | $ 21.4853167 |
| 03-18-2021 | P | 1000 | $ 21.7700000 |
| 03-18-2021 | P | 2000 | $ 21.7700000 |
| 03-18-2021 | P | 1600 | $ 21.7500000 |
| 03-19-2021 | S | -1000 | $ 21.4085300 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 03-19-2021 | S | -1000 | $ 21.4607600 |
| 03-19-2021 | S | -398 | $ 21.3900000 |
| 03-23-2021 | S | -800 | $ 20.4438000 |
| 03-23-2021 | S | -800 | $ 20.4438000 |
| 03-23-2021 | S | -800 | $ 20.4438000 |
| 03-23-2021 | S | -677 | $ 20.4438000 |
| 03-23-2021 | S | -677 | $ 20.4438000 |
| 03-23-2021 | S | -459 | $ 20.4020479 |
| 03-23-2021 | S | -93 | $ 20.4000000 |
| 03-24-2021 | S | -705 | $ 19.4500000 |
| 03-24-2021 | S | -705 | $ 19.4499560 |
| 03-24-2021 | S | -705 | $ 19.4484752 |
| 03-24-2021 | S | -705 | $ 19.4500000 |
| 03-24-2021 | S | -705 | $ 19.4500000 |
| 03-24-2021 | S | -705 | $ 19.4426950 |
| 03-24-2021 | S | -705 | $ 19.4462128 |
| 03-24-2021 | S | -705 | $ 19.4500000 |
| 03-24-2021 | S | -705 | $ 19.4000000 |
| 03-24-2021 | S | -1000 | $ 19.3830100 |
| 03-24-2021 | S | -800 | $ 19.3800000 |
| 03-24-2021 | S | -800 | $ 19.3838000 |
| 03-24-2021 | S | -705 | $ 19.3799291 |
| 03-24-2021 | S | -800 | $ 19.3900000 |
| 03-24-2021 | S | -705 | $ 19.3800000 |
| 03-24-2021 | S | -705 | $ 19.3252908 |
| 03-24-2021 | S | -705 | $ 19.3700000 |
| 03-24-2021 | S | -705 | $ 19.3721830 |
| 03-24-2021 | S | -705 | $ 19.3300000 |
| 03-24-2021 | S | -705 | $ 19.3300000 |
| 03-24-2021 | S | -796 | $ 19.2994472 |
| 03-24-2021 | S | -705 | $ 19.3135319 |
| 03-24-2021 | S | -705 | $ 19.3100000 |
| 03-24-2021 | S | -459 | $ 19.3000000 |
| 03-24-2021 | S | -780 | $ 19.2532821 |
| 03-25-2021 | S | -705 | $ 18.2300000 |
| 03-25-2021 | S | -705 | $ 18.2200000 |
| 03-25-2021 | S | -705 | $ 18.2200709 |
| 03-25-2021 | S | -705 | $ 18.2384043 |
| 03-25-2021 | S | -705 | $ 18.2200000 |
| 03-25-2021 | S | -705 | $ 18.2428723 |
| 03-25-2021 | S | -705 | $ 18.2200000 |
| 03-25-2021 | S | -705 | $ 18.2393262 |
| 03-25-2021 | S | -705 | $ 18.2428723 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 03-25-2021 | S | -705 | $ 18.2428723 |
| 03-25-2021 | S | -705 | $ 18.2243262 |
| 03-25-2021 | S | -705 | $ 18.2200000 |
| 03-25-2021 | S | -705 | $ 18.2200000 |
| 03-25-2021 | S | -705 | $ 18.2137574 |
| 03-25-2021 | S | -705 | $ 18.2200000 |
| 03-25-2021 | S | -705 | $ 18.2146794 |
| 03-25-2021 | S | -705 | $ 18.2138000 |
| 03-25-2021 | S | -705 | $ 18.2138000 |
| 03-25-2021 | S | -705 | $ 18.2138000 |
| 03-25-2021 | S | -705 | $ 18.1956738 |
| 03-25-2021 | S | -705 | $ 18.1800000 |
| 03-25-2021 | S | -379 | $ 18.1900000 |
| 03-25-2021 | S | -732 | $ 17.8948224 |
| 03-25-2021 | S | -1000 | $ 17.9147831 |
| 03-25-2021 | S | -732 | $ 17.9104781 |
| 03-25-2021 | S | -732 | $ 17.9104781 |
| 03-25-2021 | S | -591 | $ 17.8853807 |
| 03-25-2021 | S | -732 | $ 17.8291530 |
| 03-25-2021 | S | -93 | $ 17.8200000 |
| 03-26-2021 | S | -1800 | $ 17.0100000 |
| 03-26-2021 | S | -1800 | $ 17.0102111 |
| 03-26-2021 | S | -1800 | $ 17.0016553 |
