UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 1:21-cv-07985-LJL |

### DECLARATION OF ARIC H. WU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST CONSOLIDATED AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Aric H. Wu, state as follows:

1. I am an attorney with the law firm of Cooley LLP, counsel for Defendants AppHarvest, Inc. ("AppHarvest" or the "Company"), Jonathan Webb, Loren Eggleton, and David Lee. I respectfully submit this declaration in support of Defendants' motion to dismiss Plaintiff's First Consolidated Amended Complaint ("CAC"). I have personal knowledge of the facts set forth in this declaration and, if called upon, could testify truthfully and accurately thereto.

2. **Appendix A**, submitted solely for the Court's convenience, is a chart cataloging AppHarvest's risk warnings, which were disclosed in its filings with the U.S. Securities and Exchange Commission ("SEC"), press releases, and transcripts of calls with investors and analysts, and address Plaintiff's allegations in the CAC.

3. **Appendix B**, submitted solely for the Court's convenience, is a chart cataloging forward-looking statements challenged in the CAC, which are non-actionable for the reasons set forth in Defendants' briefing.

4. **Appendix C**, submitted solely for the Court's convenience, is a chart cataloging statements of puffery or corporate optimism challenged in the CAC, which are non-actionable for the reasons set forth in Defendants' briefing.

5. **Appendix D**, submitted solely for the Court's convenience, is a chart cataloging statements of opinion challenged in the CAC, which are non-actionable for the reasons set forth in Defendants' briefing.

6.      **Appendix E**, submitted solely for the Court's convenience, is a chart cataloging accurate factual statements challenged in the CAC, which are non-actionable for the reasons set forth in Defendants' briefing.

7.      **Appendix F**, submitted solely for the Court's convenience, is a chart cataloging the statements challenged in the CAC by topic.

8.      Attached hereto as **Exhibit 1**[1] is a true and correct copy of a USDA article regarding Tomato Grades and Standards. It is publicly available at https://www.ams.usda.gov/grades-standards/tomato-grades-and-standards.

9.      Attached hereto as **Exhibit 2** is a true and correct copy of AppHarvest's distribution agreement with Mastronardi titled, *Purchase & Marketing Agreement Exclusive Production AppHarvest, LLC*, dated Mar. 28, 2019.

10.     Attached hereto as **Exhibit 3** is a true and correct copy of a Globe Newswire article titled, *AppHarvest, a Pioneering Developer and Operator of Sustainable, Large-Scale Controlled Environment Indoor Farms, to Become a Public AgTech Company*, and released Sep. 29, 2020. It is     publicly     available     at     https://www.globenewswire.com/news-release/2020/09/29/2100480/0/en/AppHarvest-a-Pioneering-Developer-and-Operator-of-Sustainable-Large-Scale-Controlled-Environment-Indoor-Farms-to-Become-a-Public-AgTech-Company.html.

11.     Attached hereto as **Exhibit 4** is a true and correct copy of a Transcript of AppHarvest's Company Conference Call, which occurred on Sep. 29, 2020.

12.     Attached hereto as **Exhibit 5** is a true and correct copy of AppHarvest's press release titled, *AppHarvest Opens One of the World's Largest High-Tech Greenhouses in Appalachia to Redefine American Agriculture*, and released Oct. 21, 2020. It is publicly available at https://investors.appharvest.com/static-files/dd90e89a-36bb-492b-b01e-f782d67bcd40.

---

[1] Exhibits are excerpted where appropriate and highlighted to facilitate the Court's review. All SEC filings are publicly available at https://www.sec.gov/edgar.

13.     Attached hereto as **Exhibit 6** is a true and correct copy of AppHarvest's press release titled, *AppHarvest Plants First Tomato Crop with Harvest Expected in Grocery Stores Early Next Year*, and released Nov. 19, 2020. It is publicly available at https://investors.appharvest.com/static-files/2c963404-0c47-455e-b082-5d8e1af629d2.

14.     Attached hereto as **Exhibit 7** is a true and correct copy of AppHarvest's Analyst Day Presentation, which occurred on Dec. 15, 2020.

15.     Attached hereto as **Exhibit 8** is a true and correct copy of AppHarvest's Form 424B3 filed with the SEC on Jan. 11, 2021.

16.     Attached hereto as **Exhibit 9** is a true and correct copy of an ABC News article titled, *High-tech indoor farmer AppHarvest starts shipping tomatoes*, and released Jan. 19, 2021. It is publicly available at https://abcnews.go.com/Business/wireStory/high-tech-indoor-farmer-appharvest-starts-shipping-tomatoes-75349106.

17.     Attached hereto as **Exhibit 10** is a true and correct copy of a Transcript of a Yahoo! Finance interview with AppHarvest CEO Jonathan Webb, which occurred on Jan. 19, 2021. The interview is publicly available at https://www.yahoo.com/video/agtech-company-appharvest-debuts-produce-211649172.html.

18.     Attached hereto as **Exhibit 11** is a true and correct copy of AppHarvest's press release titled, *AppHarvest, a Pioneering Developer and Operator of Sustainable, Large-Scale Controlled Environment Indoor Farms, Becomes a Public AgTech Company*, and released Feb. 1, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-pioneering-developer-and-operator-sustainable-large.

