# EXHIBIT 1

 An official website of the United States government
Here's how you know

 **United States Department of Agriculture** Agricultural Marketing Service
U.S. DEPARTMENT OF AGRICULTURE

# Tomato Grades and Standards

HOME › GRADES AND STANDARDS › TOMATO GRADES AND STANDARDS

# Grades of Tomatoes

1. **U.S. No. 1** consists of tomatoes which meet the following requirements:

   a. Basic requirements:
      1. Similar varietal characteristics;
      2. Mature;
      3. Not overripe or soft;
      4. Clean;
      5. Well developed;
      6. Fairly well formed; and,
      7. Fairly smooth.
   b. Free from:
      1. Decay;
      2. Freezing injury; and
      3. Sunscald.
   c. Not damaged by any other cause.
   d. For tolerances see §51.1861.

2. **U.S. Combination** consists of a combination of U.S. No. 1 and U.S. No. 2 tomatoes: Provided, That at least 60 percent, by count, meet the requirements of U.S. No. 1 grade.

2

Case 1:21-cv-07985-LJL  Document 52-7  Filed 05/02/22  Page 3 of 3

a. For tolerances see §51.1861.

3. **U.S. No. 2** consists of tomatoes which meet the following requirements:

    a. Basic requirements:
        1. Similar varietal characteristics;
        2. Mature;
        3. Not overripe or soft;
        4. Clean;
        5. Well developed;
        6. Reasonably well formed; and,
        7. Not more than slightly rough.
    b. Free from:
        1. Decay;
        2. Freezing injury; and,
        3. Sunscald.
    c. Not seriously damaged by any other cause.
    d. For tolerances see §51.1861.

4. **U.S. No. 3** consists of tomatoes which meet the following requirements:

    a. Basic requirements:
        1. Similar varietal characteristics;
        2. Mature;
        3. Not overripe or soft;
        4. Clean;
        5. Well developed; and,
        6. May be misshapen.
    b. Free from:
        1. Decay; and,
        2. Freezing injury.
    c. Not seriously damaged by:
        1. Sunscald.
    d. Not very seriously damaged by any other cause.
    e. For tolerances see §51.1861.

# Visual Aids

Official Visual Aids are available for Purchase.  See How to Purchase Visual Aids for more details.

3