# EXHIBIT 3

3/15/22, 7:58 PM    AppHarvest, a Pioneering Developer and Operator of Sustainable, Large-Scale Controlled Environment Indoor Farms, to Become...

Case 1:21-cv-07985-LJL    Document 52-9    Filed 05/02/22    Page 2 of 2



# AppHarvest, a Pioneering Developer and Operator of Sustainability, Large-Scale Controlled Environment Indoor Farms, to Become a Public AgTech Company

**AppHarves**

September 29, 2020, 4:15 AM · 15 min read

- *AppHarvest has entered into a definitive business combination agreement with Novus Capital Corporation (Nasdaq: NOVS)*

- *Transaction to provide $475 million of gross proceeds to the company, including $375 million fully committed common stock PIPE at $10.00 per share anchored by existing and new invedtors – including Fidelity Management & Research Company, LLC, Inclusive Capital and Novus Capital Corporation*

- *Pro forma equity value of the merger is approximately $1.0 billion, at the $10.00 per share PIPE price and assuming minimal Novus shareholder redemptions*

- *Transaction advances AppHarvest's mission to redefine American agriculture and to build America's AgTech capital  in the heart of Appalachia through the development of several large-scale controlled indoor farms*

MOREHEAD, Ky., Sept. 29, 2020 (GLOBE NEWSWIRE) -- AppHarvest ("the Company"), a developer and operator of large-scale, high-tech controlled environment indoor farms, and Novus Capital Corp. (Nasdaq: NOVS) ("Novus Capital"), a publicly-traded special purpose acquisition company, announced today a definitive agreement for a business combination that would result in AppHarvest becoming a public company. Upon closing of the transaction, the combined company will be named AppHarvest and is expected to remain listed on Nasdaq under a new ticker symbol. The combined company will be led by Jonathan Webb, AppHarvest's Founder & Chief Executive Officer.

**Company Overview**

AppHarvest is redefining American agriculture by developing modern, large-scale and efficient indoor farms in Central Appalachia, a water-rich region strategically located within a day's drive of approximately 70% of the U.S. population. AppHarvest has strong relationships with the leading agricultural and construction firms and universities in the Netherlands, the world's leader in high-tech controlled environment indoor farms. The Netherlands, despite a land mass similar in size to Eastern Kentucky, is the world's second-largest agricultural exporter behind only the United States due to its extensive network of controlled environment agriculture facilities. These relationships allow the Company to utilize the mos recent proven technologies in an efort to susainably increase crop

2