# EXHIBIT 4

**Exhibit 99.2**





## AppHarvest Merger with Novus Capital Corporation
Deal Announcement Investor Conference Call Transcript
September 29, 2020

**Operator**

Welcome to the AppHarvest and Novus Capital Corporation Transaction Conference Call.

We would like to first remind everyone that this call may contain forward-looking statements including, but not limited to, AppHarvest and Novus Capital Corporation expectations or predictions of financial and business performance and conditions, expectations or assumptions as to product development and performance, including but not limited to the timing of development milestones, competitive and industry outlook and the timing and completion of the transaction. Forward-looking statements are inherently subject to risks, uncertainties, and assumptions and they are not guarantees of performance. We encourage you to read the press release issued today, the accompanying presentation and Novus Capital Corporation filings with the SEC for a discussion of the risks that can affect the business combination, AppHarvest's business and the business of the combined company after completion of the proposed business combination.

Novus Capital Corporation and AppHarvest are under no obligation and expressly disclaim any obligation to update, alter or otherwise revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law. I will now turn the call over to Mr. Bob Laikin. Please go ahead, sir.

**Bob Laikin – Chairman, Novus Capital Corporation**

Thank you, operator, and good morning everyone. My name is Bob Laikin and I'm the Chairman of Novus Capital. We're thrilled to announce this transaction today between Novus and AppHarvest.

In the next few minutes, I believe you'll begin to understand why AppHarvest is such a unique and exciting company. They have all of the attributes of what will be a wonderful public company, one that could also very quickly gain the attention and support of the consumer who wants a safer and more reliable supply of food.

This transaction presents the opportunity to fundamentally transform agriculture, one of the largest and most important sectors in our economy. Not only is this an amazing company, but the structure of this transaction will allow this business to have the opportunity to execute at massive scale. I urge you to watch the video posted at AppHarvest.com and see for yourself. I trust you will agree with me.

1





What you will find is that this is not only about Ag tech, but also about a precision Ag business model that at its core is based on sustainability that uses technology, efficient lighting and power sources, and recycled rainwater. AppHarvest is disrupting the agricultural tech space producing food to feed the increasing demand of our ever growing population.

We are thrilled to have a leadership team led by Jonathan Webb, who can not only tell this story, but is someone who has the ability to recruit and motivate experienced technical experts from around the world to join him as he continues to grow by leaps and bounds. Jonathan has already recruited and formed a Board of Directors made up of amazing, diverse and well-known respected leaders.

Jonathan will talk about his strategy and solutions that address real problems that face all of us today. Water is running out, farmable land is running out, climate change is real and on top of all of that our global population continues to grow each and every day. Jonathan has built a company and a strategy that addresses real problems that are not going to go away. AppHarvest's solutions and business is all about the future of farming.

The Novus team comes from the high-tech arena. My partner Larry Paulson and I have worked at the most senior level of four Fortune 500 companies before founding Novus Capital. It is with this significant experience and expertise that we undertook an extensive search process to identify the best long-term investment for Novus Capital's shareholders. Our search involved over 100 companies, and, after several rounds of narrowing our focus on investment opportunities, AppHarvest clearly emerged as the most attractive partner for us.

We believe that AppHarvest is a unique and compelling investment opportunity that will redefine American agriculture by improving access for everyone to pesticide free, high quality fresh fruits and vegetables growing produce with far fewer resources and creating an AgTech hub from within the Appalachian region.

Add to this, the significant tailwinds from heightened focus on environmental, social and governance initiatives, as well as the shift to plant-based foods, we believe AppHarvest is poised for rapid growth and significant value creation. I can't say enough that we firmly believe AppHarvest is a company which will revolutionize American agriculture.

I want to add that I found it amazing how AppHarvest has accomplished so much in a very short period of time.

AppHarvest is near completion of its initial 60-acre controlled environment agriculture facility in Morehead, Kentucky, and has a deep pipeline for additional facilities. To put into context what a 60-acre facility is, it's 2.7 million square feet under one roof, or I guess I could say it is over 2 times the size of Amazom.com's largest facility. I had never seen a facility of this scale and I can tell you I've built several 500,000 plus square foot facilities as the CEO of the world's largest wireless distribution and logistics company in the world.

2

3