# EXHIBIT 5

# AppHarvest Opens One of the World's Largest High-Tech Greenhouses in Appalachia to Redefine American Agriculture

*Flagship 2.76-million-square-foot facility will employ 300+, grow tomatoes to disrupt market dominated by imports. Ground already broken on second facility.*

**MEDIA CONTACT:** press@appharvest.com
**IMAGE/VIDEO GALLERY:** Available here

**OCTOBER 21, 2020 — MOREHEAD, KENTUCKY —** AppHarvest today announced the opening of its 2.76-million-square-foot high-tech greenhouse in Appalachia. The Morehead, KY facility is the first of a series designed to redefine American agriculture by growing non-GMO, chemical pesticide-free fruits and vegetables closer to the people eating them.

The company and its mission represent a stark change to the existing American food system, which is increasingly reliant on imports. AppHarvest's first harvest of tomatoes is expected to be available in early 2021 at leading grocers and restaurants. Tomatoes are AppHarvest's first crop as more than 60% of America's fresh tomatoes were imported in 2019, an increase of almost 50% over the past decade.

Today's opening follows an announcement yesterday that AppHarvest has already broken ground on a second controlled environment agriculture facility. Located in nearby Richmond, KY, the facility will be comparable in size to the company's flagship operation in Morehead, KY.

AppHarvest, which is both a legal public benefit corporation and certified B Corp, expects to create more than 300 jobs at its Morehead farm in Appalachia, which has long trailed national employment trends due to the decline of the coal industry. In just over two years, AppHarvest attracted more than $150 million in investment into the region and announced on September 29 a definitive agreement for a business combination with publicly traded special purpose acquisition company Novus Capital Corporation (Nasdaq: NOVS). The combination, which is expected to close late in the fourth quarter of 2020 or early in the first quarter of 2021, will provide $475 million of gross proceeds to the company, including $375 million fully committed common stock PIPE at $10.00 per share anchored by existing and new investors – including Fidelity Management & Research Company, LLC, Inclusive Capital, and Novus Capital Corporation.

"It's far past time for American agriculture to change," said AppHarvest Founder & CEO Jonathan Webb. "The pandemic has revealed just how fragile our food system is, and we're working at the forefront of changing so much that's wrong with the status quo."

The plethora of ways that AppHarvest is different than traditional agriculture includes the following:

2