# EXHIBIT 6

# AppHarvest Plants First Tomato Crop with
# Harvest Expected in Grocery Stores Early Next Year

- *Growing tomatoes in a chemical pesticide-free environment using 100% recycled rainwater*
- *Company's strategic location reaches nearly 70% of Americans in a day's drive*
- *Reaffirms expectations of initial revenues in first quarter of 2021*



**MEDIA CONTACT:** press@appharvest.com
**IMAGE/VIDEO GALLERY:** Available here

**NOVEMBER 19, 2020 — MOREHEAD, KENTUCKY —** AppHarvest today announced it has planted its first tomato crop at the company's high-tech controlled environment agriculture facility in Morehead, Ky. The crop is scheduled to be harvested and available at leading U.S. grocery stores in early 2021.

The Morehead facility spans 2.76 million square feet, the equivalent of 45 football fields. It's the first of a series of indoor farms designed to redefine American agriculture by growing non-GMO, chemical pesticide-free fruits and vegetables using 100% recycled rainwater at locations closer to the people

2