# EXHIBIT 14

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K
### CURRENT REPORT
Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): January 29, 2021

# AppHarvest, Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 001-39288 | 82-5042965 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

401 W. Main Street, Suite 321
Lexington, KY                                    40507
(Address of principal executive offices)        (Zip Code)

Registrant's telephone number, including area code: **(606) 653-6100**

Novus Capital Corporation, 8556 Oakmont Lane, Indianapolis, IN 46260
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligations of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.0001 par value per share | APPH | The Nasdaq Stock Market LLC |
| Warrants, each whole warrant exercisable for one share of Common Stock at an exercise price of $11.50 per share | APPHW | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

## Introductory Note

On January 29, 2021 (the "**Closing Date**"), AppHarvest, Inc., a Delaware public benefit corporation ("**Legacy AppHarvest**"), Novus Capital Corporation, a Delaware corporation ("**Novus**") and ORGA, Inc., a Delaware corporation and wholly owned subsidiary of Novus ("**Merger Sub**"), consummated the closing of the transactions contemplated by the Business Combination Agreement and Plan of Reorganization, dated September 28, 2020, by and among Novus, Legacy AppHarvest and Merger Sub (the "**Business Combination Agreement**"), following the approval at a special meeting of the stockholders of Novus held on January 29, 2021 (the "**Special Meeting**"). Pursuant to the terms of the Business Combination Agreement, a business combination of Legacy AppHarvest and Novus was effected through the merger of Legacy AppHarvest with and into Merger Sub, with Legacy AppHarvest surviving as a wholly owned subsidiary of Novus (the "**Merger**" and, collectively with the other transactions described in the Business Combination Agreement, the "**Business Combination**"). On the Closing Date, Legacy AppHarvest changed its name to AppHarvest Operations, Inc. and Novus changed its name from Novus Capital Corporation to AppHarvest, Inc. (the "**Company**").

In connection with Special Meeting and the Business Combination, holders of 31,510 shares of Novus common stock, par value $.0001 per share ("**Novus Common Stock**"), or 0.3% of the shares with redemption rights, exercised their right to redeem their shares for cash at a redemption price of approximately $10.00 per share, for an aggregate redemption amount of $315,100.

Immediately prior to the effective time of the Merger (the "**Effective Time**"), each share of Legacy AppHarvest preferred stock ("**Legacy AppHarvest Preferred Stock**") that was then issued and outstanding was automatically converted into a share of Legacy AppHarvest common stock, par value $0.0001 per share ("**Legacy AppHarvest Common Stock**"), such that each converted share of Legacy AppHarvest Preferred Stock was no longer outstanding and ceased to exist, and each holder of Legacy AppHarvest Preferred Stock thereafter ceased to have any rights with respect to such shares of Legacy AppHarvest Preferred Stock.

Also immediately prior to the Effective Time, Novus assumed an outstanding convertible note issued by Legacy AppHarvest after the date of the Business Combination Agreement and before the Effective Time ("**Legacy AppHarvest Convertible Note**").

At the Effective Time, each share of Legacy AppHarvest Common Stock was converted into and exchanged for 2.1504 shares (the "**Exchange Ratio**") of the Company's common stock, par value $0.0001 per share ("**Common Stock**"). No fractional shares of Common Stock were issued upon the exchange of Legacy AppHarvest Common Stock. Any fractional shares were rounded down to the nearest whole share of Common Stock. No cash settlements were made with respect to fractional shares eliminated by such rounding.

At the Effective Time, the outstanding principal and unpaid accrued interest due on the Legacy AppHarvest Convertible Note were converted into an aggregate of 3,242,336 shares of Common Stock in accordance with the terms of such Legacy AppHarvest Convertible Note, and such converted Legacy AppHarvest Convertible Note was no longer outstanding and ceased to exist, and any liens securing obligations under the Legacy AppHarvest Convertible Note were released.

At the Effective Time, each share of common stock, par value $0.001 per share, of Merger Sub issued and outstanding immediately prior to the Effective Time was converted into and exchanged for one validly issued, fully paid and nonassessable share of Common Stock.

Each option to purchase Legacy AppHarvest Common Stock that was outstanding immediately prior to the Effective Time, whether vested or unvested, was converted into an option to purchase a number of shares of Common Stock (such option, an "**Exchanged Option**") equal to the

2

the consummation of the Business Combination unless otherwise specifically indicated or the context otherwise requires.

