# EXHIBIT 23

**As filed with the U.S. Securities and Exchange Commission on April 6, 2021**

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM S-8
**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

# APPHARVEST, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **82-5042965** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**500 Appalachian Way**
**Morehead, Kentucky 40351**
**(Address of principal executive offices, including zip code)**

**AppHarvest, Inc. 2018 Equity Incentive Plan**
**AppHarvest, Inc. 2021 Equity Incentive Plan**
**AppHarvest, Inc. 2021 Employee Stock Purchase Plan**
**(Full titles of the plans)**

**Jonathan Webb**
**Chief Executive Officer**
**AppHarvest, Inc.**
**500 Appalachian Way**
**Morehead, Kentucky 40351**
**(606) 653-6100**

**(Name, address and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| **Derek Lyons** | **Derek O. Colla** |
| **AppHarvest, Inc.** | **John T. McKenna** |
| **500 Appalachian Way** | **Cooley LLP** |
| **Morehead, Kentucky 40351** | **1299 Pennsylvania Avenue NW, Suite 700** |
| **(606) 653-6100** | **Washington, DC 20004** |
| | **(202) 842-7800** |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                                   Accelerated filer ☐
Non-accelerated filer ☒                                    Smaller reporting company ☒
                                                           Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Securities to be Registered | Amount to be Registered (1) | Proposed Maximum Offering Price per Share | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock, par value $0.0001 per share | | | | |
| – 2021 Equity Incentive Plan | (2) 10,026,958(3) $ | 17.22(8) | $172,664,217.00 | $ 18,838.00 |
| – 2021 Employee Stock Purchase Plan | (4) 2,005,392(5) $ | 14.64(9) | $ 29,358,939.00 | $ 3,204.00 |
| – 2018 Equity Incentive Plan (Stock Option Awards) | 2,846,170(6) $ | 0.33(10) | $    939,237.00 | $   103.00 |
| – 2018 Equity Incentive Plan (Restricted Stock Unit Awards) | 2,525,280(7) $ | 17.22(8) | $ 43,485,322.00 | $ 4,745.00 |
| Total | 17,403,800 | | $246,447,715.00 | $ 26,888.00 |

(1)    Pursuant to Rule 416(a) promulgated under the Securities Act of 1933, as amended (the "*Securities Act*"), this Registration Statement shall also cover any additional shares of common stock that become issuable under the plans set forth herein by reason of any stock dividend, stock split, recapitalization, or other similar transaction effected that results in an increase to the number of outstanding shares of Registrant's common stock, as applicable.

(2)    Represents 10,026,958 shares reserved for future issuance pursuant to stock options and restricted stock unit awards under the Registrant's 2021 Equity Incentive Plan (the "*2021 Plan*").

(3)    The number of shares reserved for issuance under the 2021 Plan will automatically increase on January 1st each year, starting on January 1, 2022 and continuing through January 1, 2031, by the lesser of (a) 2.5% of the total number of shares of the Registrant's common stock outstanding on December 31st of the immediately preceding fiscal year or (b) a lesser number determined by the Registrant's board of directors prior to the applicable January 1st.

(4)    Represents 2,005,392 shares of common stock reserved for future issuance under the Registrant's 2021 Employee Stock Purchase Plan (the

2

"*2021 ESPP*").

(5)   The number of shares reserved for issuance under the 2021 ESPP will automatically increase on January 1st each year, starting on January 1, 2022 and continuing through January 1, 2031, by the lesser of (a) 1% of the total number of shares of the Registrant's capital stock outstanding on December 31st of the preceding calendar year, (b) 3,008,087 shares of the Registrant's common stock or (c) a lesser number determined by the Registrant's board of directors.

(6)   Represents shares of common stock issuable upon exercise of options outstanding under the Registrant's 2018 Equity Incentive Plan (the "*2018 Plan*") as of the date of this Registration Statement.

(7)   Represents shares of common stock issuable upon settlement of restricted stock unit awards outstanding under the 2018 Plan as of the date of this Registration Statement.

(8)   Estimated pursuant to Rules 457(c) and 457(h) under the Securities Act, solely for the purposes of calculating the registration fee and based on the average of the high and low prices of the Registrant's common stock as reported on the Nasdaq Global Select Market on March 30, 2021, which date is within five business days prior to the filing of this Registration Statement.

