# EXHIBIT 26

May 17, 2021

# First Quarter 2021 Results



# DISCLAIMER

## CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS

Certain statements included in this presentation that are not historical facts are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. All statements, other than statements of present or historical fact included in this presentation, regarding the Company's future financial performance, the illustrative performance of a "Farm of the Future," as well as the Company's growth plans and strategy, ability to capitalize on commercial opportunities, future operations, estimated financial position, estimated adjusted EBITDA, revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. These statements are based on various assumptions, whether or not identified in this presentation, and on the current expectations of the Company's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of the Company.

These forward-looking statements are subject to a number of risks and uncertainties, including those discussed in filings the Company has filed, or will file, with the SEC under the heading "Risk Factors". If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. In addition, forward-looking statements reflect The Company's expectations, plans, or forecasts of future events and views as of the date of this press release. The Company anticipates that subsequent events and developments will cause its assessments to change. However, while The Company may elect to update these forward-looking statements at some point in the future, The Company specifically disclaims any obligation to do so. These forward-looking statements should not be relied upon as representing The Company's assessments of any date subsequent to the date of this press release. Accordingly, undue reliance should not be placed upon the forward-looking statements.

## USE OF PROJECTIONS

This Presentation contains projected financial information with respect to AppHarvest. Such projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underling such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive, and other risks and uncertainties. See "Forward-Looking Statements" above. Actual results may differ materially from the results contemplated by the financial forecast information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved.

# Q1 2021 RESULTS: SOCIAL IMPACT

**100% Living Wage Company**

All AppHarvest employees are certified to be paid a living wage. In Q1 2021, AppHarvest completed a third-party living wage assessment through the Business for Social Responsibility (BSR).

**500+ Total Employees**

Engaged employees drive performance. Early results of our 1st employee engagement survey*
- 93% "I am proud to work for AppHarvest"
- 91% "I know how my work contributes to the goals of AppHarvest"
- 87% "I would recommend AppHarvest as a great place to work."

**100% of Full-Time Employees Eligible to be Owners**

AppHarvest invests in talent by making every full-time employee an equity stakeholder – each is awared equity incentives when hired.

**90% of Employees Enrolled in our Benefits;**
**89% of Employees Enrolled in 401K**

90% of employees are enrolled in AppHarvest's benefit plans. The company offers 100% premiums-paid medical, dental, and vision coverage, and offers short- and long-term disability insurance. More than 80% of employees are enrolled in the 401(k) plan with company match

**Board of Directors Diversity Increased by 16%**

New directors appointed in Q1 2021 move directors from underrepresented groups up to 60%: 30% female 30% racially diverse

* Draft results as of May 12, 2021



# Q1 2021 RESULTS AND REAFFIRMING 2021 OUTLOOK



| Q1 Actual Results | |
| --- | --- |
| Number of Active Facilities: | 1 facility |
| No. of Acres Operational: | 45 acres |
| Net Sales: | $2.3 million |
| Adj. EBITDA[1]: | $(12.4) million |
| Pounds Sold: | 3.8 million |

| 2021 Full Year Outlook | |
| --- | --- |
| Number of Active Facilities: | 1 facility |
| No. of Acres Operational: | 60 acres |
| Net Sales: | $20 million to $25 million |
| Adj. EBITDA[2]: | $(48) million to $(52) million |
| Capex[3]: | $145 million to $155 million |

(1)   Adj. EBITDA is a non-GAAP financial measure; please see Adj. EBITDA reconciliation at the end of this deck.
(2)   Adj. EBITDA is a non-GAAP financial measure; reconciliation is not available on a forward-looking basis without unreasonable efforts.
(3)   Capex represents estimated amounts for the Richmond and Berea projects only.