# EXHIBIT 31

1

**ENVIRONMENTAL, SOCIAL & GOVERNANCE**

# COWEN

Sustainability

## APPHARVEST

## EQUITY RESEARCH

May 17, 2021

**Price: $11.91** (05/14/2021)
**Price Target: $32.00** (Prior $42.00)

**OUTPERFORM (1)**

**ESG SCORE: 55/100**

**Jeffrey Osborne**
646 562 1391
jeffrey.osborne@cowen.com

**Thomas Boyes**
646 562 1378
thomas.boyes@cowen.com

**Emily Riccio**
646 562 1383
emily.riccio@cowen.com

**Jeffrey Rossetti**
646 562 1335
jeffrey.rossetti@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: APPH |
| 52-Week Range: | $38.21 - $9.70 |
| Market Cap: | $1.2B |
| Net Debt (MM): | $(0.3) |
| Cash/Share: | $(0.04) |
| Dil. Shares Out (MM): | 12.2 |
| Enterprise Value (MM): | $144.9 |
| BV/Share: | $7.70 |
| Dividend: | $0.00 |
| Yield: | 0.00% |
| Short Interest: | 3.3% |

| FY (Dec) | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| **EPS** | | | | |
| Q1 | $0.00 | $(0.35)A | $(0.17) | $(0.12) |
| *Prior Q1* | *-* | *$(0.25)* | *$(0.11)* | *$(0.06)* |
| Q2 | $0.00 | $(0.22) | $(0.15) | $(0.08) |
| *Prior Q2* | *-* | *$(0.17)* | *$(0.10)* | *$(0.04)* |
| Q3 | $(0.59) | $(0.25) | $(0.22) | $(0.23) |
| *Prior Q3* | *-* | *$(0.20)* | *$(0.17)* | *$(0.24)* |
| Q4 | $(0.96) | $(0.23) | $(0.16) | $(0.11) |
| *Prior Q4* | *-* | *$(0.19)* | *$(0.13)* | *$(0.14)* |
| Year | $(1.80) | $(1.04) | $(0.70) | $(0.55) |
| *Prior Year* | *-* | *$(0.80)* | *$(0.51)* | *$(0.49)* |
| P/E | NM | NM | NM | NM |
| Consensus EPS | $(1.80) | $(0.57) | $(0.49) | $(0.45) |

Consensus source: FactSet

**Revenue (MM)**

| | | | | |
|---|---|---|---|---|
| Year | $0.0 | $20.4 | $50.5 | $128.8 |
| *Prior Year* | *-* | *$21.1* | *$54.5* | *$136.6* |
| EV/S | - | 7.1x | 2.9x | 1.1x |

## EARNINGS UPDATE

## YIELDS COME IN ABOVE EXPECTATIONS; BUMPS UP LT PROFITABILITY TARGETS

### THE COWEN INSIGHT

AppHarvest produced 3.8mn lbs of tomatoes at its Morehead, KY facility in 1Q and as of March 10 has completed 100% of planting at the 60-acre site. 2 new facilities on track to break ground in 2Q, with 2 additional sites in the pipeline for 2022 completion. New credit facilities to fund development at Morehead and new construction. Stronger Adj. EBITDA per site provides optimism.

**Key Takeaways From The Call**

(1) AppHarvest sold ~3.8mn lbs of tomatoes in 1Q. By the end of 1Q, 45 of the 60 total acres had been operational, however as of May 10th the Morehead, KY facility had achieved 100% production of the full 60-acres planted. For its FY outlook, the company has reiterated its net sales guidance of $20mn - $25mn and has updated its adj. EBITDA outlook for FY21 to now be within the range of ($48)mn - ($52)mn from ($43)mn - ($45)mn as a result of the planned investment for the Root AI acquisition. We highlight that 3Q is seasonally the weakest quarter as there is 8 weeks of downtime to clean out the crops and prepare for the next season. Management refers to this summer refresh as Morehead 2.0 because they expect higher yields going forward as it allows them to react to the growth cycle they have observed for the beefsteak tomatoes since January and TOV since March. We also note that the majority of 1Q deliveries were beefsteak tomatoes since the first TOV harvest took place in March. With a higher mix of TOV contributing to deliveries in 2Q, we expect average tomato pricing to be higher next quarter as we believe TOV can have a ~ $0.10/lb premium relative to beefsteak tomatoes.

(2) AppHarvest anticipates long term Adj. EBITDA per 60-acre facility to now be higher than prior expectations. At its analyst day, the company had communicated Adj. EBITDA expectations per 60-acre facility to be $15.8mn and has now raised its outlook to $23.3mn. The stronger metrics are a result of leveraging additional technology, lower opex and higher yields resulting in upside to profit. Management did not break out the detailed mix between the key factors contributing to higher Adj. EBITDA outlook but suggested it was about 50/50 for the contribution from top line growth and lower opex. The improved outlook is largely related to the recent acquisition of Root AI which will help measure productivity to optimize profitability. See our note on the Root AI acquisition HERE.

