# EXHIBIT 32

**TRANSCRIPT - May 25, 2021 - Stephens**

**Mark Connelly**    OK, good afternoon everybody, I'm Mark Connelly and I cover food and AG technology at Stevens. I am here this afternoon with David Lee, the President of AppHarvest. Who many of you know from this time at Im____. David is also now a Board Member. AppHarvest is the first publicly traded controlled environment Agriculture which began trading in February. AppHarvest is building a massive greenhouse complex in Central Appalachia. Those green houses are purpose built and will ultimately supply a wide range of fruits and vegetables, all within a day's drive of most of the East Coast biggest markets. The company shipped its first product in January. Major construction underway as it gears up. So a lot going on. Just a quick reminder before we start, there's a button in the upper left if you want to submit a question. You can do that at any time during the presentation, so let's get to it. David, it's good to see you again. We've been very, very busy. I was hoping that before we dive in too far, you could remind investors. Where AppHarvest came from where the idea came from, how you got involved first on the board and now senior management.

**David Lee**    Well, you know I first met Jonathan Webb, our founder at AppHarvest in the summer, and it's been for me, a long search for someone like Jonathan back in the early 2000s when I was running the food business at Del Monte and I was experiencing them what we now read about today. Climate change driving a drought that made it hard for Peach growers at the time to supply the millions of pounds of product that we were selling. So when I met Jonathan in the summer along with Jeff Ubben who had left Value Act as its CEO founder to create Inclusive Capital, the three of us talked about how American AG needs new and better leadership and so the idea came from the simple problem that we can't produce enough fruit and veg in a healthy way that's great for the environment to meet the demand. And so, thinking through how do you combine a great brands? The best technology you can find and scale? And that's a big part of our strategy which may be different

2

price premium in market. We know our products are desired. Frankly, we can't keep enough in production. The quote we used in the queue call from our partner the Mastronardi Distribution Company, the founder and one of the leaders, Paul Mastronardi, said listen, we want to buy and sell the number one beefsteak tomato these guys can make. It's because American consumers want something fresher. Want something better that doesn't make them feel as bad about how it's made or what it does to environment. But if you look at the long term model we provided investors back when the company was pre its own ticker. In December, we don't count on a huge price premium part of market we are on that every day hothouse tomato market. You can find our tomatoes. I just saw a picture someone sent me $0.99 tomato on the Vine product branded AppHarvest so you can see us as high as maybe under $2.00, but the point is that the cost structure that we have allows us to be priced in mind with the heart of the market and still provide the company and its public company investors the necessary return to be self-reliant. It's all about yield.

**Mark Connelly**    Now we saw the first crop in January, can you talk about how that start up went and what sort of a learning curve we should be thinking about in terms of optimizing production across the whole facility?

**David Lee**    Yeah, I mean in in many ways there were critics who thought how can this company who was pre-revenue pre-farm a year ago stand up a farm and produce, you know millions of pounds of product and so the lessons were really valuable for us. The weather is validation and proof that we can do what we say. You know, being able to hit the expectations to deliver 2.3 million in net revenue and be at the better end of our negative adjusted ___ was important, so that was a lesson for the corporate center, but in terms of the farm you know there was an incredibly challenging set of conditions throughout the country in Q1, and you probably read about the ice storms that gripped parts the country and our facility at Morehead proved that it could weather those conditions may be better than most. We learned about

3

what kind of Labor we could source locally, having 500 plus employees ready to join us if we want. Proved and validated the model that we really could hire local talent given the living wage provide full time employees stock and execute well within actually, the adjusted EBIT wage that that we expected, and so that was an important lesson. I think the other lesson is we learned that we could hit our numbers and still experiment and trial a way to optimize what we call Morehead 2.0. This is on the other side of our summer refresh so that we have more confidence in our ability to produce better in the future. And it's the reason why affirmed the expectations we had quote out for the year and then the last bit is we purchased a new company. We don't believe that we have to be constantly investing hundreds of millions of dollars in our own tech to be competitive, we already are competitive, but When we see technology in a pretty immature ecosystem that can make a difference for our results we react and so we purchased, by the way, the structure that transaction leads us as well. I mean it, it's largely it's a $6 million consideration transaction, but 50 million essentially with aligned incentives in stock. So it wasn't a huge cash outlet, and as a result, we learned that we could improve the economics of our optimized farm of the future which we raised expectations for in the long term. So it was quite a quarter, you know. First time company, first time public, first time harvest being able to validate a lot of what we had promised was great modem for us.

