# EXHIBIT 33

**TRANSCRIPTION**

**5-26-2021 - Industry Focus Podcast re Wildcard Wednesday
with host Jason Moser – 2021-05-26 – IF Wildcard**

| | |
|---|---|
| JM | It's Wednesday May 26th. I'm your host Jason Moser and we've got a terrific interview to share with you on this week's Wildcard Wednesday show. |
| JM | Jonathan Webb is the founder and CEO of WebHarvest, a company that combines conventional agricultural techniques, cutting edge technology to address key issues, including improving access for all to nutritious food, farming more sustainably, building a homegrown food supply and more. |
| JM | Recently I had the opportunity to chat with Jonathan about the growing opportunity in the Actec space. What makes AppHarvest so unique? His vision of the future of farming, and much, much more. I hope you enjoy our conversation. |
| JM | I want to talk to you about, in regard to AppHarvest. I don't know that we're going to have enough time, but let's just start first and foremost, this is one of our most recent recommendations in our service. I was really excited to be able to recommend it after all the work I've done in the business, learning more about it, listening to you and your passion regarding this company. I think it would be beneficial for our members, for our listeners to hear it from your own words. As the founder, as the CEO of AppHarvest, what is AppHarvest to you? What are you trying to accomplish? |
| JW | AppHarvest, we're based here in central Appalachia, and we're building some of the world's largest controlled environment agriculture facilities. We believe controlled environment agriculture is the third wave of sustainable infrastructure. Twenty years ago it was renewable energy. Ten years ago Tesla made electric vehicles popular in the main stream and right now it's controlled environment agriculture. We have to figure out how to grow a lot more food with a lot less resources and we can use that by utilizing technology and infrastructure to grow a fruit and vegetable with 90% less water and get about 30 times yield per acre. So we're focused on bringing that production back from Mexico that's been shifted outside of the U.S. and bring that back into the U.S. in a controlled environment and then I gotta mention the area we're in, Eastern Kentucky's been known for coal mining for decades. It's been known as the whole country, so to speak, empowering the U.S. through the industrial revolution with low cost coal. Now we want to turn this region into an area of the country that's known for sustainable food production. But beyond just loving the place, I'm from Kentucky, beyond just loving this area, we can get three quarters of the U.S. in a day drive, so we're building |

2

| | |
|---|---|
| JM | Yeah, well speaking of publicly traded company, you just released your first quarter results. I think it was your first quarter as a publicly traded company. I'm sure it was an exciting time. Just wonder if you could share some of the highlights, some of the things you're proud of in regard to this earnings release and your excitement here for the year to come. |
| JW | To put this in perspective, this was our first facility under operations. Our flagship facility and then by end of year in 2022 we'll have five facilities operating. So we're ramping up and scaling quickly but in order to prove to our investors and prove our shareholders and broader stakeholders, for us it's about meeting our targets. And I've tried to say, at AppHarvest we're in the business of delivering in our promises. We hit our Q1 guidance 2.3 million and in revenue and we're ramping up this first facility in the middle of a global pandemic. We had an ice storm, if people remember that ice storm back in February. Our facility operated, ramping up at full capacity with no issues in the middle of a global pandemic in the middle of an ice storm, so for us this year it's less about the dollars and more about hitting our targets and we were able to hit our Q1 guidance and ramp up our facility to later on this year. By Q4 we'll be at full capacity at Q3 and Q4 selling tomatoes out of this facility and more in Kentucky. |
| JM | It's exciting, I tell you. We go through tomatoes hand over fist here in my house alone, I'm sure, so I'm looking forward to be able to find more and more of those AppHarvest products in the grocery stores as we move forward. And I've no doubt that we will. One of the things we like to discuss as investors and when we find companies, we find businesses that we like and we want to be owners of, and I think you really keyed in on something important there, 30 year journey. I mean that is right in line, you're speaking our language here at the fold. We take that long-term approach. We don't view things by quarter, we look at them over the course of time, years and hopefully decades, we can be a part of that journey with you all. But one things we like to talk about as competitive advantage. What makes company special, and I feel like with AppHarvest my takeaway, I found a lot of things that make you all special but I wonder if there's something in your mind, what's AppHarvest's secret sauce? What's your competitive advantage, something that you feel differentiates you from your competition? Is there any one thing or is it a collection of many things? |
| JW | Well, I'll start by saying anyone that is growing good clean produce without harsh chemical pesticides, I try to call them my colleagues, not competitors. The same way that there won't be one energy company powering the world, there won't be one automotive company transporting the world, there's not gonna be one food company feeding the world. But with that said, what we have at AppHarvest is fairly unique. One, our geographic locations, so we can get to 70% of the U.S. in one day drive. We've had record amounts of rainfall. You look at California and the |