# EXHIBIT 37

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| UBBEN JEFFREY W | AppHarvest, Inc. [ APPH ] | X Director     X 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 06/10/2021 | Officer (give title below)     Other (specify below) |
| 1170 GORGAS AVENUE | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | Form filed by One Reporting Person |
| SAN FRANCISCO    CA    94129 | | X Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock, par value $0.0001 per share ("Common Stock")[1] | 06/10/2021 | | S | | 3,000,000 | D | $16.5 | 8,798,704 | I | See footnotes[1][2] |
| Common Stock | | | | | | | | 3,373 | D[2][3] | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

| 1. Name and Address of Reporting Person[*] |
|---|
| UBBEN JEFFREY W |
| (Last) (First) (Middle) |
| 1170 GORGAS AVENUE |
| (Street) |
| SAN FRANCISCO    CA    94129 |

2

|  |  |  |
|---|---|---|
| (City) | (State) | (Zip) |

**1. Name and Address of Reporting Person** *

INCLUSIVE CAPITAL PARTNERS, L.P.

| (Last) | (First) | (Middle) |
|---|---|---|
| 1170 GORGAS AVENUE | | |

| (Street) | | |
|---|---|---|
| SAN FRANCISCO | CA | 94129 |

| (City) | (State) | (Zip) |
|---|---|---|

**Explanation of Responses:**

1. The securities reported herein are held by Inclusive Capital Partners Spring Master Fund, L.P. ("In-Cap Spring Master Fund"). Inclusive Capital Partners, L.P., a Delaware limited partnership, ("In-Cap") acts as investment manager to In-Cap Spring Master Fund. Mr. Jeffrey W. Ubben ("Mr. Ubben", and together with In-Cap, the "Reporting Persons") indirectly controls In-Cap.

2. The filing of this statement shall not be deemed an admission that either Reporting Person is the beneficial owner of the securities reported s amended, or otherwise. The Reporting Persons expressly disclaim beneficial ownership of the securities reported herein except to the extent of its or his pecuniary interest therein.

3. Represents shares of common stock of the Issuer issuable upon settlement of a restricted stock unit award that vests on the date of the next annual meeting of the Issuer's stockholders (the "Annual Meeting") following the grant date (or the date immediately preceding the date of the Annual Meeting if the recipient's service as a director ends at such Annual Meeting as a result of the director's failure to be re-elected or the director not standing for re-election). The restricted stock unit was awarded to Mr. Ubben. Mr. Ubben is deemed to hold the award for the benefit of In-Cap Spring Master Fund and In-Cap.

| | |
|---|---|
| /s/ Jeffrey W. Ubben | 06/14/2021 |
| Inclusive Capital Partners, L.P., /s/ Philippe B. Pradel, Chief Compliance Officer | 06/14/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

3