# EXHIBIT 44

1

August 11, 2021

# Q2 2021 Earnings Call



# DISCLAIMER

## CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS

Certain statements included in this presentation that are not historical facts are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," "can," "goal," "target" and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. All statements, other than statements of present or historical fact included in this presentation, regarding AppHarvest's value of current and future investments, intention to build high-tech CEA farms, the anticipated benefits of and production at such facilities, AppHarvest's future financial performance, as well as AppHarvest's growth and evolving business plans and strategy, ability to capitalize on commercial opportunities, future operations, estimated financial position, estimated Adjusted EBITDA, revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. These statements are based on various assumptions, whether or not identified in this presentation, and on the current expectations of AppHarvest's management and are not predictions of actual performance.

These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of AppHarvest. These forward-looking statements are subject to a number of risks and uncertainties, including those discussed in the Company's Quarterly Report on Form 10-Q filed with the SEC by AppHarvest on May 17, 2021 under the heading "Risk Factors," and other documents AppHarvest has filed, or that AppHarvest will file, with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. In addition, forward-looking statements reflect AppHarvest's expectations, plans, or forecasts of future events and views as of the date of this presentation. AppHarvest anticipates that subsequent events and developments will cause its assessments to change. However, while AppHarvest may elect to update these forward-looking statements at some point in the future, AppHarvest specifically disclaims any obligation to do so. These forward-looking statements should not be relied upon as representing AppHarvest's assessments of any date subsequent to the date of this presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements.

## USE OF PROJECTIONS

This Presentation contains projected financial information with respect to AppHarvest.  Such projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results.  The assumptions and estimates underling such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive, and other risks and uncertainties.  See "Forward-Looking Statements" above.  Actual results may differ materially from the results contemplated by the financial forecast information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved.

 

# Q2 2021 OPERATIONS UPDATE

**Operational issues in first growing season have focused the company on implementing solutions to ensure longer-term success and building competitive advantage for the business**



## Q2 2021 Problems

### Lower Quality Production and Saleable Yield

Poor quality mix (fewer USDA Grade #1 tomatoes) lowered our sales price and significantly impacted revenue; total production beat expectations, but problems associated with ramping up facility adversely affected results

### Higher Distribution and Shipping Expense

Distribution costs much higher than expected; additional re-pack and re-sort costs resulting from poor product mix (fewer USDA #1 quality tomatoes than expected)

### Deflated Pricing[1]

10-year historically low market prices for tomatoes in Q2 2021; AppHarvest brand has not yet earned a price premium

### Morehead Management Structure Inefficient

Org structure did not prioritize accountability; unnecessary layers in chain of command

## Implemented Solutions

### Productivity Enhancements

Revamping training program and executing on-the-job training with Growers and Team Leads to increase quality and productivity of crop work

### Employee Incentive Upgrades

Revising our piece rate compensation system to drive productivity and enable a FLEX workforce that can adjust to dynamic labor environments

### Packhouse Overhaul

Overhauling packhouse to minimize bottlenecks and increase quality checks / traceability

### Management Changes

President David Lee directly accountable for farm performance as of July; installed Adam Reel as VP of Supply Chain and Procurement

(1)  USDA 10-year pricing index .





# APPHARVEST 2.0: <u>OPTIMIZE GROWTH</u>

**Planned de-centralized structure to facilitate growth and ensure most attractive opportunities are adequately capitalized**

## AppalachiaCo Potential

- Network of high-tech indoor farms focused on production and sale of fresh produce
- Expanding into value-added products, capitalizing on validated target consumer value props:
  - Careers with positive community impact
  - Locally-sourced, fresh, all-natural food
- Plan to launch 3 value-added products by end of 2022 to develop brand and add revenue stream, and dedicate trial rows at Morehead facility

## GrowCo Potential – Includes Proposed Joint Venture

- Presents opportunities to expand growth in CEA outside Appalachia
- Has the potential to become as large a financial opportunity as AppalachiaCo, with separate sources of fundraising, and without distracting AppalachiaCo's management and operations
- Most promising opportunity is "FarmCo," a proposed JV with Mastronardi; signed non-binding LOI and expect to close by Q1 2022
  - Each party plans to contribute one CEA facility, and AppHarvest also plans to contribute $10m
  - AppHarvest to receive majority equity ownership and JV designed to be consolidated into AppHarvest financials

## TechCo Potential

Develop best-in-class CEA solutions to optimize our farms & then sell turnkey/Amazon Web Services-like solutions to global market

- Target customers in countries that lack the geography, climate, resources, or labor needed to ensure national food security

## Attracting Top Talent



### Mark Keller – SVP of Software Applications

Amazon veteran hired to operationalize AI-informed Farm Operating System



### Julie Nelson – EVP of Operations

Background at McKinsey and PepsiCo, hired to implement best-in-class operating procedures

- **Revised corporate structure prioritizes accountability grouping by operations and external functions**
- Planned subsidiaries allow increased focus and investment on individual business lines, which reduces risk
- Full review of staff org structure de-layered, de-duplicated, and streamlined reporting structures

# Q2 2021 RESULTS AND UPDATED 2021 OUTLOOK

**Adjusted full-year 2021 net sales outlook to $7-9 million to reflect revised expectations on historically low tomato prices[1], yield, and distribution costs that we expect to achieve in our first year of operations**

| Q2 Actual Results | |
| --- | --- |
| Number of Active Facilities: | **1 facility** |
| No. of Acres Operational: | **60 acres** |
| Net Sales: | **$3.1 million** |
| Adj. EBITDA[2]: | **$(22.6) million** |
| Pounds Sold: | **8.6 million** |

| 2021 Full Year Outlook | |
| --- | --- |
| Number of Active Facilities: | **1 facility** |
| No. of Acres Operational: | **60 acres** |
| Net Sales: | **$7 million to $9 million** |
| Adj. EBITDA[3]: | **$(70) million to $(75) million** |
| Capex[4]: | **$185 million to $205 million** |



(1) USDA 10-year pricing index.
(2) Adj. EBITDA is a non-GAAP financial measure; please see Adj. EBITDA reconciliation to reported GAAP results at the end of this deck.
(3) Adj. EBITDA is a non-GAAP financial measure; reconciliation to forecast GAAP results is not available on a forward-looking basis without unreasonable efforts.
(4) Capex represents estimated amounts for the Richmond, Berea, Somerset, and Morehead North (leafy greens) projects only during FY 2021.

6  AppHarvest

# 2025 OUTLOOK

**Long-term outlook reflects expected benefits from technology sales and value-added products and more moderate expectations regarding price inflation, distribution fees, and conservatively modeled on 9 farms of 12 being developed**

| 2025 Guidance | |
|---|---|
| Number of Active Facilities: | 9 (still on track for 12 facilities by the end of 2025, but only guiding to 9) |
| No. of Acres Operational: | 400 |
| Net Sales: | $350 million to $400 million |
| Adj. EBITDA[1]: | $115 million to $130 million |



FY 2025 Net Sales Outlook

(US$ millions)

(1)    Adj. EBITDA is a non-GAAP financial measure; reconciliation to forecast GAAP results is not available on a forward-looking basis without unreasonable efforts.



7 AppHarvest