# EXHIBIT 45

1

**S&P Global**
Market Intelligence

# AppHarvest, Inc. NasdaqGS:APPH
# FQ2 2021 Earnings Call Transcripts

## Wednesday, August 11, 2021 12:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2021- | | | -FQ3 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.22) | (0.32) | NM | (0.25) | (1.04) | (0.66) |
| Revenue  (mm) | 5.90 | 3.14 | ▼ (46.78 %) | 4.00 | 20.40 | 54.80 |

Currency: USD
Consensus as of  Jun-22-2021 9:09 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS (GAAP)  - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ4 2020 | (0.50) | (0.96) | NM |
| FQ1 2021 | (0.25) | (0.35) | NM |
| FQ2 2021 | (0.22) | (0.32) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Presentation

**Operator**

Good day, and welcome to the call. I would now like to turn the conference over to your speaker, Kaveh Bakhtiari. Please go ahead.

**Kaveh Bakhtiari**
*Vice President of Investor Relations*

On the AppHarvest Second Quarter 2021 Earnings Call. I'm Kaveh Bakhtiari, VP, Investor Relations for App Harvest. And joining me in Kentucky today are several members of the senior management team, including Jonathan Webb, Founder and CEO; David Lee, Board Member and President; and Loren Eggleton, Chief Financial Officer. A copy of our earnings release and slide presentation is available on our website at investors.appharvest.com. On today's call, we will begin the prepared remarks from Jonathan and the rest of the team. Then we'll open the call to questions.

Before we start, I'd like to remind you that comments today regarding the company's future business plans, can financial performance are forward-looking statements that we make pursuant to the safe harbor provisions of the securities laws. These statements are made based on management's current knowledge and assumptions about future events, and they involve risks and uncertainties that could cause actual results to differ materially from our expectations. In providing projections and other forward-looking statements, the company disclaims any intent or obligation to update them. For additional information on important factors that could affect these expectations, please see our most recent SEC filings. And with that, I'd like to turn the call over to Jonathan.

**Jonathan Webb**
*Founder, Chairman of the Board & CEO*

When I got on our first public call 3 months ago, I talked about how COVID had started to expose the cracks in our food system, when food stopped crossing borders and grocery stores had food shortages. Today, we see droughts that continue to devastate Mexico, California and other traditional agricultural regions, floods that have decimated agricultural harvest around the world and impacted society at large. And still, despite surging interest from investors and policymakers and sustainable agricultural solutions, no part of the United States today can be considered self-sufficient in terms of having access to a safe and domestic food supply at scale.

The problems we face today are the result of a path we decided to walk down long ago. The industrialization of agriculture and relentless pursuit of low-cost production, combined with a policy of cheap energy made it possible to move food across great distances to sell for low prices, and much of it at very low quality with a great deal of production outsourced to other countries.

At the same time, places that have little to no local resources to produce food have burst forth as America's fastest-growing cities, placing additional strain and risk on our existing food supply chains. The good news is folks are starting to pay attention to the environmental and societal costs associated with the massive increase of imported fruits and vegetables. The status quo has negatively impacted the freshness, quality and security of our nation's food supply for far too long, and we are overdue for an overhaul.

The reality is climate change is going to continue to affect the growing conditions for outdoor agriculture, from severe temperatures to the amount of water available for crops. In some parts of the Western U.S., over 70% of the water supply today is used for agriculture, and California last week announced new restrictions on its usage.

Lake Mead, which supplies parts of Arizona, Southern California, Nevada and Mexico has a water level at its lowest since it was built in 1935. In Central Appalachia, we're fortunate because climate change is making our region wetter. In fact, the past decade has seen the most rainfall in Kentucky history with 3 of those years being the wettest on record.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

For those of you new to the AppHarvest story, who are joining us today on our second conference call as a public company, we're an applied technology company with a solution to disrupt agriculture and solve for some of our most pressing food and social challenges. We're building and upgrading to a resilient new food system for a world that we believe needs controlled environment and agriculture now more than ever.

Our approach incorporates the highest ESG principles as we are about 1 of 5 publicly traded benefit corporations who were also a B Corp-certified company. We leverage the best nature has to offer, like the free sunlight and rainwater we capture from our large glass roofs and boosted with tech just where needed. That's what we're doing from the heart of Appalachia, where we can reach about 70% of the U.S. population in a day's drive.

