# EXHIBIT 46

1



**BARCLAYS**

Equity Research | First Look

11 August 2021

Benjamin M. Theurer    +52 55 5241 3322    benjamin.theurer@barclays.com    BCCB, Mexico    Completed: 11-Aug-21, 12:15 GMT

Released: 11-Aug-21, 12:15 GMT

## AppHarvest, Inc.

# First Look: APPH 2Q21: Not as expected

**Stock Rating/Industry View:** Overweight/Neutral
**Price Target:** USD 25.00
**Price (10-Aug-2021):** USD 11.97
**Potential Upside/Downside:** 109%
**Tickers:** APPH

**APPH reported weaker than expected results and significantly lowered its FY21 guidance for sales and profitability. While management kept parts of its long-term guidance, the company now guides to only 9 facilities by 2025, while simultaneously reiterating it is on track to reach 12 (as previously guided). We expect a negative reaction.**

**2Q sales of $3.1mn was well below expectations,** mainly on the back of a lower than expected average sales price. Realized price during the quarter was ~$0.36/lbs, which compares unfavorably with our expectations of $0.73/lbs. Volume sold of 8.6mn lbs was up 126% sequentially, but fell short of our expectations as well.

**Guidance cut, LT outlook remains intact.** For FY21, management now sees revenues in the range of $7-9mn, which would mean a deceleration of results in 2H21, considering that as of June revenues stood at a little over $5mn. Adj. EBITDA loss as well is expected to be higher while CapEx has been increased to reflect incremental investments in current projects underway.

While results clearly were below expectations and disappointing, APPH has announced several initiatives to address current challenges in order to deliver its long-term vision. While we believe results will likely trigger a negative stock price reaction, we are confident the business model of controlled environment agriculture will work and be able to deliver results, once initial headwinds are overcome.

*Management will host a conference call today (8/11) at 8.20am EDT.*

**Figure 1: APPH 2Q21 Results Review (in $mn, except EPS)**

| Income Statement Highlights (in USD$ mn) | 2Q21 | 1Q21e (Barclays) | 2Q20 | 1Q21 | YoY | QoQ | vs. estimate |
|---|---|---|---|---|---|---|---|
| Sales | 3.1 | 4.0 | 0.0 | 2.3 | na | 36.5% | (21.6%) |
| Operating Income | (40.0) | (6.6) | (1.3) | (36.0) | 2,888.5% | 11.1% | 506.2% |
| EBITDA (calculated) | (30.7) | (6.7) | (1.2) | (28.1) | 2,436.4% | 9.4% | 356.8% |
| adj. EBITDA | (22.7) | (13.7) | (1.2) | (16.5) | 1,775.4% | 37.8% | 66.1% |
| Income Before Tax | (33.5) | (6.7) | (1.2) | (26.5) | 2,716.5% | 26.4% | 400.9% |
| Net Income | (32.0) | (6.7) | (1.2) | (28.5) | 2,591.1% | 12.3% | 378.6% |
| EPS (in $/share) | (0.32) | (0.06) | (0.12) | (0.35) | 160.6% | (9.4%) | 394.6% |
| | | | | | | | |
| Operating Margin | -1275.1% | -165.0% | na | -1567.0% | na | 29,195 | (111,008) |
| EBITDA margin | -978.3% | -168.0% | na | -1220.9% | na | 24,255 | (81,033) |
| adj. EBITDA margin | -723.4% | -341.7% | na | -716.3% | na | (708) | (38,172) |
| Net Margin | -1020.3% | -167.3% | na | -1240.3% | na | 22,005 | (85,302) |

Source: Company Reports, Barclays Research

Restricted - External

**Analyst(s) Certification(s):**

I, Benjamin M. Theurer, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be