# EXHIBIT 48

1

**BARCLAYS**

Equity Research
Consumer
12 August 2021

AppHarvest, Inc.

# Growing will take its time - PT to $13

We reduce our APPH price target by 48% to $13 but stay OW, as we remain optimistic on the prospects for controlled environment agriculture (CEA). While APPH not only missed on the quarter, its FY21 guidance cut was also meaningful, driving the stock down in yesterday's trading session.

==We continue to be believers of the need for CEA, and see APPH well positioned to be a leading player in a large arena.== While our long-term view has not changed meaningfully (i.e. we now see previously modeled 2025 revenues to be achieved in 2026), we believe building the concept of CEA from ground zero will require time and lessons to be learned.

**2Q21 results were lower than expected mainly on weaker pricing**, which in part was driven by lower average market prices, but mainly a self inflicted issue as APPH was not able to deliver enough Grade 1 tomatoes into its agreement with Mastronardi.

==Despite lowering our price target roughly to half, we remain OW on APPH.==

**APPH: Quarterly and Annual EPS (USD)**

| FY Dec | 2020 Actual | 2021 Old | 2021 New | 2021 Cons | 2022 Old | 2022 New | 2022 Cons | Change y/y 2021 | Change y/y 2022 |
|---|---|---|---|---|---|---|---|---|---|
| Q1 | N/A | -0.35A | -0.35A | -0.35A | -0.18E | -0.27E | -0.17E | N/A | 23% |
| Q2 | N/A | -0.16E | -0.32A | -0.16E | -0.17E | -0.25E | -0.16E | N/A | 22% |
| Q3 | N/A | -0.16E | -0.24E | -0.18E | -0.23E | -0.24E | -0.22E | N/A | 0% |
| Q4 | N/A | -0.18E | -0.25E | -0.18E | -0.19E | -0.24E | -0.16E | N/A | 4% |
| Year | -0.18A | -0.78E | -1.13E | -0.78E | -0.76E | -1.00E | -0.70E | N/A | 12% |
| P/E | N/A | | N/A | | | N/A | | | |

Consensus numbers are from Bloomberg received on 11-Aug-2021; 12:50 GMT
Source: Barclays Research

## | CORE

| APPH | **OVERWEIGHT** |
|---|---|
| | Unchanged |
| Americas Agribusiness | **NEUTRAL** |
| | Unchanged |
| Price Target | **USD 13.00** |
| | lowered -48% from USD 25.00 |
| Price (11-Aug-21) | **USD 8.51** |
| Potential Upside/Downside | **+52.8%** |

| Market Cap (USD mn) | 853 |
|---|---|
| Shares Outstanding (mn) | 100.28 |
| Free Float (%) | 63.55 |
| 52 Wk Avg Daily Volume (mn) | 1.0 |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -14.49 |
| Current BVPS (USD) | 4.51 |

Source: Bloomberg

| Price Performance | Exchange-Nasdaq |
|---|---|
| 52 Week range | USD 42.90-7.20 |




Source: IDC
Link to Barclays Live for interactive charting

**Americas Agribusiness**
**Benjamin M. Theurer**
+52 55 5241 3322
benjamin.theurer@barclays.com
BCCB, Mexico

**Antonio Hernandez, CFA**
+ 52 55 5241 3323
antonio.hernandez@barclays.com
BCCB, Mexico

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This research report has been prepared in whole or in part by equity research analysts based outside the US who are not registered/qualified as research analysts with FINRA.

**Please see analyst certifications and important disclosures beginning on page 6 .**

Completed: 11-Aug-21, 23:06 GMT    Released: 11-Aug-21, 23:11 GMT    Restricted - External

Barclays | AppHarvest, Inc.

## Conference Call Highlights

- Management expressed its disappointment with the results achieved during the quarter, having identified four major issues.

  - Lower quality production and impacted yield: during the quarter APPH had a significantly lower quality mix compared to estimates, which caused selling fewer USDA Grade 1 tomatoes to Mastronardi, affecting realized pricing.

  - APPH faced incremental distribution and re-packaging cost in order to sell tomatoes to other customers, as Grade 1 was not achieved in a too relevant part of its quarterly production.

  - Industry tomato prices hit a 10-year low, further impacting the company's net realized price (which at $0.36/lbs was down 41% sequentially).

  - Its initial organizational structure at the Morehead facility limited the immediate and necessary action taken.

- Management has identified the issues and is actively addressing those that can be addressed (i.e. all except industry pricing). As a result APPH significantly lowered its FY21 guidance:

  - Management now sees revenues of $7mn-$9mn (was $20mn-$25mn), adj. EBITDA loss of $70mn-$75mn (was a loss of $48mn-$52mn), and CapEx of $185mn-205mn (was $145mn-$155mn). CapEx guidance revision is mainly a function of having increased construction efforts at two additional sites during the quarter.

- APPH has currently four facilities under construction. Two are expected to be finished by summer next year, while the other two should start operations later in 4Q22.

- APPH also announced an overhaul and restructuring of its business (more details in the following section "AppHarvest 2.0").

- Long-term outlook for sales and adj. EBITDA is relatively unchanged, yet driven by fewer owned greenhouses (9 vs. 12 guided), offset by revenue generation from newly created TechCo solutions business and value added products.

- APPH is targeting to save $40mn in annual cost (mainly SG&A and partially on COGS), based on five initiatives:

  - Training and technology investment to increase overall productivity and reduce headcount of crop care specialists on a per acre basis.

  - Further investments in automation and ultimately scale operating more facilities, diluting certain overhead expenses.

  - Improve business processes and increase individual accountability at the farms.

  - Innovation to drive efficiencies at the greenhouse operation.

  - Having a special team of employees focusing on a smooth start-up of new facilities coming online.

12 August 2021