# EXHIBIT 51

OPPENHEIMER

EQUITY RESEARCH

## INITIATION OF COVERAGE

August 25, 2021

SUSTAINABLE GROWTH AND RESOURCE OPTIMIZATION

### Stock Rating:

## OUTPERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $10.00 |
| APPH - NASDAQ | $7.83 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $42.90-$6.66 |
| Shares Outstanding | 100.1M |
| Float | 63.6M |
| Market Capitalization | $785.2M |
| Avg. Daily Trading Volume | 1,767,869 |
| Dividend/Div Yield | $0.00/0.00% |
| Book Value | $5.95 |
| Fiscal Year Ends | Dec |
| 2021E ROE | NA |
| LT Debt | $72.5M |
| Preferred | $0.0M |
| Common Equity | $473M |
| Convertible Available | No |

*Trading range post-SPAC, since 2/1/2021.*

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2021E | 2.3A | 3.1A | 0.3 | 2.3 | 8.0 | NM |
| 2022E | -- | -- | -- | -- | 39.9 | NM |
| 2023E | -- | -- | -- | -- | 119.9 | NM |
| 2024E | -- | -- | -- | -- | 245.0 | NM |
| 2025E | -- | -- | -- | -- | 360.0 | NM |

| EBITDA ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2021E | (12.4)A | (22.7)A | (17.5) | (21.2) | (73.8) | NM |
| 2022E | -- | -- | -- | -- | (57.4) | NM |
| 2023E | -- | -- | -- | -- | (28.3) | NM |
| 2024E | -- | -- | -- | -- | 18.2 | NM |
| 2025E | -- | -- | -- | -- | 114.3 | NM |

| EPS GAAP | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2021E | (0.35)A | (0.32)A | (0.30) | (0.34) | (1.31) | NM NM |
| 2022E | -- | -- | -- | -- | (1.08) | NM NM |
| 2023E | -- | -- | -- | -- | (0.95) | NM NM |
| 2024E | -- | -- | -- | -- | (0.56) | NM NM |
| 2025E | -- | -- | -- | -- | 0.29 | 27.0x 27.0x |

**Kristen Owen, CFA**
212-667-7794
Kristen.Owen@opco.com

**Colin Rusch**
212-667-7787
Colin.Rusch@opco.com

**Noah Kaye**
212-667-7936
Noah.Kaye@opco.com

**Joseph Beninati**
212-667-8416
Joseph.Beninati@opco.com

Disseminated: August 25, 2021 16:01 EDT; Produced: August 25, 2021 16:01 EDT

# AppHarvest

## APPH: Initiating Coverage at ==Outperform== with $10 PT

### SUMMARY

We are initiating coverage on AppHarvest (APPH) with an Outperform rating and $10 price target. Amid the expanding universe of controlled environment agriculture (CEA) operators, we view APPH as a leader in greenhouse construction and operations. We believe scale, accelerated learning cycles, and capital efficiency are key differentiators. Having completed its first growing season and with lessons learned, we view APPH as a potential standout in this regard. Given development in process on five of nine facilities, we believe APPH is well positioned to deliver on its updated 2025 targets while the announced corporate restructuring enables improved access to capital. Given the stock price at a discount to its SPAC transaction value, we see shares trading at an attractive entry point, supporting our Outperform rating.

### KEY POINTS

■ **CEA: bringing scale to localization.** How agriculture is practiced today is unsustainable if we are to meet the needs of our growing population without further detriment to our planet's natural resources. CEA as a mechanism for scaled, distributed fresh food production has the potential to significantly increase land productivity through yield enhancement while simultaneously providing resiliency and redundancy to the supply chain.

■ **Restructuring an engine for future growth.** While 2Q results came in below expectations, APPH's announced restructuring added significantly more for investors to digest. ==We view operational issues as transitory. Structurally, we believe the reorganization will prove prescient, though execution will take longer to demonstrate.== Key to the reorg is a corporate entity structured for project financing.

■ **Executing expansion roadmap.** APPH has already demonstrated a track record for navigating its breakneck expansion plans. APPH constructed and began harvesting its first 60-acre facility in less than two years. APPH has broken ground on five of nine planned facilities by 2025. We believe its competitive advantage is in permitting and construction, a product of its local community commitment.

