**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 21-cv-7985-LJL |
| | Hon. Lewis J. Liman |

## PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and time designated by the Court, or by some other means chosen by the Court, in Courtroom 15C of the Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York, NY 1007 before the Honorable Lewis J. Liman, or any Judge sitting in his stead, Lead Plaintiff Alan Narzissenfeld ("Plaintiff") will and hereby does move this Court, pursuant to Rule15(a)(2) of the Federal Rules of Civil Procedure and consistent with the Court's Individual Practices in Civil Cases 3(C), for an Order Granting Plaintiff leave to amend the First Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 46).

In support of this Motion, Plaintiff relies upon the accompanying Memorandum of Law, the Declaration of Shannon L. Hopkins filed herewith, the Exhibits attached thereto, and such other written or oral arguments as may be requested or permitted by the Court.

DATED: June 30, 2022

Respectfully submitted,
**LEVI & KORSINSKY, LLP**

By:   */s/Shannon L. Hopkins*
    Shannon L. Hopkins (SH-1887)
    Gregory M. Potrepka (GP-1275)
    Michael J. Keating (*Pro Hac Vice*)
    1111 Summer Street, Suite 403
    Stamford, CT 06905
    Telephone: (203) 992-4523

1

2

Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
mkeating@zlk.com

*Counsel for Lead Plaintiff and Lead Counsel
for the Class*