**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re AppHarvest Securities Litigation |

Case No. 21-cv-7985-LJL

Hon. Lewis J. Liman

### DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

I, Shannon L. Hopkins, hereby declare as follows:

1.      I am a partner at Levi & Korsinsky LLP, counsel on behalf of lead Plaintiff Alan Narzissenfeld ("Plaintiff"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Plaintiff's Motion for Leave to Amend Complaint.

3.      Attached hereto as Exhibit A is a true and correct copy of the redline version of the Proposed Second Consolidated Class Action Complaint (the "PSAC") as compared to the First Consolidated Amended Class Action Complaint (ECF No. 46).

4.      Attached hereto as Exhibit B is a true and correct copy of the file-ready version of the PSAC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June, 2022, at Stamford, Connecticut.

By:   */s/Shannon L. Hopkins*
Shannon L. Hopkins
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
*Counsel for Lead Plaintiff and Lead Counsel*
*for the Class*