**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re AppHarvest Securities Litigation | Case No. 21-cv-7985-LJL |
| --- | --- |
| | Hon. Lewis J. Liman |

**LEAD PLAINTIFF'S MEMORANDUM IN OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST**
**CONSOLIDATED AMENDED COMPLAINT**

Lead Plaintiff Alan Narzissenfeld ("Plaintiff") respectfully requests this Court deny Defendants' Motion to Dismiss Plaintiff's First Consolidated Amended Complaint (ECF No. 50) as moot. Pending before this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), and consistent with the Court's Individual Practices in Civil Cases 3(C), is Plaintiff's Motion for Leave to Amend the First Consolidated Class Action Complaint (ECF No. 46). As Your Honor has previously held an indistinguishable circumstance:

> It is more prudent, more efficient, and fairer to consider a motion to dismiss on the basis of all the facts alleged in an amended complaint rather than to consider first the original complaint and then (assuming the Court were to agree with Defendants that that complaint should be dismissed) whether Plaintiff be granted leave to file an amended complaint.

*Multi Access Ltd. v. Guangzhou Baiyunshan Pharm. Holdings Co., Ltd.,* 2021 WL 5647790, at *1 (S.D.N.Y. Nov. 30 2021) (Liman, J.) (granting leave to amend and denying motion to dismiss as moot). Because Plaintiff's motion to for leave to amend is not made in bad faith, will not unduly prejudice Defendants, and is not futile, the Court should follow *Multi Access* and deny Defendants' pending motion to dismiss as moot.

Wherefore, Plaintiff respectfully requests that this Court Deny Defendants' motion to dismiss as moot.

1

DATED: June 30, 2022           Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By:    */s/Shannon L. Hopkins*
      Shannon L. Hopkins (SH-1887)
      Gregory M. Potrepka (GP-1275)
      Michael J. Keating (*Pro Hac Vice*)
      1111 Summer Street, Suite 403
      Stamford, CT 06905
      Telephone: (203) 992-4523
      Facsimile: (212) 363-7171
      shopkins@zlk.com
      gpotrepka@zlk.com
      mkeating@zlk.com

      *Counsel for Lead Plaintiff and Lead Counsel for the Class*

2