**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re AppHarvest Securities Litigation | Case No. 21-cv-7985-LJL |
|---|---|
| | Hon. Lewis J. Liman |

### DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

I, Shannon L. Hopkins, hereby declare as follows:

1.      I am a partner at Levi & Korsinsky LLP, counsel on behalf of lead plaintiff Alan Narzissenfeld ("Plaintiff"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Plaintiff's Reply Memorandum in Further Support of Plaintiff's Motion for Leave to Amend Complaint.

3.      Attached hereto as Exhibit C is a true and correct copy of a June 23, 2022 email from Greg Potrepka to Peter Adams.

4.      Attached hereto as Exhibit D is a true and correct copy of a June 28, 2022 email from Peter Adams to Greg Potrepka.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July, 2022, at Stamford, Connecticut.

By: */s/Shannon L. Hopkins*
   Shannon L. Hopkins
   **LEVI & KORSINSKY, LLP**
   1111 Summer Street, Suite 403
   Stamford, CT 06905
   Telephone: (203) 992-4523
   Facsimile: (212) 363-7171
   shopkins@zlk.com
   *Counsel for Lead Plaintiff and Lead Counsel*
   *for the Class*