

1111 Summer Street, Ste. 403
Stamford, CT 06905
T: 203-992-4523
F: 212-363-7171
www.zlk.com

**Gregory M. Potrepka**
gpotrepka@zlk.com

August 11, 2022

<u>**VIA ECF**</u>

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:**   *In re AppHarvest Securities Litigation,* Case No. 21-cv-7985-LJL

Dear Judge Liman:

I represent Lead Plaintiff Alan Narzissenfeld. I write to respectfully request leave to submit a corrected Second Consolidated Amended Class Action Complaint. Lead Plaintiff seeks to correct a single inadvertently missing citation located on Page vi of the complaint. I have met and conferred with defense counsel and they do not oppose this request.

Attached to this letter as Exhibit 1 and Exhibit 2, respectively, are redline and clean versions of the proposed corrected Second Consolidated Amended Class Action Complaint for Your Honor's information and convenience.

I am available at Your Honor's convenience should you have any questions.

Very truly yours,

/s/ *Gregory M. Potrepka*
Gregory M. Potrepka

CC: All Counsel of Record

NEW YORK  •  WASHINGTON, D.C.  •  CONNECTICUT  •  CALIFORNIA