UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re AppHarvest Securities Litigation

Case No. 1:21-cv-07985-LJL

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND CONSOLIDATED AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Aric H. Wu and exhibits and appendices thereto, and all prior pleadings and proceedings herein, Defendants AppHarvest, Inc., Jonathan Webb, Loren Eggleton, and David Lee will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing Plaintiff's Second Consolidated Amended Complaint with prejudice and without leave to amend. Defendants move for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the Second Consolidated Amended Complaint fails to state a claim and fails to satisfy the pleading requirements of Federal Rules of Civil Procedure 8(a) and 9(b) and the Private Securities Litigation Reform Act of 1995, as amended.

Dated:  September 23, 2022

Respectfully submitted,

COOLEY LLP

By: */s/ Aric H. Wu*
        Aric H. Wu

55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
ahwu@cooley.com

Peter M. Adams (*pro hac vice*)
Linh K. Nguyen (*pro hac vice*)
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
padams@cooley.com
lknguyen@cooley.com

Zachary D. Williams (*pro hac vice forthcoming*)
1144 15th Street Suite 2300
Denver, CO 80202
Tel: (720) 566-4000
zwilliams@cooley.com

*Attorneys for Defendants AppHarvest, Inc.,*
*Jonathan Webb, Loren Eggleton, and David Lee*

2