**Appendix A**
**Summary of Risk Warnings in AppHarvest's SEC Filings and Press Releases**[1]

| Risk Disclosure | CAC + Exhibit |
|---|---|
| **Risks Regarding Managing Growth, Taking Advantage of Market Opportunities** | |
| "…Even if [AppHarvest's] investments do result in the growth of its business, **if AppHarvest does not effectively manage its growth, it may not be able to execute on its business plan** and vision, respond to competitive pressures, **take advantage of market opportunities, satisfy customer requirements or maintain high-quality product offerings, any of which could adversely affect AppHarvest's business, financial condition and results of operations.**" <br><br> [OR] <br><br> "…Even if [AppHarvest's] investments do result in the growth of our business, **if we do not effectively manage our growth, we may not be able to execute on our business plan** and vision, respond to competitive pressures, **take advantage of market opportunities, satisfy customer requirements or maintain high-quality product offerings, any of which could adversely affect our business, financial condition and results of operations.**" | ¶¶161, 165, 181, 188, 202, 229, 238 <br><br> Ex. 4 at 8 <br><br> Ex. 9 at 3 (by reference) <br><br> Ex. 14 at 6 <br><br> Ex. 18 at 3 (by reference) <br><br> Ex. 10 at 6 <br><br> Ex. 20 at 7 <br><br> Ex. 30 at 6 <br><br> Ex. 31 at 6 |
| "**In future periods, revenue growth could slow or revenue could decline for a number of reasons, including** slowing demand for AppHarvest's products, increasing competition, a decrease in the growth of the overall market, or **AppHarvest's failure, for any reason, to take advantage of growth opportunities. If AppHarvest's assumptions regarding these risks and uncertainties and future revenue growth are incorrect or change, or if it does not address these risks successfully, AppHarvest's operating and financial results could differ materially from its expectations, and its business could suffer.**" <br><br> [OR] <br><br> "**In future periods, revenue growth could slow or revenue could decline for a number of reasons, including** slowing demand for our products, increasing competition, a decrease in the growth of the overall market, or **our** | ¶¶161, 165, 181, 188, 202, 229, 238 <br><br> Ex. 4 at 15 <br><br> Ex. 9 at 3 (by reference) <br><br> Ex. 10 at 12 <br><br> Ex. 14 at 13 <br><br> Ex. 10 at 13 |

---

[1] Citations to "¶ _" refer to the Second Consolidated Amended Class Action Complaint ("SAC") (Dkt. 76). Plaintiff asserts that all bolded and underlined statements set forth in the CAC were materially false and/or misleading, while non-bolded statements are included in the CAC for context only. (¶148.) *Italic* text denotes emphasis in the CAC. "Ex. _" refers to the exhibits to the Declaration of Aric H. Wu. This is a summary only; Defendants reserve the right to assert that additional risk warnings apply.

**A-1**

| Risk Disclosure | CAC + Exhibit |
|---|---|
| **failure, for any reason, to take advantage of growth opportunities. If our assumptions regarding these risks and uncertainties and future revenue growth are incorrect or change, or if we do not address these risks successfully, our operating and financial results could differ materially from our expectations, and our business could suffer.**" | Ex. 18 at 3 (by reference)<br>Ex. 20 at 13<br>Ex. 30 at 13<br>Ex. 31 at 13 |
| "*AppHarvest may be unable to successfully execute on its growth strategy.*<br><br>… Identifying, planning, developing, constructing and finishing new controlled environment agriculture facilities in Central Appalachia has required and will continue to require substantial time and resources. Greenhouses, such as the Morehead facility, require a large amount of flat land with a maximum cut and fill area, the ability to obtain the appropriate permits and approvals, sufficient utilities and road access and adequate labor availability, among other things. AppHarvest may be unsuccessful in identifying available sites in Central Appalachia that are conducive to its planned projects, and even if identified, AppHarvest may ultimately be unable to lease or purchase the land for any number of reasons. Because of the capital-intensive nature of these projects, AppHarvest will need to prioritize which sites it plans to develop, and there can be no guarantee that AppHarvest will select or prioritize sites that will ultimately prove to be appropriate for construction." | Ex. 4 at 12–13<br>Ex. 9 at 3 (by reference)<br>Ex. 10 at 9–10<br>Ex. 14 at 10–11<br>Ex. 10 at 10–11<br>Ex. 18 at 3 (by reference)<br>Ex. 20 at 11<br>Ex. 30 at 10–11<br>Ex. 31 at 10–11 |
| "*AppHarvest's estimates of market opportunity and forecasts of market growth may prove to be inaccurate, and even if the market in which AppHarvest competes achieves the forecasted growth, AppHarvest's business could fail to grow at similar rates, if at all.*" | Ex. 4 at 16<br>Ex. 9 at 3 (by reference)<br>Ex. 10 at 13<br>Ex. 14 at 14<br>Ex. 10 at 14<br>Ex. 18 at 3 (by reference)<br>Ex. 20 at 14<br>Ex. 30 at 14<br>Ex. 31 at 14 |

