**Appendix B**
**Forward-Looking Statements Challenged in the SAC**[1]

| SAC ¶ | Forward-Looking Statement |
|---|---|
| 150 | "…**With our first harvest already underway and produce shipping to major grocery outlets, we reiterate our full-year 2021 guidance.**" |
| 150 | "**. . . AppHarvest reaffirms guidance on full-year 2021 net revenue** of $21 million **and Adjusted EBITDA** of ($41) million **provided during its Analyst Day presentation on December 15, 2020.**" |
| 156 | "Uh, **as much as we can build and grow, we'll, we'll be on the top 25 grocery shelves throughout the U.S.**" |
| 169, 173 | "**Our favorable crop yields and market pricing currently support a 2021 sales outlook that is better than we expected in December 2020.**" |
| 173 | "**AppHarvest raised its revenue outlook range for fiscal year 2021 on February 25, 2021, versus expectations prior to the start of harvesting.**" |
| 199 | "**The Company reiterated its full-year 2021 outlook of net sales** of $20 to $25 million…" |
| 209 | ". . . our affirmation of our guidance in 2021 [reflects that we think we're on track]." |
| 210 | "**And so our operating team in Morehead, uh, for our first facility, those financial projections virtually didn't change much at all**." |

---

[1] "SAC" refers to the Second Consolidated Amended Class Action Complaint (Dkt. 76). Plaintiff asserts that all bolded and underlined statements set forth in the SAC were materially false and/or misleading, while non-bolded statements are included in the CAC for context only. (¶148.) This chart maintains the emphasis in the SAC. Some statements appear in multiple charts because they are non-actionable for more than one reason.