**Appendix C**
**Puffery Statements Challenged in the SAC**[1]

| CAC ¶ | Puffery Statements |
|---|---|
| 154 | [Analyst Question]: So Jonathan, I want to bring you in as well because we saw some of this action first hand recently. So your first tomato harvest – just a couple of weeks ago making its way to the different grocery stores – we're talking about Walmart, Publix, Kroger, Food City among others. Your location in Central Appalachia – how is that conducive to business? <u>Have there been any issues with the supply and the distribution of your products?</u><br><br>Webb: "**Oh no, that's our advantage**…Our job right here is to keep charging and build facilities on the ground and David Lee and our Board member Martha Stewart and others are thinking through what are those – you know what are those products that we can be making with this good, healthy, **consistent supply coming out of our facilities** here in Central Appalachia." |
| 156 | "Uh, **as much as we can build and grow, we'll, we'll be on the top 25 grocery shelves throughout the U.S.**" |
| 169, 173 | "**Our favorable crop yields and market pricing currently support a 2021 sales outlook that is better than we expected in December 2020.**" |
| 11, 178, 185, 226, 235 | "**We were able to efficiently hire many employees as we opened our first facility in Morehead** and have identified talent to join our team at the facilities we are developing in Richmond and Berea." |
| 177, 184, 225, 234 | "**We believe there is a large population of workers in the Central Appalachian region who are eager to find long-term career opportunities like those being offered by AppHarvest**…**As a result, we believe we can staff and retain our workers with less churn**, immigration challenges **and unfilled positions** that many of our competitors face." |
| 190 | [Analyst Question]: <u>Can you talk a little bit about that first, you know, crop?</u> So, tomatoes [are] delivered to some national grocer companies. You know, I see Walmart and Kroger listed as partners in that investor presentation. Can you talk a little bit about those partners like Walmart and Kroger, and then maybe some areas or some companies that are being targeted with the tomatoes? |

---

[1] "SAC" refers to the Second Consolidated Amended Class Action Complaint (Dkt. 76). Plaintiff asserts that all bolded and underlined statements set forth in the SAC were materially false and/or misleading, while non-bolded statements are included in the SAC for context only. (¶148.) This chart maintains the emphasis in the SAC. Some statements appear in multiple charts because they are non-actionable for more than one reason.

| CAC ¶ | Puffery Statements |
|---|---|
|  | Lee: "…The good news is that we've been able to partner with retailers who indicate that demand is not the problem to solve here. **I think that every tomato that we've produced has been readily put into the market**." |
| 213 | "uh, and, and had record ice storms in February **and virtually no impact to operation**." |
| 216 | ". . . but in terms of the farm, you know, there was incredibly, challenging set of conditions throughout the country in Q1. You probably read about the ice storms that gripped parts of the country. And **our facility at Morehead proved that it could weather those conditions maybe better than most.** |
| 217 | "Um, **thankfully COVID has not in any way impacted our operation**…With regard to labor, we have had absolutely no shortage of interest. I mean multiples of the amount of roles that we wanna fill, have lined up to work with us. And, and a part of that is by design, a part of that is the kind of company we want to be and the part of the country in which we choose to produce. **So we haven't had any challenges with recruiting or staffing**." |
| 220 | ". . . We're ramping up this first facility in the middle of a global pandemic. We had an ice storm if people remember that ice storm back in February. **Our facility operated at full, you know, ramping up into full capacity with no issues in the middle of a global pandemic in the middle of an ice storm**." |
| 222 | "**And again, in this time where you, you read in the news about labor shortages, you read in the news about, uh, people having issues of people showing up to work. We hired 500 employees in the middle of COVID, uh, and they're showing up every day**." |

**C-2**