**Appendix D**
**Opinion Statements Challenged in the SAC**[1]

| CAC ¶ | Opinion Statements |
|---|---|
| 150 | **"Supported by early sales from its first harvest AppHarvest reaffirms guidance on full-year 2021 net revenue** of $21 million **and Adjusted EBITDA** of ($41) million **provided during its Analyst Day presentation on December 15, 2020."** |
| 154 | [Analyst Question]: So Jonathan, I want to bring you in as well because we saw some of this action first hand recently. So your first tomato harvest – just a couple of weeks ago making its way to the different grocery stores – we're talking about Walmart, Publix, Kroger, Food City among others. Your location in Central Appalachia – how is that conducive to business? Have there been any issues with the supply and the distribution of your products? |
| | Webb: "**Oh no, that's our advantage**…Our job right here is to keep charging and build facilities on the ground and David Lee and our Board member Martha Stewart and others are thinking through what are those – you know what are those products that we can be making with this good, healthy, **consistent supply coming out of our facilities** here in Central Appalachia." |
| 156 | [Analyst Question]: What kind of contracts do you have with distributors and stores across the country? And do you expect that to grow sequentially moving into 2022 and beyond? |
| | Webb: . . . You look at what we're solving for, the grocer demand, they want domestic U.S. supply, whereas right now, 4 billion pounds of tomatoes were imported from Mexico into the U.S. last year. They want produce that don't have harsh chemicals, we're able to solve for that. We use less land, less water, and **we have predictable growing practices,** so we can control the environment and **have a predictable supply year-round.** It's a premium product at a conventional price." |
| 169 | **"In addition to better than anticipated crop yields and pricing**, the Company has benefited from a temporary decline in market supply…" |
| 169, 173 | **"Our favorable crop yields and market pricing currently support a 2021 sales outlook that is better than we expected in December 2020."** |
| 177, 184, 225, 234 | **"We believe there is a large population of workers in the Central Appalachian region who are eager to find long-term career opportunities like those being offered by AppHarvest**…As a result, we believe we can staff and retain our |

---

[1] "SAC" refers to the Second Consolidated Amended Class Action Complaint (Dkt. 76). Plaintiff asserts that all bolded and underlined statements set forth in the SAC were materially false and/or misleading, while non-bolded statements are included in the SAC for context only. (¶148.) This chart maintains the emphasis in the SAC. Some statements appear in multiple charts because they are non-actionable for more than one reason.

| CAC ¶ | Opinion Statements |
|---|---|
| | **workers with less churn**, immigration challenges **and unfilled positions** that many of our competitors face." |
| 178, 185, 226, 235 | "**We were able to efficiently hire many employees as we opened our first facility in Morehead** and have identified talent to join our team at the facilities we are developing in Richmond and Berea." |
| 190 | [Analyst Question]: <u>Can you talk a little bit about that first, you know, crop?</u> So, tomatoes [are] delivered to some national grocer companies. You know, I see Walmart and Kroger listed as partners in that investor presentation. Can you talk a little bit about those partners like Walmart and Kroger, and then maybe some areas or some companies that are being targeted with the tomatoes?<br><br>Lee: "…The good news is that we've been able to partner with retailers who indicate that demand is not the problem to solve here. **I think that every tomato that we've produced has been readily put into the market**." |
| 193 | "**This harvest also has proved the team can handle the production ramp-up at our Morehead facility** as we are now using all grow space at the high-tech farm." |
| 199 | "**We are pleased by our fast start to the year, the encouraging operating and financial performance of our Morehead facility and our team's ability to scale the business . . .**" |
| 207 | "…**What we did well is we anticipated and performed well on -- in market pricing**. A big part of that in Q1 was our relationship with Mastronardi.…" |
| 216 | ". . . but in terms of the farm, you know, there was incredibly, challenging set of conditions throughout the country in Q1. You probably read about the ice storms that gripped parts of the country. And **our facility at Morehead proved that it could weather those conditions maybe better than most.**" |
| 216 | "**We, we learned about what kind of labor we could source locally having, um, 500 plus employees ready to, to join us, if we want, proved and validated the model that we really could hire local talent, give them a living wage, provide full-time employees stock and execute well** within, actually, the adjusted EBITDA range that we expected. So that was an important lesson." |
| 216 | "**I think the other lesson is we learned that we could hit our numbers and still experiment** and trial a way to optimize what we call Morehead 2.0—this is on the other side of our summer refresh—so that we have more confidence in our ability to produce better in the future. And **it's the reason why we affirmed the expectations we had put out for the year**." |

**D-2**

D-3

| CAC ¶ | Opinion Statements |
|-------|--------------------|
| 222 | "And as we scale that team, out of real self-preservation, we need to be developing talent internally. Uh, and, and I see, we see that as a huge opportunity for us to **not only retain employees**, but recruit employees." |

D-3