**Appendix E**
**Accurate Factual Statements Challenged in the SAC**[1]

| CAC ¶ | Accurate Factual Statements |
|---|---|
| 156 | "We use less land, less water, and we have predictable growing practices, so we can control the environment and have a predictable supply year-round." |
| 160 | "**The risks associated with the Company's business are described in the Proxy Statement/Prospectus in the section entitled '*Risk Factors*' beginning on page 39 of the Proxy Statement/Prospectus and are incorporated herein by reference**." |
| 178, 185, 226, 235 | "**We were able to efficiently hire many employees as we opened our first facility in Morehead** and have identified talent to join our team at the facilities we are developing in Richmond and Berea." |
| 196 | "**The following documents filed by AppHarvest, Inc. (the "*Registrant*" ) with the Securities and Exchange Commission (the "*SEC*") are incorporated by reference into this Registration Statement:**<br><br>**…(b) The Registrant's Current Reports on Form 8-K (File No. 001-39288) filed with the SEC on** February 1, 2021, **February 2, 2021** (as amended on March 2, 2021), March 2, 2021 and March 29, 2021.<br><br>**(c) The Registrant's Final Prospectus filed with the SEC on March 4, 2021 pursuant to Rule 424(b) under the Securities Act relating to the Registration Statement on Form S-1, as amended (File No. 333-252964).**" |
| 204, 231, 240 | "**The following sections discuss and analyze the changes in the significant line items in our unaudited condensed consolidated statements of operations for the comparison periods identified**.<br><br>*Net Sales*<br><br>**Net sales for the three months ended March 31, 2021 were $2.3 million compared to $0 for the comparable prior year period, due to initial tomato sales produced at our Morehead CEA facility**." |
| 210 | "Well, we, we **hired nearly 500 people, uh, in the middle of a global pandemic. And so our operating team in Morehead, uh, for our first facility, those financial projections virtually didn't change much at all**." |

---

[1] "SAC" refers to the Second Consolidated Amended Class Action Complaint (Dkt. 76). Plaintiff asserts that all bolded and underlined statements set forth in the SAC were materially false and/or misleading, while non-bolded statements are included in the CAC for context only. (¶148.) This chart maintains the emphasis in the SAC. Some statements appear in multiple appendices because they are non-actionable for more than one reason.

E-2

| CAC ¶ | Accurate Factual Statements |
|---|---|
| 213 | **"We, we built this first facility in the middle of a global pandemic, and we stood up the facility, uh, and have 500 people working with us now** . . ."** |

**E-2**