**Appendix F**[1]
**Statements Challenged in the SAC Arranged By Topic**

| | | **FINANCIAL PROJECTIONS** |
|---|---|---|
| **SAC ¶** | **Date** | **Challenged Statement** |
| 150 | 02/01/21 | **With our first harvest already underway and produce shipping to major grocery outlets, we reiterate our full-year 2021 guidance**. |
| 150 | 02/01/21 | **Supported by early sales from its first harvest, AppHarvest reaffirms guidance on full-year 2021 net revenue** of $21 million **and Adjusted EBITDA** of ($41) million **provided during its Analyst Day presentation on December 15, 2020.** |
| 156 | 02/01/21 | We use less land, less water, and we have predictable growing practices, so we can control the environment and have a predictable supply year-round. It's a premium product at a conventional price. Uh, **as much as we can build and grow, we'll, we'll be on the top 25 grocery shelves throughout the U.S.** |
| 169 | 02/25/21 | **Our favorable crop yields and market pricing currently support a 2021 sales outlook that is better than we expected in December 2020** . . . **In addition to better than anticipated crop yields and pricing**, the Company has benefited from a temporary decline in market supply… |
| 173 | 03/01/21 | **First Quarter 2021 Outlook and Fiscal Year 2021 Forecast** <br><br>**AppHarvest raised its revenue outlook range for fiscal year 2021 on February 25, 2021, versus expectations prior to the start of harvesting**. "**Our favorable crop yields and market pricing currently support a 2021 sales outlook that is better than we expected in December 2020,**" said Webb. |
| 199 | 05/17/21 | **Financial Outlook** <br><br>**The Company reiterated its full-year 2021 outlook of net sales** of $20 to $25 million . . . <br><br>"**We are pleased by our fast start to the year, the encouraging operating and financial performance of our Morehead facility and our team's ability to scale the business**…," said AppHarvest President David Lee. |
| 210 | 05/17/21 | **And so our operating team in Morehead, uh, for our first facility, those financial projections virtually didn't change much at all**. |
| 216 | 05/25/21 | Mark Connelly: Right. Now, you sold your first crop in January. Um, <u>can you talk about how that startup went and what sort of a learning curve we</u> |

[1] "SAC" refers to the Second Consolidated Amended Class Action Complaint (Dkt. 76). Plaintiff asserts that all bolded and underlined statements set forth in the SAC were materially false and/or misleading, while non-bolded statements are included in the SAC for context only. (¶148.) This chart maintains the emphasis in the SAC.

**F-1**

F-2

|  |  | **FINANCIAL PROJECTIONS** |
|---|---|---|
| **SAC ¶** | **Date** | **Challenged Statement** |
|  |  | should be thinking about in terms of optimizing production across the whole facility?<br><br>David Lee: . . . **I think the other lesson is we learned that we could hit our numbers and still experiment** and trial a way to optimize what we call Morehead 2.0—this is on the other side of our summer refresh—so that we have more confidence in our ability to produce better in the future. And **it's the reason why we affirmed the expectations we had put out for the year**. |

| | | HISTORICAL FINANCIAL RESULTS |
|---|---|---|
| **SAC ¶** | **Date** | **Challenged Statement** |
| 204 | 05/17/21 | **The following sections discuss and analyze the changes in the significant line items in our unaudited condensed consolidated statements of operations for the comparison periods identified**. <br><br> *Net Sales* <br><br> **Net sales for the three months ended March 31, 2021 were $2.3 million compared to $0 for the comparable prior year period, due to initial tomato sales produced at our Morehead CEA facility**. |
| 207 | 05/17/21 | **What we did well is we anticipated and performed well on -- in market pricing**. A big part of that in Q1 was our relationship with Mastronardi . . . |
| 216 | 05/25/21 | David Lee: . . . **We, we learned about what kind of labor we could source locally having, um, 500 plus employees ready to, to join us, if we want, proved and validated the model that we really could hire local talent, give them a living wage, provide full-time employees stock and execute well** within, actually, the adjusted EBITDA range that we expected. So that was an important lesson. **I think the other lesson is we learned that we could hit our numbers and still experiment** and trial a way to optimize what we call Morehead 2.0—this is on the other side of our summer refresh—so that we have more confidence in our ability to produce better in the future. And **it's the reason why we affirmed the expectations we had put out for the year**. |
| 231 | 06/04/21 | **The following sections discuss and analyze the changes in the significant line items in our unaudited condensed consolidated statements of operations for the comparison periods identified**. <br><br> *Net Sales* <br><br> **Net sales for the three months ended March 31, 2021 were $2.3 million compared to $0 for the comparable prior year period, due to initial tomato sales produced at our Morehead CEA facility**. |
| 240 | 06/09/21 | **The following sections discuss and analyze the changes in the significant line items in our unaudited condensed consolidated statements of operations for the comparison periods identified**. <br><br> *Net Sales* <br><br> **Net sales for the three months ended March 31, 2021 were $2.3 million compared to $0 for the comparable prior year period, due to initial tomato sales produced at our Morehead CEA facility**. |

