# EXHIBIT 1

 An official website of the United States government
Here's how you know

 **United States Department of Agriculture** Agricultural Marketing Service
U.S. DEPARTMENT OF AGRICULTURE

# Tomato Grades and Standards

HOME  ›  GRADES AND STANDARDS  ›  TOMATO GRADES AND STANDARDS

# Grades of Tomatoes

1. **U.S. No. 1** consists of tomatoes which meet the following requirements:

    a. Basic requirements:
        1. Similar varietal characteristics;
        2. Mature;
        3. Not overripe or soft;
        4. Clean;
        5. Well developed;
        6. Fairly well formed; and,
        7. Fairly smooth.
    b. Free from:
        1. Decay;
        2. Freezing injury; and
        3. Sunscald.
    c. Not damaged by any other cause.
    d. For tolerances see §51.1861.

2. **U.S. Combination** consists of a combination of U.S. No. 1 and U.S. No. 2 tomatoes: Provided, That at least 60 percent, by count, meet the requirements of U.S. No. 1 grade.

2

a. For tolerances see §51.1861.

3. **U.S. No. 2** consists of tomatoes which meet the following requirements:

a. Basic requirements:
   1. Similar varietal characteristics;
   2. Mature;
   3. Not overripe or soft;
   4. Clean;
   5. Well developed;
   6. Reasonably well formed; and,
   7. Not more than slightly rough.
b. Free from:
   1. Decay;
   2. Freezing injury; and,
   3. Sunscald.
c. Not seriously damaged by any other cause.
d. For tolerances see §51.1861.

4. **U.S. No. 3** consists of tomatoes which meet the following requirements:

a. Basic requirements:
   1. Similar varietal characteristics;
   2. Mature;
   3. Not overripe or soft;
   4. Clean;
   5. Well developed; and,
   6. May be misshapen.
b. Free from:
   1. Decay; and,
   2. Freezing injury.
c. Not seriously damaged by:
   1. Sunscald.
d. Not very seriously damaged by any other cause.
e. For tolerances see §51.1861.

# Visual Aids

Official Visual Aids are available for Purchase.  See How to Purchase Visual Aids for more details.

3