# EXHIBIT 3



Analyst Day Presentation
**December 2020**

# Disclaimer

## Disclaimers

This presentation ("Presentation") is for informational purposes only. This Presentation shall not constitute an offer to sell, or the solicitation of an offer to buy, any securities, nor shall there be any sale of securities in any states or jurisdictions in which such offer, solicitation or sale would be unlawful. This Presentation has been prepared to assist interested parties in making their own evaluation with respect to a potential business combination between AppHarvest, Inc. ("AppHarvest") and Novus Capital Corporation ("Novus") and the related transactions (the "Proposed Business Combination") and for no other purpose.  Neither the Securities and Exchange Commission nor any securities commission of any other U.S. or non-U.S. jurisdiction has approved or disapproved of the Proposed Business Combination presented herein, or determined that this Presentation is truthful or complete. Any representation to the contrary is a criminal offense.

No representations or warranties, express or implied are given in, or in respect of, this Presentation.  To the fullest extent permitted by law in no circumstances will Novus, AppHarvest or any of their respective subsidiaries, stockholders, affiliates, representatives, directors, officers, employees, advisers, or agents by responsible or liable for a direct, indirect, or consequential loss or loss of profit arising from the use of this Presentation its contents, its omissions, reliance on the information contained within it, or on opinions communicated in relation thereto or otherwise arising in connection therewith.  Industry and market data used in this Presentation have been obtained from third-party industry publications and sources as well as from research reports prepared for other purposes.  Neither Novus nor AppHarvest has independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness.  This data is subject to change. In addition, this Presentation does not purport to be all-inclusive or to contain all of the information that may be required to make a full analysis of AppHarvest or the Proposed Business Combination.  Viewers of this Presentation should each make their own evaluation of AppHarvest and of the relevance and adequacy of the information and should make such other investigations as they deem necessary. References in this Presentation to our "partners" or "partnerships" with governmental entities, AgTech companies, universities or others do not denote that our relationship with any such party is in a legal partnership form, but rather is a generic reference to our contractual relationship with such party.

## Forward Looking Statements

Certain statements included in this Presentation that are not historical facts are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995.  Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters.  These forward-looking statements include, but are not limited to, statements regarding estimates and forecasts of other financial and performance metrics and projections of market opportunity. These statements are based on various assumptions, whether or not identified in this Presentation, and on the current expectations of the respective management of AppHarvest and Novus and are not predictions of actual performance.  These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on by an investor as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions.  Many actual events and circumstances are beyond the control of AppHarvest and Novus.  These forward-looking statements are subject to a number of risks and uncertainties, including changes in domestic and foreign business, market, financial, political, and legal conditions; the inability of the parties to successfully or timely consummate the Proposed Business Combination,  including the risk that any regulatory approvals are not obtained, are delayed or are subject to unanticipated conditions that could adversely affect the combined company or the expected benefits of the Proposed Business Combination or that the approval of the stockholders of Novus or AppHarvest is not obtained; failure to realize the anticipated benefits of the Proposed Business Combination; risks relating to the uncertainty of the projected financial information with respect to AppHarvest; risks related to the rollout of AppHarvest's business and the timing of expected business milestones; the effects of competition on AppHarvest's business;  the amount of redemption requests made by Novus's stockholders; the ability of Novus or AppHarvest to issue equity or equity-linked securities or obtain debt financing in connection with the Proposed Business Combination or in the future, and those factors discussed in Novus's Registration Statement on Form S-4, as amended to date, under the heading "Risk Factors," and other documents  Novus has filed, or will file, with the SEC.  If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements.  There may be additional risks that neither Novus nor AppHarvest presently know, or that Novus nor AppHarvest currently believe are immaterial, that could also cause actual results to differ from those contained in the forward-looking statements.  In addition, forward-looking statements reflect Novus' and AppHarvest's expectations, plans, or forecasts of future events and views as of the date of this Presentation.  Novus and AppHarvest anticipate that subsequent events and developments will cause Novus's and AppHarvest's assessments to change.  However, while Novus and AppHarvest may elect to update these forward-looking statements at some point in the future, Novus and AppHarvest specifically disclaim any obligation to do so.  These forward-looking statements should not be relied upon as representing Novus's and AppHarvest's assessments of any date subsequent to the date of his Presentation.  Accordingly, undue reliance should not be placed upon the forward-looking statements.



