# EXHIBIT 4

1

TABLE OF CONTENTS

Filed Pursuant to Rule 424(b)(3)
Registration No. 333-249421

# NOVUS CAPITAL CORPORATION

**8556 Oakmont Lane**
**Indianapolis, IN 46260**

Dear Novus Capital Corporation Stockholders:

Novus Capital Corporation, a Delaware corporation ("Novus"), ORGA, Inc., a wholly-owned subsidiary of Novus incorporated in the State of Delaware ("Merger Sub"), and AppHarvest, Inc., a Delaware public benefit corporation ("AppHarvest"), have entered into a Business Combination Agreement and Plan of Reorganization (the "Business Combination Agreement") pursuant to which AppHarvest will merge with and into Merger Sub, with AppHarvest surviving the merger and becoming a wholly-owned direct subsidiary of Novus (collectively with the other transactions described in the Business Combination Agreement, the "Business Combination"). At the closing of the Business Combination, all of the then issued and outstanding shares of AppHarvest Common Stock (expressed on a fully diluted basis) will be cancelled and automatically convert into up to 50,000,000 shares of common stock of Novus and the $30 million of outstanding convertible notes issued by AppHarvest will be converted into an aggregate of 3,221,053 additional shares of Novus common stock. The shares of common stock issuable to AppHarvest's stockholders and holders of convertible notes as merger consideration have an aggregate value of $532.2 million (based on a value of $10.00 per share), or $1.019 billion (based on the last sale price of Novus's common stock of $19.15 on January 8, 2021, the last trading day prior to the date of this proxy statement/prospectus. The market value of such shares may fluctuate significantly from the market value of such shares as of the date of this prospectus/proxy statement. Upon completion of the Business Combination, it is anticipated that AppHarvest's stockholders and the holders of the AppHarvest convertible notes will own approximately 46.8% and 3.2%, respectively, of the total outstanding common stock of the combined company. On September 28, 2020, Novus executed subscription agreements with certain investors for the sale of an aggregate of 37,500,000 shares of Novus common stock at a purchase price of $10.00 per share for gross aggregate proceeds of $375.0 million. The closing of the sale of these shares will occur concurrently with the consummation of the Business Combination. See the section titled "*The Business Combination*" on page 89 of the attached proxy statement/prospectus for further information on the consideration being paid to the stockholders of AppHarvest. Following the Business Combination and the related financing, Novus's stockholders will own approximately 12.6% of the outstanding common stock of the Combined Company.

Novus's units, common stock and warrants are currently listed on the Nasdaq Capital Market, under the symbols "NOVSU," "NOVS," and "NOVSW," respectively. Novus has applied to list the shares of common stock and the warrants of Novus on the Nasdaq Capital Market under the symbols "APPH" and "APPHW," respectively, upon the closing of the Business Combination. At the closing of the Business Combination, each Novus unit will be separated into its components, which consists of one share of common stock and one warrant, and such units will no longer exist. Upon closing, Novus intends to change its name from "Novus Capital Corporation" to "AppHarvest, Inc."

Novus is holding a special meeting of its stockholders in order to obtain the stockholder approvals necessary to complete the Business Combination. At the Novus special meeting of stockholders, which will be held on January 29, 2021, at 10:00 a.m., Eastern time, via live webcast at the following address: https://www.cstproxy.com/novuscapitalcorp/sm2020, unless postponed or adjourned to a later date, Novus will ask its stockholders to adopt the Business Combination Agreement thereby approving the Business Combination and approve the other proposals described in this proxy statement/prospectus.

After careful consideration, Novus's board of directors has unanimously approved the Business Combination Agreement and the other proposals described in this proxy statement/prospectus, and Novus's board of directors has determined that it is advisable to consummate the Business Combination. The board of directors of Novus recommends that its stockholders vote "FOR" the proposals described in this proxy statement/prospectus.

**More information about Novus, AppHarvest and the Business Combination is contained in this proxy statement/prospectus. Novus and AppHarvest urge you to read the accompanying proxy statement/prospectus, including the financial statements and annexes and other documents referred to herein, carefully and in their entirety. IN PARTICULAR, YOU SHOULD CAREFULLY CONSIDER THE MATTERS DISCUSSED UNDER "RISK FACTORS" BEGINNING ON PAGE 39 OF THIS PROXY STATEMENT/PROSPECTUS.**

On behalf of our board of directors, I thank you for your support and look forward to the successful completion of the Business Combination.

Sincerely,

/s/ Larry M. Paulson
Larry M. Paulson
*Chief Executive Officer*

January 11, 2021

The accompanying proxy statement/prospectus is dated January 11, 2021 and is first being mailed to the stockholders of Novus on or about that date.

**Your vote is very important. Whether or not you plan to attend the special meeting of Novus's stockholders online, please submit your proxy by completing, signing, dating and mailing the enclosed proxy card in the pre-addressed postage paid envelope or by using the telephone or Internet procedures provided to you by your broker or bank.** If your shares are held in an account at a brokerage firm or bank, you must instruct your broker or bank on how to vote your shares or, if you wish to attend the special meeting of Novus's stockholders and vote online, you must obtain a proxy from your broker or bank.

**NEITHER THE U.S. SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES REGULATORY AGENCY HAS APPROVED OR DISAPPROVED THE BUSINESS COMBINATION DESCRIBED IN THIS PROXY STATEMENT/PROSPECTUS OR ANY OF THE SECURITIES TO BE ISSUED IN THE BUSINESS COMBINATION, PASSED UPON THE MERITS OR FAIRNESS OF THE BUSINESS COMBINATION OR PASSED UPON THE ADEQUACY OR ACCURACY OF THE DISCLOSURE IN THIS PROXY STATEMENT/PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY CONSTITUTES A CRIMINAL OFFENSE.**

TABLE OF CONTENTS

**SUMMARY OF THE PROXY STATEMENT/PROSPECTUS**

*This summary highlights selected information from this proxy statement/prospectus and does not contain all of the information that is important to you. To better understand the Business Combination Proposal and the other Stockholder Proposals to be considered at the special meeting of stockholders, you should read this entire proxy statement/prospectus carefully, including the annexes. See also the section titled, "Where You Can Find More Information."*

**Parties to the Business Combination**

*Novus*

Novus is a Delaware corporation and was formed for the purpose of entering into a merger, share exchange, asset acquisition, stock purchase, recapitalization, reorganization or other similar business combination with one or more businesses or entities, referred to throughout this proxy statement/prospectus as its initial business combination. Although Novus may pursue its initial business combination in any industry or geographic location, it currently intends to focus on opportunities in the smart technology innovations market.

Novus Common Stock, Novus Warrants and Novus Units (each Novus Unit comprising one share of Novus Common Stock and one Novus Warrant) are currently listed and trading on Nasdaq under the ticker symbols "NOVS," "NOVSW" and "NOVSU," respectively. We have applied to continue the listing of the Novus Common Stock and Novus Warrants on Nasdaq under the symbols "APPH" and "APPHW," respectively, upon Closing. The Novus Units will automatically separate into their component securities (one share of Novus Common Stock and one Novus Warrant) upon Closing and, as a result, will no longer exist. Upon Closing, Novus intends to change its name from "Novus Capital Corporation" to "AppHarvest, Inc."

The mailing address of Novus's principal executive office is 8556 Oakmont Lane, Indianapolis, IN 46260, and its telephone number is (317) 590-6959.

*Merger Sub*

Merger Sub is a wholly-owned subsidiary of Novus, formed on September 18, 2020 to consummate the Business Combination. Following the Business Combination, Merger Sub will have merged with and into AppHarvest with AppHarvest surviving the Merger. As a result, AppHarvest will become a wholly-owned subsidiary of Novus.

*AppHarvest*

AppHarvest is building some of the world's largest high-tech greenhouses, combining conventional agricultural techniques with today's technology to grow fruits and vegetables that are not genetically modified organisms and are free from chemical pesticides. AppHarvest's vision is to create America's AgTech capital from within Appalachia and provide better produce, better farming practices and better jobs. As a Delaware public benefit corporation, the public benefits that AppHarvest promotes, and pursuant to which it manages the company, are (i) empowering individuals in Appalachia, (ii) driving positive environmental change in the agriculture industry, and (iii) improving the lives of AppHarvest's employees and the community at large.

AppHarvest is a development stage company with no revenue to date that has incurred net losses of $2.7 million and $8.1 million for the year ended December 31, 2019 and the nine months ended September 30, 2020, respectively, and an accumulated deficit of $11.8 million from its inception through September 30, 2020.

**Certified B Corporation**

While not required by Delaware law or the terms of its amended and restated certificate of incorporation, AppHarvest has elected to have its social and environmental performance, accountability and transparency

19

3

TABLE OF CONTENTS

assessed against the proprietary criteria established by an independent non-profit organization. As a result of this assessment, in December 2019, AppHarvest was designated as a Certified B Corporation.

### Public Benefit Corporation Status

In connection with its Certified B Corporation status and as a demonstration of its long-term commitment to its mission, AppHarvest has been a public benefit corporation under Delaware law since inception.

Under Delaware law, a public benefit corporation is required to identify in its certificate of incorporation the public benefit or benefits it will promote and its directors have a duty to manage the affairs of the corporation in a manner that balances the pecuniary interests of the corporation's stockholders, the best interests of those materially affected by the corporation's conduct, and the specific public benefit or public benefits identified in the public benefit corporation's certificate of incorporation. Public benefit corporations organized in Delaware are also required to assess their benefit performance internally and to disclose to stockholders at least biennially a report detailing their success in meeting their benefit objectives.

As provided in AppHarvest's amended and restated certificate of incorporation, the public benefits that AppHarvest promotes, and pursuant to which it manages the company, are empowering individuals in Appalachia, driving positive environmental change in the agriculture industry, and improving the lives of AppHarvest's employees and the community at large. Being a public benefit corporation underscores AppHarvest's commitment to its purpose and its stakeholders, including farmers and suppliers, consumers and customers, communities and the environment and stockholders.

Novus does not believe that an investment in the stock of a public benefit corporation differs materially from an investment in a corporation that is not designated as a public benefit corporation. Novus believes that AppHarvest's ongoing efforts to achieve its public benefit goals will not materially affect the financial interests of the Combined Company's stockholders. However, as a public benefit corporation, AppHarvest is required to balance the financial interests of its stockholders with the best interests of those stakeholders materially affected by its conduct, including particularly those affected by the specific benefit purposes set forth in its certificate of incorporation. AppHarvest may take actions in furtherance of its goals described above, even if those actions do not maximize short- or medium-term financial results. Accordingly, AppHarvest's duty to balance a variety of interests may result in actions that do not maximize stockholder value.

The mailing address of AppHarvest's principal executive office is 401 W. Main Street, Suite 321, Lexington, KY 40507, and its telephone number is (606) 653-6100.

For more information about AppHarvest, see the sections titled "*Information About AppHarvest*" and "*AppHarvest Management's Discussion and Analysis of Financial Condition and Results of Operations*."

### The Business Combination

### The Business Combination Agreement

On September 28, 2020, Novus, Merger Sub and AppHarvest entered into the Business Combination Agreement, pursuant to which Novus and AppHarvest will consummate the Business Combination. The Business Combination Agreement contains customary representations and warranties, covenants, closing conditions, termination fee provisions and other terms relating to the Merger and the other transactions contemplated thereby.

The Merger is to become effective by the filing of a certificate of merger with the Secretary of State of the State of Delaware, in accordance with the relevant provisions of the DGCL and mutually agreed by the parties, and will be effective immediately upon such filing or upon such later time as may be agreed by the parties and specified in such certificate of merger (such time, "Effective Time"). The parties will hold the Closing immediately prior to such filing of a certificate of merger, on the Closing Date.

