# EXHIBIT 7

**TRANSCRIPTION OF CHEDDAR INTERVIEW - Feb. 1, 2021**

| | |
|---|---|
| Announcer: | _____ and we're joined by Jonathan Webb, he's the founder and CEO at AppHarvest, as well as David Lee, president of AppHarvest .Guys, I feel like we, I saw you just a few weeks ago. It's great to see you again and Jonathan, we'll start with you. Congratulations on a big day. So what does being a publicly traded company now mean for your business model as you try to scale? |
| Jonathan: | Well, this is a big day, not only for our company and not only for the sector of agriculture, but for our region. And our region is prepared to lead. We certainly plan on, you know, setting our sights very high. We had meetings this morning and last night with board and investors and we want to be very clear. We want to be one of the largest food and agriculture companies of this generation. And it's starting with one good healthy fruit and vegetable at a time. But David joining the company is very timely and we're looking to expand out in a much broader way into the plant-based category. So today's a big day for us but it's just a start of a really long journey for decades to come. |
| Announcer: | Ah, well, David, obviously you have your own experience, a lot of experience in the plant-based market as the former CFO of Impossible Foods. So as the president of this company, financially what's the scalability from here? What are the goals you're trying to achieve? |
| David: | Well, as Jonathan mentioned, our goals are global. And they are not small. And we want to lead from Appalachia and we think we can feed the whole country from this region. When you think about the number of facilities we're targeting by 2025, Jonathan as he recently announced on Nasdaq, you know, we're talking about at least 12, maybe more. So when you think about the scalability of this company combined with now the ability for investors to participate in this movement we're creating, to create a better food and ag company, I think our prospects are quite bright. |
| Announcer: | And so, Jonathan, I want to bring you in as well because we saw some of this action first-hand recently. So your first tomato harvest just a couple of weeks ago making its way to the different grocery stores. We're talking about Wal-Mart, Publix, Kroger, Food City, among others. Your location in central Appalachia, how is that conducive to business? Have there been any issues with the supply and the distribution of your products? |
| Jonathan: | Oh no, that's our advantage. And don't look to us on distribution, again, look to Amazon, who's building one of the largest Prime facilities in the world right now in northern Kentucky. But we're in a region that's strategically located where we can get to 70% of the U.S. in a day drive. And we have tremendous rainfall. Again, if you look at a fruit and vegetable, 95% of it is water. And we're able to package up that abundant rainfall here in central Appalachia and package it into a nice healthy fruit and vegetable using 90% less water, getting 30 times more yield per acre than open field farming, and getting the harsh chemical pesticides out of the growing practice. Our job right here is to keep charging and build facilities on the ground. And David Lee and our board member Martha Stewart and others are thinking through, you know, what are those products that we can be making with this good, healthy, consistent supply coming out of our facilities here in central Appalachia. |