1

# EXHIBIT 8

1

**TRANSCRIPTION OF TD AMERITRADE INTERVIEW**

| | |
|---|---|
| Host | [Meeting] today under the ticker symbol APPH. Welcome to the show, Jonathan and congratulations on going public here today. Stock looks like it is doing well early on in the session. Just give our viewers an overall take of what you are doing here at AppHarvest as far as, you know, creating a sustainable indoor growing of product. |
| Jonathan | Yeah, thank you for having me, we're excited to be listed and trading on the NASDAQ today under APPH. And I am standing at our flagship facility here in Morehead, Kentucky where nearly 2.8 million square feet under glass. We're working hard to grow fruit and vegetables indoor in a controlled environment where we can get to 70% of the U.S. in a one day drive. So we're excited to be rolling out our first video here today. |
| Host | Yeah, and ESG investing has become a real hot topic here in 2021 and I think it is just going to explode even more. But one of the key things, reading through your notes, was that you use 90% less water to actually grow these products and that is not only going to increase margins for you, but it will also decrease waste as far as getting that product out to customers. Is that one of things you are focused on as you try to build out your sustainable platform? |
| Jonathan | Yeah, we're setting out to build some of the world's largest controlled environment agriculture facilities and in doing it in this region, gives us many advantages. We're able to control our water cost, which if you look at a fruit and vegetable, 95% of a fruit and vegetable is water. And we are able to run completely on recycled rain water which keeps our water cost at virtually nothing. We can get to 70% of the U.S. in a day drive, so if you look at traditional agriculture that's shipping 1-2 weeks on a truck, we can get that transportation down to a one day truck drive and then just a wonderful environment to build and operate a company here in central Appalachia. We have low land costs, low electricity costs, and probably the hardest working men and women in the country here in central Appalachia. |
| Host | Yeah and also with that, you know the lower water necessary, you're going to use recycled water for your products which is also, you know, brings you up on the ESG scale for a lot of corporations moving forward, correct? |
| Jonathan | That's right, you know, we say ESG is a critical, core part of any company that's entering the markets, or for Fortune 500s that are on the market. It's a core part of business. You know, aligning with people and planet is not only good to control costs, but it's the right thing to do and investors are really starting to understand that the iconic companies we are going to be talking about 10 and 20 years from now are going to be the companies that are aligning with nature and providing good products. And if you look at what we're doing, you know, we don't use any of the harsh chemical pesticides that you currently see in agriculture. USDA has said cherry tomatoes can have up to 80% of those tomatoes can have at least one harsh chemical on them. There's 20% of tomatoes can have up to 5 harsh chemicals, so using less land, less water, you know, creating a much better environment regarding a workforce inside and then getting the harsh chemicals out of the growing practice, it's a core part of our business strategy that allows us to compete with open fields being imported into the country, and the ESG metrics for us are a core, fundamental part of our business. |
| Host | Yeah, and you did mention you are within a days drive of about 70% of the population here. What kind of contracts do you have with distributers and stores |

2

|  |  |
|---|---|
|  | across the country, and do you expect that to grow sequentially moving into 2022 and beyond? |
| Jonathan | ==Yeah, we are distributing to the top 25 grocers in the U.S., and we are in a situation where we cannot build and grow fast enough.== You look at what we're solving for, the grocer demand, they want domestic U.S. supply, whereas right now, 4 billion pounds of tomatoes were imported from Mexico into the U.S. last year. They want produce that don't have harsh chemicals, we're able to solve for that, ==we use less land, less water, and we have predictable growing practices, so we can control the environment and have a predictable supply year round. It's a premium product at a conventional price. As much as we can build and grow we will be on the top 25 grocer shelves throughout the U.S..== |
| Host | Yeah and you mentioned that growth, you've got the one already built unit there in Kentucky, you're opening two more, correct? And then will you expand to other areas cross country? |
| Jonathan | So again, we can get to 70% of the U.S. in a one day drive, so we plan on building some of the largest facilities in the world, putting them right in this region, isolating in this region to be able to supply the U.S.. Beyond the U.S., we are certainly trying to get it right on our home turf, but the U.S. is the largest economy in the world, the largest agriculture economy in the world. Once we get it right here, we want to figure out how we can be helpful on the global stage. You look at China and India, each combined have about 40% of the world's population and less than 10% of the world's fresh water. We have to figure out how to grow a lot more food with a lot less resources. The UN has predicted that we would need up to 2 planet earths by 2050 the way we are currently growing food to meet a rising middle class and growing population. So, we are going to get it right here in the U.S. and then once we do, we are hopeful we can be helpful on the global stage. |