# EXHIBIT 16

1

**How AppHarvest Could Move Beyond Tomatoes | SPACs Attack**
https://www.youtube.com/watch?app=desktop&v=uOP0Twsmf8U
March 4, 2021

| | |
|---|---|
| Chris Katje | I want to get a little bit [_____] right now focused on fresh produce, you know tomatoes being the key. What is the product roadmap beyond tomatoes? And could it ever get beyond, you know, fresh produce as well? |
| David Lee | Well, if you think about the technology of today, with our approach, is different than a lot of these other companies that I root for. You know, I'm happy to see success elsewhere.  There such a big need.<br>Our approach is different. Our first farm is a little under 2.8 million sq. ft., right? 60 acres of under-glass in Morehead, Kentucky where the climate appears to be getting wetter. We go at scale. We go big, and we go big with cutting edge technology whether it's the nano-bubble technology to make a lot of nutrient rich, to leveraging [_____] solar, to the AI and how rich our [_____] is.  You know, we can monitor these plants.  It means everything we can do 30 times the yield of a typical farm and that's not limited to the beefsteak tomatoes and the tomatoes in the vines we talked about. We are interested not just in tomatoes we are interested in all vine crops and we have the ability now under our own steam to do this for everything the public would enjoy eating, we're just starting, not to get ahead of our skis, on our first at-scale facility and our first harvest and the good news is as you saw us release in the last week things are going really well in many cases the climate, challenges you see hit the country like in Texas and other places while sometimes our employees have a little bit of trouble getting into work the reality is we are more resilient to climate because we have a controlled environment agricultural system and we hope that makes a difference both to the environment but to the consumers as well. |
| Chris Katje | Can you talk a little bit about first crop, so tomatoes delivered to some national grocer companies, you know, I see Walmart and Kroger listed as partners in that investor presentation. Can you talk a little bit about those partners like Walmart and Kroger and then maybe some areas or some companies that are being targeted with the tomatoes. |
| David Lee | Sure, you know our approach is to do what we do really well, which is to create a great brand around a great product produced by a company that treats employees better, I mean, we were really focused on that and the good news is we've been able to partner with retailers who indicate that demand is not the problem to solve here. I think every tomato that we've produced has been readily put into the market and if anything the challenges, until we create these other farms we've talked about, these 12 at scale climate-controlled agriculture farms by 2025 might be hard to continuously find the AppHarvest brand in stores, but that is soon to be changed just as we ramp up supply. I was just on the phone with one of those retailers recently and you know we're talking not just about our execution of distribution we're talking about how important this is to them to have now something that has grown in the United States that their consumers want that hasn't been trucked in from somewhere over many days. So, so far our feedback has been quite strong from our partners in retail. |

2