# EXHIBIT 17



## AppHarvest Announces First Harvest of Tomatoes on the Vine from High-Tech Morehead Farm Shipping to Grocery Stores

April 1, 2021

**The Tomatoes on the Vine harvest follows the first harvest of Beefsteak tomatoes in January and will arrive at Kroger grocery stores this week**

MOREHEAD, Ky., April 01, 2021 (GLOBE NEWSWIRE) -- AgTech leader AppHarvest, Inc. (NASDAQ: APPH, APPHW), today announced that its first harvest of Tomatoes on the Vine from its flagship high-tech indoor farm is shipping to Kroger grocery stores this week. This harvest marks the second tomato variety to be distributed to grocery stores since the controlled environment ag company first harvested Beefsteak tomatoes in January. The Morehead facility, one of the country's largest high-tech indoor farms, has planted half of the facility's acreage in the Beefsteak variety and the other half in the Tomatoes on the Vine variety, which are delivering on schedule.

The sustainably grown Tomatoes on the Vine first will be available in Kroger stores this week, co-branded with Sunset, with pricing expected to be comparable to standard tomatoes. All of AppHarvest's tomatoes are chemical pesticide-free, non-GMO and are grown with 100% recycled rainwater. The company plans to have the tomatoes available on the shelves of other national retailers in the near future.

"Our Beefsteak tomatoes have been a hit with customers since launching in grocery stores this past January, and we expect our Tomatoes on the Vine to be just as in-demand," said Jonathan Webb, CEO & Founder of AppHarvest. "This harvest also has proved the team can handle the production ramp-up at our Morehead facility as we are now using all grow space at the high-tech farm. We're making good on our mission to build a resilient domestic supply of delicious, nutritious and affordable tomatoes grown sustainably while creating good jobs in an area that needs them."

Tomatoes on the Vine are sold with the vine still attached, which allows the fruit to absorb additional nutrients from the plant as it continues to ripen. Tomatoes on the Vine are known for their excellent shelf life and ability to remain fresh. The variety is most often used for slicing and salads and as a flavor boost for many recipes. They are a high-yielding variety with exceptionally big fruits and uniform clusters.

AppHarvest continues to leverage the best of nature with sunlight and rainwater at the forefront, supplemented by technology, to deliver sustainably grown produce that's flavorful and nutritious. AppHarvest Board Member and Food Icon, Martha Stewart, was among the first to test out the company's Tomatoes on the Vine and was thrilled with implementing them into her famous dishes like Tomatoes Provencal and Baked Eggs in Whole Roasted Tomatoes.

Tomatoes on the Vine are being grown out of 30 acres of dedicated space at AppHarvest's 60-acre controlled environment agriculture (CEA) facility in Morehead, Ky., which the company purchased earlier in March along with the property on which it is located. The Morehead facility is expected to produce about 45 million pounds of tomatoes annually from about 720,000 tomato plants, a mix of Beefsteak and Tomatoes on the Vine.

Additionally, the company is currently building two additional high-tech controlled environment agriculture facilities in Central Appalachia: a 15-acre facility in Berea, Ky., that will focus on growing leafy greens, and a 60-acre facility outside Richmond, Ky., expected to grow tomatoes.

For more information about AppHarvest and to find additional recipes, visit www.AppHarvest.com.

**About AppHarvest**

AppHarvest is an applied technology company building some of the world's largest indoor farms in Appalachia. The company combines conventional agricultural techniques with cutting-edge technology and is addressing key issues including improving access for all to nutritious food, farming more sustainably, building a home-grown food supply, and increasing investment in Appalachia. The company's 60-acre Morehead, Ky. facility is among the largest indoor farms in the U.S. For more information, visit https://www.appharvest.com/.

**Forward-Looking Statements**

Certain statements included in this press release that are not historical facts are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. All statements, other than statements of present or historical fact included in this press release, regarding expected crop yields and AppHarvest's plans for expansion are forward-looking statements. These statements are based on various assumptions, whether or not identified in this press release, and on the current expectations of AppHarvest's management and are not predictions of actual performance. These forward-looking statements are provided for

**Image 1:**



AppHarvest's sustainably grown Tomatoes on the Vine first will be available in Kroger stores, and the company expects the tomatoes will be on the shelves of other national retailers in the near future.

**Image 2:**



AppHarvest announces first harvest of Tomatoes on the Vine from high-tech Morehead farm is shipping to grocery stores.

illustrative purposes only and are not intended to serve as, and must not be relied on as, a guarantee, an assurance, a prediction, or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. These forward-looking statements are subject to a number of risks and uncertainties, including those discussed in the final Registration Statement on Form S-1 (as amended, File No. 333-252964) filed with the SEC by AppHarvest on February 10, 2021 under the heading "Risk Factors," and other documents AppHarvest has filed, or will file, with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. In addition, forward-looking statements reflect AppHarvest's expectations, plans, or forecasts of future events and views as of the date of this press release. While AppHarvest may elect to update these forward-looking statements at some point in the future, AppHarvest specifically disclaims any obligation to do so. These forward-looking statements should not be relied upon as representing AppHarvest's assessments of any date subsequent to the date of this press release. Accordingly, undue reliance should not be placed upon the forward-looking statements.

**MEDIA CONTACT:** Travis Parman, Travis.Parman@appharvest.com
**INVESTOR CONTACT:** Matt Chesler, CFA, appharvestIR@appharvest.com
**IMAGE/VIDEO GALLERY:** Available here

Photos accompanying this announcement are available at
https://www.globenewswire.com/NewsRoom/AttachmentNg/ee7ced75-1f10-46c3-a286-97b877af1413
https://www.globenewswire.com/NewsRoom/AttachmentNg/8c97d8e7-e524-405e-aec8-54d189c35029

3