# EXHIBIT 23

1

**S&P Global**
Market Intelligence

# AppHarvest, Inc. NasdaqGS:APPH
# FQ1 2021 Earnings Call Transcripts
## Monday, May 17, 2021 12:30 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ1 2021- | | | -FQ2 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS (GAAP)** | (0.25) | (0.35) | NM | (0.17) | (0.80) | (0.51) |
| **Revenue  (mm)** | 2.30 | 2.30 | 0.00 | 7.10 | 21.10 | 54.50 |

Currency: USD
Consensus as of  Apr-08-2021 4:03 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS (GAAP)  - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2020** | (0.50) | (0.96) | NM |
| **FQ1 2021** | (0.25) | (0.35) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to AppHarvest's First Quarter 2021 Earnings Conference Call. [Operator Instructions] Please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker host today, Kaveh Bakhtiari. Please go ahead.

**Kaveh Bakhtiari**

Thank you for joining us for AppHarvest's First Quarter 2021 Earnings Call. I'm Kaveh Bakhtiari. It's my first day as VP, Investor Relations, for AppHarvest, and I look forward to working with all of you.

This is AppHarvest's first completed quarter as a public company, so we'll have the full team available for today's conference call. Joining me in Kentucky are several members of the senior leadership team, including Jonathan Webb, Founder and CEO; and David Lee, President; and Loren Eggleton, Chief Financial Officer. We'll also be joined by Josh Lessing, Chief Technology Officer; and Jackie Roberts, Chief Sustainability Officer.

On today's call, we'll begin with prepared remarks from Jonathan and the rest of the team. Then we'll open the line to take questions. Before we start, I'd like to remind you that comments today regarding the company's future business plans, prospects and financial performance are forward-looking statements that we make pursuant to the safe harbor provisions of the securities laws. These statements are made based on management's current knowledge and assumptions about future events, and they involve risks and uncertainties that could cause actual results to differ materially from our expectations. In providing projections and other forward-looking statements, the company disclaims any intent or obligation to update them.

Also, during the call, we'll present both GAAP and non-GAAP financial measures. A reconciliation of certain non-GAAP to GAAP measures is included in today's earnings press release, which you can find on our Investor Relations website, along with the replay of this call.

For additional information on important factors that could affect these expectations, please see our most recent reports filed with the U.S. Securities and Exchange Commission.

With that, I'd like to turn the call over to Jonathan.

**Jonathan Webb**
*Founder, Chairman of the Board & CEO*

Less than 2 years ago, AppHarvest broke ground on our flagship farm in Morehead, Kentucky. That's 50 football fields under glass. We completed construction and assembled a 500-person operating team in the middle of a global pandemic. I'd like to make it clear today that AppHarvest is in the business of delivering on our promises.

For those of you new to the AppHarvest story, we're a technology company working to disrupt agriculture. We are here to build a resilient food system. In reality, agriculture has already been disrupted by climate change, and our current food system is broken.

AppHarvest is committed to being a long-term institutional change agent in agriculture. We are acting now, and I expect our accomplishments to have impacts for generations to come.

Prior to AppHarvest, I was building some of the largest solar projects in the U.S. while supporting the Department of Defense. When I lived in D.C., all the talk was about energy security. But arguably, a more pressing concern is global food security. Most folks don't realize how fragile our current system is. When food stopped crossing borders and grocery stores had food shortages, COVID started to expose some

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of the cracks in the system. California just expanded its drought emergency to 41 of 58 counties in the state. California is plagued by wildfires and the Southwest of the U.S. is drought-stricken, where the U.S. traditionally has grown much of its fruit and vegetables.

In February, we had major ice storms that dipped as far as Texas, stopping imported fruits and vegetables from coming across the border, which is where the U.S. has outsourced most of our vine crop production. Those fruits and vegetables get shipped thousands of miles to make it to our plates, with questionable practices around labor and pesticide use. The reality is climate change is going to continue to affect the growing conditions for outdoor agriculture, from severe temperature extremes to the amount of water available for crops.

