# EXHIBIT 24

AppHarvest CEO on staying cost competitive, sustainable farming outlook

**yahoo!finance**

# AppHarvest CEO on staying cost competitive, sustainable farming outlook

May 17, 2021

Yahoo Finance's Julie Hyman, Brian Sozzi, and Myles Udland speak with AppHarvest Founder & CEO Jonathan Webb about the company's first earnings report, outlook for the sustainable farming tech space, and much more.

**Video Transcript**

MYLES UDLAND: All right, welcome back to "Yahoo Finance Live" on this Monday morning. We've seen a lot of SPACs come public over the last year. And we're finally starting to see some results roll in. AppHarvest out with its first quarterly report since its SPAC deal was completed earlier this year. The company reporting about $2.3 million in sales in the first quarter, just under 4 million pounds of tomatoes sold.

The company's CEO Jonathan Webb joins us now to talk about the quarter for AppHarvest and what the future holds for you guys. Jonathan, thanks for jumping on this morning. So just talk us through the results you guys saw in the first quarter and how you see the rest of this year playing out. Still working out of that one facility. But you are looking for acreage to be up about 30% by the end of the year.

JONATHAN WEBB: Yeah. So we launched our first production facility and had our first crop harvested in January of this year. And we hit our Q1 guidance, revenue guidance. And that facility will be fully operational through the end of the year. And we're optimistic about the targets between now and year end.

2

Case 1:21-cv-07985-LJL    Document 81-30    Filed 09/23/22    Page 3 of 3

human existence. So our consumption rates are going up. Middle class is rising. Growing population. And add on top of that a changing climate.

We're going to have to figure out how to grow a lot more food with a lot less resources. And we can do that in a controlled environment.

MYLES UDLAND: You know, Jonathan, kind of coming back down from the high-level overview here, which I think is a thesis a lot of people can get behind, we're showing the video of the facility buildout that you guys have done. All we hear about are supply bottlenecks, the inability to get the labor needed to get projects off the ground. Have you guys struggled with that at all as you're trying to build two more facilities to be done by the end of next year?

JONATHAN WEBB: So we will have, this year, four more facilities under construction in total. Plan on launching at least five into operations next year, including the current operating asset. And very proud of this region. Eastern Kentucky, it's been known for powering the country in the coal industry.

We built this first facility in the middle of a global pandemic. And we stood up the facility and have 500 people working with us now and had record ice storms in February and virtually no impact to operations. So it's a true testament to the region, the ingenuity and tenacity of this workforce.

It might be hard to get people to work in California or New York. But here in Central Appalachia, people want to work. And we've shown, by offering a living wage-- we're paying full health care for our employees. We have nearly 8,000 people that have applied to work at this company. And we could only hire 500 so far this year. So it's an incredible workforce.

And then on the materials, we've been fortunate that, for the two facilities we have under construction right now, we've already locked in our steel and glass. And we've already got fixed pricing. So we're not impacted by the volatile swings that we're seeing in the supply right now in the supply chain.

3