# EXHIBIT 25

## Cheddar News Video - First Earnings as Public Company

May 17, 2021

| | |
|---|---|
| Announcer: | We are joined by Jonathan Webb, who is the founder and CEO of AppHarvest. Jonathan, great to have you here with us back on Cheddar today. You sold 3.8 million pounds of tomatoes in this recent quarter, netting you $2.3 million in sales. While impressive, we've got another strategy for scaling up some of these numbers in the future, too. |
| Webb: | Yeah. So we just harvest our first crop in our first facility in January. And as we were ramping up that facility, we met our Q1 expectations and we're optimistic about hitting targets in that first facility throughout this year, and then going into next year. We have two other facilities under construction. We'll be starting construction on two more later this year. And all five of those will be operating by the end of 2022. |
| Announcer: | We brought attention to the stock movement as we were prepping our viewers for this segment. Taking a look at the stock today, shares of APPH, they are higher by 10% in response to this earnings report. But you're still a far cry away from your high of $38 in February. So what is the message that you would send to the streets, the investors that may potentially looking for more here from AppHarvest and kind of restoring some of that confidence and the ability to scale as well? |
| Webb: | Well, we've proven that we can build a facility in the middle of a global pandemic. We had record ice storms in February and our facility was untouched. So this to me is a 30-year story at AppHarvest. And you know, I'm looking at our … I'm looking at the long-term development of what we're building every day. I'm personally not looking at the stock price. But what we're building here is really the third wave of sustainable infrastructure. You look at 20 years ago, it was renewable energy. Ten years ago, Tesla started to make electric vehicles mainstreamed. And then now, today, it's controlled environment agriculture. We have to grow a lot more food with a lot less resources and we can use that by using, do that by using technology and building infrastructure. |
| Announcer: | What is the difference in the environmental sustainability of vertical farming and the operations that you power at AppHarvest versus some of the more traditional methods that we have seen over decades, centuries, to this point in time? |
| Webb: | So this is a data-driven facility. We're using AI and robotics and LED lights. But we're using nature too. So we run completely on recycled rain water using sunlight. But some of the features, we use 90% less water than open-field agriculture, getting 30 times more yield per acre. And when you look, the U.N. Security Council visited Kentucky about a year ago and when we sat down with'em, they've said we have to have 70% more food by 2050. That would take nearly two planet Earths the way we currently grow food in order to have enough land and water. We don't have a choice. We have to figure out again how do we grow more food with less resources and we can do that by using technology and facilities like ours here at AppHarvest. |

| | |
|---|---|
| Announcer: | We were taking a look at some beautiful beefsteak tomatoes, beefsteak tomatoes right now. What's next in terms of some of the other foods that you look to expand into? |
| Webb: | So again, our thesis is that controlled environment agriculture will be growing most all fruit and vegetable production at scale indoors. And so for us, by next year we'll be in vine crops, which is tomatoes. We'll be in berries and we'll have leafy green facilities. So we look to be all across the grocer aisle as we replace imported open field production coming in from Mexico. |
| Announcer: | Who are some of the largest retail partners that you have right now and how have you also seen some of that demand come in from some of the reopening restaurant industry at this point in time, if there are any partnerships to be driven there as well? |
| Webb: | So the demand far exceeds the supply in this space. You know, grocers want controlled environment production. It takes the food safety risk out, it takes climate risk out, it takes import risk out. We're selling to some of the largest grocers in the U.S. Kroger is one of those. We're now selling at Wendy's. And again, it's … our job is head down, build the facilities. But the grocer side, retail side, fast food, everyone needs this product and our job is to just build product and grow good, nutritious, tasty, flavorful product at or around the same price of what you see today. |
| Announcer: | Those are massive partners that we just showed to our viewers on the screen, Wal-Mart, Publix, Kroger's and some of the other companies that we just named. There's the graphic again for our viewers. You know, just lastly to wrap this up, when you think about what the key performance indicators that you are tracking across the business are, what would you look towards for the rest of 2021 to prove that this has been a successful year and taking some of that momentum into 2022 as well? |
| Webb: | Well, we hired nearly 500 people in the middle of a global pandemic. And so our operating team in Moorehead for our first facility, those financial projections virtually didn't change much at all. And so for us, it's frankly staying on track, getting to the end of the year. But then that's where our opportunity is going into next year in 2022. We've had to build not only, you know, massive facilities, but we've had to build a massive organization in the middle of a global pandemic. And we're all grateful for the light at the end of the tunnel and optimistic about, not only getting through this year but really able to unleash into 2022. |
| Announcer: | Certainly. Jonathan Webb, founder and CEO of AppHarvest joining us today. Thanks so much for the time, Jonathan. We appreciate it. |

3