| 03-26-2021 | S | -1800 | $ 17.0100000 |
| 03-26-2021 | S | -759 | $ 16.9638000 |
| 03-26-2021 | S | -759 | $ 16.9607960 |
| 03-26-2021 | S | -759 | $ 16.9400000 |
| 03-26-2021 | S | -449 | $ 16.9400000 |
| 03-26-2021 | S | -759 | $ 16.9400000 |
| 03-29-2021 | S | -1620 | $ 16.6436951 |
| 03-29-2021 | S | -1800 | $ 16.6500000 |
| 04-01-2021 | P | 2000 | $ 18.6800000 |
| 04-01-2021 | P | 3000 | $ 18.4900000 |
| 04-01-2021 | P | 1800 | $ 18.4400000 |
| 04-06-2021 | P | 600 | $ 18.4400000 |
| 04-06-2021 | P | 800 | $ 18.3700000 |
| 04-07-2021 | P | 112 | $ 18.6950893 |
| 04-07-2021 | P | 2400 | $ 18.7900000 |
| 04-09-2021 | S | -930 | $ 17.1138000 |
| 04-09-2021 | S | -930 | $ 17.1138000 |
| 04-09-2021 | S | -930 | $ 17.1025161 |
| 04-09-2021 | S | -930 | $ 17.1138000 |
| 04-09-2021 | S | -2400 | $ 17.0853083 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO
FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 04-09-2021 | S | -930 | $ 17.0738000 |
| 04-09-2021 | S | -930 | $ 17.0726774 |
| 04-09-2021 | S | -930 | $ 17.0689785 |
| 04-09-2021 | S | -662 | $ 17.0517372 |
| 04-09-2021 | S | -365 | $ 17.0400000 |
| 04-09-2021 | S | -474 | $ 17.0029983 |
| 04-12-2021 | S | -940 | $ 16.8227553 |
| 04-12-2021 | S | -906 | $ 16.8122075 |
| 04-12-2021 | S | -57 | $ 16.8038000 |
| 04-13-2021 | S | -950 | $ 16.0900000 |
| 04-13-2021 | S | -950 | $ 16.0800000 |
| 04-13-2021 | S | -950 | $ 16.0700000 |
| 04-13-2021 | S | -950 | $ 16.0700000 |
| 04-13-2021 | S | -950 | $ 16.0700000 |
| 04-13-2021 | S | -950 | $ 16.0668421 |
| 04-13-2021 | S | -950 | $ 16.0700000 |
| 04-13-2021 | S | -950 | $ 16.1000000 |
| 04-13-2021 | S | -455 | $ 16.0838242 |
| 04-13-2021 | S | -254 | $ 16.0300000 |
| 04-15-2021 | P | 1000 | $ 16.9800000 |
| 04-16-2021 | S | -983 | $ 15.9538000 |
| 04-16-2021 | S | -983 | $ 15.9538000 |
| 04-16-2021 | S | -308 | $ 15.9538000 |
| 04-16-2021 | S | -912 | $ 15.8700000 |
| 04-19-2021 | S | -995 | $ 15.1645924 |
| 04-19-2021 | S | -995 | $ 15.1742221 |
| 04-19-2021 | S | -995 | $ 15.1700000 |
| 04-19-2021 | S | -995 | $ 15.1638000 |
| 04-19-2021 | S | -995 | $ 15.1665337 |
| 04-19-2021 | S | -995 | $ 15.1700000 |
| 04-19-2021 | S | -889 | $ 15.1700000 |
| 04-19-2021 | S | -995 | $ 14.4242412 |
| 04-19-2021 | S | -995 | $ 14.4300000 |
| 04-19-2021 | S | -995 | $ 14.4237698 |
| 04-19-2021 | S | -995 | $ 14.4300000 |
| 04-19-2021 | S | -995 | $ 14.4275085 |
| 04-19-2021 | S | -549 | $ 14.4237454 |
| 04-19-2021 | S | -995 | $ 14.4300000 |
| 04-19-2021 | S | -223 | $ 14.4400000 |
| 04-19-2021 | S | -1200 | $ 13.8212500 |
| 04-19-2021 | S | -1200 | $ 13.8025000 |
| 04-19-2021 | S | -995 | $ 13.7608040 |
| 04-19-2021 | S | -995 | $ 13.7300000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 04-19-2021 | S | -995 | $ 13.7300000 |
| 04-19-2021 | S | -573 | $ 13.7234904 |
| 04-20-2021 | S | -5096 | $ 13.1348105 |
| 04-20-2021 | S | -1010 | $ 12.4937703 |
| 04-20-2021 | S | -1010 | $ 12.4943529 |