19.     Attached hereto as **Exhibit 12** is a true and correct copy of a Transcript of a Cheddar News interview with AppHarvest CEO Jonathan Webb and President David Lee, which occurred on Feb. 1, 2021. The interview is publicly available at https://cheddar.com/media/appharvest-stock-soars-on-farming-startup-s-first-trading-day.

20.     Attached hereto as **Exhibit 13** is a true and correct copy of a Transcript of a TD Ameritrade interview with AppHarvest CEO Jonathan Webb, which occurred on Feb. 1, 2021. The interview is publicly available at https://www.youtube.com/watch?v=aZbJcUegH-k.

21.     Attached hereto as **Exhibit 14** is a true and correct copy of AppHarvest's Form 8K, filed with the SEC on Feb. 2, 2021.

22.     Attached hereto as **Exhibit 15** is a true and correct copy of AppHarvest's Form S-1, filed with the SEC on Feb. 10, 2021.

23.     Attached hereto as **Exhibit 16** is a true and correct copy of AppHarvest's press release titled, *Company Introduces First Quarter 2021 Outlook and Updates Full-Year 2021 Forecast*, and released Feb. 25, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-inc-announces-full-year-2020-financial-results.

24.     Attached hereto as **Exhibit 17** is a true and correct copy of AppHarvest's Form 8K, filed with the SEC on Feb. 25, 2021.

25.     Attached hereto as **Exhibit 18** is a true and correct copy of AppHarvest's press release titled, *AppHarvest Acquires Flagship Morehead, Ky. Controlled Environment Agriculture Facility*, and released Mar. 1, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-acquires-flagship-morehead-ky-controlled-environment.

26.     Attached hereto as **Exhibit 19** is a true and correct copy of AppHarvest's Form S-1A, filed with the SEC on Mar. 2, 2021.

27.     Attached hereto as **Exhibit 20** is a true and correct copy of AppHarvest's Form 424B3 filed with the SEC on Mar. 4, 2021.

28.     Attached hereto as **Exhibit 21** is a true and correct copy of a Transcript of a Benzinga interview with AppHarvest President David Lee, which occurred on Mar. 4, 2021. The interview is publicly available at https://www.youtube.com/watch?v=r3_xE-6XnWw.

29.    Attached hereto as **Exhibit 22** is a true and correct copy of AppHarvest's press release titled, *AppHarvest Announces First Harvest of Tomatoes on the Vine from High-Tech Morehead Farm Shipping to Grocery Stores*, and released Apr. 1, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-announces-first-harvest-tomatoes-vine-high-tech.

30.    Attached hereto as **Exhibit 23** is a true and correct copy of AppHarvest's Form S-8 filed with the SEC on Apr. 6, 2021.

31.    Attached hereto as **Exhibit 24** is a true and correct copy of AppHarvest's press release titled, *AppHarvest Announces Solid Q1 2021 Results in First Quarter as Publicly Traded Company*, and released May 17, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-announces-solid-q1-2021-results-first-quarter.

32.    Attached hereto as **Exhibit 25** is a true and correct copy of AppHarvest's Form 10-Q for Q1 2021, filed with the SEC on May 17, 2021.

33.    Attached hereto as **Exhibit 26** is a true and correct copy of AppHarvest's Q1 2021 Earnings Presentation, which occurred on May 17, 2021.

34.    Attached hereto as **Exhibit 27** is a true and correct copy of AppHarvest's Form 8K, filed with the SEC on May 17, 2021.

35.    Attached hereto as **Exhibit 28** is a true and correct copy of a Transcript of AppHarvest's Earnings Call, which occurred on May 17, 2021.

36.    Attached hereto as **Exhibit 29** is a true and correct copy of a Transcript of a Yahoo! Finance interview with AppHarvest CEO Jonathan Webb, which occurred on May 17, 2021. The interview is publicly available at https://news.yahoo.com/appharvest-ceo-staying-cost-competitive-150547271.html.

37.    Attached hereto as **Exhibit 30** is a true and correct copy of a Transcript of a Cheddar News interview with AppHarvest CEO Jonathan Webb, which occurred on May 17, 2021. The

interview is publicly available at https://cheddar.com/media/indoor-farming-biz-appharvest-delivered-sales-in-first-earnings-as-public-company.

38.     Attached hereto as **Exhibit 31** is a true and correct copy of a Cowen Equity Research Report titled, *Yields Come in Above Expectations; Bumps Up LT Profitability Targets*, and released on May 17, 2021.

39.     Attached hereto as **Exhibit 32** is a true and correct copy of a Transcript of a Stephens, Inc. interview with AppHarvest President David Lee, which occurred on May 25, 2021. The interview is publicly available at https://kvgo.com/stephens-food-ag/appharvest-may-2021.

40.     Attached hereto as **Exhibit 33** is a true and correct copy of a Transcript of an Industry Focus podcast interview with AppHarvest CEO Jonathan Webb, which occurred on May 26, 2021. The interview is publicly available at https://www.fool.com/podcasts/industry-focus/2021-05-26-wildcard-an-interview-with-founder.