**Forward-Looking Statements**

The Company makes forward-looking statements in this Current Report on Form 8-K and in documents incorporated herein by reference. All statements, other than statements of present or historical fact included in or incorporated by reference in this Current Report on Form 8-K, regarding the Company's future financial performance, as well as the Company's strategy, future operations, financial position, estimated revenues, and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. When used in this Current Report on Form 8-K, the words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" the negative of such terms and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. These forward-looking statements are based on management's current expectations, assumptions, hopes, beliefs, intentions and strategies regarding future events and are based on currently available information as to the outcome and timing of future events. The Company cautions you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond the control of the Company, incident to its business.

These forward-looking statements are based on information available as of the date of this Current Report on Form 8-K, and current expectations, forecasts and assumptions, and involve a number of risks and uncertainties. Accordingly, forward-looking statements in this Current Report on Form 8-K and in any document incorporated herein by reference should not be relied upon as representing the Company's views as of any subsequent date, and the Company does not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

As a result of a number of known and unknown risks and uncertainties, the Company's actual results or performance may be materially different from those expressed or implied by these forward-looking statements. Some factors that could cause actual results to differ include:

- the Company's ability to recognize the anticipated benefits of the Business Combination, which may be affected by, among other things, competition and the ability of the Company to grow and manage growth profitably following the Closing;
- costs related to the Business Combination;
- changes in applicable laws or regulations;
- the outcome of any legal proceedings against the Company;
- the financial and business performance of the Company, including financial projections and business metrics and any underlying assumptions thereunder;
- changes in the Company's strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects and plans;
- the Company's ability to successfully construct controlled environment agriculture facilities, which may be subject to unexpected costs and delays;
- the implementation, market acceptance and success of the Company's business model;
- the Company's ability to scale in a cost-effective manner;
- developments and projections relating to the Company's competitors and industry;
- the impact of health epidemics, including the COVID-19 pandemic, on the Company's business and the actions the Company may take in response thereto;

- the Company's expectations regarding its ability to obtain and maintain intellectual property protection and not infringe on the rights of others;
- expectations regarding the time during which the Company will be an emerging growth company under the Jumpstart Our Business Startups Act of 2012, as amended;
- the Company's future capital requirements and sources and uses of cash;
- the Company's ability to obtain funding for its future operations;
- the Company's business, expansion plans and opportunities;
- the outcome of any known and unknown litigation and regulatory proceedings; and
- other risks and uncertainties set forth in the Proxy Statement/Prospectus in the section entitled "*Risk Factors*" beginning on page 39 of the Proxy Statement/Prospectus, which is incorporated herein by reference.

**Business and Properties**

The business and properties of Novus and Legacy AppHarvest prior to the Business Combination are described in the Proxy Statement/Prospectus in the sections entitled "*Information About Novus*" and "*Information About AppHarvest*" beginning on pages 189 and 151, respectively, of the Proxy Statement/Prospectus, and such descriptions are incorporated herein by reference.

**Risk Factors**

The risks associated with the Company's business are described in the Proxy Statement/Prospectus in the section entitled "*Risk Factors*" beginning on page 39 of the Proxy Statement/Prospectus and are incorporated herein by reference.

**Selected Historical Financial Information**

The selected historical consolidated and financial information and other data for the nine months ended September 30, 2020 and 2019 and the years ended December 31, 2019 and 2018 for Legacy AppHarvest is included in the section entitled "*Selected Historical Financial Information of AppHarvest*" beginning on page 31 of the Proxy Statement/Prospectus and are incorporated herein by reference.

**Unaudited Consolidated Financial Statements**

The unaudited consolidated financial statements as of and for the nine months ended September 30, 2020 and 2019 of Legacy AppHarvest have been prepared in accordance with U.S. generally accepted accounting principles and pursuant to the regulations of the SEC and are included in the Proxy Statement/Prospectus beginning on page F-26 of the Proxy Statement/Prospectus, which are incorporated herein by reference.

These unaudited consolidated financial statements should be read in conjunction with the historical audited financial statements of Legacy AppHarvest as of and for the years ended December 31, 2019 and 2018 and the related notes included in the Proxy Statement/Prospectus beginning on page F-2 of the Proxy Statement/Prospectus, which are incorporated herein by reference.

**Unaudited Pro Forma Condensed Combined Financial Information**

The unaudited pro forma condensed combined financial information of the Company as of and for the nine months ended September 30, 2020 and for the year ended December 31, 2019 is included in the Proxy Statement/Prospectus in the section entitled "*Unaudited Pro Forma Condensed Combined Financial Information*" beginning on page 72 of the Proxy Statement/Prospectus and is incorporated herein by reference.

3