(9)   Estimated pursuant to Rules 457(c) and 457(h) under the Securities Act, solely for the purposes of calculating the registration fee and based on the average of the high and low prices of the Registrant's common stock as reported on the Nasdaq Global Select Market on March 30, 2021, which date is within five business days prior to the filing of this Registration Statement, multiplied by 85%, which is the percentage of the price per share applicable to purchases under the 2021 ESPP.

(10)  Estimated in accordance with Rule 457(h) solely for the purpose of calculating the registration fee. The offering price per share and the aggregate offering price are based upon $0.33 per share, which is the weighted-average exercise price for options outstanding under the 2018 Plan.

**PART II**

**ITEM 3. INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE**

The following documents filed by AppHarvest, Inc. (the "*Registrant*") with the Securities and Exchange Commission (the "*SEC*") are incorporated by reference into this Registration Statement:

**(a)** The Registrant's Annual Report on Form 10-K (File No. 001-39288) for the fiscal year ended December 31, 2020 filed with the SEC on January 29, 2021.

**(b)** The Registrant's Current Reports on Form 8-K (File No. 001-39288) filed with the SEC on February 1, 2021, February 2, 2021 (as amended on March 2, 2021), March 2, 2021 and March 29, 2021.

**(c)** The Registrant's Final Prospectus filed with the SEC on March 4, 2021 pursuant to Rule 424(b) under the Securities Act relating to the Registration Statement on Form S-1, as amended (File No. 333-252964).

**(d)** The description of the Registrant's Common Stock which is contained in a Registration Statement on Form 8-A/A filed on May 14, 2020 (File No. 001-39288) under the Securities Exchange Act of 1934, as amended (the "*Exchange Act*"), including any amendment or report filed for the purpose of updating such description.

**(e)** All other reports and documents subsequently filed by the Registrant pursuant to Sections 13(a), 13(c), 14 and 15(d) of the Exchange Act (other than Current Reports furnished under Item 2.02 or Item 7.01 of Form 8-K and exhibits furnished on such form that relate to such items) on or after the date of this Registration Statement and prior to the filing of a post-effective amendment to this Registration Statement which indicates that all securities offered have been sold or which deregisters all securities then remaining unsold, shall be deemed to be incorporated by reference herein and to be a part of this Registration Statement from the date of the filing of such reports and documents. Any statement contained in a document incorporated or deemed to be incorporated by reference herein shall be deemed to be modified or superseded for purposes of this Registration Statement to the extent that a statement contained herein or in any subsequently filed document that also is deemed to be incorporated by reference herein modifies or supersedes such statement. Any such statement so modified or superseded shall not be deemed, except as so modified or superseded, to constitute a part of this Registration Statement.

**ITEM 4. DESCRIPTION OF SECURITIES**

Not applicable.

**ITEM 5. INTERESTS OF NAMES EXPERTS AND COUNSEL**

GC&H Investments, LLC, which is an entity beneficially owned by current and former partners and associates of Cooley LLP, beneficially holds an aggregate of 95,817 shares of the Registrant's common stock.

2

**ITEM 6. INDEMNIFICATION OF DIRECTORS AND OFFICERS**

Section 145 of the Delaware General Corporation Law authorizes a court to award, or a corporation's board of directors to grant, indemnity to directors and officers in terms sufficiently broad to permit such indemnification under certain circumstances for liabilities, including reimbursement for expenses incurred, arising under the Securities Act. The Registrant's amended and restated certificate of incorporation permits indemnification of the Registrant's directors, officers, employees and other agents to the maximum extent permitted by the Delaware General Corporation Law, and the Registrant's amended and restated bylaws provide that the Registrant will indemnify its directors and executive officers and permit the Registrant to indemnify its other officers, employees and other agents, in each case to the maximum extent permitted by the Delaware General Corporation Law.

The Registrant has entered into indemnification agreements with each of its directors and executive officers. These agreements provide that the Registrant will indemnify each of its directors and such officers to the fullest extent permitted by law and its amended and restated certificate of incorporation and amended and restated bylaws.

The Registrant also maintains a general liability insurance policy, which will cover certain liabilities of its directors and officers arising out of claims based on acts or omissions in their capacities as directors or officers.

**ITEM 7. EXEMPTION FROM REGISTRATION CLAIMED**

Not applicable.

3

**ITEM 8.    EXHIBITS**

| Exhibit | | Incorporated by Reference | | | |
|---|---|---|---|---|---|
| Number | Exhibit Description | Form | File | Exhibit | Filing |