(3) We are pleased to see that AppHarvest's tomatoes will be expanding its shelf space to now be sold at Kroger as well as at Wendy's. While both are Mastronardi partners, we see selling direct to them as more profitable as it mitigates the need for layers of distribution centers.

(4) Management highlighted its recent approval for a new $75mn credit facility at a 60% loan to value and expects the refinancing to close in 2Q21. The capital will be used for growth and development of technology at the Morehead, KY facility. The facility has a 20-year debt amortization at 4-5% cost of capital. In addition to a $75mn mortgage, the company plans to take on $200mn in development financing that will be used on two separate facilities at similar if not better rates than they received at the Morehead site. We are encouraged to see that in just one quarter of AppHarvest in production they are able to obtain capital at project level economics at a sub 5% rate as our prior model assumed 7.5%.

**2**

**COWEN**
EQUITY RESEARCH

**AppHarvest**
May 17, 2021

## AT A GLANCE

### Our Investment Thesis

AppHarvest is undertaking an ambitious plan to integrate best of breed technology for controlled environment agriculture facilities in Appalachia. The company aims to build 12 CEA sites to produce vine crops and leafy greens by 2025. The sites, which are 30x more efficient than open field growth, are giant greenhouses under glass and will offer a cost structure to compete with imported fruits and vegetables from Mexico. The controlled environment will integrate over 300 sensors measuring variables such as air temperature, water temperature, leaf temperature, nutrient levels, humidity, and lighting conditions. We see the sites, with take or pay offtake agreements, throwing off a ~15% return while being ~90% more water efficient than open field. Note that the initial Morehead, KY facility is ~60 acres in size and costs over $100mn to construct. We see the story resonating well with ESG investors by tackling water, food, and social problems.

### Forthcoming Catalysts

- Completion of new facilities, namely the two new facilities in Richmond and Berea, Kentucky
- Completion of 2 new facilities in 2022 bringing total number of operational facilities to 5 by the end of 2022

### Base Case Assumptions

- Stable produce pricing
- Harvests generate expected yield
- Completion of new facilities takes place in accordance with scheduled timeline

### Upside Scenario

- Price of produce increases due to rising consumer demand
- Yield from harvest is higher than anticipated
- New facilities completed faster than scheduled

### Downside Scenario

- Price of produce declines due to lower consumer demand
- Yield from harvest is lower than anticipated
- New facilities take longer than planned to complete

### Price Performance



Source: Bloomberg

### Company Description

AppHarvest is aiming to solve the problem of a lack of locally grown and pesticide-free plant-based foods by growing tomatoes, cucumbers, peppers, and leafy greens in giant greenhouses. AppHarvest integrates best of bread technology in lighting, integrated pest management, rain water collection and other variables to create Controlled Environment Agriculture (CEA) greenhouses. The company, which went public via a merger with Novus Capital Corporation, aims to have 12 CEA sites operational and under construction by 2025. Note that the advanced construction materials and technology used in the greenhouses are from 3rd parties. The initial Morehead, Kentucky, tomato facility costs over $100mn to construct, uses ~90% less water than open field growth of tomatoes and will produce ~30x more yield in the 60-acre greenhouse relative to 1,500+ acres of open field growth.

### Analyst Top Picks

|  | Ticker | Price (05/14/2021) | Price Target | Rating |
|---|---|---|---|---|
| Aptiv PLC | APTV | $139.18 | $166.00 | Outperform |
| Hannon Armstrong | HASI | $48.30 | $68.00 | Outperform |
| SolarEdge Technologies | SEDG | $218.87 | $333.00 | Outperform |

**Key Takeaways From The Call (Cont.)**

(5) The company has steel and gas prices locked in for the development of the Richmond and Berea facilities in KY and expects to spend $145mn - $155mn for the construction of these two facilities over the remainder of this year. Development of the facilities are progressing well and are on track to be operational next year. Richmond is 17% complete and Berea is 23% complete. Management also commented on 2 additional facilities that are slated to begin construction later this summer for 2022 completion, bringing the total number of facilities to 5 by the end of 2022. We expect one of the new development sites to be announced at the end of 2Q.

**Reiterate Outperform Rating and Lower Our Price Target to $32**

We reiterate our Outperform rating on APPH shares and lower our price target to $32 from $42. Our price target is derived by applying a ~6x multiple on our $383mn '25 sales estimate. While our out year EBITDA estimates bump upward based on commentary from management, we are using a lower multiple on our 2025 estimates given peer group multiple compression.