**Mark Connelly**    I want to… Just digress to that summer refresh. Can you tell us a little bit more about what's going to be going on during that period? It's going to be hot, yeah?

**David Lee**    In the summer refresh, we have the ability to do something that most stock operations don't have, which is we can reset everything within our structure. We can not only replan, reseed, disinfect and clean. We can reboot if you want the underlying quote and quote software of our hardware right. We can optimize how we train our supervisors. We can improve the

4

institutional investor have.  And then we've all seen how technology has allowed the individual investor.  Whether or not you know we followed these companies, the reality is there is a populist movement amongst individual investors to stand by or against companies that are important and I think the way in which we operate as a company could be one day an advantage to attracting the right kind of movement with the investor base as well.

**Mark Connelly**    OK, I've got a couple.  I think they're probably related questions, so I want to try to put them together here. COVID has hit a rural areas hard lately.  At first doesn't seem to have been to impact it.  Can you talk about whether COVID has affected your design and construction timing, And then there's a second question about the ability to get labor in your plant, we've had a number of companies in the in the food business tell us that they can't get a full second shift.

**David Lee**    Oh OK, well let's cover both. Thankfully, Covid is not in any way impacted our operation.    Granted the fact our operation started in January. So recognize that we are a new operation.  But because we are a new operation, we have the ability to design into the way we operate fundamentally with the clean sheet of paper.  And we are thankfully as a result not a victim of what has been such a challenging set of circumstances for many veterans in this industry. I think secondly.  If you look at the controlled environment AG structure itself, you know being able to closely monitor the quality and the health of everything in our Morehead facility and all of our 12 eventually is an advantage broadly against lots of different impacts that you will see in future global pandemics.  I mean not to blame the point, that food has a very strong relationship with the creation of money of the pandemics we've seen over the last few centuries, and having the ability to maintain a level of quality to be able to screen our employees to have employees that aren't transitory are really with us and are provided a living wage, those I think create structural reasons why we hold. We will continue to be fortunate, but

of course, we recognize we can't control everything. With regards to labor. We have had absolutely no shortage of interest, I mean, multiples of the amount of roles that we want to fill have lined up to work with us. And part of that is by design. A part of that is the kind of company we want to be, and the part of the country in which we choose to produce and so we haven't had any challenges with our recruiting or staffing.

**Mark Connelly**  OK, and then we've touched on this with them. Jump to next, you talked about it a number times about how difficult it might be for someone to replicate your AppHarvest is doing. Can we talk about the IP barriers and other barriers and you've already talked about you know the labor pool there and getting wetter. So you've already hit on some of this, but I wonder if there's other pieces to talk about in terms of building mode.

**David Lee**  Yeah, well, I mean candidly. The part of our advantage is the time and the capital required to produce at our level of scale. You know, we don't. We don't want to pat ourselves on the back but a $2.8 million high tech facility stood up in the middle of the pandemic on track, harvesting millions of pounds of product is not a small executional challenge and a big part of that is we have the benefit of knowing we have access to the right long term investors to enable it, including the proper spec process we went through and our pipe investors. A big part of our advantage is around our technology. When we launched our business, we knew that there was great technology available to all to be clear a lot of it coming from the Netherlands that was proven and we felt great about not having to bet our capital and on IP that didn't exist. So we're fortunate that our business model doesn't need it. But, I have to tell you there is no single great operating system, hardware, software, automation, AI in the CA industry and being able to have the best technology as we announced our acquisition of RuDI??? is I think it's going to be very important advantage for us. We'll share that advantage, you know, after it benefits our operations. Hopefully we'll find a business model that allows us to serve more than just ourselves.