Our technology and approach can enable us to get up to 30x the yield per acre than that of traditional agriculture, in a way that uses up to 90% less water and without runoff, soil erosion or harsh chemical pesticides. We are improving the freshness and quality of our produce and backing it up with our best-in-class CEA systems, technology and strong brand.

Now let me turn to our second quarter performance. While true that prices for TOV and beefsteak tomatoes hit a 10-year low in May, our realized price was also impacted by quality. Our percent of store shelf-ready produce, what we call #1s, came in lower than we expected. While disappointing, we launched a set of actions to improve our performance immediately, and we're using these key lessons for our operators going forward with the AppHarvest 2.0 initiative, which David will discuss in greater detail.

Despite some growing pains, in the second quarter, we delivered net sales of $3.1 million, an increase of nearly 40% from our first quarter as a public company; 8.6 million pounds of tomatoes sold, which more than doubled production from the first quarter; groundbreakings on 2 new farms in Kentucky to grow berries and leafy greens, which, in addition to our Richmond and Berea sites currently under construction means we expect to have 5 farms fully operational by the end of next year; new sources of nondilutive financing, including $91 million from Equilibrium Capital in July and $75 million from Rabo AgriFinance earlier in June, which along with cash on hand, leaves us with ample room to fund the 5 farms I just mentioned. And finally, we're announcing our plan today to transition to a more decentralized setup to facilitate our growth within the global CEA industry.

David and Loren will provide more detail on our outlook and the planned changes to our organizational structure. But let me just say now that in addition to ramping up our initial farm in Morehead to full production capacity, our team has been busy laying the groundwork for our long-term growth by executing our strategy. We're cutting a path to grow our presence within CEA more broadly, and we expect the long-term benefits of this move to significantly outweigh the near-term investment costs.

Our long-term goal is to build AppHarvest into one of the most trusted, sustainable food companies in the world and into a leading applied technology company serving the global CEA industry. With 5 farms fully operational by the end of next year, we expect the benefit of the actions we are taking to capture long-term value to become more visible. We've already announced our plan to introduce new crop types, including berries and leafy greens, and we're now preparing to launch into value-added products.

With that, I'll ask our President and Board member, David Lee, to explain how we're executing on our plan, the AppHarvest 2.0 initiative. David?

**David J. Lee**
*President & Director*

Thanks, Jonathan. In the second quarter, we all saw many extreme weather events related to climate change and other factors. These events point to demand for climate-resistant food systems that is greater than we all initially expected and developing faster than anticipated. Harsh droughts and new water restrictions in the Western U.S., and new ESG and CEA specific investment vehicles, are driving increased demand for sustainably grown U.S. produce. We believe that our platform, our model and our brand position allows us to be a leading global applied tech company serving CEA, and we're accelerating our investment into our company and our growing industry with the AppHarvest 2.0 initiative.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Before I get into our long-term path forward, however, I want to do a deep dive on the quarter. I will cover the following topics in my section. First, I'll give you an operational update on Q2. Next, I'll describe the planned transition at AppHarvest to a holding company structure that enables us to grow more broadly within the CEA industry as part of our AppHarvest 2.0 initiative. After that, I'll briefly touch on the restructuring and other actions we are taking today to establish that foundation for long-term growth. And finally, I will share the updated 2021 and long-term outlook associated with our actions, which our CFO, Loren Eggleton, will review in greater detail.

I'll begin first with our operations. In the second quarter, we successfully ramped up to the full 60 acres of production at our first high-tech farm in Morehead, Kentucky. It's the first CEA facility in the country to rely solely on local labor, and our 8.6 million pounds of tomatoes sold in the quarter is a significant increase from the Q1 total of 3.8 million. We achieved several significant milestones at our first facility. But as Jonathan mentioned, lower quality than we anticipated due to labor training and productivity challenges was the primary driver of our Q2 results, along with low market prices for tomatoes. We're disappointed with these results, but the good news is that prevailing market prices for tomatoes have already rebounded from the lows we experienced in the second quarter.

Additionally, the speed bumps associated with our initial harvest are fixable, and we've already deployed solutions against these problems in advance of our next harvest. For example, we overhauled our pack house to minimize bottlenecks while increasing quality checks, which helps us deliver our targeted volume of USDA grade #1 tomatoes. We're also implementing changes to our piece rate or bonus system to drive improvements in our operational productivity and ability to meet surges in demand for plant care. And lastly, we changed operational leadership and the chain of command structure within Morehead and all our future farms going forward. As of late July, I am now directly accountable for the performance inside our high-tech farms.