■ **Technology integration offers path to capital efficacy gains.** We believe an important differentiator in the expanding CEA space will be the pace at which companies are able to integrate information about prior harvests to improve future yield/quality. Enhanced by the acquisition of Root AI, we believe the company is well positioned to see accelerated learning cycles through enhanced data analytics and human-complementary automation.

■ **Initiating Outperform, $10 PT.** Our PT applies 3.5x to our 2025 revenue estimate of $360M, discounted one year at 15%. Given shares trading at a discount to their SPAC valuation, we see an attractive entry point. We believe our 15% discount rate reflects execution risk embedded in shares and believe APPH can benefit from multiple expansion as it demonstrates future learning cycles.

### Stock Price Performance

**1 Year Price History for APPH**

### Company Description

AppHarvest is a Kentucky-based developer and operator of advanced, large-scale greenhouses.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

2

# Initiating Coverage on AppHarvest

We are initiating coverage on AppHarvest (APPH) with an Outperform rating and $10 price target. Amid the expanding universe of controlled environment agriculture (CEA) operators, we view APPH as a leader in greenhouse construction and operations. We believe scale, accelerated learning cycles, and capital efficiency are key differentiators in this space. Having completed its first growing season and with lessons learned, we view APPH as a potential standout in this regard. Given development in process on five of nine facilities, we believe APPH is well positioned to deliver on its updated 2025 targets while the announced corporate restructuring enables improved access to capital. We see technology playing an important role in hastening production learning cycles, accelerated by the Root AI acquisition and streamlined managerial oversight. At the same time, we believe APPH's long-term distribution partnership with Mastronardi provides sales channel visibility, a benefit not common among CEA growers. Trading at a discount to its SPAC transaction value, we see an attractive entry point, supporting our Outperform rating.

**Controlled environment agriculture bringing scale to localization.** We believe CEA is to agriculture what distributed power is to energy production and see development occurring along a similar trajectory. How agriculture is practiced today —similar to how the vast majority of electricity is generated today—is unsustainable if we are to meet the needs of our growing population without further detriment to our planet's natural resources. CEA has the potential to significantly increase land productivity through yield enhancement. Additionally, localized food production at scale has the ability to provide resiliency and redundancy to the supply chain. Longer-term we see similar financing structures reducing capital costs, fueling further development.

**Restructuring an engine for future growth.** While 2Q results came in below expectations, APPH's announced restructuring added significantly more for investors to digest. We view operational issues as transitory. Structurally, we believe the reorganization will prove prescient, though execution will take longer to demonstrate. Key to the reorg is a corporate entity that can more easily take advantage of project financing. Over time, APPH begins to look more like a development company; a portfolio of independently financed farms based on each facility's unique cash flows. As APPH improves its operations, those cash flows become more predictable. This in turn enables a lower cost of debt financing, improving equity returns, and unlocking future growth potential. We believe the blueprint exists in the distributed power industry and believe those CEA players that come to this conclusion early on will be best positioned for long-term shareholder returns.

**Executing expansion roadmap.** Although experiencing some of the growing pains associated with being an early growth stage company, APPH has already demonstrated a strong track record for navigating its breakneck expansion plans. APPH constructed and began harvesting its first 60-acre facility—one of the largest of its kind in the US—in less than two years, despite the pandemic. By late-June 2021, the company had broken ground on five of its planned facilities by 2025. We believe one of the company's key competitive advantages is its ability to manage the permitting and construction processes. We see this as a byproduct of the company's pledge to investing in its local Appalachian community, a key tenant of its mission and public benefit corporation commitment.

**Technology integration offers path to capital efficacy gains.** We believe an important differentiator in the expanding CEA space will be the pace at which companies are able to integrate information about prior harvests to improve the yield or quality of future harvests. Technology advancement is embedded in APPH's approach to its facilities. Enhanced by the acquisition of Root AI, we believe the company is well positioned to see accelerated learning cycles through enhanced data analytics and human-complementary automation. Over time we believe these learning cycles can further enhance yield productivity, lowering unit economics, and accelerating capital efficiency.