| Risk Disclosure | CAC + Exhibit |
|---|---|
| **Risks Regarding Labor** | |
| "*AppHarvest depends on employing a skilled local labor force, and <u>failure to attract and retain qualified employees could negatively impact AppHarvest's business, results of operations and financial condition</u>.*" [OR] "*We depend on employing a skilled local labor force, and <u>failure to attract and retain qualified employees could negatively impact our business, results of operations and financial condition</u>.*" | ¶¶161, 165, 181, 188, 202, 229, 238 Ex. 4 at 6 Ex. 9 at 3 (by reference) Ex. 10 at 7 Ex. 14 at 8 Ex. 10 at 8 Ex. 18 at 3 (by reference) Ex. 20 at 9 Ex. 30 at 8 Ex. 31 at 8 |
| "…even **<u>if AppHarvest is able to identify, hire and train its labor force, there is no guarantee that AppHarvest will be able to retain these employees. Any shortage of labor or lack of regular availability could restrict AppHarvest's ability to operate its greenhouses profitably, or at all</u>**." [OR] "…even **<u>if we are able to identify, hire and train its [sic] labor force, there is no guarantee that we will be able to retain these employees. Any shortage of labor or lack of regular availability could restrict our ability to operate our greenhouses profitably, or at all</u>.**" | ¶¶161, 165, 181, 188, 202, 229, 238 Ex. 4 at 10–11 Ex. 9 at 3 (by reference) Ex. 10 at 7 Ex. 14 at 8 Ex. 10 at 8 Ex. 18 at 3 (by reference) Ex. 20 at 9 Ex. 30 at 8 Ex. 31 at 8 |

| Risk Disclosure | CAC + Exhibit |
|---|---|
| ***AppHarvest depends on employing a skilled local labor force, and failure to attract and retain qualified employees could negatively impact AppHarvest's business, results of operations and financial condition.***<br><br>Agricultural operations are labor intensive, and the growing season for greenhouses is year-round. In general, each year, AppHarvest plans to begin planting in September, grow and harvest the produce into June or July and then remove plants and clean the greenhouse in August. These year-round operations depend on the regular availability of labor in Appalachia . . . there is competition for skilled agricultural labor in the region, particularly from the cannabis industry, and even if AppHarvest is able to identify, hire and train its labor force, there is no guarantee that AppHarvest will be able to retain these employees. Any shortage of labor or lack of regular availability could restrict AppHarvest's ability to operate its greenhouses profitably, or at all. | Ex. 4 at 10–11<br>Ex. 9 at 3 (by reference)<br>Ex. 10 at 7<br>Ex. 14 at 8<br>Ex. 10 at 8<br>Ex. 18 at 3 (by reference)<br>Ex. 20 at 9<br>Ex. 30 at 8<br>Ex. 31 at 8 |
| "***If AppHarvest fails to retain and motivate members of its management team or other key crew members, its business and future growth prospects would be harmed.***<br>. . . From time to time, there may be changes in AppHarvest's executive management team or other key crew members resulting from the hiring or departure of these personnel. The loss of one or more of executive officers, or the failure by the executive team to effectively work with crew members and lead the company, could harm AppHarvest's business." | Ex. 4 at 11<br>Ex. 9 at 3 (by reference)<br>Ex. 10 at 8<br>Ex. 14 at 17<br>Ex. 10 at 17<br>Ex. 18 at 3 (by reference)<br>Ex. 20 at 17<br>Ex. 30 at 17<br>Ex. 31 at 17 |
| **Risks Regarding Rejection of AppHarvest's Products, Quality Problems** ||
| "<u>**Any significant or unexpected rejection of AppHarvest's products could negatively impact AppHarvest's results of operations, and AppHarvest may be unable to sell the rejected products to other third parties.**</u>"<br>[OR] | ¶¶161, 165, 181, 188, 202, 229, 238<br>Ex. 4 at 11<br>Ex. 9 at 3 (by reference) |