| | | **MOREHEAD FARM OPERATIONS** |
|---|---|---|
| **SAC ¶** | **Date** | **Challenged Statement** |
| 154 | 02/01/21 | Scholer: So Jonathan, I want to bring you in as well because we saw some of this action first hand recently. So your first tomato harvest – just a couple of weeks ago making its way to the different grocery stores – we're talking about Walmart, Publix, Kroger, Food City among others. Your location in Central Appalachia – how is that conducive to business? <u>Have there been any issues with the supply and the distribution of your products?</u><br><br>Webb: **<u>Oh no, that's our advantage</u>** . . . Our job right here is to keep charging and build facilities on the ground and David Lee and our Board member Martha Stewart and others are thinking through what are those – you know what are those products that we can be making with this good, healthy, **<u>consistent supply coming out of our facilities</u>** here in Central Appalachia. |
| 156 | 02/01/21 | White: What kind of contracts do you have with distributors and stores across the country? And do you expect that to grow sequentially moving into 2022 and beyond?<br><br>Webb: . . . We use less land, less water, and **<u>we have predictable growing practices</u>**, so we can control the environment and **<u>have a predictable supply year-round</u>**. It's a premium product at a conventional price. Uh, **<u>as much as we can build and grow, we'll, we'll be on the top 25 grocery shelves throughout the U.S.</u>** |
| 190 | 03/04/21 | Katje: <u>Can you talk a little bit about that first, you know, crop?</u> So, tomatoes [are] delivered to some national grocer companies. You know, I see Walmart and Kroger listed as partners in that investor presentation. Can you talk a little bit about those partners like Walmart and Kroger, and then maybe some areas or some companies that are being targeted with the tomatoes?<br><br>Lee: . . . The good news is that we've been able to partner with retailers who indicate that demand is not the problem to solve here. **<u>I think that every tomato that we've produced has been readily put into the market</u>**. |
| 193 | 04/01/21 | **<u>This harvest also has proved the team can handle the production ramp-up at our Morehead facility</u>**, as we are now using all grow space at the high-tech farm. |
| 199 | 05/17/21 | **Financial Outlook**<br><br>**<u>The Company reiterated its full-year 2021 outlook of net sales</u>** of $20 to $25 million . . . |