# Disclaimer

### Use of Projections

This Presentation contains projected financial information with respect to AppHarvest. Such projected financial information constitutes forward-looking information, and is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underling such financial forecast information are ==inherently uncertain== and are subject to a wide variety of significant business, economic, competitive, and other risks and uncertainties. See "Forward-Looking Statements" above. Actual results may differ materially from the results contemplated by the financial forecast information contained in this Presentation, and the inclusion of such information in this Presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved.

### Financial Information; Non-GAAP Financial Measures

The financial information and data contained this Presentation is unaudited and does not conform to Regulation S-X. Accordingly, such information and data may not be included in, may be adjusted in, or may be presented differently in, any proxy statement/prospectus or registration statement or other report or document to be filed or furnished by Novus with the SEC. Some of the financial information and data contained in this Presentation, such as EBITDA, Adjusted EBITDA, Facility EBITDA and Free Cash Flow Before Growth Spend, has not been prepared in accordance with United States generally accepted accounting principles ("GAAP"). Novus and AppHarvest believe these non-GAAP measures of financial results provide useful information to management and investors regarding certain financial and business trends relating to AppHarvest's financial condition and results of operations. AppHarvest's management uses these non-GAAP measures for trend analyses and for budgeting and planning purposes. A reconciliation for AppHarvest's 2021E through 2025E non-GAAP financial measures to the most directly comparable GAAP financial measures is not included, because, without unreasonable effort, AppHarvest is unable to predict with reasonable certainty the amount or timing of non-GAAP adjustments that are used to calculate these Non-GAAP financial measures. See Slide 38 for additional information regarding non-GAAP financial measures.

Novus and AppHarvest believe that the use of these non-GAAP financial measures provides an additional tool for investors to use in evaluating projected operating results and trends AppHarvest's business. Other similar companies may present different non-GAAP measures or calculate similar non-GAAP measures differently. Management does not consider these non-GAAP measures in isolation or as an alternative to financial measures determined in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant expenses that are required by to be presented in AppHarvest's GAAP financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgment by management about which expenses are excluded in determining these non-GAAP financial measures. You should review AppHarvest's audited financial statements prepared in accordance with GAAP, which will be included in a combined registration statement and proxy statement to be filed with the SEC.

### Trademarks

This Presentation contains trademarks, service marks, trade names, and copyrights of Novus, AppHarvest, and other companies, which are the property of their respective owners.

The information contained herein is as of December 15, 2020 and does not reflect any subsequent events.



# AppHarvest Impact by the Numbers

**Domestic Impact**

| | | | | |
|---|---|---|---|---|
| **~70%** of population in one day's drive | **80%** Less diesel expected to be used in transportation[a] | **90%** Less water than conventional agriculture[b] | **10** Acreage of rainwater retention pond at Morehead facility | **~30x** Higher yields than open-field agriculture |
| **365** Days; growing indoors eliminates weather and seasonal constraints | **0** Zero agricultural runoff due to unique closed-loop system | **1,000s** Jobs in high unemployment areas | **0** Soil usage, keeping carbon sequestered | **40%** Increase in lighting efficiency due to our LEDS |

**Executing on UN Sustainable Development Goals (SDGs)**

     

| | | | | | |
|---|---|---|---|---|---|
| Creating jobs in counties with high poverty and medium family income below U.S. avg per ARC[c] | Meeting global food demand | 90% less water than traditional open-field agriculture and zero agriculture runoff | Hundreds of new jobs in a county where 26% of residents live in poverty | ~30x higher yields on a single acre than open-field agriculture on a single acre | Reduce diesel use for transportation by 80% and reach 70% of Americans in a day's drive |



(a)   Figures are based on AppHarvest's expected market distribution and current market distribution estimates using Numarán, Mexico
(b)   International Journal of Environmental Research and Public Health
(c)   Appalachian Regional Commission



18

# Projected Financial and Operating Metrics



Note: All $ figures in millions.
(a)     FCF Before Growth Spend excludes development SG&A and capital expenditure for new facilities.
(b)     Excludes impact of taxes.