The Effective Time shall occur as promptly as practicable but in no event later than three business day after the satisfaction or, if permissible, waiver of the conditions to the completion of the Business Combination

20

TABLE OF CONTENTS

If a holder exercises its redemption rights, then such holder will be exchanging its shares of Novus Common Stock for cash and will no longer own shares of Novus Common Stock and will not participate in the future growth of the Combined Company, if any. Such a holder will be entitled to receive cash for its Public Shares only if it properly demands redemption and delivers its shares (either physically or electronically) to Novus's transfer agent in accordance with the procedures described herein. See the section titled "*The Special Meeting of Novus's Stockholders - Redemption Rights*" for the procedures to be followed if you wish to redeem your shares for cash.

**Ownership of the Combined Company After the Closing**

It is anticipated that, upon the completion of the Business Combination, the ownership of the Combined Company will be as follows:

- the stockholders of AppHarvest will own 46,898,526 shares of Combined Company Common Stock, representing approximately 46.7% of total shares outstanding, which excludes up to 3,101,474 shares of Combined Company Common Stock that may be issuable pursuant to Exchanged Options;

- the PIPE Subscribers will own 37,500,000 shares of Combined Company Common Stock, representing approximately 37.8% of total shares outstanding;

- the holders of the AppHarvest Interim Period Convertible Notes will own 3,221,053 shares of Combined Company Common Stock, representing approximately 3.2% of total shares outstanding;

- the Public Stockholders will own 10,000,000 shares of Combined Company Common Stock, representing approximately 10.0% of total shares outstanding;

- the holders of Initial Stockholder Shares will own 2,500,000 shares of Combined Company Common Stock, representing approximately 2.5% of the total shares outstanding, excluding 1,380,000 shares of Combined Company Common Stock held by such holders and their affiliates purchased in the PIPE; and

- the holders of EBC Shares will own 150,000 shares of Combined Company Common Stock, representing approximately 0.1% of the total shares outstanding, excluding 50,000 shares of Combined Company Common Stock held by such holders and their affiliates purchased in the PIPE.

The numbers of shares and percentage interests set forth above are based on a number of assumptions, including that none of the Public Stockholders exercise their redemption rights and that AppHarvest does not issue any additional equity securities prior to the Merger. If the actual facts differ from our assumptions, the numbers of shares and percentage interests set forth above will be different. In addition, the numbers of shares and percentage interests set forth above do not take into account potential future exercises of Novus Warrants.

Please see the section titled "*Unaudited Pro Forma Condensed Combined Financial Information*" for further information.

**Summary of Risk Factors**

In evaluating the Stockholder Proposals, Novus Stockholders should carefully read this proxy statement/prospectus and especially consider the factors discussed in the section entitled "*Risk Factors.*" Some of the risks related to AppHarvest's business and industry, and risks of the Combined Company, are summarized below.

- AppHarvest is an early stage company with a history of losses, and expects to incur significant expenses and continuing losses for the foreseeable future. AppHarvest's business could be adversely affected if it fails to effectively manage its future growth.

- AppHarvest faces risks inherent in the greenhouse agriculture business, including the risks of diseases and pests.

- AppHarvest may be unable to successfully execute on its growth strategy.

29

- AppHarvest has only just begun its first growing season, which makes it difficult to forecast future results of operations.
- AppHarvest's brand and reputation may be diminished due to real or perceived quality or food safety issues with its products, which could negatively impact AppHarvest's business, reputation, operating results and financial condition.
- AppHarvest's estimates of market opportunity and forecasts of market growth may prove to be inaccurate, and even if the market in which AppHarvest competes achieves the forecasted growth, AppHarvest's business could fail to grow at similar rates, if at all.
- Demand for tomatoes and other vine produce is subject to seasonal fluctuations and may adversely impact AppHarvest's results of operations in certain quarters.
- AppHarvest currently relies on a single facility for all of its operations.
- Mastronardi is currently AppHarvest's sole, exclusive marketing and distribution partner. AppHarvest is highly dependent on this relationship, and impairment to or termination of this relationship could adversely affect AppHarvest's results of operation and financial condition.
- AppHarvest depends on employing a skilled local labor force, and failure to attract and retain qualified employees could negatively impact AppHarvest's business, results of operations and financial condition.
- AppHarvest builds controlled environment agriculture facilities which may be subject to unexpected costs and delays due to reliance on third parties for construction, material delivery, supply-chains and fluctuating material prices.
- AppHarvest may not be able to compete successfully in the highly competitive natural food market.
- As a public benefit corporation, AppHarvest's duty to balance a variety of interests may result in actions that do not maximize stockholder value.
- AppHarvest will require additional financing to achieve its goals, and a failure to obtain this necessary capital when needed on acceptable terms, or at all, may force AppHarvest to delay, limit, reduce or terminate its operations and future growth.
- AppHarvest's management has limited experience in operating a public company.
- Adherence to AppHarvest's values and its focus on long-term sustainability may negatively influence the Combined Company's short- or medium-term financial performance.

30

6

TABLE OF CONTENTS

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

Certain statements in this proxy statement/prospectus may constitute "forward-looking statements" for purposes of the federal securities laws. Our forward-looking statements include, but are not limited to, statements regarding our, our management team's, AppHarvest's and AppHarvest's management team's expectations, hopes, beliefs, intentions or strategies regarding the future. In addition, any statements that refer to projections, forecasts or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. The words "anticipate," "believe," "continue," "could," "estimate," "expect," "intends," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "will," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements in this proxy statement/prospectus may include, for example, statements about:

- our ability to consummate the Business Combination;

- the expected benefits of the Business Combination;

- the Combined Company's financial and business performance following the Business Combination, including financial projections and business metrics;

- changes in AppHarvest's strategy, future operations, financial position, estimated revenues and losses, projected costs, prospects and plans;

- the implementation, market acceptance and success of AppHarvest's business model and growth strategy;

- AppHarvest's ability to attract and retain qualified employees and management in Appalachia;

- AppHarvest's ability to adapt to changes in consumer preferences, perception and spending habits in the food industry and develop and expand its product offerings and gain market acceptance of its products;

- the success or profitability of AppHarvest's distribution arrangements;

- AppHarvest's projections and expected timelines related to the construction and opening of new controlled environment agriculture facilities, the planting and sale of produce and the recognition of revenue from any such sales;

- AppHarvest's ability to scale and build its controlled environment agriculture facilities in a cost-effective manner;

- AppHarvest's ability to develop and maintain its brand and reputation;

- developments and projections relating to AppHarvest's competitors and industry;

- the impact of health epidemics, including the COVID-19 pandemic, on AppHarvest's business and the actions AppHarvest may take in response thereto;

- AppHarvest's expectations regarding its ability to obtain and maintain intellectual property protection and not infringe on the rights of others;

- expectations regarding the time during which we will be an emerging growth company under the JOBS Act;

- AppHarvest's future capital requirements and sources and uses of cash;

- AppHarvest's ability to obtain funding for its operations and future growth; and

- AppHarvest's business, expansion plans and opportunities.

These forward-looking statements are based on information available as of the date of this proxy statement/prospectus, and current expectations, forecasts and assumptions, and involve a number of judgments, risks and uncertainties. Accordingly, forward-looking statements should not be relied upon as representing our views as of any subsequent date, and we do not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws.

37

TABLE OF CONTENTS

## RISK FACTORS

*The Combined Company will face a market environment that cannot be predicted and that involves significant risks, many of which will be beyond its control. In addition to the other information contained in this proxy statement/prospectus, you should carefully consider the material risks described below before deciding how to vote your shares of stock. In addition, you should read and consider the risks associated with the business of Novus because these risks may also affect the Combined Company. You should also read and consider the other information in this proxy statement/prospectus.*

### Risks Related to AppHarvest

***AppHarvest is an early stage company with a history of losses, and expects to incur significant expenses and continuing losses for the foreseeable future. AppHarvest's business could be adversely affected if it fails to effectively manage its future growth.***

AppHarvest incurred net losses of $2.7 million and $8.1 million for the year ended December 31, 2019 and the nine months ended September 30, 2020, respectively. AppHarvest believes it will continue to incur net losses for the foreseeable future as it begins its first growing season and commercial sales of its products. Even once AppHarvest begins its first growing season, there is no guarantee when, if ever, AppHarvest will become profitable. AppHarvest expects to expend substantial resources as it:

- completes the buildout of the Morehead facility and other facilities for which building has commenced;

- begins its first growing season;

- fulfills its obligations under its marketing and distribution agreement with Mastronardi;

- identifies and invests in future growth opportunities, including the purchase or lease of new or expanded facilities and the development of new product lines;

- invests in sales and marketing efforts to increase brand awareness, engage customers and drive sales of its products;

- invests in product innovation and development; and

- incurs additional general administration expenses, including increased finance, legal and accounting expenses, associated with being a public company and growing operations.

These investments may not result in the growth of AppHarvest's business. Even if these investments do result in the growth of its business, if AppHarvest does not effectively manage its growth, it may not be able to execute on its business plan and vision, respond to competitive pressures, take advantage of market opportunities, satisfy customer requirements or maintain high-quality product offerings, any of which could adversely affect AppHarvest's business, financial condition and results of operations.

***AppHarvest will require additional financing to achieve its goals, and a failure to obtain this necessary capital when needed on acceptable terms, or at all, may force AppHarvest to delay, limit, reduce or terminate its operations and future growth.***

The high-tech greenhouse agriculture business is extremely capital-intensive and AppHarvest expects to expend significant resources to complete the buildout of its facilities and begin its first growing season. These expenditures are expected to include working capital, costs of acquiring and building out new facilities, costs associated with planting and harvesting, such as the purchase of seeds and growing supplies, and the cost of attracting and retaining a skilled local labor force. In addition, other anticipated costs may arise due to the unique nature of these controlled environment agriculture facilities and the start of AppHarvest's first growing season. AppHarvest currently imports many of the supplies and materials for its greenhouse operations from abroad, including the construction materials for the Morehead facility and seeds for its plants. Accordingly, AppHarvest is subject to risk of fluctuation in exchange rates, which could cause unexpected increases in AppHarvest's costs and harm its financial position.

After giving effect to the closing of the Business Combination, AppHarvest expects that its existing cash and credit available under its loan agreements will be sufficient to fund its planned operating expenses,

39

TABLE OF CONTENTS

capital expenditure requirements and any debt service payments through at least the next 12 months. However, AppHarvest's operating plan may change because of factors currently unknown, and AppHarvest may need to seek additional funds sooner than planned, through public or private equity or debt financings or other sources, such as strategic collaborations. Such financings may result in dilution to stockholders, issuance of securities with priority as to liquidation and dividend and other rights more favorable than common stock, imposition of debt covenants and repayment obligations, or other restrictions that may adversely affect its business. In addition, AppHarvest may seek additional capital due to favorable market conditions or strategic considerations even if it believes that it has sufficient funds for current or future operating plans. There can be no assurance that financing will be available to AppHarvest on favorable terms, or at all. The inability to obtain financing when needed may make it more difficult for AppHarvest to operate its business or implement its growth plans.

***AppHarvest faces risks inherent in the greenhouse agriculture business, including the risks of diseases and pests.***

AppHarvest is focused on building large-scale controlled environment agriculture facilities in Central Appalachia with the goal of providing quality domestic supply of fresh fruits and vegetables to nearly 70% of the U.S. population. AppHarvest plans to initially grow two varieties of tomatoes in its first growing season at the Morehead facility - tomatoes on the vine and beefsteak tomatoes - and potentially expand to other tomato varieties and other vegetables such as cucumbers and leafy greens in the future at other facilities. As such, AppHarvest is subject to the risks inherent in an agricultural business, such as insects, plant and seed diseases and similar agricultural risks, which may include crop losses, for which AppHarvest is not insured. Although AppHarvest's tomatoes will be grown in climate-controlled greenhouses, there can be no assurance that natural elements will not have an effect on the production of these products. In particular, plant diseases, such as root rot or tomato brown rugose fruit virus, or pest infestations, such as whiteflies, can destroy all or a significant portion of AppHarvest's tomatoes and could eliminate or significantly reduce production at the greenhouse until AppHarvest is able to disinfect the greenhouse and grow replacement tomatoes or other vegetables.