In Central Appalachia, we're fortunate because climate change is making our region wetter. In fact, the past decade has seen the most rainfall in Kentucky history, with 3 of those years being the wettest on record. When the UN Security Council visited us in Kentucky for the first time in our state history, we learned that the UN predicts that we need 70% more food by 2050 to feed a growing population. If we continue farming as we do now, that would mean we need a second planet earth to have enough resources. The world doesn't have the land. It doesn't have the water. What we do have at AppHarvest is the technology and solution. Our technology and our approach can enable us to get 30x the yield of traditional agriculture, using up to 90% less water and only recycled rainwater with 0 chemical pesticides and 0 agricultural runoff.

As we've said before, we're doing this now with proven technology that is scalable globally, and the world needs controlled environment agriculture. China and India have about 40% of the world's population but only 10% of the world's freshwater. We're focused on building a resilient domestic food system in the U.S., and that solution can be applied globally.

Controlled environment agriculture is the third wave of sustainable infrastructure that is on the cusp of rapidly achieving global scale. Twenty years ago, we saw renewable energy take off. Ten years ago, Tesla began making electric vehicles popular. Now is the dawn of an air of controlled environment agriculture. We must leverage the best nature has to offer, sunlight and rain water, and then use technology where needed.

Agriculture is overdue for an overhaul. The last major revolution in agriculture that many people can think of is the tractor. Integrating AI and robotics into controlled environment agriculture is farming now. You're going to hear from our Chief Technology Officer, who can detail what our high-tech farm in the future will look like. That's what we're doing from the heart of Appalachia, where we can reach about 70% of the U.S. population within a day's drive, improving freshness of our produce.

This is our first quarterly performance report. Let me review some of our accomplishments. We started our first harvest middle of January. So we're officially revenue generating. In fact, we met expectations for Q1, generating $2.3 million in net sales, representing 3.8 million pounds sold, and that was with the farm only partially planted as we ramped up. Now we have fully planted the 60 acres at our first facility. About 720,000 tomato plants are now being harvested continuously. We began trading on the Nasdaq February 1.

We purchased our flagship Morehead, Kentucky facility in March. Construction on our next 2 sites in Berea and Richmond, Kentucky, are on schedule. In addition, we have 4 more projects in Kentucky slated for development, and we will start construction on at least 2 of those this year. We acquired an artificial intelligence robotics company in April, including their talented team with experience in controlled environment agriculture.

We ramped up from about 20 employees last summer to about 500 at the end of Q1 this year that establishes our process to scale up quickly as we grow our network of farms.

We are confident we can secure nondilutive, attractive financing for our 12 high-tech farms being developed by the end of 2025. For example, we have negotiated terms for a 60% loan-to-value transaction for our Morehead facility at an expected rate between 4% and 5%, and we expect the

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

transaction to close in Q2. We are also far along in negotiations for approximately $200 million of development financing for 2 of our projects underway.

We are farmers and futurists, and we believe that doing right by people and planet, upholding the highest ESG principles, soon won't be a nice to have, it will be table stakes. We're proud to be one of the 4 publicly traded companies that's both a public benefit corporation and B Corp Certified. We see it as a competitive advantage. I'm relentlessly fighting every day for our team, our shareholders and our broader stakeholders as we pursue our mission to redefine agriculture and feed the future.

Now I'll ask AppHarvest President and Board Member, David Lee, to explain how we're executing on the business plan.

**David J. Lee**
*President & Director*

Thanks, Jonathan. It's been a pleasure to join the management team as President in Q1. Before we get into the results, I wanted to share a bit of my background. Just as many of you have considered investing your capital in AppHarvest, I want you to know why I bet my career on it. My background includes large public company transformations like Best Buy, Del Monte and Zynga, but more recently at Impossible Foods, where I launched the business as COO and CFO.

AppHarvest has the potential to create the global impact and the scale of a larger public company that I've helped to transform, but at the growth rate of a new business that benefits from technology, like Impossible Foods. We grow at large scale healthy and nutritious produce sustainably, using a fraction of the resources required in traditional agriculture. We do this by leveraging technology, infrastructure and our focus on our location in Appalachia that benefits from climate change and our renewal of local economy, along with being able to access about 70% of the U.S. population within a day's drive.