| 04-20-2021 | S | -1010 | $ 12.4918515 |
| 04-20-2021 | S | -721 | $ 12.4905161 |
| 04-20-2021 | S | -1010 | $ 12.4937703 |
| 04-20-2021 | S | -1010 | $ 12.0400000 |
| 04-20-2021 | S | -1010 | $ 12.0400000 |
| 04-20-2021 | S | -33 | $ 12.0400000 |
| 04-20-2021 | S | -1010 | $ 12.0400000 |
| 04-20-2021 | P | 800 | $ 12.5100000 |
| 04-22-2021 | P | 435 | $ 14.2877011 |
| 04-22-2021 | P | 765 | $ 14.3300000 |
| 04-30-2021 | S | -2000 | $ 16.9003500 |
| 05-06-2021 | S | -7000 | $ 14.1000000 |
| 05-06-2021 | S | -6000 | $ 14.0800000 |
| 05-06-2021 | S | -4000 | $ 13.9500000 |
| 05-07-2021 | S | -2000 | $ 14.5900000 |
| 05-07-2021 | S | -186 | $ 14.1000000 |
| 05-07-2021 | S | -1000 | $ 13.9300000 |
| 05-07-2021 | S | -637 | $ 14.0403140 |
| 05-17-2021 | P | 300 | $ 13.0800000 |
| 05-17-2021 | P | 1200 | $ 13.0800000 |
| 05-17-2021 | P | 200 | $ 13.1100000 |
| 05-18-2021 | P | 500 | $ 13.8000000 |
| 05-18-2021 | P | 1200 | $ 13.7000000 |
| 05-18-2021 | P | 40 | $ 13.7200000 |
| 05-19-2021 | S | -500 | $ 14.4200000 |
| 05-20-2021 | P | 100 | $ 14.9500000 |
| 05-21-2021 | P | 200 | $ 14.9400000 |
| 05-21-2021 | S | -1000 | $ 15.3827000 |
| 05-21-2021 | S | -2000 | $ 15.3500000 |
| 05-21-2021 | P | 2000 | $ 15.2700000 |
| 05-21-2021 | S | -50 | $ 15.3000000 |
| 05-21-2021 | S | -950 | $ 15.2800000 |
| 05-21-2021 | S | -1000 | $ 15.2000000 |
| 05-21-2021 | S | -1000 | $ 15.2200000 |
| 05-21-2021 | S | -2000 | $ 15.2700000 |
| 05-21-2021 | S | -1000 | $ 15.2400000 |
| 05-21-2021 | S | -1000 | $ 15.2900000 |
| 05-21-2021 | S | -800 | $ 15.5000000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 05-24-2021 | S | -1000 | $ 15.5700000 |
| 05-25-2021 | S | -58 | $ 15.4800000 |
| 05-25-2021 | S | -442 | $ 15.4400000 |
| 05-25-2021 | S | -1000 | $ 15.3900000 |
| 05-25-2021 | S | -1000 | $ 15.4800000 |
| 05-25-2021 | S | -120 | $ 15.5900000 |
| 05-25-2021 | S | -1000 | $ 15.5200000 |
| 05-25-2021 | S | -1000 | $ 15.5000000 |
| 05-28-2021 | S | -100 | $ 16.4800000 |
| 06-17-2021 | P | 802 | $ 15.5800000 |
| 06-17-2021 | P | 498 | $ 15.5900000 |
| 06-17-2021 | P | 100 | $ 15.6100000 |
| 06-17-2021 | P | 400 | $ 15.5962500 |
| 06-17-2021 | P | 700 | $ 15.6100000 |
| 06-17-2021 | P | 1200 | $ 15.7100000 |
| 06-17-2021 | P | 10 | $ 15.6900000 |
| 06-17-2021 | P | 1000 | $ 15.6795000 |
| 06-17-2021 | P | 1000 | $ 15.6446650 |
| 06-17-2021 | P | 100 | $ 15.6460000 |
| 06-17-2021 | P | 80 | $ 15.6400000 |
| 06-17-2021 | P | 2100 | $ 15.5287619 |
| 06-17-2021 | P | 100 | $ 15.5300000 |
| 06-17-2021 | P | 30 | $ 15.5300000 |
| 06-17-2021 | P | 2100 | $ 15.5093762 |
| 06-17-2021 | P | 70 | $ 15.5200000 |
| 06-17-2021 | P | 2100 | $ 15.5699048 |
| 06-17-2021 | P | 1100 | $ 15.5787139 |
| 06-17-2021 | P | 10 | $ 15.5800000 |
| 06-17-2021 | P | 20 | $ 15.8890000 |
| 06-18-2021 | S | -290 | $ 15.2000000 |
| 06-18-2021 | S | -1240 | $ 15.1100000 |
| 06-21-2021 | S | -2000 | $ 16.0695300 |
| 06-21-2021 | S | -100 | $ 16.0610000 |
| 06-21-2021 | S | -600 | $ 16.0318000 |