41.     Attached hereto as **Exhibit 34** is a true and correct copy of a Transcript of a Seeking Alpha interview with AppHarvest CEO Jonathan Webb, which occurred on Jun. 3, 2021. The interview is publicly available at https://www.youtube.com/watch?v=rN2ZcybtxFE.

42.     Attached hereto as **Exhibit 35** is a true and correct copy of AppHarvest's Form S-1A, filed with the SEC on Jun. 4, 2021.

43.     Attached hereto as **Exhibit 36** is a true and correct copy of AppHarvest's Form 424B3 filed with the SEC on Jun. 9, 2021.

44.     Attached hereto as **Exhibit 37** is a true and correct copy of AppHarvest's Form 4 for Jeffrey Ubben, filed with the SEC on Jun. 14, 2021.

45.     Attached hereto as **Exhibit 38** is a true and correct copy of AppHarvest's press release titled, *AppHarvest completes deal with Rabo AgriFinance to fuel expansion of high-tech indoor farm network*, and released Jun. 16, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-completes-deal-rabo-agrifinance-fuel-expansion-high.

6

46.     Attached hereto as **Exhibit 39** is a true and correct copy of a Barclays Equity Research Report titled, *AppHarvest, Inc. – Harvest for the World – Initiate at OW*, and released on Jun. 16, 2021.

47.     Attached hereto as **Exhibit 40** is a true and correct copy of a Cowen Equity Research Report titled, *Announces New Facilities for Leafy Greens and Strawberries*, and released on Jun. 22, 2021.

48.     Attached hereto as **Exhibit 41** is a true and correct copy of AppHarvest's press release titled, *AppHarvest Secures $91 Million Financing Arrangement With Equilibrium Capital for Construction of Rapidly Growing Network of High-Tech Controlled Environment Agriculture Facilities*, and released Jul. 27, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-secures-91-million-financing-arrangement-equilibrium.

49.     Attached hereto as **Exhibit 42** is a true and correct copy of AppHarvest's press release titled, *AppHarvest Announces Q2 2021 Results, Plans for New Holding Company Structure to Capitalize on Growing Global Need for Controlled Environment Agriculture, Announces Non-Binding LOI for JV with Mastronardi Produce to Expand Farm Network, and Reaffirms Long-Term 2025 Outlook*, and released Aug. 11, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-announces-q2-2021-results-plans-new-holding-company.

50.     Attached hereto as **Exhibit 43** is a true and correct copy of AppHarvest's Form 10-Q for Q2 2021, filed with the SEC on Aug. 11, 2021.

51.     Attached hereto as **Exhibit 44** is a true and correct copy of AppHarvest's Q2 2021 Earnings Presentation, which occurred on Aug. 11, 2021.

52.     Attached hereto as **Exhibit 45** is a true and correct copy of Transcript of AppHarvest's Earnings Call, which occurred on Aug. 11, 2021.

7

53.    Attached hereto as **Exhibit 46** is a true and correct copy of a Barclays Equity Research Report titled, *AppHarvest, Inc. – First Look: APPH 2Q21: Not as expected*, and released on Aug. 11, 2021.

54.    Attached hereto as **Exhibit 47** is a true and correct copy of a Cowen Equity Research Report titled, *Execution Issues Weigh on 2Q and '21 Guide; Remain Outperform; PT to $14*, and released on Aug. 11, 2021.

55.    Attached hereto as **Exhibit 48** is a true and correct copy of a Barclays Equity Research Report titled, *AppHarvest, Inc. – Growing will take its time – PT to $13*, and released on Aug. 12, 2021.

56.    Attached hereto as **Exhibit 49** is a true and correct copy of AppHarvest's Form 4 for David Lee, filed with the SEC on Aug. 17, 2021.

57.    Attached hereto as **Exhibit 50** is a true and correct copy of AppHarvest's Form 4 for Loren Eggleton, filed with the SEC on Aug. 20, 2021.

58.    Attached hereto as **Exhibit 51** is a true and correct copy of an Oppenheimer Equity Research Report titled, *APPH: Initiating Coverage at Outperform with $10 PT*, and released on Aug. 25, 2021.

59.    Attached hereto as **Exhibit 52** is a true and correct copy of AppHarvest's press release titled, *AppHarvest Announces Q3 2021 Results and Second Growing Season Off to Solid Start*, and released Nov. 10, 2021. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-announces-q3-2021-results-and-second-growing-season.

60.    Attached hereto as **Exhibit 53** is a true and correct copy of AppHarvest's press release titled, *AppHarvest announces Q4 and FY2021 results exceed updated guidance as company expects to quadruple its farms and more than double net sales by end of 2022*, and released Feb. 24, 2022. It is publicly available at https://investors.appharvest.com/news-releases/news-release-details/appharvest-announces-q4-and-fy2021-results-exceed-updated.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on this 2nd day of May 2022.

/s/ *Aric H. Wu*

Aric H. Wu