**Top Line Results In Line With Expectations But Pricing Lower Than Anticipated**

AppHarvest reported 1Q revenue of $2.3mn, coming in line with our $2.3mn estimate. Gross profit of ($4.5)mn was better than our estimate of ($6.1)mn, however SG&A of $31.5mn came in well above our $18.2mn estimate, resulting in an operating loss of $36.0mn, vs. our estimate of ($25.4)mn and EPS of ($0.35) came in below our EPS estimate of ($0.25). We note the staff now stands at close to 500 employees, and we believe the Morehead facility is being used as a training ground for staff for the other two facilities under development. There were also several one time items in opex for 1Q21 that do not repeat themselves. AppHarvest sold 3.8mn lbs of tomatoes during the quarter, above our estimate of 2.7mn lbs, however pricing of $0.61 was lower than we had been modeling. The lower pricing was largely a result of the majority of deliveries being beefsteak and fewer deliveries of TOV since the first batch of TOV weren't harvested until March. We believe TOV can be priced~ $0.10/lb higher than beefsteak tomatoes. Note that pricing equates to price per lb minus sales and distribution fees and any costs that Mastronardi incurs in the sale and distribution (i.e. shipping, transportation).

Figure 1 - AppHarvest Earnings Analysis

| $ in millions, except per share data | Actual | % of Rev | Estimate | % of Rev | Variance vs. Estimate $ | % |
|---|---|---|---|---|---|---|
| Total Revenue | $2.3 | 100% | $2.3 | 100% | $0.0 | 1.4% |
| COGS | $6.8 | 297.3% | 8.4 | 369.3% | (1.5) | -18.4% |
| Gross Profit / Margin | -$4.5 | (197.3%) | -$6.1 | (269.3%) | $1.6 | - |
| Selling, General and Administrative | 31.5 | 1369.7% | 18.2 | 800.3% | 13.3 | 73.5% |
| Other Expense | 0.0 | 0.0% | 0.0 | 0.0% | 0.0 | - |
| Lease Expense | 0.0 | 0.0% | 1.1 | 49.5% | (1.1) | - |
| Total Operating Expenses | 31.5 | 1369.7% | 19.3 | 849.8% | 12.2 | 63.4% |
| EBIT | -$36.0 | (1567.0%) | -$25.4 | (1119.0%) | -$10.6 | - |
| Other (income) expense, incl. interest | 9.5 | 414.3% | (0.6) | -26.5% | 10.1 | - |
| Eff. Tax Rate | (7.6%) | | 0.0% | | | -7.6% |
| GAAP Net Income | (28.5) | (1240.3%) | (26.0) | -1145.5% | (2.5) | - |
| Diluted EPS | -$0.35 | - | -$0.25 | - | -$0.10 | - |
| Pounds sold | 3.80 | | 2.70 | | | |
| Price per lb | $0.61 | | $0.84 | | | |

Source: Company reports, Cowen and Company estimates

## VALUATION METHODOLOGY AND RISKS

**Valuation Methodology**

**Sustainability:**

Our primary inputs to valuation are earnings and earnings growth (P/E and PEG) for the next two years. In cases where GAAP net income includes large, non-cash items (e.g., SBC or intangible amortization), we may use non-GAAP EPS. For companies with an emerging business model, we may use future-year earnings discounted back. As a cross check to an earnings multiple, we may also use a DCF analysis. For situations where earnings are not visible within our forecast horizon, we may use asset values (P/Book, P/TBV).

**Investment Risks**

**Sustainability:**

Demand for Sustainable Technology may be strongly influenced by government regulations, subsidies, and mandates as well as the overall health of the global macro economy. Share prices and financial results may be sensitive to policy changes and outcomes may be difficult to predict, due to the political nature of the process.

**Risks To The Price Target**

Financing risk is inherent to AppHarvest's current business as additional financing is needed for the company to achieve its goals. The company expects to obtain sufficient funds for the next 12 months, but given the capital intensity of the high-tech greenhouse business, failure to obtain the capital necessary when needed may delay, reduce or terminate operations and future growth.

Agricultural risks including insect infestations, plant and seed diseases. The risk of such events occurring could lead to loss of crops, which AppHarvest is not insured for.

Failure to attract and retain skilled and qualified local labor could jeopardize AppHarvest's ability to operate its greenhouse profitably. The year-round growing season is very labor intensive and without regular availability of labor for planting in September, growth and harvest into June and July, and plant removal and greenhouse cleaning in August, the greenhouse will not function efficiently.

Food safety and foodborne illness from AppHarvest's produce would put AppHarvest at risk of potential lawsuits and hurt the brand's reputation.

Failure to comply with FDA and USDA regulations could materially affect AppHarvest's operations and result in a potential recall of products or fines if inspections are not met to regulation standards.

The dependency on AppHarvest's sole greenhouse facility could put the operations of the company at risk. Any shutdown or period of reduced production for a number of reasons such as severe weather, equipment failure, insect or plant disease, among others, could disrupt AppHarvest's ability to grow and deliver its produce within the timelines of its contractual obligations.