Some of you on this call may associate me with my more recent role as the COO and CFO of Impossible Foods. But as a reminder, earlier in my career, I led the fruit and vegetable business at Del Monte Foods and spent nearly 9 years at the company. I know what it takes to deliver high-quality products to consumers, and I'm making rapid progress in building the team that's going to help us do that here at AppHarvest.

For example, last month, we announced the hiring of Mark Keller from Amazon, who joins us as SVP of our software applications platform. And last week, we announced the hiring of Julie Nelson with a background at PepsiCo and McKinsey, who joins us as our new EVP of Operations. Mark, the SVP of Software Applications, played a key role in launching Amazon's large-scale warehouses deploying Kiva robotics technology. He'll be integral to our effort to build out a new digital operating model, for farming that we expect will make fresh fruit and vegetable production as reliable as consumer goods manufacturing. Additionally, in his short time with AppHarvest, he's already acted as a magnet for high-performing rare tech talent. And we've been able to add 2 more members to his team in short order to help accelerate delivery of our product.

Julie has designed the manufacturing and distribution network for several high-growth brands, and has the right multisite operations experience from her time at PepsiCo to implement the best-in-class operating processes we need to drive improvements to both the top and bottom line as we scale. She will also lead our Project New Leaf to deliver $40 million in annualized efficiencies and reductions in cost of goods sold and SG&A versus the current rate of expense. This will all be accomplished by the end of 2022, which we will use to generate more self-funding for higher levels of investment in technology.

Earlier in the second quarter, we also had hired Adam Reel, a formal Naval Aviator and Operations Officer to be our Vice President of Supply Chain and Procurement. Adam brings significant experience from Apple and other CEA start-ups. He will report to Julie and ensure implementation of best practices learned in the first season and deploy them as standard operating procedures at Morehead and across new facilities as they come online.

Based on actions we took to improve our performance, we began to see immediate improvement in our results as we approach the start of our summer refresh. As a reminder, the summer refresh is an annual activity in our buying crop facilities where we tear out and compost the use crop and sanitize and prepare

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

the facility for replanting, which we expect will result in Q3, typically being our lowest quarter for tomato production seasonally.

While we had to learn some lessons the hard way in the second quarter, the amount of inbound demand we continue to see from customers for our sustainably grown produce leaves us more bullish on the long-term opportunity than before. Furthermore, we believe that the issues we experienced in our ramp-up are not unique to AppHarvest. There are challenges that impact practically all greenhouse and other CEA operators, which puts us in a solid position to provide industry-wide solutions that we intend to scale.

That's why we're announcing a strategic decision to evolve our business to the AppHarvest 2.0 model. one that, over time, we expect to result in AppHarvest taking the form of a holding company or a portfolio of well-positioned high-growth CEA businesses. This will allow us to accelerate our growth within CEA more broadly to create more value for our shareholders and to ensure that our most attractive growth opportunities are capitalized. And to accomplish this, we need to structure ourselves differently.

For example, within our business today, we see the potential for several businesses. First, at AppalachiaCo that includes our planned network of high-tech at-scale indoor farms focused on the production and sale of fresh produce to our distribution partner, Mastronardi. This business also leverages the AppHarvest brand and sustainability story to expand into value-added products. We've already begun testing of salsa and Bloody Mary products this year, and plan to launch 3 products by the end of next year, in addition to dedicating a -- works space in Morehead for trial varieties to use in value-added products.

Second, on TechCo, that leverages best-in-class CEA solutions to first optimize our network of farms and then turn its focus to large global opportunities for turnkey solutions with an emphasis on countries that lack the geography, climate, resources or labor needed to enhance food security.

And finally, GrowCo, which is an entity we plan to establish to capture growth with other CEA facilities globally, including in the United States outside of Appalachia. With GrowCo, we're recognizing and plan to capitalize on the opportunity to expand growing operations beyond Appalachia.