## Restructuring an engine for future growth

While 2Q results came in below expectations, APPH's announced reorganization added significantly more for investors to digest. Were the issue merely operational, we think the stock reaction would have been negative, though to a lesser extent (through 8/23/21, APPH is down ~35% since reporting 8/11 vs. S&P 500 gain of ~1%). We believe the structural reorganization led to significant investor confusion, complicating what was previously considered a straightforward business model.

We see the two issues (operational and structural) as highly interrelated. Addressing the former, we believe labor productivity and yield quality issues are transitory and are not unique to APPH. Having rapidly scaled operations and quadrupled its workforce in less than a year, there were bound to be inefficiencies. APPH's net pricing model amplified the impact. We do not see any meaningful impediment to productivity and/or quality improving at a steady clip throughout the next growing season (beginning 4Q). These lessons learned will also elevate the baseline for future farms.

Structurally, we believe the reorganization will prove prescient, though execution will take longer to demonstrate. Key to the reorg is a corporate entity that can more easily take advantage of project financing. Over time, APPH begins to look more like a development company; a portfolio of independently financed farms based on each facility's unique cash flows. As APPH improves its operations, those cash flows become more predictable. This in turn enables a lower cost of debt financing, improving equity returns, and unlocking future growth potential. We believe the blueprint exists in the distributed power industry and believe those CEA players that come to this conclusion early on will be best positioned for long-term shareholder returns. See **page 21** for additional discussion.

## Recut on build-out and revenue ramp

As an early growth stage company, AppHarvest has already demonstrated a strong track record for navigating its breakneck facility expansion plans. AppHarvest constructed and began harvesting its first 60-acre facility—one of the largest of its kind in the US—in less than two years, despite the pandemic. By late-June 2021, the company had broken ground on five of its planned facilities.

However, this type of rapid expansion does not often come without growing pains.

With the first season under its belt, AppHarvest's 2Q21 results and updated short- and long-term financial guidance disappointed. Key drivers behind the miss appear transitory; an inexperienced work force and historically low market pricing for tomatoes. The company took the opportunity to de-risk the long-term outlook, incorporating a more achievable target of nine facilities by 2025, from its initial outlook of 12. Total revenue of $350–400M is unchanged, though mix has shifted to incorporate new streams from technology monetization and value-added product sales. Baseline sales reflect moderated assumptions for long-term price inflation. It is worth noting that these expectations do not assume the contribution of any consolidated GrowthCo entities.



**Exhibit 9: AppHarvest Updated 2025 Guidance**



Source: Company Presentation

Despite its initial challenges, we believe the first harvest demonstrated AppHarvest's ability to produce yield. We believe quality issues (fewer USDA No. 1 tomatoes as a percentage of yield) will improve as the workforce and training programs mature and incorporate a season's worth of experience. Improving quality can have a multiplier effect, impacting both sellable yield and net pricing. Importantly, we do not see these challenges as unique to AppHarvest or its business model. We anticipate that as other CEA companies and facilities ramp, AppHarvest's experience will serve as an important reminder for how difficult moving from pilot to production can be.

**Bridge to 2025 guidance**

With respect to its updated future sites and expansion plans, we believe one of the company's fundamental competitive advantages is its ability to manage the permitting and construction processes. We see this as a byproduct of the company's pledge to investing in its local Appalachian community, a key tenant of its mission and public benefit corporation commitment. Given five facilities already well underway, we believe an additional four by year-end 2025 is achievable.

Bridging the gap from three fewer facilities, we believe leadership provided by President David Lee, and board member Martha Stewart, lend substantial credibility to launching value-added products. The company noted early trails with salsa and Bloody Mary mix varietals as potential examples of the three value-added products it intends to bring to market by year-end 2022. We believe these products can help to further the reach of the AppHarvest brand in what is largely an unbranded section of the grocery store.

TechCo sales make up the remainder of the change in guidance. Despite having a pilot customer already in hand for FarmOps, technology monetization is likely to develop over a longer time frame than traditional revenue streams. Robotics are notoriously difficult to sell at scale, while operations solutions and enterprise software will take time to develop and ruggedize. Our financial model (pp. 27–31) assumes a discount to management's target of $40–50M in 2025 TechCo sales.

We summarize key elements of our model below.