A-4

| Risk Disclosure | CAC + Exhibit |
|---|---|
| "**Any significant or unexpected rejection of our products could negatively impact our results of operations, and we may be unable to sell the rejected products to other third parties.**" | Ex. 10 at 8<br>Ex. 14 at 9<br>Ex. 10 at 9<br>Ex. 18 at 3 (by reference)<br>Ex. 20 at 10<br>Ex. 30 at 9<br>Ex. 31 at 9 |
| "**If AppHarvest's products** fail to gain market acceptance, are restricted by regulatory requirements or **have quality problems, the company *may* not be able to fully recover costs and expenses incurred in its operation, and its business, financial condition or results of operations *could* be materially and adversely affected.**"<br><br>[OR]<br><br>"**If our products** fail to gain market acceptance, are restricted by regulatory requirements or **have quality problems, the company may not be able to fully recover costs and expenses incurred in our operation, and our business, financial condition or results of operations could be materially and adversely affected.**" | ¶¶161, 165, 188, 202, 229, 238<br>Ex. 4 at 12<br>Ex. 9 at 3 (by reference)<br>Ex. 10 at 9<br>Ex. 14 at 10<br>Ex. 10 at 10<br>Ex. 18 at 3 (by reference)<br>Ex. 20 at 10<br>Ex. 30 at 10<br>Ex. 31 at 10 |
| "*Mastronardi is currently AppHarvest's sole, exclusive marketing and distribution partner. AppHarvest is highly dependent on this relationship, and impairment to or termination of this relationship could adversely affect AppHarvest's results of operation and financial condition.*<br><br>Mastronardi is only obligated to purchase AppHarvest's products that are at or above USDA Grade No. 1 standards and export quality standards within North America and of a quality required by Mastronardi's customers, in Mastronardi's sole determination. The Mastronardi Morehead Agreement provides for an inspection period during which Mastronardi will inspect AppHarvest's produce to determine whether it meets the required quality | Ex. 4 at 11<br>Ex. 9 at 3 (by reference)<br>Ex. 10 at 8<br>Ex. 14 at 9<br>Ex. 10 at 9<br>Ex. 18 at 3 (by reference) |