F-4

| | | MOREHEAD FARM OPERATIONS |
|---|---|---|
| SAC ¶ | Date | Challenged Statement |
| | | "**We are pleased by our fast start to the year, the encouraging operating and financial performance of our Morehead facility and our team's ability to scale the business** . . . ," said AppHarvest President David Lee. |
| 213 | 05/17/21 | Udland: You know, Jonathan kind of coming back down from the, from the high-level overview here – which I think is, is a thesis a lot of people can get behind – you know, we're showing the VO of the, the facility build-out that you guys have done. <u>All we hear about are supply bottlenecks, the inability to get the labor needed to get projects off the ground. Have you guys struggled with that as-- at all</u>, as you're trying to build, you know, two more facilities to be done by the end of next year?<br><br>Webb: So we, we will have, this year, four more facilities under construction in total – plan on launching at least five into operations next year, including the, the current operating asset. And, and very proud of this region. You know, Eastern Kentucky that's been known for powering the country in the coal industry. **We, we built this first facility in the middle of a global pandemic, and we stood up the facility**, uh, and have 500 people working with us now, uh, and, and had record ice storms in February **and virtually no impact to operation**. |
| 216 | 05/25/21 | Mark Connelly: Right. Now, you sold your first crop in January. Um, <u>can you talk about how that startup went and what sort of a learning curve we should be thinking about in terms of optimizing production across the whole facility</u>?<br><br>David Lee: Yeah, I mean, in, in many ways, there were critics who thought, how can this company who was pre-revenue, pre-farm a year ago, stand up a farm and produce, you know, millions of pounds of product. And so, the lessons were really valuable for us. One was validation and proof that we could do what we say, you know, being able to hit the expectations, to deliver 2.3 million of net revenue and, and to be at the better end of our negative adjusted EBITDA range was important. So that was a lesson for the corporate center, but in terms of the farm, you know, there was incredibly, challenging set of conditions throughout the country in Q1. You probably read about the ice storms that gripped parts of the country. And **our facility at Morehead proved that it could weather those conditions maybe better than most**. **We, we learned about what kind of labor we could source locally having, um, 500 plus employees ready to, to join us, if we want, proved and validated the model that we really could hire local talent, give them a living wage, provide full-time employees stock and execute well** within, actually, the adjusted EBITDA range that we expected. So that was an important lesson. **I think the other lesson is we learned that we could hit our numbers and still experiment** and trial a way to optimize what we call Morehead 2.0—this is on the other side of our summer |

| | | **MOREHEAD FARM OPERATIONS** |
|---|---|---|
| **SAC ¶** | **Date** | **Challenged Statement** |
| | | refresh—so that we have more confidence in our ability to produce better in the future. And **it's the reason why we affirmed the expectations we had put out for the year**. |
| 220 | 05/26/21 | Moser: Yeah. Well, I mean, speaking of publicly traded company, you just, you just released your first quarter results, and I think this was your first full quarter as a publicly traded company. I'm sure it was an exciting time. I just wonder if you could share some of the highlights, some of the things you're proud of in regard to this, to this earnings release and, and, your excitement here for the year to come. <br><br> Webb: . . . We're ramping up this first facility in the middle of a global pandemic. We had an ice storm if people remember that ice storm back in February. **Our facility operated at full, you know, ramping up into full capacity with no issues in the middle of a global pandemic in the middle of an ice storm**. |

**F-6**

| | | RECRUITING AND STAFFING STATEMENTS |
|---|---|---|
| **SAC ¶** | **Date** | **Challenged Statement** |
| 177<br>184<br>225<br>234 | 03/02/21<br>03/04/21<br>06/04/21<br>06/09/21 | **We believe there is a large population of workers in the Central Appalachian region who are eager to find long-term career opportunities like those being offered by AppHarvest** . . . **As a result, we believe we can staff and retain our workers with less churn**, immigration challenges **and unfilled positions** that many of our competitors face. |
| 178<br>185<br>226<br>235 | 03/02/21<br>03/04/21<br>06/04/21<br>06/09/21 | **Our Strengths** . . . **We were able to efficiently hire many employees as we opened our first facility in Morehead** and have identified talent to join our team at the facilities we are developing in Richmond and Berea. |
| 210 | 05/17/21 | Smith: [W]hen you think about what the <u>key performance indicators that you are tracking across the business</u> are, what would you look towards for the rest of 2021 to prove that this has been a successful year and taking some of that momentum into 2022 as well?<br><br>Webb: Well, we, we **hired nearly 500 people, uh, in the middle of a global pandemic**. **And so our operating team in Morehead, uh, for our first facility, those financial projections virtually didn't change much at all.** |
| 213 | 05/17/21 | Udland: You know, Jonathan kind of coming back down from the, from the high-level overview here – which I think is, is a thesis a lot of people can get behind – you know, we're showing the VO of the, the facility build-out that you guys have done. <u>All we hear about are supply bottlenecks, the inability to get the labor needed to get projects off the ground. Have you guys struggled with that as-- at all</u>, as you're trying to build, you know, two more facilities to be done by the end of next year?<br><br>Webb: So we, we will have, this year, four more facilities under construction in total – plan on launching at least five into operations next year, including the, the current operating asset. And, and very proud of this region. You know, Eastern Kentucky that's been known for powering the country in the coal industry. **We, we built this first facility in the middle of a global pandemic, and we stood up the facility, uh, and have 500 people working with us now**, uh, and, and had record ice storms in February **and virtually no impact to operation**. |
| 216 | 05/25/21 | Mark Connelly: Right. Now, you sold your first crop in January. Um, <u>can you talk about how that startup went and what sort of a learning curve we should be thinking about in terms of optimizing production across the whole facility</u>? |