Although AppHarvest has taken and continues to take precautions to guard against crop diseases and pests, these efforts may not be sufficient. In addition, diseases and pests can make their way into greenhouses from outside sources over which AppHarvest has limited or no control. Diseases and pests can be inadvertently brought in by employees, from seeds and propagation vendors and from the trucks that transport supplies to the greenhouse. Once a disease or pest is introduced, AppHarvest will need to quickly identify the problem and take remedial action in order to preserve the growing season. Failure to identify and remediate any diseases or pests in a timely manner could cause the loss of all or a portion of AppHarvest's crop and result in substantial time and resources to resume operations. Crop losses as a result of these agricultural risks could negatively impact AppHarvest's business, prospects, financial condition, results of operations and cash flows.

***AppHarvest currently relies on a single facility for all of its operations.***

AppHarvest's first controlled environment agriculture facility is a 2.76 million square foot greenhouse facility in Morehead, Kentucky, which partially opened in October 2020. For the immediate future, AppHarvest will rely solely on the operations at the Morehead facility. Adverse changes or developments affecting the Morehead facility could impair AppHarvest's ability to produce its products and its business, prospects, financial condition and results of operations. Any shutdown or period of reduced production at the Morehead facility, which may be caused by regulatory noncompliance or other issues, as well as other factors beyond its control, such as severe weather conditions, natural disaster, fire, power interruption, work stoppage, disease outbreaks or pandemics (such as COVID-19), equipment failure or delay in supply delivery, would significantly disrupt AppHarvest's ability to grow and deliver its produce in a timely manner, meet its contractual obligations and operate its business. AppHarvest's greenhouse equipment is costly to replace or repair, and AppHarvest's equipment supply chains may be disrupted in connection with pandemics, such as COVID-19, trade wars or other factors. If any material amount of AppHarvest's machinery were damaged, it would be unable to predict when, if at all, it could replace or repair such machinery or find co-manufacturers with suitable alterative machinery, which could adversely affect AppHarvest's business,

40

9

TABLE OF CONTENTS

financial condition and operating results. Any insurance coverage AppHarvest has may not be sufficient to cover all of its potential losses and may not continue to be available to AppHarvest on acceptable terms, or at all.

***Any damage to or problems with AppHarvest's greenhouse facilities, or delays in construction, could severely impact its operations and financial condition.***

Any damage to or problems with the Morehead facility or any other greenhouses that AppHarvest builds or uses in the future could have a severe adverse impact on AppHarvest's operations and business. AppHarvest faces risks including, but not limited to:

- **Weather**. AppHarvest's operations may be adversely affected by severe weather including tornados, lightning strikes, wind, snow, hail and rain. A tornado, lightning strike, severe hailstorm or unusually large amount of snow could cause damage or destruction to all or part of AppHarvest's greenhouse. Although Equilibrium is responsible for repairing damage to the outside of the greenhouse structure, AppHarvest may be required to expend significant resources and time in mitigating damage to its crops, and such damage may not be covered by insurance. The impact of a severe weather event or natural disaster could result in significant losses and seriously disrupt AppHarvest's entire business.

- **Water Supply**. AppHarvest irrigates its plants with recycled rainwater, collected in a 10-acre on-site retention pond, eliminating the need for city water or well water. The pond is constantly aerated with nanobubble technology, which combats harmful algae blooms and cyanotoxins. Once rainwater is pumped into the facility from the pond, it enters a closed-loop irrigation system. The water is processed through a sand filter and then sanitized with UV light. This destroys any viruses, bacteria and protozoa without the use of chemicals and with no unwanted disinfection by-products. Despite these precautions, there remains risk of contamination to AppHarvest's water supply from outside sources. Any contamination of the water in the retention pond could require significant resources to correct and could result in damage or interruption to AppHarvest's growing season.

- **Energy Costs or Interruption**. Although AppHarvest's plants primarily grow using natural sunlight, requiring less energy per plan than indoor warehouse farms, AppHarvest does supplement the light its plants receive with LED lighting and high-pressure sodium lighting, which makes AppHarvest vulnerable to rising energy costs. AppHarvest has diesel generators to maintain energy supply in the case of an outage, but these generators would not be able to power the facility for any prolonged period of time and could result in reduced crop yield. Rising or volatile energy costs may adversely impact its business, and its operations could be significantly affected by a prolonged power outage.

In addition, AppHarvest may experience unexpected delays in building its greenhouses for a variety of reasons, including limited labor due to COVID-19 or other factors, unexpected construction problems or severe weather. If AppHarvest experiences significant unexpected delays in construction, it may have to limit or miss out on an entire growing season depending on the timing and extent of the delays, which could harm AppHarvest's business, financial condition and results of operation.

***AppHarvest depends on employing a skilled local labor force, and failure to attract and retain qualified employees could negatively impact AppHarvest's business, results of operations and financial condition.***

Agricultural operations are labor intensive, and the growing season for greenhouses is year-round. In general, each year, AppHarvest plans to begin planting in September, grow and harvest the produce into June or July and then remove plants and clean the greenhouse in August. These year-round operations depend on the regular availability of labor in Appalachia.

Central Appalachia's labor force long powered America through its coal mining operations. Over the past decade, the industry's precipitous decline and replacement by natural gas has left tens of thousands of skilled workers unemployed throughout the region. AppHarvest has rapidly hired in the region as it prepares to open its controlled environment agriculture facility and benefited from a strong network of employer assistance programs ready to help companies interested in locating in the region to provide jobs for its ready workforce. However, there is competition for skilled agricultural labor in the region, particularly from the cannabis industry, and even if AppHarvest is able to identify, hire and train its labor force, there is no

41

TABLE OF CONTENTS

guarantee that AppHarvest will be able to retain these employees. Any shortage of labor or lack of regular availability could restrict AppHarvest's ability to operate its greenhouses profitably, or at all.

In addition, efforts by labor unions to organize AppHarvest's employees could divert management attention away from regular day-to-day operations and increase its operating expenses. Labor unions may make attempts to organize AppHarvest's non-unionized employees. AppHarvest is not aware of any activities relating to union organizations at the Morehead facility, but it cannot predict which, if any, groups of employees may seek union representation in the future or the outcome of any collective bargaining. If AppHarvest is unable to negotiate acceptable collective bargaining agreements, it may have to wait through "cooling off" periods, which are often followed by union-initiated work stoppages, including strikes. Depending on the type and duration of any work stoppage, AppHarvest's operating expenses could increase significantly, which could negatively impact its financial condition, results of operations and cash flows.

***If AppHarvest fails to retain and motivate members of its management team or other key crew members, its business and future growth prospects would be harmed.***

AppHarvest's success and future growth depend largely upon the continued services of its executive officers as well as other key crew members. These executives and key crew members have been primarily responsible for determining the strategic direction of the business and executing AppHarvest's growth strategy and are integral to AppHarvest's brand, culture and reputation with distributors and others in the industry. From time to time, there may be changes in AppHarvest's executive management team or other key crew members resulting from the hiring or departure of these personnel. The loss of one or more of executive officers, or the failure by the executive team to effectively work with crew members and lead the company, could harm AppHarvest's business.

***Mastronardi is currently AppHarvest's sole, exclusive marketing and distribution partner. AppHarvest is highly dependent on this relationship, and impairment to or termination of this relationship could adversely affect AppHarvest's results of operation and financial condition.***

Mastronardi is AppHarvest's exclusive marketing and distribution partner for all Products pursuant to the Purchase and Marketing Agreement between AppHarvest and Mastronardi dated as of March 28, 2019, as amended on December 18, 2020 (the "Mastronardi Morehead Agreement"). Under the terms of the Mastronardi Morehead Agreement, AppHarvest is responsible for growing, producing, packing and delivering all Products to Mastronardi, and Mastronardi is responsible for marketing, branding and distributing the Products to its customers. Mastronardi will sell the Products at market prices that are consistent with the best and highest prices available during the duration of the applicable growing season for like kind USDA Grade No. 1 products. Mastronardi will set the market price for the Products and will pay over to AppHarvest the gross sale price of the Products sold by Mastronardi, less a marketing fee and Mastronardi's costs incurred in the sale and distribution of the Products.

Mastronardi is only obligated to purchase AppHarvest's products that are at or above USDA Grade No. 1 standards and export quality standards within North America and of a quality required by Mastronardi's customers, in Mastronardi's sole determination. The Mastronardi Morehead Agreement provides for an inspection period during which Mastronardi will inspect AppHarvest's produce to determine whether it meets the required quality standards, and Mastronardi may reject and return any of AppHarvest's products that do not meet these standards. Any significant or unexpected rejection of AppHarvest's products could negatively impact AppHarvest's results of operations, and AppHarvest may be unable to sell the rejected products to other third parties. Further, because Mastronardi acts as an intermediary between AppHarvest and the retail grocers or foodservice providers, AppHarvest does not have short-term or long-term commitments or minimum purchase volumes with them that ensure future sales of its products.

If AppHarvest expands its growing acreage or operations in Kentucky or West Virginia, Mastronardi has a right of first refusal to be the exclusive distributor of any produce arising as a result of such expansion for the greater of ten years from the date of first commercial production of the additional products or the remainder of the term of the Mastronardi Morehead Agreement. In the event AppHarvest or its affiliates engage in the business of growing fresh produce in a greenhouse in Kentucky and West Virginia (in each case, a "New Grower Facility"), Mastronardi has the right to deem such New Grower Facility to be under an agreement with Mastronardi on the same material terms and conditions of the Mastronardi Morehead

TABLE OF CONTENTS

Agreement for a period of ten years. In December 2020, Mastronardi elected to deem AppHarvest's new facilities in Richmond and Berea to be New Grower Facilities.

Due to the exclusive nature of this long-term distribution relationship, AppHarvest could also be adversely affected if Mastronardi experiences impairment to its brand and reputation or to its financial condition. Mastronardi and AppHarvest are each entitled to terminate the Mastronardi Morehead Agreement in the case of the other party's uncured breach of the contract or bankruptcy or insolvency. If the Mastronardi Morehead Agreement is terminated, AppHarvest may experience difficulty or delay in finding a suitable replacement distributor in a timely manner or at all, and AppHarvest's business, financial condition and results of operations could be harmed.

***AppHarvest could be adversely affected by a change in consumer preferences, perception and spending habits in the food industry, and failure to develop and expand its product offerings or gain market acceptance of its products could have a negative effect on AppHarvest's business.***

The market in which AppHarvest operates is subject to changes in consumer preference, perception and spending habits. AppHarvest's performance will depend significantly on factors that may affect the level and pattern of consumer spending in the U.S. food industry market in which it operates. Such factors include consumer preference, consumer income, consumer confidence in and perception of the safety and quality of AppHarvest's products and shifts in the perceived value for AppHarvest's products relative to alternatives.

- **Consumer Preferences**. AppHarvest's first crop will be tomatoes, including tomatoes on the vine and beefsteak tomatoes. Although tomatoes are the second most popular fresh market vegetable per capita in the United States, with per capita consumption increasing significantly in the past 40 years, there is no guarantee that tomatoes will continue to garner this popularity, that consumers will prefer the varieties of tomatoes grown by AppHarvest, or that AppHarvest will be successful in capturing a sufficient market share. If AppHarvest is able to expand its product offerings to include other vegetables, such as cucumbers, peppers and leafy greens, it will similarly be impacted by consumer preferences for such vegetables.

- **Safety and Quality Concerns**. Media coverage regarding the safety or quality of, or diet or health issues relating to, AppHarvest's products or the processes involved in their manufacturing, may damage consumer confidence in AppHarvest's products. For example, manufacturers and regulatory authorities have issued recalls of tomatoes in the past due to issues such as salmonella contamination. Any widespread safety or quality issues involving tomatoes or other fresh vegetables - even if not involving AppHarvest - could adversely affect consumer confidence in and demand for such tomatoes or other fresh produce.