Through our distribution agreement with Mastronardi Produce, all of our USDA Great No. 1 tomatoes are sold in top retail grocery outlets. Grocers and consumers increasingly are requesting U.S. grown, chemical pesticide-free produce from companies they trust. Despite that, in 2019, more than 2/3 of vine crops for the U.S. market were imported. And because we're doing this at scale, we can deliver this produce for about the same prices standard.

Our first Morehead facility can ramp up to produce more than 40 million pounds of tomatoes annually. It's the size of 50 football fields. And we expect to have 12 high-tech farms operating by the end of 2025. We'll go far beyond tomatoes. Soon, you'll hear about the many other crops we'll produce.

Because our long-term strategy is to build AppHarvest into one of the world's most trusted, sustainable food companies in the U.S., which can be replicated globally, that provides opportunity in the future for value-added products and international ventures. But we know to achieve that long-term strategy, we need to deliver on our short-term promises.

So let's talk about Q1. Our Q1 priorities are: one, achieving operational excellence and financial targets; two, optimizing our capital structure for capital-efficient growth; and three, building a trusted, high-tech, sustainable food company with the highest ESG principles.

First of all, on our operations. At Morehead, our first high-tech farm, our team of expert growers kicked off our first harvest starting in mid-January. And since then, we've ramped up production of all of the 60 acres as of the first week in May. We've grown our employment from around 20 employees a year ago to 500 by the end of the first quarter of 2021. We've also put in place the infrastructure to help us grow from 1 to 12 high-tech farms by the end of 2025.

In Q1, we reorganized our executive leadership team at our corporate headquarters and at Morehead to ensure that we can grow at a rapid pace of demand. And to scale effectively and efficiently, we've continued to strengthen our construction capabilities. We expect to announce shortly a relationship with the leading national general contractor that will help us shorten supply chain, reduce overall construction costs and further improve our build times.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But at our core, our technology and infrastructure must serve our customers well. Grocery and food service buyers, consumers and media have all been responding very well to the quality of our tomatoes. And based on Mastronardi's strong relationship with retailers and food service, we are not fighting for shelf space.

Our volume is ramped up to allow us to include direct shipping of full truckloads to retail customers, such as Kroger, removing excess food miles and reducing costs. And in the food service category, we are now shipping full truckloads to Wendy's, building on their already existing relationship with Mastronardi.

With momentum from season one, we'll take July and August during our summer refresh to prepare for Morehead 2.0, the operation of which will benefit from new training that we anticipate will support higher productivity in Q4. Summer refresh will be an annual activity for us, where we will not produce for about 8 weeks in Q3 as we prepare for the next season.

Secondly, on optimizing our capital structure. We purchased our flagship Morehead farm, which gives us the ability to leverage the asset at attractive financing rates to fund more development. As a result, we finalized key terms for a 60% loan-to-value transaction for our Morehead facility at an expected rate of 4% to 5%, which we expect to close in Q2.

We are also far along in negotiations for approximately $200 million of development financing for 2 of our projects underway. These deals demonstrate the viability of high loan-to-value, nondilutive and low rate financing for our facilities and business. We're currently evaluating several options and expect to announce a new development facility by the end of Q2, and we're confident in our ability to secure nondilutive funding for all 12 of our farms, which we expect to complete by the end of 2025.

This capital allows us to continue our future farm development, which remains on track. In fact, we're already underway constructing 2 farms at Richmond and Berea, Kentucky. Richmond is another 60-acre high-tech farm for vine crops that we plan to start with tomatoes. Berea is a 15-acre high-tech leafy green facility. Importantly, we locked in our steel and glass prices with fixed-price contracts to insulate these projects from commodity pricing volatility. We've successfully reached all of our milestones for site preparation, permitting and construction for both facilities.