| 06-21-2021 | S | -2000 | $ 16.0300000 |
| 06-21-2021 | S | -1000 | $ 16.0500000 |
| 06-22-2021 | P | 1600 | $ 15.7800000 |
| 06-22-2021 | P | 1200 | $ 15.7900000 |
| 06-22-2021 | P | 100 | $ 15.8100000 |
| 06-22-2021 | P | 2300 | $ 15.7400000 |
| 06-22-2021 | P | 1100 | $ 15.7500000 |
| 06-22-2021 | P | 100 | $ 15.7500000 |
| 06-22-2021 | P | 40 | $ 15.7582500 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 06-22-2021 | P | 281 | $ 15.7200000 |
| 06-22-2021 | P | 2319 | $ 15.7300000 |
| 06-22-2021 | P | 900 | $ 15.7300000 |
| 06-22-2021 | P | 100 | $ 15.7360000 |
| 06-22-2021 | P | 100 | $ 15.7373000 |
| 06-23-2021 | S | -1000 | $ 16.5400000 |
| 06-23-2021 | S | -1000 | $ 16.6200000 |
| 06-23-2021 | S | -50 | $ 16.7200000 |
| 06-23-2021 | S | -500 | $ 16.7900000 |
| 06-24-2021 | P | 1900 | $ 16.9300000 |
| 06-24-2021 | P | 2800 | $ 16.9400000 |
| 06-24-2021 | P | 200 | $ 16.9486500 |
| 06-24-2021 | P | 200 | $ 16.9600000 |
| 06-24-2021 | P | 100 | $ 16.5373000 |
| 06-24-2021 | P | 50 | $ 16.5390000 |
| 06-24-2021 | P | 130 | $ 16.6000000 |
| 06-24-2021 | P | 20 | $ 16.6000000 |
| 06-25-2021 | P | 135 | $ 16.5000000 |
| 06-25-2021 | P | 3165 | $ 16.5100000 |
| 06-25-2021 | P | 3000 | $ 16.4800000 |
| 06-25-2021 | P | 50 | $ 16.4760000 |
| 06-25-2021 | P | 1 | $ 16.6200000 |
| 06-25-2021 | P | 200 | $ 16.7200000 |
| 06-25-2021 | P | 100 | $ 16.6200000 |
| 06-25-2021 | P | 100 | $ 16.6300000 |
| 06-25-2021 | P | 60 | $ 16.6200000 |
| 06-28-2021 | P | 900 | $ 16.0868889 |
| 06-28-2021 | P | 2000 | $ 16.1000000 |
| 06-28-2021 | P | 50 | $ 16.0973000 |
| 06-29-2021 | P | 620 | $ 15.5800000 |
| 06-29-2021 | P | 80 | $ 15.5700000 |
| 06-29-2021 | P | 500 | $ 15.5900000 |
| 06-29-2021 | P | 100 | $ 15.5900000 |
| 06-29-2021 | P | 50 | $ 15.5900000 |
| 06-30-2021 | S | -1000 | $ 16.3000000 |
| 06-30-2021 | S | -2000 | $ 16.2800000 |
| 06-30-2021 | P | 1600 | $ 16.0886125 |
| 06-30-2021 | P | 200 | $ 16.1000000 |
| 06-30-2021 | P | 80 | $ 16.1100000 |
| 07-07-2021 | S | -134 | $ 14.4523881 |
| 07-07-2021 | S | -72 | $ 14.4300000 |
| 07-07-2021 | S | -72 | $ 14.4200000 |
| 07-07-2021 | S | -130 | $ 14.4000000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO
FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 07-08-2021 | S | -200 | $ 14.3450000 |
| 07-13-2021 | S | -1200 | $ 13.8022958 |
| 07-13-2021 | S | -971 | $ 13.8120597 |
| 07-13-2021 | S | -698 | $ 13.8100000 |
| 07-14-2021 | S | -1000 | $ 13.3334630 |
| 07-14-2021 | S | -1000 | $ 13.3242400 |
| 07-14-2021 | S | -577 | $ 13.2950000 |
| 07-14-2021 | S | -1140 | $ 13.0410000 |
| 07-15-2021 | S | -392 | $ 12.8129082 |
| 07-15-2021 | S | -942 | $ 12.8142034 |
| 07-16-2021 | S | -518 | $ 12.7765251 |
| 07-16-2021 | S | -6 | $ 12.7738000 |
| 07-19-2021 | S | -1174 | $ 12.5340375 |
| 07-22-2021 | S | -348 | $ 12.6444897 |
| 07-23-2021 | S | -857 | $ 12.0981641 |
| 07-23-2021 | S | -1000 | $ 12.0943400 |
| 07-23-2021 | S | -39 | $ 12.0720000 |
| 07-29-2021 | S | -1305 | $ 11.8623218 |