Today, our most promising opportunity within the proposed GrowCo entity is the nonbinding letter of intent we signed yesterday to establish a joint venture with our industry-leading distribution partner, Mastronardi Produce. The proposed joint venture, which we refer to as FarmCo, would represent a big step forward in our partnership, which started in 2017. The proposed FarmCo plan calls for us to contribute one of our farms along with $10 million for the majority control of a joint venture and the ability to consolidate its revenue into our parent company. Mastronardi will contribute its own CEA facility, which currently is already operating and grows and sells produce today. This would allow us to gain access to a new fundraising vehicle.

FarmCo would use the contributed assets to raise additional capital to finance its own growth and we plan for the formation of this joint venture to be contingent on securing that financing, which we are confident we can secure. If the plan proceeds for the terms of the letter of intent, we believe we will form FarmCo by the end of Q1 of 2022.

We believe that over time, opportunities like FarmCo and others within our proposed GrowCo structure, have the potential to become as large a financial opportunity as all of AppalachiaCo, if not bigger, given the growth we expect in global CEA over time. Plus there are other benefits to AppHarvest shareholders, such as the potential for independent capital raises that occur off our balance sheet. There is also majority ownership and control of the entity itself with financials into AppHarvest but with its own leadership team, which increases the bandwidth of the management team of our parent company.

To sum up, we see the potential to unlock a significant amount of trapped equity value by transitioning to a new holding company structure. We anticipate providing detailed information on the next quarterly call. However, one driver of the value we expect to deliver and one we've already completed today is to move forward with a smaller, more nimble corporate center.

As part of this initiative, in the past several weeks, we notified employees of restructuring action that eliminated a C-level position, reduced head counts and streamlined the structure of our corporate office. While difficult, these actions are a step forward to accelerating our growth within CEA through our planned

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

subsidiary companies. Our restructuring has the intended effect of reducing our cost structure, but it also represents a shift of resources toward our best opportunities in operations and tech. We believe these businesses will benefit from a deeper level of investment and focus when they're supported by a smaller corporate office. The new structure will position our proposed AppalachiaCo, TechCo and GrowCo leaders, who we expect to name over the course of the next few months, closer to their customers and in the best position to drive innovation and growth within CEA.

Furthermore, we believe in a more decentralized approach at corporate is key to unlocking it. The roles of Jonathan, myself and the rest of the management team will be to facilitate that growth and make sure businesses are adequately capitalized and that they perform to expectations. We'll have more to share on the team that will help unleash our growth within CEA, but we can share today that Jonathan Webb will continue as Chairman and CEO of the AppHarvest Holding Company and as leader of the AppalachiaCo subsidiary we are organizing.

Let me now turn to our 2021 guidance and long-term outlook, which reflects updates from our first full quarter production and our plan to pursue faster growth in CEA through a decentralized structure. It also represents what we believe to be a significant reduction in risk regarding our outlook as we've incorporated more conservative assumptions regarding our core AppalachiaCo business, while leveraging a distinct management team to pursue upside from technology.

For 2021, we've adjusted our full year net sales outlook to $7 million to $9 million from $20 million to $25 million to reflect our revised expectations on price, yield and distribution costs that we expect to achieve in our first year of operations. Most of the revision is driven by the quality challenges we experienced in ramping up I discussed earlier, However, lower-than-expected market pricing for tomatoes and our strategic decision to reserve production space at Morehead to develop commercial technology for the CEA industry at large have also impacted the numbers.

The adjusted EBITDA outlook in 2021, associated with our operational performance to date and strategic investments, is now expected to be minus $70 million to $75 million from minus $48 million to $52 million prior. While disappointing, our near-term adjusted EBITDA outlook has never been reflective of the long-term value we expect to create. Furthermore, our long-term backers and the Board of Directors have already expressed support of our strategic pursuit of the commercial and shareholder return opportunity associated with becoming a leading solutions provider serving the growing CEA industry, and we intend to deliver on that goal.

Turning now to our long-term outlook. We expect to achieve $350 million to $400 million in net sales by year-end 2025, which is in line with our prior long-term net sales outlook, driven by new benefits from TechCo and value-added products businesses we've discussed. In terms of the outlook, we are providing guidance based on a more conservative delivery of 9 high-tech indoor farms in Appalachia by the end of 2025.