| Risk Disclosure | CAC + Exhibit |
|---|---|
| standards, and Mastronardi may reject and return any of AppHarvest's products that do not meet these standards. Any significant or unexpected rejection of AppHarvest's products could negatively impact AppHarvest's results of operations, and AppHarvest may be unable to sell the rejected products to other third parties. Further, because Mastronardi acts as an intermediary between AppHarvest and the retail grocers or foodservice providers, AppHarvest does not have short-term or long-term commitments or minimum purchase volumes with them that ensure future sales of its products. | Ex. 20 at 9–10 Ex. 30 at 9 Ex. 31 at 9 |
| **Risks Regarding COVID-19** | |
| "**The COVID-19 pandemic could negatively impact on AppHarvest's business, results of operations and financial condition.***[…]*" [OR] "**The COVID-19 pandemic could negatively impact on our business, results of operations and financial condition.***[…]*" | ¶¶161, 165, 181, 188, 202, 229, 238 Ex. 4 at 18 Ex. 9 at 3 (by reference) Ex. 10 at 15 Ex. 14 at 15 Ex. 10 at 15 Ex. 18 at 3 (by reference) Ex. 20 at 16 Ex. 30 at 16 Ex. 31 at 16 |
| "…**Although AppHarvest has not experienced material financial impacts due to the pandemic**, the fluid nature of the COVID-19 pandemic and uncertainties regarding the related economic impact are likely to result in sustained market turmoil, which could also negatively impact the company's business, financial condition and cash flows. Although AppHarvest's business is considered an "essential business," **the COVID-19 pandemic could result in labor shortages, which could result in AppHarvest's inability to plant and harvest crops at full capacity and could result in spoilage or loss of unharvested crops.…The extent of COVID-19's effect on AppHarvest's operational and financial performance will depend on future developments,** including the duration, | ¶¶161, 165, 181, 188, 202, 229, 238 Ex. 4 at 18 Ex. 9 at 3 (by reference) Ex. 10 at 15 Ex. 14 at 16 |

A-6

| Risk Disclosure | CAC + Exhibit |
|---|---|
| spread and intensity of the pandemic, all of which are uncertain and difficult to predict considering the rapidly evolving landscape. **As a result, it is not currently possible to ascertain the overall impact of COVID-19 on AppHarvest's business. However, if the pandemic continues to persist as a severe worldwide health crisis, the disease could negatively impact AppHarvest's business, financial condition results of operations and cash flows, and may also have the effect of heightening many of the other risks described in this "Risk Factors" section.**"<br><br>[OR]<br><br>"…**Although we have not experienced material financial impacts due to the pandemic**, the fluid nature of the COVID-19 pandemic and uncertainties regarding the related economic impact are likely to result in sustained market turmoil, which could also negatively impact the company's business, financial condition and cash flows. Although our business is considered an "essential business," **the COVID-19 pandemic could result in labor shortages, which could result in our inability to plant and harvest crops at full capacity and could result in spoilage or loss of unharvested crops.…The extent of COVID-19's effect on our operational and financial performance will depend on future developments**, including the duration, spread and intensity of the pandemic, all of which are uncertain and difficult to predict considering the rapidly evolving landscape. **As a result, it is not currently possible to ascertain the overall impact of COVID-19 on our business. However, if the pandemic continues to persist as a severe worldwide health crisis, the disease could negatively impact our business, financial condition results of operations and cash flows, and may also have the effect of heightening many of the other risks described in this "Risk Factors" section.**" | Ex. 10 at 16<br><br>Ex. 18 at 3 (by reference)<br><br>Ex. 20 at 16<br><br>Ex. 30 at 16<br><br>Ex. 31 at 16 |
| "*The COVID-19 pandemic could negatively impact on AppHarvest's business, results of operations and financial condition.*<br><br>In connection with the COVID-19 pandemic, governments have implemented significant measures, including closures, quarantines, travel restrictions and other social distancing directives, intended to control the spread of the virus. Companies have also taken precautions, such as requiring employees to work remotely imposing travel restrictions and temporarily closing businesses. To the extent that these restrictions remain in place, additional prevention and mitigation measures are implemented in the future, or there is uncertainty about the effectiveness of these or any other measures to contain or treat COVID-19, there is likely to be an adverse impact on global economic conditions and consumer confidence | Ex. 4 at 18–19<br><br>Ex. 9 at 3 (by reference)<br><br>Ex. 10 at 15–16<br><br>Ex. 14 at 15–16<br><br>Ex. 10 at 15–16<br><br>Ex. 18 at 3 (by reference)<br><br>Ex. 20 at 16 |