**F-7**

| | | **RECRUITING AND STAFFING STATEMENTS** |
|---|---|---|
| **SAC ¶** | **Date** | **Challenged Statement** |
| | | David Lee: Yeah, I mean, in, in many ways, there were critics who thought, how can this company who was pre-revenue, pre-farm a year ago, stand up a farm and produce, you know, millions of pounds of product. And so, the lessons were really valuable for us. One was validation and proof that we could do what we say, you know, being able to hit the expectations, to deliver 2.3 million of net revenue and, and to be at the better end of our negative adjusted EBITDA range was important. So that was a lesson for the corporate center, but in terms of the farm, you know, there was incredibly, challenging set of conditions throughout the country in Q1. You probably read about the ice storms that gripped parts of the country. And **our facility at Morehead proved that it could weather those conditions maybe better than most. We, we learned about what kind of labor we could source locally having, um, 500 plus employees ready to, to join us, if we want, proved and validated the model that we really could hire local talent, give them a living wage, provide full-time employees stock and execute well** within, actually, the adjusted EBITDA range that we expected. So that was an important lesson. **I think the other lesson is we learned that we could hit our numbers and still experiment** and trial a way to optimize what we call Morehead 2.0—this is on the other side of our summer refresh—so that we have more confidence in our ability to produce better in the future. And **it's the reason why we affirmed the expectations we had put out for the year**. |
| 217 | 05/25/21 | Mark Connelly: Okay. I've, I've got a couple, a couple of I think they're COVID related questions. So I want to try, try to put them together here. COVID has hit a rural areas hard lately. AppHarvest doesn't seem to have been too impacted. Can you talk about whether COVID has affected your design and construction timing, and then there's a second question about the ability to get labor, uh, in your plant. We've, we've had a number of companies in, in the, in the food business tell us that they can't get a full second shift.<br><br>David Lee: Oh, okay. Well, let's cover both. Um, **thankfully COVID has not in any way impacted our operation** . . . With regard to labor, we have had absolutely no shortage of interest. I mean multiples of the amount of roles that we wanna fill, have lined up to work with us. And, and a part of that is by design, a part of that is the kind of company we want to be and the part of the country in which we choose to produce. **So we haven't had any challenges with recruiting or staffing**. |
| 222 | 06/03/21 | Sherbill: [I]n terms of the human labor force, because as you mentioned, you know, working with robotics, working with AI, how does the labor structure work? Do you have, uh data scientists working on that? Do you have agriculture, you know, people coming from the agricultural field? How does that work in terms of the labor structure? |

**F-8**

| | | RECRUITING AND STAFFING STATEMENTS |
| --- | --- | --- |
| **SAC ¶** | **Date** | **Challenged Statement** |
| | | Webb: We're at about 550 employees right now. We'll be at roughly a thousand employees this time next year. And as we scale that team, out of real self-preservation, we need to be developing talent internally. Uh, and, and I see, we see that as a huge opportunity for us to **not only retain employees**, but recruit employees. We've had, uh, nearly 8,000 people apply to work at AppHarvest this year, um, number might be up to 10,000 now. **And again, in this time where you, you read in the news about labor shortages, you read in the news about, uh, people having issues of people showing up to work. We hired 500 employees in the middle of COVID, uh, and they're showing up every day**. |