- **Consumer Income**. A general decline in the consumption of AppHarvest's products could occur at any time as a result of change in consumer spending habits, including an unwillingness to pay a premium or an inability to purchase AppHarvest's products due to financial hardship or increased price sensitivity, which may be exacerbated by the effects of the COVID-19 pandemic.

The success of AppHarvest's products will depend on a number of factors including its ability to accurately anticipate changes in market demand and consumer preferences, its ability to differentiate the quality of AppHarvest products from those of its competitors, and the effectiveness of marketing and advertising campaigns for AppHarvest products. AppHarvest may not be successful in identifying trends in consumer preferences and growing or developing products that respond to such trends in a timely manner. AppHarvest or its partners also may not be able to effectively promote AppHarvest products by marketing and advertising campaigns and gain market acceptance. If AppHarvest's products fail to gain market acceptance, are restricted by regulatory requirements or have quality problems, the company may not be able to fully recover costs and expenses incurred in its operation, and its business, financial condition or results of operations could be materially and adversely affected.

***AppHarvest may be unable to successfully execute on its growth strategy.***

AppHarvest's growth strategy includes the development of new controlled agriculture facilities and the expansion of its product line.

43

TABLE OF CONTENTS

- **New Controlled Agriculture Facilities**. AppHarvest's first controlled environment agriculture facility, which spans more than 63 acres, opened its first 30 acres of growing space in Morehead, Kentucky in October 2020, with the remainder expected to open in early 2021. Before the early 2021 completion of the Morehead facility, which will grow beefsteak tomatoes and tomatoes on the vine, AppHarvest expects to have begun construction on its next two facilities in Berea and Richmond, both within Madison County, Kentucky. In October 2020, AppHarvest announced that it had broken ground at the facility in Richmond. The facilities will include 60 acres of growing space for cucumbers and tomatoes on the vine in Richmond and 15 acres of leafy greens in Berea. Both new facilities are expected to be operational by the end of 2022. A fourth 17 acre facility to be located in Russell Springs, Kentucky will grow leafy greens and be operational in 2023. Beyond that, AppHarvest is also planning additional facilities across Kentucky and throughout Central Appalachia. Eight additional potential projects are in the pipeline through 2025.

  Identifying, planning, developing, constructing and finishing new controlled environment agriculture facilities in Central Appalachia has required and will continue to require substantial time and resources. Greenhouses, such as the Morehead facility, require a large amount of flat land with a maximum cut and fill area, the ability to obtain the appropriate permits and approvals, sufficient utilities and road access and adequate labor availability, among other things. AppHarvest may be unsuccessful in identifying available sites in Central Appalachia that are conducive to its planned projects, and even if identified, AppHarvest may ultimately be unable to lease or purchase the land for any number of reasons. Because of the capital-intensive nature of these projects, AppHarvest will need to prioritize which sites it plans to develop, and there can be no guarantee that AppHarvest will select or prioritize sites that will ultimately prove to be appropriate for construction. Further, AppHarvest may spend time and resources developing sites at the expense of other appropriate sites, which may ultimately have been a better selection or more profitable location. On the other hand, if AppHarvest overestimates market demand and expands into new locations too quickly, it may have significantly underutilized assets and may experience reduced profitability. If AppHarvest does not accurately align capacity at its greenhouses with demand, its business, financial condition and results of operations could be adversely affected.

- **New Product Lines**. AppHarvest aspires to develop a leading fruit and vegetable brand widely known for its sustainable practices. The company plans to leverage its strong mission to build an iconic brand recognized and revered by a loyal customer base that values a sustainable homegrown food supplier. The company also considers the development of value-added products to be key to its long-term growth strategy with value-added defined as being beyond the traditional fresh vegetable offerings of tomatoes on the vine and beefsteak tomatoes, and which could include items such as tomato paste, salsa, tomato sauces and ketchup. AppHarvest also plans to evaluate opportunities to develop lines of co-branded fresh food and snacking products.

  AppHarvest may not be successful in its efforts to expand into value-added and co-branded products, or may invest in product opportunities that are not ultimately successful or profitable. AppHarvest has no experience in developing or manufacturing value-added products and may not be able to develop or hire the expertise needed to expand into this field in an efficient and profitable manner. By developing co-branded products, AppHarvest also faces risks around aligning its brand with that of a third party over which it may have limited or no control.

AppHarvest may not be able to implement its growth strategy successfully. AppHarvest's sales and operating results will be adversely affected if it fails to implement its growth strategy or if it invests resources in a growth strategy that ultimately proves unsuccessful.

***AppHarvest has agreed not to compete with Mastronardi outside of Kentucky and West Virginia, which may limit AppHarvest's business opportunities.***

AppHarvest has agreed not to compete with Mastronardi outside of Kentucky and West Virginia, which includes the businesses of growing, harvesting, packaging, distributing or selling fresh produce, subject to certain exceptions for fresh produce that is grown in Kentucky or West Virginia. Although AppHarvest is currently focused on building greenhouses in Central Appalachia, if it desired in the future

44

13

TABLE OF CONTENTS

to build or operate facilities outside of Kentucky or West Virginia that were competitive with Mastronardi, the Mastronardi Morehead Agreement requires AppHarvest to obtain Mastronardi's consent before doing so. If Mastronardi withholds such consent for any reason, this could have the effect of restricting certain business opportunities outside of Kentucky and West Virginia during the term of the non-compete provision. The non-compete provision runs for ten years from the date of a first commercial harvest from the Morehead Facility and also runs for ten years measured from the date of a first commercial harvest from a facility deemed to be a New Grower Facility by Mastronardi under the terms of the Mastronardi Morehead Agreement.

***AppHarvest builds controlled environment agriculture facilities which may be subject to unexpected costs and delays due to reliance on third parties for construction, material delivery, supply-chains and fluctuating material prices.***

AppHarvest builds controlled environment agriculture facilities that are dependent on a number of key inputs and their related costs including materials such as steel and glass and other supplies, as well as electricity and other local utilities. Any significant interruption or negative change in the availability or economics of the supply chain for key inputs could materially impact AppHarvest's business, financial condition and operating results. AppHarvest has entered into a direct contractual relationship with Dalsem for the construction of its Richmond, Kentucky facility and Dalsem also provides significant construction services for the Morehead facility. If Dalsem encounters unexpected costs, delays or other problems in building these controlled environment agriculture facilities, AppHarvest's financial position and ability to execute on its growth strategy could be negatively affected. Any inability to secure required supplies and services or to do so on appropriate terms could have a materially adverse impact on AppHarvest's business, financial condition and operating results.

The price of production, sale and distribution of these goods may fluctuate widely based on the impact of numerous factors beyond AppHarvest's control including international, economic and political trends, expectations of inflation, global or regional consumptive patterns, speculative activities and increased production due to new production and distribution developments and improved production and distribution methods. In addition, AppHarvest imports substantially all of the construction materials used to build the controlled environment agriculture facilities. The use of third-party import services can cause logistical problems, unexpected costs and delays in facility construction which cannot be directly controlled by AppHarvest. Any prolonged disruption of third-party delivery and shipping services could negatively affect AppHarvest's facility building schedule. Rising costs associated with third-party transportation services used to ship materials may also adversely impact AppHarvest's building schedule and crop season planning, and more generally its business, financial condition, results of operations and prospects.

COVID-19 continues to impact worldwide economic activity, and the governments of many countries, states, cities and other geographic regions have taken preventative or protective actions which are creating disruption in global supply chains such as closures or other restrictions on the conduct of business operations of manufacturers, suppliers and vendors. The increased global demand on shipping and transport services may cause AppHarvest to experience delays in the future which could impact its ability to obtain materials or build its greenhouses in a timely manner. These factors could otherwise disrupt AppHarvest's operations and could negatively impact its business, financial condition and results of operations.

If AppHarvest experiences significant unexpected delays in construction, it may have to limit or miss out on an entire growing season depending on the timing and extent of the delays, which could harm AppHarvest's business, financial condition and results of operation.

***AppHarvest may not be able to compete successfully in the highly competitive natural food market.***

AppHarvest operates in the highly competitive natural foods environment. With the importing of vine crops rapidly increasing, AppHarvest's competition includes large-scale operations in Mexico and to a lesser extent the southwestern United States. In this market, competition is based on, among other things, product quality and taste, brand recognition and loyalty, product variety, product packaging and package design, shelf space, reputation, price, advertising, promotion and nutritional claims.

45

TABLE OF CONTENTS

AppHarvest may not be able to compete successfully with imported goods, including from Mexico and Canada. A risk for high-tech producers in the United States is that lower-cost Mexican producers will be able to increasingly step up and meet emerging U.S. retail market preferences for higher quality, improved product safety, year-round availability, and product innovation. Mexican producers achieve this not by investing equivalent capital, but by leveraging climatic advantages at lower cost. Market leadership will accrue to the most efficient producers who are able to reliably meet the needs of large U.S. retailers and can demonstrate advantages in marketing strategy, geography, technology, and production learning curves sufficient to warrant the substantial long-term working capital required to fuel the expected sustained growth of this niche. Meanwhile, Canadian producers are beginning or expanding production in the United States. The major factors driving this expansion are brand value of U.S. production and lower transportation and energy costs at U.S. facilities. The Canadian greenhouse industry is located primarily in Ontario in the east and British Columbia in the west. The Canadian greenhouse industry is supported by extensive government subsidies and financing that allows them to compete with the United States and Mexico on production cost.

AppHarvest also faces competition from traditional greenhouse operators both domestic and abroad, as well as from high-tech agricultural startups that are focused on development of farms either in or near major cities.

Each of these competitors may have substantially greater financial and other resources than AppHarvest and some of whose products are well accepted in the marketplace today. AppHarvest cannot be certain that it will successfully compete with larger competitors that have greater financial, sales and technical resources. They may also have lower operational costs, and as a result may be able to offer comparable or substitute products to customers at lower costs. This could put pressure on AppHarvest to lower its prices, resulting in lower profitability or, in the alternative, cause AppHarvest to lose market share if it fails to lower prices. Retailers may also market competitive products under their own private labels, which are generally sold at lower prices, and may change the merchandising of AppHarvest's products so they have less favorable placement.

The controlled environment agriculture business also has low barriers to entry, and AppHarvest will not be able to prevent competitors from building and operating similar greenhouses. AppHarvest relies heavily on the know-how of its employees and management team, their experience and their relationships with significant stakeholders in the agriculture industry and in Central Appalachia.

In addition, AppHarvest's ability to compete successfully in this market depends, in large part, on its ability to implement its growth strategy of building additional controlled environment facilities and expanding its product line. AppHarvest's sales and operating results will be adversely affected if it fails to implement its growth strategy or if AppHarvest invests resources in a growth strategy that ultimately proves unsuccessful.

***AppHarvest has only just begun its first growing season, which makes it difficult to forecast future results of operations.***

AppHarvest's first controlled environment agriculture facility, the Morehead facility, partially opened in October 2020, marking the beginning of the company's first growing season. As a result, AppHarvest's ability to accurately forecast future results of operations is limited and subject to a number of uncertainties, including its ability to plan for and model future growth. In future periods, revenue growth could slow or revenue could decline for a number of reasons, including slowing demand for AppHarvest's products, increasing competition, a decrease in the growth of the overall market, or AppHarvest's failure, for any reason, to take advantage of growth opportunities. If AppHarvest's assumptions regarding these risks and uncertainties and future revenue growth are incorrect or change, or if it does not address these risks successfully, AppHarvest's operating and financial results could differ materially from its expectations, and its business could suffer.