The Richmond project is 17% complete, and the Berea project is 23% complete, based on the number of project weeks for each, and they are slated to be operational next year. In addition to these projects, we are announcing we expect to move ahead on 2 more projects this summer for late 2022 delivery, which will put us at 5 operating farms by the end of 2022 and well on track for 12 by the end of 2025. These projects will also further diversify our crop offerings as we expand into leafy greens and strawberries. We're working closely with federal, state and local officials to understand how AppHarvest can potentially participate in programs focused on Appalachia and the revitalization of former coal and manufacturing communities in the region.

Thirdly, on trust and our ESG principles. We've started AppHarvest with 1 farm growing tomatoes. But our intention is to grow the company into a trusted, high-tech, sustainable food company, holding itself accountable to the highest ESG standards that people feel good about doing business with. One of our core values at AppHarvest is radical transparency. To that end, we recognize that having a robust Investor Relations function is critical to keep our investors up-to-date with how we're managing and growing the company. That's why we've hired Kaveh Bakhtiari as our Vice President of Investor Relations, who joins us from Hillenbrand to revamp our IR. You should expect to hear from us more regularly.

Finally, on technology. We had always intended to use the best technology to enable our mission. In Q1, we completed a key step in building a broader, high-tech, sustainable food company with the acquisition of an artificial intelligence robotics company, Root AI. This technology and talent will optimize our own operations, especially with the insights derived from artificial intelligence, but it can also lead to additional revenue streams, such as licensing the technology to other controlled environment ag facilities.

As our CFO, Loren Eggleton will explain in more detail, we are revising our long-term financial model based on the artificial intelligence robotics technology that we plan to introduce on our farm of the future. Based on this, we are increasing our adjusted EBITDA targets for an optimized farm. With the addition of

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

nondilutive capital that I mentioned earlier, we are also increasing our levered return on invested capital target range.

Now you'll hear more from our Chief Technology Officer, Josh Lessing, about how we plan to achieve our vision of this farm of the future.

**Josh Lessing**
*Chief Technology Officer*

I'm Joshua Lessing, and in April, I joined AppHarvest as Chief Technology Officer. Previously, I co-founded and led an AI company focused on controlled environment agriculture in order to build a sustainable and resilient global food system. AppHarvest shares this mission, and together, we will restructure the world's food supply based on a new model that will support the planet and its people. Most of all, we will do it faster and at greater scale than anyone has ever imagined.

Today, the food industry is fraught with complexity, inefficiency and a crumbling infrastructure that has been pushed to its very limit. If we want to give customers the products they deserve and protect the planet in the process, we must abandon the broken system developed by outmoded industry incumbents. Now is time to build the future. And to do so, we've established the AppHarvest technology division.

It is obvious that the world needs a copy-and-paste solution, one that can be replicated globally; a sustainable, scalable, predictable infrastructure that we can count on to produce the food that we need and is strong enough to survive the challenges to come. At AppHarvest, we've set out to build it, and we call it Project TalOS, a digital operating model for farming with AI at its core that can manage a global network of facilities and execute complex supply strategies intelligently and autonomously. Put simply, AppHarvest must build for farming the technologies that were required for Amazon to transform retail.

Right now, we are building and deploying a system that utilizes a vast array of technologies to drive automatic decision-making at individual facilities and across the organization at large. This proprietary platform capability will allow us to deliver superior products at lower costs and higher margins and will open the door for new revenue streams, creating previously unrealized synergies across the value chain from seed to table. To create the farm of the future, we're making investments in robotics, artificial intelligence, tele-operation and proprietary seed genetics.

With robots roving through the facility and interacting and caring for every crop, we'll be able to continuously collect data on plant production and feed it into our AI, using software to align facility operations with sales and logistics, which will make farming as reliable and predictable as a factory.

Presently, we are training our intelligent robot, Virgo, to manage crops and inform growing decisions. Virgo is the world's premier universal harvester and can be configured to harvest multiple crops, ranging from tomatoes and cucumbers to more delicate fruits such as strawberries. But it's the insights collected and analyzed by our robot and fed into its AI that is the true game changer, since every piece of fruit is an outcome that resulted from the many variables of the growing process.