| 07-29-2021 | S | -93 | $ 11.8038000 |
| 07-30-2021 | S | -298 | $ 11.7800000 |
| 08-02-2021 | S | -299 | $ 11.7201672 |
| 08-03-2021 | S | -761 | $ 11.4500000 |
| 08-03-2021 | S | -8 | $ 11.4400000 |
| 08-06-2021 | P | 220 | $ 12.4600000 |

| Case Name | AppHarvest, Inc. |
|---|---|
| Ticker | APPH |
| Class Period | 02-01-2021 to 08-10-2021 |

**Account 3**

| Client Name |
|---|
| Alan Narzissenfeld |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-01-2021 | S | -1000 | $ 29.7200000 |
| 02-01-2021 | S | -217 | $ 30.2000000 |
| 02-01-2021 | P | 228 | $ 28.9000000 |
| 02-01-2021 | P | 504 | $ 28.9999008 |
| 02-01-2021 | P | 197 | $ 29.7200000 |
| 02-01-2021 | P | 275 | $ 30.4400000 |
| 02-01-2021 | P | 28 | $ 30.0000000 |
| 02-01-2021 | S | -1000 | $ 28.8200000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 02-01-2021 | S | -800 | $ 28.6900000 |
| 02-01-2021 | S | -234 | $ 30.2200000 |
| 02-01-2021 | S | -566 | $ 29.6400000 |
| 02-01-2021 | S | -600 | $ 29.4400000 |
| 02-01-2021 | S | -800 | $ 29.2200000 |
| 02-01-2021 | S | -800 | $ 29.4400000 |
| 02-02-2021 | P | 1 | $ 37.0000000 |
| 02-02-2021 | P | 1 | $ 38.2200000 |
| 02-02-2021 | S | -1000 | $ 38.4460000 |
| 02-02-2021 | S | -1000 | $ 39.7200000 |
| 02-02-2021 | S | -1000 | $ 41.6900000 |
| 02-02-2021 | S | -1200 | $ 44.1800000 |
| 02-02-2021 | S | -100 | $ 45.2700000 |
| 02-02-2021 | P | 1142 | $ 41.8000000 |
| 02-02-2021 | P | 2458 | $ 42.1400000 |
| 02-02-2021 | P | 600 | $ 41.4400000 |
| 02-02-2021 | P | 27 | $ 40.7200000 |
| 02-02-2021 | P | 1340 | $ 38.7143284 |
| 02-02-2021 | P | 8 | $ 38.1212500 |
| 02-02-2021 | P | 300 | $ 37.7200000 |
| 02-02-2021 | P | 400 | $ 37.8175000 |
| 02-02-2021 | P | 1200 | $ 38.9700000 |
| 02-02-2021 | P | 84 | $ 38.7200000 |
| 02-02-2021 | P | 380 | $ 38.7200000 |
| 02-02-2021 | S | -1000 | $ 36.1800000 |
| 02-02-2021 | S | -500 | $ 36.3900000 |
| 02-02-2021 | S | -15 | $ 36.7200000 |
| 02-02-2021 | S | -4 | $ 36.9400000 |
| 02-02-2021 | S | -693 | $ 36.7700000 |
| 02-02-2021 | S | -100 | $ 37.2900000 |
| 02-02-2021 | P | 19 | $ 37.0600000 |
| 02-03-2021 | P | 690 | $ 36.4000000 |
| 02-03-2021 | P | 275 | $ 36.5000000 |
| 02-03-2021 | P | 1335 | $ 36.7200000 |
| 02-03-2021 | P | 1 | $ 34.4400000 |
| 02-04-2021 | S | -2500 | $ 32.7208000 |
| 02-04-2021 | S | -1200 | $ 33.0800000 |
| 02-04-2021 | S | -30 | $ 32.7200000 |
| 02-04-2021 | S | -306 | $ 31.8771242 |
| 02-04-2021 | S | -100 | $ 31.8200000 |
| 02-04-2021 | S | -400 | $ 31.4900000 |
| 02-04-2021 | S | -90 | $ 31.4500000 |
| 02-04-2021 | S | -510 | $ 31.3500000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 02-04-2021 | S | -900 | $ 31.5600000 |
| 02-04-2021 | S | -1500 | $ 31.7200000 |
| 02-04-2021 | S | -1000 | $ 31.5400000 |
| 02-04-2021 | S | -100 | $ 31.6000000 |
| 02-04-2021 | S | -900 | $ 31.5983333 |
| 02-04-2021 | S | -200 | $ 31.5500000 |
| 02-04-2021 | S | -800 | $ 31.4400000 |
| 02-04-2021 | S | -700 | $ 31.7200000 |
| 02-04-2021 | S | -500 | $ 31.9200000 |