We are still on track with the full 12 by 25 plan for our Appalachian farm network that we previously discussed, and our long-range plan continues to call for 12. But for the purposes of issuing financial guidance, we are limiting our operational focus to 9, in order to accelerate delivery of our targeted results and reduce operational and financial risk. Additionally, we have a high degree of confidence in our ability to deliver a portfolio of 9 high-tech farms in Central Appalachia by the end of 2025, given that we already have 4 currently under construction today, and have demonstrated the ability to secure additional nondilutive funding for that development.

Accordingly, we expect consolidated adjusted EBITDA to be in the range from positive $115 million to $130 million at year-end 2025. This includes the benefit of items not contemplated in our initial forecast, including the expected benefit from selling our technology in a licensed fashion to other global CEA operators, and the potential benefit from launching value-added products made from our fresh produce. It does not include any benefit from the proposed GrowCo vehicle I discussed earlier. Importantly, this outlook also reflects moderated expectations regarding our fresh produce business. The end result is that we arrive at roughly the same long-term outlook but with a more conservative risk profile and with increased management focus on near-term results from the core AppalachiaCo business.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Over the long term, however, our applied technology for CEA remains the best bet to scale. The organizational changes we have made and the personnel and resources we are aligning around our technology team will enable us to accelerate the launch of our TechCo products. We believe that we are already in a period where global demand for CEA is strong enough, even inexperienced operators and pools of capital that want assets but don't have knowledge to operate a high-tech greenhouse. We'll seek to own a food utility. Solution-oriented customers are already in the marketplace today looking to buy prepackaged offerings that are guaranteed to work in harsh climates.

But today's turnkey projects are not actually turnkey in practice. We intend to provide the seamless solution that enables new companies and countries to enter the CEA space from ground zero. TechCo has secured its first customer, Red Sea Farms, in connection with the paid pilot of the farm ops technology that AppHarvest is developing for Red Sea Farms. Red Sea Farms is a CEA company based in the Middle East and was chosen as the first customer for a paid pilot to prove the effectiveness of our systems in one of the world's most challenging growing environments, the Arabian Peninsula.

As detailed in our earnings release, we also made a strategic investment in Red Sea Farms to seize an opportunity to gain experience and establish a footprint in this region, which has been heavily reliant on food imports. We estimate the addressable market opportunity associated with this line of business in TechCo to be large, over $30 billion in the United States alone and over $300 billion globally based on estimates from the United Nations. Revenue associated with this opportunity, we expect to ramp slowly at first as capital is beginning to flow into the sector and climate change drives production of more crops indoors, before delivering a range of revenue that we expect to be $40 million to $50 million by the end of 2025.

In addition to updating our long-term outlook with the benefit from our new strategic initiatives and emphasis on applied tech, we've also moderated expectations regarding key inputs to our original forecast. This includes a lower expectation of future price inflation given what we saw play out in the tomato market this year, and an expected increase in the distribution fee to be more aligned with realized results. We believe this creates a more robust long-term outlook, which Loren will review in greater detail. Loren?

**Loren Eggleton**
*Chief Financial Officer*

Thanks, David. I'll start by reviewing our second quarter results in greater detail and give an update on our development time line and financing before moving to the outlook.

We achieved second quarter net sales of $3.1 million as compared to no sales in the second quarter of 2020 before our Morehead Farm was operational. In terms of yield, we generated 8.6 million pounds of tomatoes for sale, which met our expectations for production but not on quality. Adjusted EBITDA loss was $22.6 million primarily due to the operational headwinds and ramp-up we previously discussed.

Despite the speed bumps and ramping up with our initial harvest, we remain confident we are on the right path, and our business model will continue to develop into an industry standard for CEA. We believe this because our performance in the quarter was principally due to lower quality, driven by solvable issues related to labor productivity, training as well as lower market prices for tomatoes and higher distribution and shipping fees and not any fundamental -- with our business model or approach.

Second, there's been no decline in demand from our exclusive distributor for the end consumer for our product. On the contrary, demand for our product continues to be strong. Despite the performance shortfall and our partner, Mastronardi, has requested for us to produce a new variety of tomato for them in addition to the TOV and these state varieties we delivered to them during our initial harvest.

Third, the corrective actions we have already implemented have begun to drive quality, yield and productivity higher as we approach the start of our summer refresh in late July and we'll be well-established in time for subsequent harvests.