| Risk Disclosure | CAC + Exhibit |
|---|---|
| and spending, which could materially and adversely affect AppHarvest's operations and demand for its products . . . The impact of COVID-19 on any of AppHarvest's suppliers, distributors, transportation or logistics providers may negatively affect AppHarvest's costs of operation and its supply chain. If the disruptions caused by COVID-19, including decreased availability of labor, continue for an extended period of time, AppHarvest's ability to meet the demands of distributors and customers may be materially impacted. Further, COVID-19 may impact customer and consumer demand. Retail and grocery stores may be impacted if governments continue to implement regional business closures, quarantines, travel restrictions and other social distancing directives to slow the spread of the virus. There may also be significant reductions or volatility in consumer demand for AppHarvest's products due to travel restrictions or social distancing directives, as well as the temporary inability of consumers to purchase these products due to illness, quarantine or financial hardship, shifts in demand away from one or more of AppHarvest's products, decreased consumer confidence and spending or pantry-loading activity, any of which may negatively impact AppHarvest's results, including as a result of an increased difficulty in planning for operations and future growing seasons. The extent of COVID-19's effect on AppHarvest's operational and financial performance will depend on future developments, including the duration, spread and intensity of the pandemic, all of which are uncertain and difficult to predict considering the rapidly evolving landscape. As a result, it is not currently possible to ascertain the overall impact of COVID-19 on AppHarvest's business. However, if the pandemic continues to persist as a severe worldwide health crisis, the disease could negatively impact AppHarvest's business, financial condition results of operations and cash flows, and may also have the effect of heightening many of the other risks described in this "Risk Factors" section. | Ex. 30 at 16 Ex. 31 at 16 |
| "*AppHarvest builds controlled environment agriculture facilities which may be subject to unexpected costs and delays due to reliance on third parties for construction, material delivery, supply-chains and fluctuating material prices.* . . . COVID-19 continues to impact worldwide economic activity, and the governments of many countries, states, cities and other geographic regions have taken preventative or protective actions which are creating disruption in global supply chains such as closures or other restrictions on the conduct of business operations of manufacturers, suppliers and vendors. The | Ex. 4 at 14 Ex. 9 at 3 (by reference) Ex. 10 at 11 Ex. 14 at 11–12 Ex. 10 at 11–12 |

A-8

| Risk Disclosure | CAC + Exhibit |
|---|---|
| increased global demand on shipping and transport services may cause AppHarvest to experience delays in the future which could impact its ability to obtain materials or build its greenhouses in a timely manner. These factors could otherwise disrupt AppHarvest's operations and could negatively impact its business, financial condition and results of operations." | Ex. 18 at 3 (by reference) <br> Ex. 20 at 12 <br> Ex. 30 at 12 <br> Ex. 31 at 12 |
| **Risks Regarding AppHarvest's Lack of Experience and Ramp-Up Period** | |
| "***AppHarvest has only just begun its first growing season, which makes it difficult to forecast future results of operations***. <br><br> AppHarvest's first controlled environment agriculture facility, the Morehead facility, partially opened in October 2020, marking the beginning of the company's first growing season. As a result, <u>AppHarvest's ability to accurately forecast future results of operations is limited and subject to a number of uncertainties, including its ability to plan for and model future growth</u>. In future periods, revenue growth could slow or revenue could decline for a number of reasons, including slowing demand for AppHarvest's products, increasing competition, a decrease in the growth of the overall market, or AppHarvest's failure, for any reason, to take advantage of growth opportunities. If AppHarvest's assumptions regarding these risks and uncertainties and future revenue growth are incorrect or change, or if it does not address these risks successfully, AppHarvest's operating and financial results could differ materially from its expectations, and its business could suffer." | Ex. 4 at 15 <br> Ex. 9 at 3 (by reference) <br> Ex. 10 at 12 <br> Ex. 14 at 13 <br> Ex. 10 at 13 <br> Ex. 18 at 3 (by reference) |
| "***We currently rely on a single facility for all of our operations.*** <br> …**<u>Adverse changes or developments affecting the Morehead facility could impair our ability to produce our products and our business, prospects, financial condition and results of operations. Any shutdown or period of reduced production at the Morehead facility</u>**, which may be caused by regulatory noncompliance or other issues, as well as other factors beyond our control, such as severe weather conditions, natural disaster, fire, power interruption, work stoppage, disease outbreaks or pandemics (such as COVID-19), equipment failure or delay in supply delivery, **<u>would significantly disrupt our ability to grow and deliver our produce in a timely manner, meet our contractual obligations and operate our business</u>**." | ¶¶165, 181, 188, 202, 229, 238 <br> Ex. 10 at 6 <br> Ex. 14 at 7 <br> Ex. 10 at 7 <br> Ex. 20 at 8 <br> Ex. 30 at 7 <br> Ex. 31 at 7 |