**F-9**

| | **RISK DISCLOSURES**[2] |
|---|---|
| **CAC ¶** | **Challenged Statement** |
| 161 165 181 188 202 229 238 | Even if [AppHarvest's] investments do result in the growth of its business, **if AppHarvest does not effectively manage its growth, it may not be able to execute on its business plan** and vision, respond to competitive pressures, **take advantage of market opportunities, satisfy customer requirements or maintain high-quality product offerings, any of which could adversely affect AppHarvest's business, financial condition and results of operations**. |
| 165 181 188 202 229 238 | *We currently rely on a single facility for all of our operations.* . . . **Adverse changes or developments affecting the Morehead facility could impair our ability to produce our products and our business, prospects, financial condition and results of operations. Any shutdown or period of reduced production at the Morehead facility**, which may be caused by regulatory noncompliance or other issues, as well as other factors beyond our control, such as severe weather conditions, natural disaster, fire, power interruption, work stoppage, disease outbreaks or pandemics (such as COVID-19), equipment failure or delay in supply delivery, **would significantly disrupt our ability to grow and deliver our produce in a timely manner, meet our contractual obligations and operate our business**. |
| 161 165 181 188 202 229 238 | *AppHarvest depends on employing a skilled local labor force, and* **failure to attract and retain qualified employees could negatively impact AppHarvest's business, results of operations and financial condition**. [Alternatively, "We depend on employing . . ."] |
| 161 165 181 188 202 229 238 | even **if AppHarvest is able to identify, hire and train its labor force, there is no guarantee that AppHarvest will be able to retain these employees. Any shortage of labor or lack of regular availability could restrict AppHarvest's ability to operate its greenhouses profitably, or at all**.  [Alternatively, "even if we are able to identify . . ."] |

---

[2] Each risk disclosure was made multiple times during the Class Period in AppHarvest's SEC filings.

**F-10**

| | |
|---|---|
| 161 165 181 188 202 229 238 | **Any significant or unexpected rejection of AppHarvest's products could negatively impact AppHarvest's results of operations, and AppHarvest may be unable to sell the rejected products to other third parties**. [Alternatively, "unexpected rejection of our products . . ."] |
| 161 165 181 188 202 229 238 | **If AppHarvest's products** fail to gain market acceptance, are restricted by regulatory requirements or **have quality problems, the company *may* not be able to fully recover costs and expenses incurred in its operation, and its business, financial condition or results of operations *could* be materially and adversely affected**. [Alternatively, "If our products . . ."] |
| 161 165 181 188 202 229 238 | **In future periods, revenue growth could slow or revenue could decline for a number of reasons, including** slowing demand for AppHarvest's products, increasing competition, a decrease in the growth of the overall market, or **AppHarvest's failure, for any reason, to take advantage of growth opportunities. If AppHarvest's assumptions regarding these risks and uncertainties and future revenue growth are incorrect or change, or if it does not address these risks successfully, AppHarvest's operating and financial results could differ materially from its expectations, and its business could suffer**. [Alternatively, "If our failure . . .If our assumptions . . ."] |
| 161 165 181 188 202 229 238 | **The COVID-19 pandemic could negatively impact on AppHarvest's business, results of operations and financial condition**.*[...]* [Alternatively, "could negatively impact on our business . . ."] |
| 161 165 181 188 202 229 | **Although AppHarvest has not experienced material financial impacts due to the pandemic**, the fluid nature of the COVID-19 pandemic and uncertainties regarding the related economic impact are likely to result in sustained market turmoil, which could also negatively impact the company's business, financial condition and cash flows. Although AppHarvest's business is considered an "essential business," **the COVID-19 pandemic could result in labor shortages, which could result in AppHarvest's inability to plant and harvest crops at full capacity and could result in spoilage or loss of unharvested crops** . . . The extent of COVID-19's effect on AppHarvest's operational and financial performance will depend on future |

**F-11**

F-12

| 238 | developments, including the duration, spread and intensity of the pandemic, all of which are uncertain and difficult to predict considering the rapidly evolving landscape. **As a result, it is not currently possible to ascertain the overall impact of COVID-19 on AppHarvest's business. However, if the pandemic continues to persist as a severe worldwide health crisis, the disease could negatively impact AppHarvest's business, financial condition results of operations and cash flows, and may also have the effect of heightening many of the other risks described in this "Risk Factors" section**. [Alternatively, "Although we have not experienced . . ."] |
|---|---|

**F-12**