***If AppHarvest fails to develop and maintain its brand, its business could suffer.***

AppHarvest plans to leverage its strong mission to build an iconic brand recognized and revered by a loyal customer base that values a sustainable homegrown food supplier. AppHarvest's success depends on

46

its ability to maintain and grow the value of the AppHarvest brand. Maintaining, promoting and positioning AppHarvest's brand and reputation will depend on, among other factors, the success of its product offerings, food safety, quality assurance, marketing and merchandising efforts, its continued focus on the environment and sustainability and its ability to provide a consistent, high-quality consumer and customer experience. Any negative publicity, regardless of its accuracy, could impair AppHarvest's business.

With respect to AppHarvest's products that will be distributed by Mastronardi, Mastronardi controls the packaging, branding and marketing of these products. Although Mastronardi has agreed to use its best efforts to include the AppHarvest name and branding on AppHarvest's products, it is under no obligation to do so if such inclusion would conflict with instructions from a Mastronardi customer for the products or Mastronardi believes that AppHarvest has suffered material impairment to its reputation or any of AppHarvest's brands. If Mastronardi does not include prominent AppHarvest branding on the packaging of the AppHarvest products it distributes, or if Mastronardi fails to effectively market AppHarvest's products, this could hamper AppHarvest's efforts to establish and grow the company's brand and reputation.

Further, the growing use of social and digital media by AppHarvest, its consumers and third parties increases the speed and extent that information or misinformation and opinions can be shared. Negative publicity about AppHarvest, its partners or its products on social or digital media could seriously damage AppHarvest's brand and reputation. Brand value is based on perceptions of subjective qualities, and any incident that erodes the loyalty of AppHarvest's consumers, customers or distributors, including adverse publicity or a governmental investigation, litigation or regulatory enforcement action, could significantly reduce the value of AppHarvest's brand and significantly damage its business. If AppHarvest does not achieve and maintain favorable perception of its brand, AppHarvest's business, financial condition and results of operations could be adversely affected.

***AppHarvest's brand and reputation may be diminished due to real or perceived quality or food safety issues with its products, which could negatively impact AppHarvest's business, reputation, operating results and financial condition.***

Real or perceived quality or food safety concerns or failures to comply with applicable food regulations and requirements, whether or not ultimately based on fact and whether or not involving AppHarvest (such as incidents involving Mastronardi or AppHarvest's competitors), could cause negative publicity and reduced confidence in AppHarvest's company, brand or products, which could in turn harm its reputation and sales, and could adversely affect its business, financial condition and operating results. Brand value is also based on perceptions of subjective qualities, such as appearance and taste, and any incident that erodes the loyalty of AppHarvest's consumers, including changes to product appearance, taste or packaging, could significantly reduce the value of AppHarvest's brand and significantly damage its business.

AppHarvest also has no control over its products once Mastronardi or any other distributor takes possession of them. Distributors or consumers may store AppHarvest's products under conditions and for periods of time inconsistent with USDA, U.S. Food and Drug Administration, or FDA, and other governmental guidelines, which may adversely affect the quality and safety of AppHarvest's products.

If consumers do not perceive AppHarvest's products to be of high quality or safe, then the value of its brand would be diminished, and its business, results of operations and financial condition would be adversely affected. Any loss of confidence on the part of consumers in the quality and safety of AppHarvest's products would be difficult and costly to overcome. Any such negative effect could be exacerbated by AppHarvest's market positioning as a socially conscious grower of high quality produce and may significantly reduce AppHarvest's brand value. Issues regarding the safety of any of AppHarvest's products, regardless of the cause, may harm its brand, reputation and operating results.

***AppHarvest's estimates of market opportunity and forecasts of market growth may prove to be inaccurate, and even if the market in which AppHarvest competes achieves the forecasted growth, AppHarvest's business could fail to grow at similar rates, if at all.***

Market opportunity estimates and growth forecasts included in this proxy statement/prospectus, including those AppHarvest has generated itself, are subject to significant uncertainty and are based on assumptions and estimates that may not prove to be accurate, particularly in light of the ongoing COVID-19

47

16

TABLE OF CONTENTS

distinctiveness of its brand to consumers. AppHarvest believes that the protection of its trademarks, copyrights and domain names is important to its success. AppHarvest has also invested a significant amount of money in establishing and promoting its trademarked brand. AppHarvest also relies on unpatented proprietary expertise and copyright protection to develop and maintain its competitive position. The company's continued success depends, to a significant degree, upon its ability to protect and preserve its intellectual property, including trademarks and copyrights.

AppHarvest relies on confidentiality agreements and trademark and copyright law to protect its intellectual property rights. These confidentiality agreements with crew members and certain of the company's consultants, contract employees, suppliers and independent contractors generally require that all information made known to them be kept strictly confidential.

AppHarvest cannot assure you that the steps it has taken to protect its intellectual property rights are adequate, that its intellectual property rights can be successfully defended and asserted in the future or that third parties will not infringe upon or misappropriate any such rights. In addition, AppHarvest's trademark rights and related registrations may be challenged in the future and could be canceled or narrowed. Failure to protect AppHarvest's trademark rights could prevent the company in the future from challenging third parties who use names and logos similar to its trademarks, which may in turn cause consumer confusion or negatively affect consumers' perception of AppHarvest's brand and products. Moreover, intellectual property disputes and proceedings and infringement claims may result in a significant distraction for management and significant expense, which may not be recoverable regardless of whether AppHarvest is successful. Such proceedings may be protracted with no certainty of success, and an adverse outcome could subject AppHarvest to liabilities, force it to cease use of certain trademarks or other intellectual property or force the company to enter into licenses with others. Any one of these occurrences may negatively impact AppHarvest's business, financial condition and results of operations.

***AppHarvest may be unable to obtain or qualify for government grants and incentives in the future.***

AppHarvest has applied for and received various government grants and incentives in connection with building the Morehead facility, and may in the future apply for federal and state grants, loans and tax incentives under government programs designed to stimulate the economy and support sustainable agriculture. AppHarvest's ability to obtain funds or qualify for incentives from government or other sources is subject to availability of funds under applicable programs and approval of AppHarvest's applications to participate in such programs. The application process for these funds and other incentives will likely be highly competitive. AppHarvest cannot assure you that it will be successful in obtaining or qualifying for any of these additional grants, loans and other incentives, and failure to obtain or qualify for these grants, loans and other incentives could have a negative effect on AppHarvest's operating costs and ability to open additional greenhouses.

***If AppHarvest's estimates or judgments relating to its critical accounting policies prove to be incorrect, its results of operations could be adversely affected.***

The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported in AppHarvest's consolidated financial statements and related notes appearing elsewhere in this proxy statement/prospectus. AppHarvest bases its estimates on historical experience and on various other assumptions that it believes to be reasonable under the circumstances, as provided in the section titled "*AppHarvest Management's Discussion and Analysis of Financial Condition and Results of Operations - Critical Accounting Policies and Estimates.*" The results of these estimates form the basis for making judgments about the carrying values of assets, liabilities and equity, and the amount of revenue and expenses that are not readily apparent from other sources. Significant estimates and judgments involve the useful lives of fixed assets, the valuation of instruments issued for financing and stock-based compensation, and income taxes, among others. AppHarvest's results of operations may be adversely affected if its assumptions change or if actual circumstances differ from those in its assumptions, which could cause the company's results of operations to fall below the expectations of securities analysts and investors, resulting in a decline in the market price of its common stock after the closing of the Business Combination.

TABLE OF CONTENTS

***AppHarvest's ability to use net operating loss carryforwards and other tax attributes may be limited in connection with the business combination or other ownership changes.***

AppHarvest has incurred losses during its history and does not expect to become profitable in the near future, and may never achieve profitability. To the extent that AppHarvest continues to generate taxable losses, unused losses will carry forward to offset future taxable income, if any, until such unused losses expire, if at all. As of December 31, 2019, AppHarvest had U.S. federal net operating loss carryforwards of approximately $3.3 million.

Under the Tax Act, as modified by the CARES Act, U.S. federal net operating loss carryforwards generated in taxable periods beginning after December 31, 2017, may be carried forward indefinitely, but the deductibility of such net operating loss carryforwards in taxable years beginning after December 31, 2020, is limited to 80% of taxable income. It is uncertain if and to what extent various states will conform to the Tax Act or the CARES Act.

In addition, AppHarvest's net operating loss carryforwards are subject to review and possible adjustment by the IRS, and state tax authorities. Under Sections 382 and 383 of the Code, AppHarvest's federal net operating loss carryforwards and other tax attributes may become subject to an annual limitation in the event of certain cumulative changes in the ownership of AppHarvest. An "ownership change" pursuant to Section 382 of the Code generally occurs if one or more stockholders or groups of stockholders who own at least 5% of a company's stock increase their ownership by more than 50 percentage points over their lowest ownership percentage within a rolling three-year period. AppHarvest's ability to utilize its net operating loss carryforwards and other tax attributes to offset future taxable income or tax liabilities may be limited as a result of ownership changes, including potential changes in connection with the business combination or other transactions. Similar rules may apply under state tax laws. AppHarvest has not yet determined the amount of the cumulative change in its ownership resulting from the Business Combination or other transactions, or any resulting limitations on its ability to utilize its net operating loss carryforwards and other tax attributes. If AppHarvest earns taxable income, such limitations could result in increased future income tax liability to AppHarvest and its future cash flows could be adversely affected. AppHarvest has recorded a valuation allowance related to its net operating loss carryforwards and other deferred tax assets due to the uncertainty of the ultimate realization of the future benefits of those assets.

***The COVID-19 pandemic could negatively impact on AppHarvest's business, results of operations and financial condition.***

In connection with the COVID-19 pandemic, governments have implemented significant measures, including closures, quarantines, travel restrictions and other social distancing directives, intended to control the spread of the virus. Companies have also taken precautions, such as requiring employees to work remotely, imposing travel restrictions and temporarily closing businesses. To the extent that these restrictions remain in place, additional prevention and mitigation measures are implemented in the future, or there is uncertainty about the effectiveness of these or any other measures to contain or treat COVID-19, there is likely to be an adverse impact on global economic conditions and consumer confidence and spending, which could materially and adversely affect AppHarvest's operations and demand for its products.

Although AppHarvest has not experienced material financial impacts due to the pandemic, the fluid nature of the COVID-19 pandemic and uncertainties regarding the related economic impact are likely to result in sustained market turmoil, which could also negatively impact the company's business, financial condition and cash flows. Although AppHarvest's business is considered an "essential business," the COVID-19 pandemic could result in labor shortages, which could result in AppHarvest's inability to plant and harvest crops at full capacity and could result in spoilage or loss of unharvested crops. The impact of COVID-19 on any of AppHarvest's suppliers, distributors, transportation or logistics providers may negatively affect AppHarvest's costs of operation and its supply chain. If the disruptions caused by COVID-19, including decreased availability of labor, continue for an extended period of time, AppHarvest's ability to meet the demands of distributors and customers may be materially impacted.

Further, COVID-19 may impact customer and consumer demand. Retail and grocery stores may be impacted if governments continue to implement regional business closures, quarantines, travel restrictions and other social distancing directives to slow the spread of the virus. There may also be significant reductions

54

TABLE OF CONTENTS

or volatility in consumer demand for AppHarvest's products due to travel restrictions or social distancing directives, as well as the temporary inability of consumers to purchase these products due to illness, quarantine or financial hardship, shifts in demand away from one or more of AppHarvest's products, decreased consumer confidence and spending or pantry-loading activity, any of which may negatively impact AppHarvest's results, including as a result of an increased difficulty in planning for operations and future growing seasons.

The extent of COVID-19's effect on AppHarvest's operational and financial performance will depend on future developments, including the duration, spread and intensity of the pandemic, all of which are uncertain and difficult to predict considering the rapidly evolving landscape. As a result, it is not currently possible to ascertain the overall impact of COVID-19 on AppHarvest's business. However, if the pandemic continues to persist as a severe worldwide health crisis, the disease could negatively impact AppHarvest's business, financial condition results of operations and cash flows, and may also have the effect of heightening many of the other risks described in this "Risk Factors" section.