Granular, plant-level data from each fruit means we can learn exactly how to optimize quality, production, sales and logistics. This foundation will give us the opportunity to restructure the world's food supply in order to mirror the hyperefficient e-commerce landscape. The future is the local supply chain, where food is produced, where it's consumed by carefully calibrated facilities that guarantee consistency and predictability. The future is higher quality, more nutritious and more affordable produce without the carbon footprint of transnational supply chains. The future is products that people actively seek out in their grocery stores because they're superior on every dimension. This is the future, and the future is now.

And now you will hear from Jackie Roberts about the strides that we've been making in sustainability.

**Jackie Roberts**
*Chief Sustainability Officer*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

hired and onboarded over 100 employees during this 2-week event, ensuring that our ability to ramp up production didn't suffer.

I want to close with talking a bit about our social impact. AppHarvest was founded to also create the right kind of jobs. We completed a third-party living wage assessment this quarter and have been verified as a living wage company. In addition to our wages, we offer a comprehensive benefit package that includes a portfolio of medical, dental, vision and life insurance options to all our employees and their families. Regardless of title or rank, AppHarvest pays 100% of all premiums on the coverage. We also offer a competitive 401(k) match for everyone in the company.

AppHarvest makes every full-time employee a stakeholder. All employees receive equity incentives when they're hired from the entry-level up to the C-suite.

Our team has now grown to 500 employees at the end of the first quarter. We believe our workforce is our biggest asset, and we believe that engaged employees will drive improved performance. The draft results this week of our first employee engagement survey, which had an 83% participation rate, include 93% of employees saying, I'm proud to work for AppHarvest, 91% saying, I know how my work contributes to the goals of AppHarvest and 87% saying I would recommend AppHarvest as a great place to work.

I'd like to now introduce our Chief Financial Officer, Loren.

**Loren Eggleton**
*Chief Financial Officer*

Thanks, Jackie. Now I'd like to discuss a few of the operational highlights and what they mean for the business this year and over the long term. We achieved first quarter net sales of $2.3 million, which was in line with our outlook of $2.1 to $2.6 million as compared to no sales in the first quarter of 2020 before our Morehead facility was operational.

In terms of actual yield for the first quarter, we were pleased that our Morehead facility generated a total of 3.8 million pounds of tomatoes sold. This includes a mix of both beefsteak and TOV tomatoes as well as varying levels of quality for each. As you know, we started planting our Morehead facility in phases, beginning in the fall of 2020. This first quarter of 2021 was the company's first quarter of harvesting and, therefore, our first quarter of net sales. We started harvesting the first 15 acres of beefsteaks in mid-January, followed by the second 15 acres of beefsteaks at the beginning of February and then the first 15 acres of TOV at the very end of March. By the end of the first quarter, we were harvesting 45 of 60 acres at Morehead.

In terms of pricing, per our agreement with Mastronardi Produce, Mastronardi pays us a market price less a marketing fee and their costs incurred in the sale and distribution of our produce. The sales that we reported on the face of our income statement is net of these items. The blended price per pound we realized during the first quarter, which you can generally calculate from our financials by dividing net sales by the pound sold, reflects a mix of varying grades of tomatoes with Grade No. 1 selling at a premium and the price fluctuating by season and over time due to market conditions. It also reflects product mix, though in Q1, substantially all of our pounds sold were beefsteak tomatoes. This being our first harvest of a new facility, we expect our grade mix to migrate upward over the coming quarters as we fine-tune our farm operations and implement additional technology and data analytics into our processes.

Gross loss was $4.5 million, which reflects the phased launch of commercial operations and sales at our Morehead facility and the demands required of training our labor force of our newly started operations. We expect gross margin to improve over the coming quarters as we seek to increase our utilization and yield, leading to greater labor productivity and overhead leverage over a larger number of pounds sold.