| 02-04-2021 | S | -500 | $ 31.9580000 |
| 02-04-2021 | S | -500 | $ 31.8700000 |
| 02-04-2021 | S | -800 | $ 31.9200000 |
| 02-04-2021 | S | -500 | $ 31.9410000 |
| 02-04-2021 | S | -600 | $ 31.9800000 |
| 02-04-2021 | S | -100 | $ 31.8900000 |
| 02-04-2021 | S | -600 | $ 31.7900000 |
| 02-04-2021 | S | -500 | $ 31.7840000 |
| 02-04-2021 | S | -713 | $ 31.8000000 |
| 02-04-2021 | S | -487 | $ 31.7658932 |
| 02-04-2021 | S | -1000 | $ 31.7005000 |
| 02-04-2021 | S | -1000 | $ 31.7700000 |
| 02-04-2021 | S | -1000 | $ 31.9200000 |
| 02-05-2021 | S | -1100 | $ 29.7900000 |
| 02-05-2021 | S | -84 | $ 31.7200000 |
| 03-04-2021 | P | 4400 | $ 19.9339227 |
| 03-04-2021 | P | 100 | $ 20.2700000 |
| 03-04-2021 | P | 1200 | $ 20.2400000 |
| 03-04-2021 | P | 1400 | $ 19.9500000 |
| 03-04-2021 | P | 200 | $ 20.0100000 |
| 03-04-2021 | P | 1200 | $ 19.8900000 |
| 03-04-2021 | P | 100 | $ 19.8500000 |
| 03-04-2021 | P | 2684 | $ 19.5526826 |
| 03-04-2021 | P | 100 | $ 19.5367500 |
| 03-04-2021 | P | 100 | $ 19.5500000 |
| 03-04-2021 | P | 2700 | $ 19.1100000 |
| 03-04-2021 | P | 100 | $ 19.3100000 |
| 03-04-2021 | P | 100 | $ 19.3700000 |
| 03-04-2021 | P | 70 | $ 19.3950000 |
| 03-04-2021 | P | 40 | $ 19.3700000 |
| 03-04-2021 | P | 2700 | $ 19.3200000 |
| 03-04-2021 | P | 1700 | $ 18.7686529 |
| 03-04-2021 | P | 100 | $ 18.8400000 |
| 03-04-2021 | P | 3 | $ 18.2200000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 03-04-2021 | P | 5097 | $ 18.2600000 |
| 03-08-2021 | S | -200 | $ 17.4800000 |
| 03-08-2021 | S | -500 | $ 17.4500000 |
| 03-08-2021 | S | -2000 | $ 17.6900000 |
| 03-08-2021 | S | -1900 | $ 17.4005263 |
| 03-08-2021 | S | -1000 | $ 17.8500000 |
| 03-08-2021 | S | -1200 | $ 17.7200000 |
| 03-08-2021 | S | -2000 | $ 17.8200000 |
| 03-08-2021 | S | -2500 | $ 17.7900000 |
| 03-08-2021 | S | -417 | $ 17.5800000 |
| 03-08-2021 | S | -1083 | $ 17.5400000 |
| 03-09-2021 | P | 3384 | $ 18.8170449 |
| 03-09-2021 | P | 83 | $ 18.8900000 |
| 03-09-2021 | P | 700 | $ 18.9400000 |
| 03-09-2021 | P | 2144 | $ 19.1300000 |
| 03-09-2021 | P | 2278 | $ 18.8900000 |
| 03-09-2021 | P | 2600 | $ 18.7200000 |
| 03-09-2021 | P | 100 | $ 18.6900000 |
| 03-09-2021 | P | 70 | $ 18.6000000 |
| 03-09-2021 | P | 20 | $ 18.5700000 |
| 03-09-2021 | P | 1490 | $ 18.6200000 |
| 03-10-2021 | S | -2000 | $ 20.6900000 |
| 03-10-2021 | S | -1200 | $ 20.9700000 |
| 03-11-2021 | S | -4400 | $ 22.4200000 |
| 03-11-2021 | S | -4000 | $ 22.4965000 |
| 03-11-2021 | S | -2000 | $ 22.6500000 |
| 03-11-2021 | S | -208 | $ 22.7600000 |
| 03-11-2021 | S | -1801 | $ 22.7500000 |
| 03-11-2021 | S | -500 | $ 22.7100000 |
| 03-11-2021 | S | -4000 | $ 22.5400000 |
| 03-11-2021 | S | -3000 | $ 22.5900000 |
| 03-11-2021 | S | -1054 | $ 22.5100000 |
| 03-17-2021 | P | 2147 | $ 21.9946437 |
| 03-17-2021 | P | 4025 | $ 22.0200000 |
| 03-17-2021 | P | 3092 | $ 21.8240168 |
| 03-17-2021 | P | 200 | $ 21.6600000 |
| 03-17-2021 | P | 2916 | $ 21.8000000 |