And finally, our approach continues to offer several key advantages even when compared to other novel tech-enabled solutions to CEA, especially from the free rainwater and sunlight we capture via our large

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

glass roofs. For example, we recently completed a period at Morehead, where we harvested but didn't turn on the lights for weeks, relying instead on the sunshine from longer summer days to drive photosynthesis in our tomato plants.

This energy benefit, along with the rainwater that we store in a large reservoir next to our farm, are real advantages to our model, but we expect it will show up in our income statement over time, along with the price premium that we expect to earn by continuing to develop a strong brand.

Let me turn next to our progress on farm development and financing. Work continues on the 4 previously announced CEA facilities currently under construction. While we remain on track with our plan to deliver 12 high-tech indoor farms by the end of 2025, as David mentioned, we're now counting on 9 in our external guidance. Our Berea, Kentucky, leafy green facility is approximately 37% complete. And our Richmond, Kentucky tomato farm is approximately 31% complete. Both facilities are scheduled for completion by mid-2022.

Two additional facilities that we announced that we broke ground on in June are in Somerset, Kentucky and Morehead, Kentucky. The Somerset facility is expected to grow berries and the Morehead facility, which is adjacent to our first facility, is expected to grow leafy greens. We expect these facilities to be operational by the end of 2022.

We ended the second quarter with cash and cash equivalents of $273.1 million on the balance sheet, which we believe leaves us ample room to execute on our near-term development timeline. On June 16, we announced that we secured a $75 million nondilutive credit facility from Rabo AgriFinance, tied to a 60% loan-to-value mortgage on our initial Morehead farm. And on July 27, we announced the $91 million financing at approximately 66% loan-to-value in the form of a construction loan, from a sustainability-focused and leading CEA investor, Equilibrium Capital, who has supported us since early in our history.

The borrowings under the $75 million credit facility at Rabo carries an interest rate of 4.1%. And the $91 million construction loan with Equilibrium has an interest rate of approximately 8%. We continue to be encouraged by our progress in financing and pleased with our ability to secure additional forms of nondilutive capital to fund our growth. We believe that, over time, more fixed income investors and other types of capital will step in to support investment in controlled environment agriculture systems.

We believe that CEA will eventually come to be regarded as critical infrastructure, attend to other large-scale industrial projects, similar to what we have seen play out in the renewable and clean energy space over the past decade. These and other large-scale infrastructure would be cost-prohibitive and impractical to finance using equity alone, which is why we believe it's important to drive progress in this area for the benefit of our shareholders and our industry.

Turning now to our full year 2021 outlook. As David mentioned, we are reducing our net sales expectation to a range from $7 million to $9 million, and our adjusted EBITDA loss expectation to a range from $70 million to $75 million. The primary driver of the updated outlook is the lower net sales expectation, due to the quality challenges we encountered in ramping up our first facility and higher-than-expected cost of goods sold with labor farm costs, associated with lower-than-expected labor productivity. In terms of capital expenditures in 2021. We now expect to spend approximately $185 million to $205 million, up from $145 million to $155 million prior. This is to account for the 2 additional construction projects currently underway in Somerset and Morehead North.

As Jonathan and David have said, we are more encouraged than before about the long-term growth opportunity for our company and our industry. Worsening climate change and drought in traditional agricultural regions are fast tracking the need for CEA. Food security is likely to continue to be a major issue in the coming decades, especially for historically arid regions and countries that encountered issues in securing food for their people, in a scenario where the borders are closed, like we saw during COVID. With respect to our long-term outlook that we reiterated today, we do not describe any benefit to our company from the overall industry growth that we expect.

Based on the strategic initiatives David outlined earlier as part of our AppHarvest 2.0 initiative, we now expect to deliver full year 2025 net sales of $350 million to $400 million and adjusted EBITDA of $115

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions]

Our first question will come from the line of Brian Holland from Cowen & Co.

**Brian Holland**

I'll start with the higher distribution fees, both in the second quarter and to the extent you've revised those fees higher going forward. First, can you quantify the magnitude of impact, more specifically in the quarter? I guess, long term, it's kind of embedded in that $40 million. And then longer term, while I understand the impact of mix in Q2, why are you assuming those -- that persists going forward, given it sounds as though this is an addressable issue?