**A-9**

| Risk Disclosure | CAC + Exhibit |
|---|---|
| "*We are currently harvesting our first growing season and have only just recently increased production in our single operating facility to full capacity, which makes it difficult to forecast future results of operations.*<br><br>Our first CEA facility in Morehead, Kentucky partially opened in October 2020, marking the beginning of our first growing season. The Morehead facility was completed in March 2021 and has only recently begun operating at full capacity as we continue harvesting under our first growing season. As a result, our ability to accurately forecast future results of operations is limited and subject to a number of uncertainties, including our ability to plan for and model future growth. In future periods, revenue growth could slow or revenue could decline for a number of reasons, including slowing demand for our products, increasing competition, a decrease in the growth of the overall market, or our failure, for any reason, to take advantage of growth opportunities. If our assumptions regarding these risks and uncertainties and future revenue growth are incorrect or change, or if we do not address these risks successfully, our operating and financial results could differ materially from our expectations, and our business could suffer." | Ex. 20 at 13<br><br>Ex. 30 at 13<br><br>Ex. 31 at 13 |
| "*AppHarvest's management has limited experience in operating a public company.*<br><br>AppHarvest's executive officers have limited experience in the management of a publicly traded company. AppHarvest's management team may not successfully or effectively manage its transition to a public company that will be subject to significant regulatory oversight and reporting obligations under federal securities laws. Their limited experience in dealing with the increasingly complex laws pertaining to public companies could be a significant disadvantage in that it is likely that an increasing amount of their time may be devoted to these activities which will result in less time being devoted to the management and growth of the Combined Company. AppHarvest may not have adequate personnel with the appropriate level of knowledge, experience, and training in the accounting policies, practices or internal controls over financial reporting required of public companies in the United States. The development and implementation of the standards and controls necessary for the Combined Company to achieve the level of accounting standards required of a public company in the United States may require costs greater than expected. It is possible that the Combined Company will be required to expand its employee base and hire additional employees to support its operations as a public company which will increase its operating costs in future periods." | Ex. 4 at 20<br><br>Ex. 9 at 3 (by reference)<br><br>Ex. 10 at 8<br><br>Ex. 14 at 8–9<br><br>Ex. 10 at 8–9<br><br>Ex. 18 at 3 (by reference)<br><br>Ex. 20 at 9<br><br>Ex. 30 at 9<br><br>Ex. 31 at 9 |