***Adherence to AppHarvest's values and its focus on long-term sustainability may negatively influence its short- or medium-term financial performance.***

AppHarvest's values are integral to everything it does. AppHarvest is committed to empowering individuals in Appalachia, driving positive environmental change in the agriculture industry and improving the lives of its employees and the community at large. AppHarvest may take actions in furtherance of those goals and, therefore, its stockholders over a longer period of time, even if those actions do not maximize short- or medium-term financial results. However, these longer-term benefits may not materialize within the timeframe the Combined Company expects or at all. For example: AppHarvest is a public benefit corporation under Delaware law. As a public benefit corporation, AppHarvest is required to balance the financial interests of its stockholders with the best interests of those stakeholders materially affected by its conduct, including particularly those affected by the specific benefit purpose relating to education set forth in its amended and restated certificate of incorporation. In addition, there is no assurance that the expected positive impact from being a public benefit corporation will be realized. Accordingly, being a public benefit corporation and complying with AppHarvest's related obligations could negatively impact its ability to provide the highest possible return to its stockholders.

As a public benefit corporation, AppHarvest is required to publicly disclose a report at least biennially on its overall public benefit performance and on its assessment of its success in achieving its specific public benefit purpose. If AppHarvest is not timely or are unable to provide this report, or if the report is not viewed favorably by parties doing business with AppHarvest or regulators or others reviewing AppHarvest's credentials, its reputation and status as a public benefit corporation may be harmed.

While not required by Delaware law or the terms of AppHarvest's amended and restated certificate of incorporation, AppHarvest elected to have its social and environmental performance, accountability and transparency assessed against the proprietary criteria established by an independent non-profit organization. As a result of this assessment, AppHarvest has been designated as a "Certified B Corporation." The term "Certified B Corporation" does not refer to a particular form of legal entity, but instead refers to companies that are certified by an independent non-profit organization as meeting rigorous standards of social and environmental performance, accountability and transparency. The standards for Certified B Corporation certification may change over time. These standards may not be appropriately tailored to the legal requirements of publicly traded companies or to the operational requirements of larger companies. AppHarvest's reputation could be harmed if it loses its status as a Certified B Corporation, whether by its choice or by its failure to meet certification requirements, if that change in status were to create a perception that AppHarvest is more focused on financial performance and is no longer as committed to the values shared by Certified B Corporations. Likewise, AppHarvest's reputation could be harmed if it publicly reported B Corporation score declines and that created a perception that it has slipped in its satisfaction of the Certified B Corporation standards. Similarly, AppHarvest's reputation could be harmed if it takes actions that are perceived to be misaligned with its values.

***As a public benefit corporation, AppHarvest's duty to balance a variety of interests may result in actions that do not maximize stockholder value.***

As a public benefit corporation, AppHarvest's board of directors has a duty to balance (i) the pecuniary interest of its stockholders, (ii) the best interests of those materially affected by AppHarvest's conduct and

TABLE OF CONTENTS

Section 107 of the JOBS Act also provides that an emerging growth company can take advantage of the exemption from complying with new or revised accounting standards provided in Section 7(a)(2)(B) of the Securities Act as long as the Combined Company is an emerging growth company. An emerging growth company can therefore delay the adoption of certain accounting standards until those standards would otherwise apply to private companies. We have elected not to opt out of such extended transition period and, therefore, the Combined Company may not be subject to the same new or revised accounting standards as other public companies that are not emerging growth companies. Investors may find Novus Common Stock less attractive because the Combined Company will rely on these exemptions, which may result in a less active trading market for the Novus Common Stock and its price may be more volatile.

***AppHarvest's management has limited experience in operating a public company.***

AppHarvest's executive officers have limited experience in the management of a publicly traded company. AppHarvest's management team may not successfully or effectively manage its transition to a public company that will be subject to significant regulatory oversight and reporting obligations under federal securities laws. Their limited experience in dealing with the increasingly complex laws pertaining to public companies could be a significant disadvantage in that it is likely that an increasing amount of their time may be devoted to these activities which will result in less time being devoted to the management and growth of the Combined Company. AppHarvest may not have adequate personnel with the appropriate level of knowledge, experience, and training in the accounting policies, practices or internal controls over financial reporting required of public companies in the United States. The development and implementation of the standards and controls necessary for the Combined Company to achieve the level of accounting standards required of a public company in the United States may require costs greater than expected. It is possible that the Combined Company will be required to expand its employee base and hire additional employees to support its operations as a public company which will increase its operating costs in future periods.

***Adherence to AppHarvest's values and its focus on long-term sustainability may negatively influence the Combined Company's short- or medium-term financial performance.***

In connection with the Closing of the Merger, Novus will amend the Existing Certificate of Incorporation to, among other things, designate the Combined Company as a public benefit corporation under Delaware law. As a public benefit corporation, the Combined Company will be required to balance the financial interests of its stockholders with the best interests of those stakeholders materially affected by its conduct, including particularly those affected by the specific benefit purpose relating to education set forth in the Proposed Certificate. In addition, there is no assurance that the expected positive impact from being a public benefit corporation will be realized. Accordingly, being a public benefit corporation and complying with the Combined Company's related obligations could negatively impact its ability to provide the highest possible return to its stockholders. As a public benefit corporation, the Combined Company will be required to publicly disclose a report at least biennially on its overall public benefit performance and on its assessment of its success in achieving its specific public benefit purpose. If the Combined Company is not timely or are unable to provide this report, or if the report is not viewed favorably by parties doing business with the Combined Company or regulators or others reviewing the Combined Company's credentials, its reputation and status as a public benefit corporation may be harmed.

***If, following the Business Combination, securities or industry analysts do not publish or cease publishing research or reports about the Combined Company, its business, or its market, or if they change their recommendations regarding the Combined Company's securities adversely, the price and trading volume of the Combined Company's securities could decline.***

The trading market for the Combined Company's securities will be influenced by the research and reports that industry or securities analysts may publish about the Combined Company, its business, market or competitors. Securities and industry analysts do not currently, and may never, publish research on the Combined Company. If no securities or industry analysts commence coverage of the Combined Company, the Combined Company's share price and trading volume would likely be negatively impacted. If any of the analysts who may cover the Combined Company change their recommendation regarding the Combined Company's shares of common stock adversely, or provide more favorable relative recommendations about its competitors, the price of the Combined Company's shares of common stock would likely decline. If any

60

- The letter of intent initially contemplated that the Initial Stockholder Shares continue to be held in an escrow account subject to potential forfeiture. Novus proposed eliminating the escrow agreement and subjecting the Initial Stockholder Shares to the Sponsor Restricted Stock Escrow Agreement, initially with the same price targets and release terms as were contemplated in the letter of intent. Subsequently, Novus requested and AppHarvest agreed that the formula be revised to reduce the number of shares subject to the release provisions of the Sponsor Restricted Stock Escrow Agreement based on funds raised in the PIPE from the Founders and other investors introduced by Novus Initial Stockholders.

- AppHarvest requested and Novus agreed that AppHarvest be permitted to raise interim funds to use prior to the Closing in the form of the AppHarvest Interim Period Convertible Notes and that the shares of Novus Common Stock issuable upon conversion of such notes and accrued and unpaid interest thereon through the Closing, at a price no less than $9.50 per share, be excluded from the exchange ratio.

- The letter of intent did not contemplate a registration rights agreement and that the registration rights agreement entered into in connection with the IPO would remain in effect. Novus requested that the IPO registration rights agreement be amended to revise the registration rights of the Founders. AppHarvest agreed, subject to granting registration rights to the AppHarvest stockholders. Blank Rome and Cooley also exchanged updated drafts of the Business Combination Agreement and related ancillary documents and agreements during this period. In addition, Blank Rome and certain of the potential investors in the PIPE exchanged revised drafts of the form of Subscription Agreement for the PIPE.

On September 1, 2020, Novus retained Cowen as placement agent in connection with the PIPE. On September 10, 2020, Messrs. Laikin, Paulson, Webb and Eggleton began engaging in confidential discussions with potential investors in the PIPE.

From September 10, 2020 through September 18, 2020, Messrs. Laikin, Paulson, Webb and Eggleton participated in confidential investor meetings.

During the week of September 21, 2020, Messrs. Laikin, Paulson, Donargo, Webb, Halt and Eggleton held a series of update calls to discuss various agreements related to the Business Combination and the PIPE, as well as remaining due diligence items. Also that week, Novus and AppHarvest, with the help of their advisors, determined to accept PIPE subscriptions for an aggregate of $375 million and to fix the final allocations for the Subscribers.

Novus decided to pursue a combination with AppHarvest because it determined that AppHarvest represented a compelling opportunity based upon AppHarvest's focused business strategy and leadership position as a developer and operator of large scale farms with infrastructure and technology that create a controlled environment facility, technology leadership, and a strong and visionary management team led by Mr. Webb. AppHarvest's existing 60-acre indoor farm located in Morehead, Kentucky, which will be the largest controlled indoor farm in the United States, positions AppHarvest to become one of the largest producers of greenhouse-grown produce in North America within a one-day's drive delivery capability to approximately 70% of the United States population. Novus believes that AppHarvest's existing options to acquire additional land and its relationship with development and construction partners positions AppHarvest for significant growth. Novus also considered the existence and terms of AppHarvest's exclusive marketing and distribution agreement with Mastronardi, a leading marketer and distributor in North America of tomatoes, peppers, cucumbers, berries and greens, as an attractive aspect for the Combined Company. Novus's board of directors noted the existence of the exclusivity and non-competition provisions but determined that having access to Mastronardi's marketing and distribution network immediately upon AppHarvest's initial harvest provided AppHarvest the ability to quickly maximize its revenues and establish a market presence, which outweighed its concerns regarding the potential risks associated with the agreement.

On September 22, 2020, Novus's board of directors met via teleconference with all board members present. Also present were representatives of Blank Rome. After considerable review and discussion, the Business Combination Agreement, the form of Subscription Agreement and related documents and agreements were unanimously approved by Novus's board of directors, subject to final negotiations and

92

TABLE OF CONTENTS

regards to revenue and from 26.8x to 41.1x with regards to EBITDA. The public trading market valuation of the comparable traditional food production companies (consisting of Calavo, Cal-Maine Food, Simply Good and Limoneira, which we refer to collectively as the "Traditional Food Companies") have expected 2021 enterprise value/revenue multiples and enterprise value/EBITDA multiples (in each case based on market data as of August 28, 2020) ranging from 1.0x to 3.0x with regards to revenue and 9.1x to 16.3x with regards to EBITDA. The Novus board of directors believes that the multiples contained in the charts above compare favorably to an initial market valuation of the Combined Company reflected in the terms of the Business Combination corresponding to projected multiples well below those of other Sustainable Food Companies and in line or below those of even our selected Traditional Food Companies on a 2024/2025 to 2021 basis. Given the high-growth nature of the sustainable food space, we believe 2024 and 2025 were appropriate years to examine for comparison purposes with the Sustainable Food Companies. For the Traditional Food Companies, who have already achieved scale, the Novus board of directors reviewed the comparison of AppHarvest in a time period when it has also achieved scale (post 2023) to near-term projections of the Traditional Food Companies (2021). The Novus board of directors did not consider projected multiples for these Traditional Food Companies for any year past 2021 (including 2024 and 2025) since such companies have already achieved scale.

The $550 million enterprise value was the implied value of the transaction as it was contemplated in the presentation provided to investors in connection with the PIPE based on the assumed $500 million pre-valuation of AppHarvest plus $200 million anticipated PIPE proceeds and 2.7 million founder shares at an assumed value of $10.00 per share, reduced by assumed cash of $277 million ($200 million from the PIPE plus $100 million in the Trust account net of $23 million of estimated transaction expenses).

Novus's board of directors also considered the Business Combination in light of the investment criteria set forth in Novus's final prospectus for its IPO including, without limitation, that based upon Novus's analyses and due diligence, AppHarvest has the potential to be a market leader and has substantial future growth opportunities, all of which Novus's board of directors believes have a strong potential to create meaningful stockholder value following the consummation of the Business Combination.