Adjusted EBITDA loss came in at $12.4 million for the quarter, significantly better than our previous outlook range of a loss of $14 million to $16 million. This loss is primarily reflective of the organization we are building to support the growth that we anticipate as we build and operate additional facilities as well as now being a public company.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On January 29, we completed our business combination with Novus Capital, which resulted in net cash to our balance sheet of approximately $435 million. On March 1, we purchased the Morehead facility for approximately $125 million, and we now own the facility, equipment and land outright.

During the quarter, we also used $11 million of cash in development and construction costs on our 2 in-development facilities located in Richmond and Berea, Kentucky. Those are both scheduled for completion in mid-2022. We ended the first quarter with cash and cash equivalents with $297.7 million.

As was mentioned earlier, we are close to finalizing a $75 million credit facility that is solely secured by our Morehead facility at a 60% loan-to-value. The credit facility will provide the company with growth capital for the continued development of our high-tech CEA facilities in Central Appalachia. Borrowings under the facility, which we expect to have a 10-year maturity and a 20-year amortization, will likely bear interest between 4% and 5% annually.

Next, I'd like to provide additional financial context on the acquisition of Root AI, the agricultural robotics company, which we purchased subsequent to the end of the quarter. We paid a total consideration of $60 million, consisting of $10 million in cash and approximately 2.3 million shares of AppHarvest common stock.

As David and Josh articulated earlier, we believe strongly in the ability of our new technology division to improve our operating metrics and, therefore, profitability as well as to open up new tech-first business models for the company. Toward this goal, we intend to invest an incremental $5 million to $7 million during 2021 on developing technology for the farm of the future.

There is an administrative item that I wanted to cover related to the SPAC warrant accounting developments that many companies have been working through over the past several weeks. In light of the recently issued statement made by the staff of the SEC on April 12, for all SPAC related companies regarding the classification of their warrants for accounting and reporting purposes, we have reevaluated our historical accounting, the warrants assumed from Novus Capital and the business combination on January 29 and determine that the private warrants should have been accounted for as a liability and mark-to-market.

Further, we determined that the public warrants were appropriately accounted for as equity. Previously, we had accounted for the Novus private warrants as equity, similar to many other SPACs and recently de-SPAC-ed companies. We have worked with our current auditor as well as the previous auditor for Novus, and our Audit committee to restate the Novus 2020 financial statements. Accordingly, we will soon file an amended Form 10-K. This restatement will result in additional noncurrent liabilities of $16.9 million and a noncash expense of $13.7 million in the Novus financial statements for the year ended December 31, 2020.

As of March 31, the private warrant liability was $29.9 million and resulted in a noncash income of $9.8 million, which is reflected in AppHarvest's quarterly financial statements. This restatement will not impact our previously reported operating expenses or cash flows. The change in accounting treatment has no effect on AppHarvest's cash position, ongoing operations, plans going forward or what we have shared with you today.

Now I'd like to turn to our outlook for the full year 2021. Today, we are reiterating our full year 2021 outlook on net sales of $20 million to $25 million. Further, because of the inclusion of the planned incremental investment in the recently acquired Technology division, formerly known as Root AI, we are updating the full year outlook for adjusted EBITDA loss to $48 million to $52 million from our prior range of a loss of $43 million to $45 million.

With this investment in technology, along with our latest view on our operational performance, we are raising our long-term illustrative performance on adjusted EBITDA for a 60-acre farm of the future producing tomatoes from $15.8 million as previously presented at our Analyst Day event last December to $23.3 million, resulting in a potential 17% to 23% return on invested capital on an unlevered basis.

Further, with improved access to nondilutive capital, the long-term illustrate performance on a leverage basis, assuming a 60% loan-to-value, could result in 43% to 58% return on invested capital.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

While we are not formally guiding to quarters, we do want to provide some information on the seasonality of our tomato-growing operations that I hope will be helpful.

Last week, we began harvesting the remaining 15 acres of TOV tomatoes and are now harvesting all 60 acres of the Morehead facility. In early to mid-Q3, as previously communicated, we will prepare our Morehead facility for the 2021/2022 growing season. For this, we will replace the existing plants with new seedlings. The replanting process will result in lower net sales as compared to other quarters of continuous harvesting. We will begin harvesting the new plants in early Q4. All of this is to say that we expect Q2 to be stronger than Q1, Q3 is expected to be softer than Q2 and that Q4 will pick back up with a new growing season.