| 03-17-2021 | P | 3144 | $ 21.6435182 |
| 03-17-2021 | P | 1734 | $ 21.6187879 |
| 03-17-2021 | P | 200 | $ 21.4775000 |
| 03-17-2021 | P | 960 | $ 21.5135312 |
| 03-17-2021 | P | 311 | $ 21.5800000 |
| 03-17-2021 | P | 982 | $ 21.4196436 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 03-17-2021 | P | 490 | $ 21.2100000 |
| 03-18-2021 | P | 6 | $ 22.0900000 |
| 03-23-2021 | S | -4400 | $ 21.7400000 |
| 03-23-2021 | S | -4000 | $ 21.9600000 |
| 03-23-2021 | S | -4000 | $ 21.7700000 |
| 03-23-2021 | S | -4000 | $ 21.7200000 |
| 03-24-2021 | P | 4300 | $ 19.1830233 |
| 03-24-2021 | P | 3600 | $ 19.3800000 |
| 03-24-2021 | P | 188 | $ 19.3100000 |
| 03-25-2021 | P | 1910 | $ 18.6200000 |
| 03-25-2021 | P | 200 | $ 18.6400000 |
| 03-25-2021 | P | 668 | $ 18.8600000 |
| 03-25-2021 | P | 740 | $ 18.8800000 |
| 03-25-2021 | P | 3400 | $ 18.0200000 |
| 03-25-2021 | P | 100 | $ 18.0500000 |
| 03-25-2021 | P | 70 | $ 18.0400000 |
| 03-25-2021 | P | 2892 | $ 17.9700000 |
| 04-05-2021 | P | 25 | $ 18.1700000 |
| 04-23-2021 | S | -5000 | $ 15.2100000 |
| 04-26-2021 | S | -1000 | $ 16.4900000 |
| 04-26-2021 | S | -2000 | $ 17.0020250 |
| 04-27-2021 | S | -3000 | $ 17.2200000 |
| 04-27-2021 | S | -2000 | $ 17.1400000 |
| 04-27-2021 | S | -3000 | $ 17.4700000 |
| 04-27-2021 | S | -3000 | $ 17.2600000 |
| 04-27-2021 | S | -645 | $ 17.4400000 |
| 04-27-2021 | S | -868 | $ 17.5000000 |
| 04-27-2021 | S | -1000 | $ 17.5108100 |
| 04-28-2021 | S | -387 | $ 17.8527000 |
| 05-18-2021 | P | 1301 | $ 13.7384627 |
| 05-18-2021 | P | 319 | $ 13.7700000 |
| 05-18-2021 | P | 2587 | $ 13.8392269 |
| 05-18-2021 | P | 2690 | $ 13.7192565 |
| 05-18-2021 | P | 100 | $ 13.7200000 |
| 05-18-2021 | P | 300 | $ 13.7200000 |
| 05-18-2021 | P | 3 | $ 13.7400000 |
| 05-18-2021 | P | 170 | $ 13.7541176 |
| 05-19-2021 | S | -5000 | $ 14.4000000 |
| 05-20-2021 | P | 3060 | $ 14.2900000 |
| 05-20-2021 | P | 6080 | $ 14.3300000 |
| 05-20-2021 | P | 3000 | $ 14.0701767 |
| 05-20-2021 | P | 150 | $ 14.0776667 |
| 05-20-2021 | P | 1 | $ 14.6200000 |

## AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS

| | | | |
|---|---|---|---|
| 05-20-2021 | P | 1499 | $ 14.6700000 |
| 05-20-2021 | P | 2010 | $ 14.6173632 |
| 05-20-2021 | P | 112 | $ 14.6400000 |
| 05-20-2021 | P | 1505 | $ 14.6000000 |
| 05-21-2021 | S | -4000 | $ 15.2700000 |
| 05-21-2021 | S | -466 | $ 15.4000000 |
| 05-21-2021 | S | -4000 | $ 15.3700000 |
| 05-21-2021 | S | -406 | $ 15.2900000 |
| 05-21-2021 | S | -4000 | $ 15.1900000 |
| 05-21-2021 | S | -2000 | $ 15.2505000 |
| 05-21-2021 | S | -2000 | $ 15.2800000 |
| 05-21-2021 | S | -2000 | $ 15.2700000 |
| 05-21-2021 | S | -1000 | $ 15.3100000 |
| 05-24-2021 | P | 23 | $ 15.2400000 |
| 06-09-2021 | P | 2240 | $ 18.5000000 |
| 06-09-2021 | S | -506 | $ 19.0100000 |
| 06-09-2021 | S | -1500 | $ 19.1100000 |
| 06-09-2021 | S | -270 | $ 19.1300000 |
| 06-10-2021 | P | 1177 | $ 17.9900000 |
| 06-10-2021 | P | 14 | $ 18.0000000 |
| 06-11-2021 | S | -1000 | $ 17.4400000 |