**Jonathan Webb**
*Founder, Chairman of the Board & CEO*

Yes. Thanks, Brian. This is Jonathan. So as we mentioned in the call, so training as we ramped up to 400 employees was an issue. I mean operators globally and regardless of the industry have had issues with scaling this year, obviously, and we were one of those. It's disappointing. But the optimistic view we have is we put training programs in place now. We've replaced management and we put procedures in place on training that we'll see as we scale other facilities. That impact of a #1 versus #2 tomato, we did not realize until we saw it, which is we get great value in our #1 tomatoes, and we get very little to no value in our #2 tomatoes. And so the #1 is what we have to optimize for, and that's where training and being able to achieve our #1 target on tomatoes. It's not overall volume that matters, it's the volume of #1 tomatoes, which directly impacts our bottom line. I'll let Loren talk to the numbers.

**Loren Eggleton**
*Chief Financial Officer*

Sure. Yes. So during Q2, obviously, we saw historically low tomato pricing for TOV and Beefsteak stake tomatoes. And then as we mentioned, because of the quality mix challenges, we realized lower pricing and higher distribution fees. To your question specifically, I would say approximately 80% of the lower outlook is attributable to net sales. Within that 80%, we think about 30% of that being due to higher distribution fees. And then outside of the 80%, the other 20% is due to lower yield expectations.

**David J. Lee**
*President & Director*

Brian, this is David Lee. Let me offer to your question of guidance, 2 perspectives. First, there was a transition in leadership of our day-to-day operations of not just Morehead but our future farms. And in my past, taking a hard independent look at everything, which is what I've done starting in July, has led me to help this team guide to, I think, more moderated assumptions. I have a strong belief that we need to guide to what we can absolutely deliver. That's part of what you're seeing in our guidance for 2021. It's certainly one of the reasons why we're building 12 by 2025, but we're clear that we are guiding only to 9 farms.

So I think part of it was executional challenges that are very real in our first major full season of harvest as a company. But the second is a change in a philosophy and approach to ensure that we can deliver what we promised as part of the leadership change that occurred. The last thing I'd say, the FarmCo opportunity deepens the relationship with Mastronardi, which we've had since 2017. I view this as a strategic partnership. And I'm seeing, frankly, Mastronardi performed very well with us. It's on us to deliver the quality that they expect. But I believe that our partnership with Mastronardi is deepening and improving on an ongoing basis.

**Brian Holland**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Okay. And with respect to the long-term outlook, why is 9 farms the right number to forecast off of -- from the 12 before? And then maybe more specifically, why is this the more -- why is this a more conservative approach to guidance because you're maintaining the same range but you're now relying on incremental sources? So one is why is it more conservative. And then maybe within that, is this really just a byproduct of you being closer to commercializing some of these products and now having confidence? Because previously, these were all sources of just pure upside in the model, almost a call action, if you will.

**David J. Lee**
*President & Director*

Yes. Let me start. This is David Lee. I think to your first question of why 9 versus 12. Well, you know by the end of next year, we're going to have 5 already underway. And you've seen our confidence in securing, for example, the $91 million of construction financing from Equilibrium. I mean, candidly, we're seeing our major partners. Arguably, we believe, leaders, Equilibrium Capital and Mastronardi, double down on our business. And while we're only a little over 6 months old as a public company, being able to see a pipeline of development, being able to have access to capital and having a leader in sales and distribution is as we -- it's not just that we worked from 12 to 9, we have a very -- a much clearer view of what those 9 to 12 really are. And that's the reason why bottoms-up, we looked at what we are highly confident in delivering versus the 9.

With regard to the questions on why is the overall consolidated forecast conservative because we're including a range for value-added. I come from what we're calling value-added products. Having a team that has tested products that we're confident in has given us the confidence that our range is appropriate and achievable multiple years out. I would also say we only purchased Root AI recently. But having now traveled to Amsterdam as a team, and really understanding the landscape, we're seeing just so much interest in having a real technology solution that we believe that it's appropriate and it's frankly accretive to call the ball. Like part of the approach is established long-term guidance we can achieve but create internal accountability on a big opportunity for shareholders, which we're more bullish about, which is the fact that CEA is definitely coming and the technology ecosystem is quite immature. So that's why we feel, collectively, this is the right shareholder value proposition to build. That's why we're restructuring and that our 2025 long-term outlook is achievable.