**A-10**

| Risk Disclosure | CAC + Exhibit |
|---|---|
| **Risks Regarding AppHarvest's Financial Projections and Accounting Practices** | |
| "*If AppHarvest's estimates or judgments relating to its critical accounting policies prove to be incorrect, its results of operations could be adversely affected.*<br><br>The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported in AppHarvest's consolidated financial statements and related notes appearing elsewhere in this proxy statement/prospectus. AppHarvest bases its estimates on historical experience and on various other assumptions that it believes to be reasonable under the circumstances, as provided in the section titled "*AppHarvest Management's Discussion and Analysis of Financial Condition and Results of Operations - Critical Accounting Policies and Estimates.*" The results of these estimates form the basis for making judgments about the carrying values of assets, liabilities and equity, and the amount of revenue and expenses that are not readily apparent from other sources. Significant estimates and judgments involve the useful lives of fixed assets, the valuation of instruments issued for financing and stock-based compensation, and income taxes, among others. AppHarvest's results of operations may be adversely affected if its assumptions change or if actual circumstances differ from those in its assumptions, which could cause the company's results of operations to fall below [] expectations . . . ." | Ex. 4 at 17<br>Ex. 9 at 3 (by reference)<br>Ex. 10 at 14<br>Ex. 14 at 15<br>Ex. 10 at 15<br>Ex. 18 at 3 (by reference)<br>Ex. 20 at 15<br>Ex. 30 at 15<br>Ex. 31 at 15 |
| "**Certain AppHarvest Projected Financial Information**<br><br>. . . The inclusion of financial projections in this proxy statement/prospectus should not be regarded as an indication that AppHarvest, its management, board of directors, or its affiliates, advisors or other representatives considered, or now considers, such financial projections necessarily to be predictive of actual future results or to support or fail to support your decision whether to vote for or against the Business Combination Proposal. The financial projections are not fact and should not be relied upon as being indicative of future results, and readers of this proxy statement/prospectus, including investors or stockholders, are cautioned not to place undue reliance on this information. You are cautioned not to rely on the projections in making a decision regarding the Business Combination, as the projections may be materially different than actual results. We will not refer back to the financial projections in our future periodic reports filed under the Exchange Act. | Ex. 4 at 22–23<br>Ex. 9 at 3 (by reference)<br>Ex. 18 at 3 (by reference) |

| Risk Disclosure | CAC + Exhibit |
|---|---|
| The financial projections reflect numerous estimates and assumptions with respect to general business, economic, regulatory, market and financial conditions and other future events, as well as matters specific to AppHarvest's business, all of which are difficult to predict and many of which are beyond AppHarvest's and Novus's control. The financial projections are forward looking statements that are inherently subject significant uncertainties and contingencies, many of which are beyond AppHarvest's control. The various risks and uncertainties include those set forth in the "Risk Factors," "AppHarvest Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Cautionary Note Regarding Forward-Looking Statements" sections of this proxy statement/prospectus, respectively. As a result, there can be no assurance that the projected results will be realized or that actual results will not be significantly higher or lower than projected. Since the financial projections cover multiple years, such information by its nature becomes less reliable with each successive year. These financial projections are subjective in many respects and thus are susceptible to multiple interpretations and periodic revisions based on actual experience and business developments.<br><br>Furthermore, the financial projections do not take into account any circumstances or events occurring after the date they were prepared. None of AppHarvest's independent registered accounting firm, Novus's independent registered accounting firm or any other independent accountants, have compiled, examined or performed any procedures with respect to the financial projections included below, nor have they expressed any opinion or any other form of assurance on such information or their achievability, and they assume no responsibility for, and disclaim any association with, the financial projections.<br><br>**EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE FEDERAL SECURITIES LAWS, BY INCLUDING IN THIS PROXY STATEMENT/PROSPECTUS A SUMMARY OF THE FINANCIAL PROJECTIONS FOR APPHARVEST, NOVUS UNDERTAKES NO OBLIGATIONS AND EXPRESSLY DISCLAIMS ANY RESPONSIBILITY TO UPDATE OR REVISE, OR PUBLICLY DISCLOSE ANY UPDATE OR REVISION TO, THESE FINANCIAL PROJECTIONS TO REFLECT CIRCUMSTANCES OR EVENTS, INCLUDING UNANTICIPATED EVENTS, THAT MAY HAVE OCCURRED OR THAT MAY OCCUR AFTER THE PREPARATION OF THESE FINANCIAL PROJECTIONS, EVEN IN THE EVENT THAT ANY OR ALL OF THE ASSUMPTIONS** | |