The above discussion of the material factors considered by Novus's board of directors is not intended to be exhaustive but does set forth the principal factors considered by Novus's board of directors.

**Certain AppHarvest Projected Financial Information**

AppHarvest provided Novus with its internally prepared forecasts for each of the years in the five-year period ending December 31, 2025. AppHarvest does not, as a matter of general practice, publicly disclose long-term forecasts or internal projections of its future performance, revenue, financial condition or other results. However, in connection with the proposed Business Combination, management of AppHarvest prepared the financial projections set forth below to present key elements of the forecasts provided to Novus. AppHarvest's forecasts were prepared solely for internal use and not with a view toward public disclosure, the published guidelines of the SEC regarding projections or the guidelines established by the American Institute of Certified Public Accountants for preparation and presentation of prospective financial information.

The inclusion of financial projections in this proxy statement/prospectus should not be regarded as an indication that AppHarvest, its management, board of directors, or its affiliates, advisors or other representatives considered, or now considers, such financial projections necessarily to be predictive of actual future results or to support or fail to support your decision whether to vote for or against the Business Combination Proposal. The financial projections are not fact and should not be relied upon as being indicative of future results, and readers of this proxy statement/prospectus, including investors or stockholders, are cautioned not to place undue reliance on this information. You are cautioned not to rely on the projections in making a decision regarding the Business Combination, as the projections may be materially different than actual results. We will not refer back to the financial projections in our future periodic reports filed under the Exchange Act.

The financial projections reflect numerous estimates and assumptions with respect to general business, economic, regulatory, market and financial conditions and other future events, as well as matters specific to AppHarvest's business, all of which are difficult to predict and many of which are beyond AppHarvest's

97

TABLE OF CONTENTS

and Novus's control. The financial projections are forward looking statements that are inherently subject significant uncertainties and contingencies, many of which are beyond AppHarvest's control. The various risks and uncertainties include those set forth in the "*Risk Factors*," "*AppHarvest Management's Discussion and Analysis of Financial Condition and Results of Operations*" and "*Cautionary Note Regarding Forward-Looking Statements*" sections of this proxy statement/prospectus, respectively. As a result, there can be no assurance that the projected results will be realized or that actual results will not be significantly higher or lower than projected. Since the financial projections cover multiple years, such information by its nature becomes less reliable with each successive year. These financial projections are subjective in many respects and thus are susceptible to multiple interpretations and periodic revisions based on actual experience and business developments.

Furthermore, the financial projections do not take into account any circumstances or events occurring after the date they were prepared. None of AppHarvest's independent registered accounting firm, Novus's independent registered accounting firm or any other independent accountants, have compiled, examined or performed any procedures with respect to the financial projections included below, nor have they expressed any opinion or any other form of assurance on such information or their achievability, and they assume no responsibility for, and disclaim any association with, the financial projections. Nonetheless, a summary of the financial projections is provided in this proxy statement/prospectus because they were made available to Novus and its board of directors in connection with their review of the proposed transaction.

EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE FEDERAL SECURITIES LAWS, BY INCLUDING IN THIS PROXY STATEMENT/PROSPECTUS A SUMMARY OF THE FINANCIAL PROJECTIONS FOR APPHARVEST, NOVUS UNDERTAKES NO OBLIGATIONS AND EXPRESSLY DISCLAIMS ANY RESPONSIBILITY TO UPDATE OR REVISE, OR PUBLICLY DISCLOSE ANY UPDATE OR REVISION TO, THESE FINANCIAL PROJECTIONS TO REFLECT CIRCUMSTANCES OR EVENTS, INCLUDING UNANTICIPATED EVENTS, THAT MAY HAVE OCCURRED OR THAT MAY OCCUR AFTER THE PREPARATION OF THESE FINANCIAL PROJECTIONS, EVEN IN THE EVENT THAT ANY OR ALL OF THE ASSUMPTIONS UNDERLYING THE FINANCIAL PROJECTIONS ARE SHOWN TO BE IN ERROR OR CHANGE.

The projections were prepared by, and are the responsibility of, AppHarvest's management. Ernst & Young LLP, AppHarvest's independent auditor, has not examined, compiled or otherwise applied procedures with respect to the accompanying prospective financial information presented herein and, accordingly, expresses no opinion or any other form of assurance on it. The Ernst & Young LLP report included in this proxy statement/prospectus relates to historical financial information of AppHarvest. It does not extend to the projections and should not be read as if it does.

The key elements of the projections provided by management of AppHarvest to Novus are summarized in the tables below, and took into account the following assumptions:

    (i)   Tomatoes planted in the first 30 acres of the Morehead facility beginning in October 2020;

    (ii)   Sales of tomatoes grown in the first 30 acres of the Morehead facility beginning in January 2021;

    (iii)   Tomatoes planted in the second 30 acres of the Morehead facility beginning in January 2021;

    (iv)   Sales of tomatoes grown in the second 30 acres of the Morehead facility beginning in March 2021;

    (v)   Cucumbers planted in the first 30 acres of the Richmond facility beginning in August 2022;

    (vi)   Sales of cucumbers grown in the first 30 acres of the Richmond facility beginning in September 2022;

    (vii)   Tomatoes planted in the second 30 acres of the Richmond facility beginning in August 2022;

    (viii) Sales of tomatoes grown in the second 30 acres of the Richmond facility beginning in October 2022;

    (ix)   Leafy greens planted in the Berea facility beginning in March 2022; and

    (x)   Sales of leafy greens grown in the Berea facility beginning in March 2022; and

TABLE OF CONTENTS

**INFORMATION ABOUT APPHARVEST**

*Unless the context otherwise requires, all references in this section to "we," the "Company," "us," or "our" refer to AppHarvest and its subsidiaries prior to the consummation of the Business Combination.*

**Overview**

AppHarvest is building some of the world's largest high-tech greenhouses, combining conventional agricultural techniques with today's technology to grow fruits and vegetables that are not genetically modified organisms and are free from chemical pesticides. The Company's vision is to create America's AgTech capital from within Appalachia and provide better produce, better farming practices and better jobs.

Our Founder and Chief Executive Officer, Jonathan Webb, is a Kentucky native, and AppHarvest's employees have deep ties to this region, which has endured the rapid decline of its signature coal industry. AppHarvest chose its location intentionally to do its part in helping build a more inclusive, resilient economy. The Company's location in Eastern Kentucky also allows it to be within a day's drive of nearly 70% of the U.S. population, significantly reducing transportation costs compared to fruits and vegetables trucked cross-country from the southwestern United States and Mexico. This is expected to allow AppHarvest's produce to be cost-competitive, and, by harvesting closer to consumers, AppHarvest can minimize the need to treat its produce, a practice that can reduce nutritional value.

**Our Challenge and Opportunity**

Agriculture's challenges today are serious and wide-reaching. The United Nations forecasts that global food production will need to increase at least 50% by 2050 to feed the growing global population. Climate change is redistributing water resources around the world, and traditional farming areas are being displaced. Soil erosion linked to agriculture is estimated to range from 10 to 20 times, up to more than 100 times, higher than soil formation according to the United Nations Intergovernmental Panel on Climate Change. Furthermore, an estimated 23% of land areas have become less productive farmland because of land degradation. Meanwhile, in most regions of the world, more than 70% of the world's freshwater is used for agriculture. If traditional farming does not change, we would require a second planet Earth to feed the world's population.

AppHarvest believes that controlled environment agriculture is the solution. By utilizing leading-edge controlled environment agriculture technology, AppHarvest plans to grow up to 30 times more food on a single indoor acre compared to a single outdoor acre traditionally farmed. This belief is based on third-party research and publications that state that produce grown in controlled environment agriculture facilities can produce anywhere from 20 to 100 times as much yield as traditional farming on the same amount of land. All the while, AppHarvest's facilities will be designed to use up to 90% less water and only recycled rainwater at that.

The COVID-19 global pandemic has also exposed faults in the world's food systems, threatening food security and amplifying supply chain issues. The United States imported 29% of all fresh fruits and vegetables in 2019, up 53% from 19% in 2009. Other risks come with crops such as leafy greens, which are predominantly grown in the southwestern United States and shipped cross-country to large portions of the American population. California and Arizona alone account for approximately 90% of U.S. leafy green production.

By contrast, the majority of America's supply of fresh tomatoes and other vine crops including cucumbers, bell peppers and eggplant are imported. In 2019, 60% of fresh tomatoes for sale in the United States were imported, up from 41% in 2009. Eggplant imports account for 56% of supply, up from 43% in 2009. Meanwhile, 66% of bell peppers are imported, up from 51% in 2009, and 81% of cucumbers are imported, up from 56% in 2009.

151

24

TABLE OF CONTENTS

The following table illustrates the increase in imports as a percentage of U.S. sourcing of vine crops and the accompanying pie chart illustrates the sources of imported vine crops for 2018.



This continued emphasis on imports places the U.S. food supply at risk from natural and politically destabilizing events. The COVID-19 pandemic has led grocers to focus on reducing risk in their supply chains and seeking reliable supply provided by domestic controlled environment agriculture facilities. AppHarvest believes it is well positioned to take advantage of these macro- and micro- trends by building high-tech sustainable fruit and vegetable production capacity in the United States.

Upon the completion of its first controlled environment agriculture facility, AppHarvest will be positioned among controlled environment agriculture's larger companies in America. This is due in part to the absence of domestic producers, as the current supply of greenhouse production in North America is focused in Canada and Mexico. The industry began in Canada in the middle of the 20th century with companies moving production to Mexico and relying on increasing imports. As these companies chose not to build in the United States, it has created a domestic production deficit that can be addressed by new entrants such as AppHarvest utilizing cutting-edge, sustainable technology.

The U.S. Department of Agriculture predicts the total value of U.S. fruit, vegetable and nut production will grow 2.6% annually over the next decade to $66.4 billion in 2029, up from $52.4 billion in 2020. Vegetable production accounts for 41% of total farm value, or $21.5 billion, with fresh use approximately 32% or $6.9 billion.

Tomatoes are the second most popular fresh market vegetable per capita in the United States, behind only potatoes. Per capita consumption of fresh tomatoes was around 12 pounds in the early 1980s but has since risen to almost 21 pounds. The U.S. Department of Agriculture attributes the growth, among other reasons, to the desire to eat healthier, as tomatoes are a good source of vitamin C, folate, and potassium, and they also contain lycopene, which has been associated with reduced risk of some diseases, including cancer, making tomatoes a healthful addition to many diets.

**Our Solution**

AppHarvest is building a large-scale, sustainable produce hub in Central Appalachia. The Company is well-positioned to implement its sustainable infrastructure across the region with the key to success being the large-scale production operations. The key components to AppHarvest's strategy include:

- **Sustainable controlled environment agriculture facilities:** By insulating its food production system from seasonal and weather constraints, AppHarvest facilities are expected to produce up to 30 times more fruits and vegetables compared to traditional open-field agriculture while using up to 90% less water. At the Company's core is the creation of this sustainable, resilient, large-scale infrastructure.

152

TABLE OF CONTENTS

- **Accessible proximity:** Given its proximity to nearly 70% of the U.S. population within a day's drive, AppHarvest's location positions the Company to use significantly less fuel in transportation compared to fruits and vegetables shipped cross-country from the southwestern United States and Mexico.

- **AgTech ecosystem:** AppHarvest has already led the signing of a non-binding collaboration agreement by a 17-organization coalition including leading universities, government and leading AgTech companies in the Netherlands to collaborate on finding opportunities to work together to create an ecosystem in Central Appalachia to support large-scale development.

- **Technology:** AppHarvest works with leading technology companies in the industry, such as Dalsem for greenhouse building, Philips for LED lighting, Ecoation for next generation integrated pest management, rootIA for harvesting robotics and Priva for greenhouse software, to deploy best-of-breed technologies in its facilities.