In terms of capital expenditures, for the full year, we expect to spend approximately $145 million to $155 million on the 2 committed construction projects currently underway in Richmond and Berea, Kentucky.

With that, I'll turn it back over to our VP of Investor Relations, Kaveh.

**Kaveh Bakhtiari**

Thank you, Loren. To close, we've had a solid start to the year in our first quarter as a public company and first quarter harvesting produce out of our first high-tech indoor farm in Morehead, Kentucky. We are backed by world-class farm operations, a scalable model, a winning long-term distribution partnership and our commitment to leverage cutting-edge technology to produce and distribute food in a sustainable way.

We have an innovative and dedicated management team with access to funding that is looking to AppHarvest to provide a sustainable alternative to the socially, economically and environmentally destructive practices that have come to be associated with conventional agriculture. I look forward to working closely with the investor and analyst community to keep you regularly updated on our progress as we build on our vision and plan to deliver long-term stakeholder value.
With that, operator, we'll now begin to take questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question is coming from the line of Jeff Osborne with Cowen.

**Jeffrey David Osborne**
*Cowen and Company, LLC, Research Division*

Congratulations on your first earnings call as a public company. Just a couple of questions on my end. One, I was wondering if we could get going on the pricing dynamics that you alluded to. How much of that was due to quality of the output, so non-grade 1 versus just broader market conditions. I thought, historically, the winter months had seasonally higher prices relative to the summer. So I'm just trying to get a sense of what the moving pieces are on the price side.

**David J. Lee**
*President & Director*

Jeff, this is David Lee here at AppHarvest. What we did well is we anticipated and performed well on -- in market pricing. A big part of that in Q1 was our relationship with Mastronardi. Mastronardi has the benefit of having a pretty full basket of other produce items. And so you may hear of others who are less insulated to the broader market versus what we have demonstrated in Q1. And our affirmation of our guidance in 2021 reflects that we think we're on track. So hopefully, that answers a bit of the question.

Jonathan is here with me, and he created the relationship with Mastronardi from the very beginning. So I'm going to turn to him to have him give some commentary to you on how we did in the market as well.

**Jonathan Webb**
*Founder, Chairman of the Board & CEO*

Yes, Jeff, just to follow up on that, it's important that a tomato is not a tomato is not a tomato. And for the AppHarvest tomato, Mastronardi Produce has made it abundantly clear that they can deliver and put on store shelves and want every tomato and fruit and vegetable we grow. So good thing for us is in a market that -- where we're at currently, and we still hit our Q1 guidance and continue to be very optimistic about the year ahead.

**Jeffrey David Osborne**
*Cowen and Company, LLC, Research Division*

Yes. Certainly, the yields are impressive to see. So congratulations on that. Two other lines of questioning. The change in sort of mid- or long-term illustrative economics to the $23.3 million from the $15.8 million of adjusted EBITDA for a 60-acre facility, how much of that change is because of the assumption of reduced OpEx because of utilization of technology versus higher yields that were originally talked about sort of in that 40 million to 45 million pounds per facility? I just wanted to get a sense of what the moving pieces were to come up with that increase, which is great to see.

**David J. Lee**
*President & Director*

Thanks, Jeff. This is David, again. I'll start and perhaps turn it over to Loren. One of the things that we did as a team in Q1 is build a bottoms-up driver-based model so that we were tracking to KPIs. Our philosophy is if we can't measure and hold the team accountable, we can't achieve the results our mission requires. So as we integrated with Josh Lessing, our new CTO, how much could technology line of sight, I mean, really, how much could we sign up for? This bottoms-up model was a combination of both yield improvement as well as what I call pure productivity. And I'm happy to have him speak a little bit on the detail of it if you're interested, but it was a mixture of both. And it was pretty thorough bottoms up.

I'm very optimistic, given the lack of maturity in technology in the controlled environment ag business that we have some of the best minds to create technology that the mission really requires.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.