| 06-11-2021 | S | -190 | $ 17.4800000 |
| 06-16-2021 | P | 2940 | $ 15.9900000 |
| 06-16-2021 | P | 318 | $ 15.8999686 |
| 06-16-2021 | P | 126 | $ 15.9000000 |
| 06-16-2021 | P | 1820 | $ 15.9500000 |
| 06-16-2021 | P | 45 | $ 15.9200000 |
| 06-16-2021 | P | 1050 | $ 15.8844381 |
| 06-16-2021 | P | 1064 | $ 15.9000000 |
| 06-16-2021 | P | 4200 | $ 15.9200000 |
| 06-16-2021 | S | -1000 | $ 15.7500000 |
| 06-16-2021 | S | -1000 | $ 15.9400000 |
| 06-18-2021 | S | -550 | $ 15.7200000 |
| 06-18-2021 | S | -3000 | $ 15.6200000 |
| 06-18-2021 | S | -5000 | $ 15.1802000 |
| 06-18-2021 | S | -1000 | $ 15.2002700 |
| 06-18-2021 | P | 77 | $ 15.0900000 |
| 06-18-2021 | P | 5 | $ 15.1000000 |
| 06-23-2021 | S | -98 | $ 16.6500000 |
| 06-24-2021 | P | 395 | $ 16.7000000 |
| 06-24-2021 | P | 1350 | $ 16.7180741 |
| 06-24-2021 | P | 102 | $ 16.5100000 |
| 06-24-2021 | P | 240 | $ 16.5500000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 06-24-2021 | P | 707 | $ 16.5800000 |
| 06-24-2021 | P | 2910 | $ 16.5600000 |
| 06-24-2021 | P | 3631 | $ 16.5149325 |
| 06-24-2021 | P | 3720 | $ 16.4238710 |
| 06-24-2021 | P | 200 | $ 16.3575000 |
| 06-24-2021 | P | 575 | $ 16.4700000 |
| 06-24-2021 | P | 2930 | $ 16.5000000 |
| 06-24-2021 | P | 100 | $ 16.5300000 |
| 06-25-2021 | P | 2200 | $ 16.2000000 |
| 06-25-2021 | P | 10 | $ 16.1900000 |
| 06-25-2021 | P | 92 | $ 16.2100000 |
| 06-25-2021 | P | 714 | $ 16.6185924 |
| 06-25-2021 | P | 1440 | $ 16.5900000 |
| 06-28-2021 | P | 473 | $ 15.8498309 |
| 06-30-2021 | S | -1011 | $ 16.2911869 |
| 06-30-2021 | S | -2089 | $ 16.2600000 |
| 06-30-2021 | S | -3000 | $ 16.2700000 |
| 06-30-2021 | S | -4000 | $ 16.2500000 |
| 06-30-2021 | S | -2345 | $ 16.2500000 |
| 06-30-2021 | S | -655 | $ 16.2000000 |
| 06-30-2021 | S | -2000 | $ 16.2000000 |
| 07-01-2021 | P | 2210 | $ 15.6100000 |
| 07-01-2021 | P | 2230 | $ 15.6400000 |
| 07-01-2021 | P | 1510 | $ 15.6200000 |
| 07-01-2021 | P | 698 | $ 15.6400000 |
| 07-01-2021 | P | 928 | $ 15.6400000 |
| 07-01-2021 | P | 972 | $ 15.6487654 |
| 07-01-2021 | P | 505 | $ 15.6199010 |
| 07-01-2021 | P | 200 | $ 15.6300000 |
| 07-01-2021 | P | 395 | $ 15.6389873 |
| 07-01-2021 | P | 1144 | $ 15.6266608 |
| 07-01-2021 | P | 1100 | $ 15.6098182 |
| 07-01-2021 | P | 1052 | $ 15.6496198 |
| 07-01-2021 | P | 100 | $ 15.6700000 |
| 07-02-2021 | P | 2269 | $ 14.8395593 |
| 07-02-2021 | P | 1100 | $ 14.7774455 |
| 07-06-2021 | S | -3000 | $ 15.2600000 |
| 07-06-2021 | S | -2000 | $ 15.2000000 |
| 07-06-2021 | S | -1000 | $ 15.2400000 |
| 07-06-2021 | S | -2000 | $ 15.2300000 |
| 07-07-2021 | P | 2096 | $ 14.7000000 |
| 07-07-2021 | P | 2300 | $ 14.6500000 |
| 07-07-2021 | P | 72 | $ 14.6200000 |

**AMENDED CERTIFICATION OF ALAN NARZISSENFELD PURSUANT TO FEDERAL SECURITIES LAWS**

| | | | |
|---|---|---|---|
| 07-07-2021 | P | 180 | $ 14.5900000 |
| 07-07-2021 | P | 1864 | $ 14.6000000 |
| 07-07-2021 | P | 612 | $ 14.5784641 |
| 07-07-2021 | P | 1036 | $ 14.4695174 |