**Brian Holland**

Okay. So maybe just last one for me. Again, kind of big picture in nature, but typically, when we see kind of a miss, led in part by execution challenges, the company talks about simplifying things. At your nascent stage, I suppose that's not necessarily an option. But this morning, you're introducing several layers to the story. And while I appreciate some of those initiatives, where we're always part of the plan, and maybe you're just advancing the ball on some of these today, just help us get comfortable with the notion that now is the right time to lean into this AppHarvest 2.0 restructuring.

**Jonathan Webb**
*Founder, Chairman of the Board & CEO*

Yes, Brian. So we've got our team in Morehead laser-focused. David mentioned earlier that he's taken that over. We hired Julie Nelson from PepsiCo, and that team is laser-focused. We know what we need to do. We need to produce not only yield but #1 tomatoes, and that team is laser-focused on that task at hand. The other teams inside of the company have already been -- this has already been in place, and all we're doing now is holding them accountable. The tech team has been developing their products. David mentioned that the hire from Amazon that's helping lead that mark. And then our value-added products team, which we've hired somebody from the Vital Farms team that's now on our team, and we've been building out that division. I've been working with Martha Stewart pretty closely on evaluating products. And we just want to be frank that, yes, we had a challenge of hiring 400 people and training them and hitting the yield, not only yield, but quality that, that we must get that we can solve for. And that team that's working on that can solve for that.

But these other opportunities, which David outlined, TechCo value-added products; and then FarmCo, which we have been working on with Mastronardi for almost 6 to 9 months and signed yesterday and

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and waste reductions far exceed what the EBITDA suggests in our guidance. And it's part of our new philosophy to point to goals that we absolutely can achieve. I'll let Loren give you -- we will, by the way, report on Project New Leaf every quarter in a rigorous way. But I'll let Loren speak to the particulars on the sources of cost reduction and waste reduction, which I think is on Slide 15 of Project New Leaf, so that you're clear on how we're going to get that.

**Loren Eggleton**
*Chief Financial Officer*

Yes. So as we laid out approximately $40 million in annual cost savings and productivity gains, we would expect to realize approximately $5 million of that through the rest of this year, but most of that is really going to come as we kind of ramp into next year, 2022. So one of that is going to be around training, investment in technology, a lot of the automation and just improving business processes

**Operator**

Our next question will come from the line of Mark Connelly from Stephens.

**John William Rider**
*Stephens Inc., Research Division*

This is John Rider on for Mark. So our first question, could you just talk more about the operational fine-tuning you're doing as you figure out how to get to the optimal results and mix with your tomato crops? And then are there opportunities within the nutrients and greenhouse conditions or something else?

**Jonathan Webb**
*Founder, Chairman of the Board & CEO*

No. Mark, it was as simple as training. I don't want to be more blunt than that, but it was training and management protocols. Hiring 400 people that have never done this before, we delivered close to yield. We did not deliver on the #1 quality that we expect to achieve. And it's been a matter of putting the right training protocols in place, and that's been taking place. That is currently taking place, and that is at or on track or above where we would like to currently be. But markets as simple as training 400 people to run this facility, that has been a challenge, but the good thing is that's solvable and we're aggressively leaning in on the training programs internally. I'll let David talk to that.

**David J. Lee**
*President & Director*

Yes. Thank you, John. And I'm going to turn you to details because I don't want to repeat everything. But if you look to Slide 7 on the right-hand side, here's the good news. The business model works at Morehead. And if you think about the things we're working on, there are 4 key areas, right? Overhauling the pack house so that we have the ability to check quality to produce more #1s. So remember, operationally, the more #1s we produce, which has significantly better pricing potential, it also has significantly better yield benefit over time because the more we can manage our quality, we can replicate it across many of these other future farms.

What Jonathan was talking about is this -- primarily this productivity savings. We're one of the few companies that have local access to skilled labor. During COVID, so many other companies talk about labor shortages. We proved the business model. There are plenty of very eager skilled labor residents here in Central Appalachia to help us build our farms. So while we prove that, we now need to have a world-class system that's driven by productivity. We talk about piece rate for providing upward incentives to employees, who already get a living wage but who also need to be incented for performing better. This is an example of what Jonathan was talking about.

And then I got to tell you that the management focus and simplification, having a clear chain of command, I am accountable to Jonathan and that we now have experienced operators running Morehead and with Julie helping optimize across our future network. I think that's really important. Having that absolute focus on daily delivery of results is the last piece that you'll see on that slide.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.