**A-12**

| Risk Disclosure | CAC + Exhibit |
|---|---|
| **UNDERLYING THE FINANCIAL PROJECTIONS ARE SHOWN TO BE IN ERROR OR CHANGE.** | |
| **Forward-Looking Statements Disclaimers** | |
| **"CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**<br><br>. . . Forward-looking statements in this proxy statement/prospectus may include, for example, statements about: . . . the Combined Company's financial and business performance following the Business Combination including financial projections and business metrics . . . the implementation, market acceptance and success of AppHarvest's business model and growth strategy . . . AppHarvest's ability to attract and retain qualified employees and management in Appalachia . . . the success or profitability of AppHarvest's distribution arrangements . . . AppHarvest's projections and expected timelines related to the construction and opening of new controlled environment agriculture facilities, the planting and sale of produce and the recognition of revenue from any such sales . . . AppHarvest's ability to scale and build its controlled environment agriculture facilities in a cost-effective manner . . . the impact of health epidemics, including the COVID-19 pandemic, on AppHarvest's business and the actions AppHarvest may take in response thereto . . . These forward-looking statements are based on information available as of the date of this proxy statement/prospectus, and current expectations, forecasts and assumptions, and involve a number of judgments, risks and uncertainties. Accordingly, forward-looking statements should not be relied upon as representing our views as of any subsequent date, and we do not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws." | Ex. 4 at 7<br><br>Ex. 9 at 3 (by reference)<br><br>Ex. 18 at 3 (by reference) |
| **"SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**<br><br>. . . These statements speak only as of the date of this prospectus and involve known and unknown risks, uncertainties and other important factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may | Ex. 10 at 3<br>Ex. 14 at 3<br>Ex. 10 at 3<br>Ex. 30 at 3<br>Ex. 31 at 3 |

| Risk Disclosure | CAC + Exhibit |
|---|---|
| affect our business, financial condition and results of operations. These forward-looking statements include, without limitation, statements about . . . our financial and business performance, including financial projections and business metrics and any underlying assumptions thereunder . . . changes in our strategy, future operations, financial position, estimated revenues and losses,projected costs, prospects and plans . . . our ability to successfully construct controlled environment agriculture facilities, which may be subject to unexpected costs and delays . . . the impact of health epidemics, including the COVID-19 pandemic, on our business and the actions we may take in response thereto . . .<br><br>As a result of these factors, we cannot assure you that the forward-looking statements in this prospectus will prove to be accurate. Except as required by applicable law, we do not plan to publicly update or revise any forward-looking statements contained herein, whether as a result of any new information, future events, changed circumstances or otherwise, except as required by law.<br><br>Because forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified and some of which are beyond our control, you should not rely on these forward-looking statements as predictions of future events. | |
| "**Forward-Looking Statements**<br><br>. . . All statements, other than statements of present or historical fact included in this press release, regarding . . . AppHarvest's future financial performance, as well as AppHarvest's growth plans and strategy, ability to capitalize on commercial opportunities, future operations, estimated financial position, estimated adjusted EBITDA, revenues and losses, projected costs, prospects, plans and objectives of management are forward-looking statements. These statements are based on various assumptions, whether or not identified in this press release, and on the current expectations of AppHarvest's management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions . . . ." | Ex. 11 at 3<br>Ex. 13 at 2–3<br>Ex. 17 at 2–3<br>Ex. 19 at 3–4 |
| "I'd like to remind you that comments today regarding the company's future business plans, prospects and financial performance are forward-looking statements that we make pursuant to the safe harbor provisions of the | Ex. 23 at 3 |

**A-14**

| Risk Disclosure | CAC + Exhibit |
|---|---|
| securities laws. These statements are made based on management's current knowledge and assumptions about future events, and they involve risks and uncertainties that could cause actual results to differ materially from our expectations. In providing projections and other forward-looking statements, the company disclaims any intent or obligation to update them . . . For additional information on important factors that could affect these expectations, please see our most recent reports filed with the U.S. Securities and Exchange Commission." | |

**A-15**