- **Strong and available local labor force:** The Appalachian population exhibits faith and grit, as they seek to build a more resilient economy to move forward following the precipitous decline of the coal industry. Nearly 32% of Appalachian workers ages 16 and older commute to work in a county other than that in which they live, higher than the 28% rate nationally. That willingness to drive long distances for work comes as coal industry employment has fallen in Central Appalachia. In Kentucky, for instance, direct coal industry employment fell from 17,115 in 2010 to 6,521 in the first quarter of 2019. In Morehead, Kentucky, where AppHarvest's first controlled environment agriculture facility is located, the U.S. Census Bureau estimates that 24% of residents live in poverty, nearly double the national average.

*Morehead Facility*

AppHarvest's controlled environment agriculture facility in Morehead, Kentucky, which partially opened in October 2020, is among the world's largest such facilities at 2.76 million square feet all under one roof. Revenue from the first harvest at the facility is expected in 2021. The farm includes cutting-edge technology including the following:

- The facility will have a hybrid lighting system that features a combination of natural sunlight, Philips GreenPower LEDs that are 40% more efficient than typical industry lighting, and high-pressure sodium lighting.

- AppHarvest plans to irrigate its plants with recycled rainwater, collected in a 10-acre on-site retention pond, eliminating the need for city water or well water. The pond is constantly aerated with nanobubble technology, which combats harmful algae blooms and cyanotoxins. Once rainwater is pumped into the facility from the pond, it enters a closed-loop irrigation system. The water is processed through a sand filter and then sanitized with UV light. This destroys any viruses, bacteria and protozoa without the use of chemicals and with no unwanted disinfection by-products. This system is expected to enable AppHarvest to use up to 90% less water compared to open-field agriculture. The closed-loop nature of the system and its reliance on rainwater is how the Company eliminates agricultural runoff, as a rainwater-based system does not need flushing to eliminate the sodium common in city water.

- AppHarvest's growers are aided in their work by climate and greenhouse operations software designed by Priva B.V. This allows AppHarvest's growers to carefully monitor microclimates inside the farm and calculate the precise levels of light, water and carbon dioxide that each plant needs to thrive. It also allows for exact dosing of nutrients as well as temperature and humidity control.

- AppHarvest utilizes an innovative pest control strategy called integrated pest management, or IPM. IPM is an environmentally sensitive approach to pest management. It relies on common-sense practices and current, comprehensive information to control the pest population inside the greenhouse. It also minimizes pest damage economically, with the least possible hazard to people, property and the environment. A particularly effective tool in IPM is the use of beneficial insects which combat pests that are damaging to the crop. AppHarvest uses parasitic wasps to control one of the most detrimental greenhouse pests: the whitefly. AppHarvest also uses predatory mites that work similarly against harmful spider mites and fungus gnats.

153

*Development Pipeline*

AppHarvest's first controlled environment agriculture facility, which spans more than 63 acres, opened its first 30 acres of growing space in Morehead, Kentucky in October 2020. AppHarvest also purchased two additional properties in October 2020, and plans to build a 60 acre facility in Richmond, Kentucky, and a 15 acre facility in Berea, Kentucky. Beyond that, the Company plans to continue developing and opening additional facilities throughout Central Appalachia. AppHarvest anticipates reaching 525 acres of production facilities by the end of 2025. On that front, AppHarvest has an option to acquire a property located in Russell Springs, Kentucky and has purchased land in Pulaski County, Kentucky, where it could build additional facilities in the years ahead. AppHarvest is also expanding its educational programs in high schools across Eastern Kentucky to increase interest in AgTech careers and to help build an inclusive, resilient Appalachian economy for the future.

**Our Strengths**

*Integrating Proven Technologies*

AppHarvest is a system integrator of best-of-breed technology. The Company partners with leaders in horticulture and information technology to develop systems that produce high-quality produce in an efficient and sustainable manner. AppHarvest's strategy is centered on its belief that technology already exists today to help grow dramatically more food with far fewer resources. The Netherlands has long relied on increasingly high-tech controlled environment agriculture facilities for domestic fruit and vegetable production, becoming the world's second-largest agricultural exporter despite a land mass roughly one-third the size of Kentucky. AppHarvest is working directly with companies that have been successful in the Netherlands, as well as construction firms that have built these types of structures.

In June 2020, AppHarvest led 17 organizations, including leading government officials in the Netherlands and Kentucky, as well as top universities and leading Dutch AgTech companies, in signing a non-binding collaboration agreement that it believes will redefine agriculture in America and create the country's AgTech capital in Appalachia. This collaboration agreement contemplates that the parties will later enter into a formal development agreement expected to provide for the opening of a Dutch representative office in Kentucky, creating a series of research programs, developing a center of excellence, and looking for opportunities to both build high-tech greenhouses, pack houses and office space similar to AppHarvest's flagship controlled environment agriculture facility in Morehead, Kentucky, as well as building manufacturing facilities for products used in the construction of such controlled environment agriculture facilities. Any obligations of the parties to complete and fund these projects, and the timeline for such projects, will be set forth in a future development agreement.

Signatories to the agreement include:

- Dutch Ministry of Agriculture, Nature & Food Quality (LNV), Directorate International Affairs;
- Commonwealth of Kentucky's Office of the Governor;
- Dutch AgTech companies Dalsem, Signify, Certhon, Light4Food, Priva and Rijk Zwaan;
- The Netherlands' HAS University of Applied Science and Fontys University of Applied Sciences;
- The University of Kentucky, Morehead State University, University of Pikeville, Eastern Kentucky University and Berea College;
- Dutch public-private network organization NLWorks; and
- AppHarvest

AppHarvest believes that having these organizations invested in furthering AgTech in Kentucky could accelerate, and reduce costs associated with, AppHarvest's internal research and development related to new technologies, seed varieties and growing methods. In addition, moving more greenhouse manufacturing to Kentucky would reduce AppHarvest's import and supply chain risks and potentially lower its cost of production.

154

27

TABLE OF CONTENTS

*Central Appalachia*

As severe droughts continue to beset major American agriculture centers in areas including California, changes in climate have increased water availability in other areas of the country. Annual precipitation in Kentucky has remained above average since the 2000s, according to the National Oceanic and Atmospheric Administration's National Centers for Environmental Information. The state's wettest period on record was 2011-2015.

Kentucky, and Central Appalachia as a whole, is an ideal geographic location for AppHarvest's business, capable of reaching nearly 70% of the U.S. population within a day's drive. This is expected to allow AppHarvest to dramatically reduce transportation costs compared to foreign competitors. Other companies utilizing the Bluegrass State's strategic location for distribution centers include Amazon, DHL International GmbH and United Parcel Service, Inc.



Located approximately one day's drive from ~70% of U.S. population, which AppHarvest estimates will result in 80% lower transportation costs

Central Appalachia's labor force long powered the United States through its coal mining operations. Over the past decade, the industry's precipitous decline and replacement by natural gas has left tens of thousands of skilled workers unemployed throughout the region. Coal industry employment dropped 27% between 2005 and 2015. This decline in the region's most identifiable industry has led to a labor participation rate in Eastern Kentucky of 45%, far lower than the state average of 60% and national average of 64%. This represents a major labor opportunity for new industry in the region. AppHarvest has rapidly hired in the region as it prepares to open its first controlled environment agriculture facility and benefited from a strong network of employer assistance programs ready to help companies interested in locating in the region to provide jobs for its ready workforce. A recent study by Boyette Strategic Advisers found that 80% of Eastern Kentucky employers are highly satisfied or satisfied with their workforce. Countering stereotypes, federal studies have found 88.5% of Appalachian adults have earned high school diplomas directly in line with the national average of 88.6%. In fact, a higher percentage of Appalachian adults at 9.7% hold associate's degrees than the national average of 9%.

AppHarvest chose to locate its headquarters and first facilities in Kentucky, a state that has many business-friendly attributes including:

- **Favorable taxation.** Kentucky ranks 24th in the Tax Foundation's 2020 Business Tax Climate Index. The state has a 5% corporate income tax rate, 6% sales tax rate, and 9.5% state and local tax burden per capita.

- **Low utility costs.** Kentucky has long enjoyed a competitive advantage in utility rates benefiting from its location on the interstate natural gas pipeline corridor and abundant natural water supply. For example, Kentucky has the lowest cost of electricity in the industrial sector among states east of the Mississippi River and one of the lowest in the United States, coming in at 21% lower than the national average.

- **Labor costs and support programs.** Labor costs in Kentucky are significantly below the national average - almost 20 percent lower than the United States average. The state also offers the Kentucky

155

Skills Network, designed to be a business' first stop for all workforce needs. The Kentucky Skills Network brings together a wide variety of resources to design custom solutions for businesses of all sizes.

- **Strong international presence.** Kentucky is a leader in foreign direct investment with more than 500 foreign-owned facilities employing more than 110,000 people.

- **Financial incentives.** Kentucky offers a number of strong tax incentive program to support business investment.

- **Environmental factors.** Kentucky earned second place nationally for its air and water quality according to an assessment by U.S. News & World Report.

- **Cost of living.** Kentucky's of living is about 10% lower than the U.S. average with housing costs around 30% lower.

*Sustainable Production at Scale*

AppHarvest is focused on building large-scale controlled environment agriculture facilities in Central Appalachia with the goal of providing quality domestic supply of fresh fruits and vegetables to nearly 70% of the U.S. population. AppHarvest is working with leaders in their field to execute on building facilities and distributing fruits and vegetables.

*Dalsem*

This third-generation, family-owned firm has more than 85 years of greenhouse manufacturing and construction experience. Dalsem is specialized in supplying complete, high-tech greenhouse projects. The company relieves the burden on its customers by taking care of every aspect involved in developing and implementing a successful greenhouse project. Dalsem was selected as AppHarvest's construction partner for its first controlled environment agriculture facility in Morehead, Kentucky pursuant to an engineering, procurement and construction agreement between Dalsem and a subsidiary of Equilibrium. The selection was announced at the 2019 Global Entrepreneurship Summit by The Netherlands Deputy Prime Minister and Minister of Agriculture, Nature and Food Quality Carola Schouten, AppHarvest Founder and Chief Executive Officer Jonathan Webb, and Managing Director Jan Pieter Dalsem.

AppHarvest has entered into a direct contractual relationship with Dalsem for the construction of its new greenhouse facility in Richmond and anticipates entering into a similar direct contractual relationship for the construction of its new greenhouse facility in Berea. In November 2020, AppHarvest Richmond Farm, LLC, a subsidiary of AppHarvest, entered into an Engineering, Procurement and Construction Agreement with Dalsem, or the Richmond EPC Agreement, pursuant to which AppHarvest has engaged Dalsem to provide certain services related to the design, engineering, procurement, construction, startup and testing a greenhouse and certain ancillary facilities at AppHarvest's Richmond, Kentucky facility. The total contract price is currently expected to be approximately $130 million to $135 million, subject to specified adjustments, and will be paid a portion in euros and a portion in U.S. dollars. AppHarvest has entered into a Parent Guaranty to partially guaranty the performance and payments of AppHarvest Richmond Farm, LLC.

The Richmond EPC Agreement sets forth timelines, milestones and standards for completion of the project, including a local workforce goal by which Dalsem has agreed to use commercially reasonable efforts to have the primary subcontractor employ a specified minimum percentage of the total work force each month from Madison County, Kentucky or contiguous counties. Either party is entitled to terminate the Richmond EPC Agreement upon the occurrence of specified events of default, including, without limitation, the other party's bankruptcy, insolvency or dissolution, failure to make payments, termination of the guaranty for either party and uncured material breaches of the agreement. In addition, AppHarvest is entitled to terminate the Richmond EPC Agreement if Dalsem fails to meet specified deadlines for completion, makes prohibited transfers or assignments of its obligations under the agreement or fails to maintain insurance coverage. AppHarvest may terminate the Richmond EPC Agreement without cause with written notice and a termination payment to Dalsem.

156