# EXHIBIT 29

**6-3-2021 - Seeking Alpha Video Transcript**
**AppHarvest CEO Jonathan Webb**
**The Future of Farming**

| | |
|---|---|
| Intro | Welcome to Seeking Alpha CEO Interviews.  Quality of leadership is a decisive factor in stock performance, so we provide in-depth interviews with the best and brightest CEOs in the public markets.  We publish limited excerpts from our interviews and social media platforms and the full interviews at seekingalpha.com and in the highly rated Seeking Alpha mobile app.  To find the full interviews open seekingalpha.com or the Seeking Alpha mobile app and search for the phrase "CEO interviews" or simply type a stock ticker into the search box. |
| Host | Jonathan, welcome to CEO Interview, super happy to have you on talking AppHarvest. Welcome to Seeking Alpha. |
| Jonathan | Thank you for having me |
| Host | It's a pleasure.  So I'm excited to talk to you about ag tech and and vertical farming and it's something that we've been talking about on the show recently, it's definitely in the news, people are interested in about it, interested about it, excited about it, um but start from the beginning, talk to viewers about what AppHarvest does, where it plays in the marketplace. |
| Jonathan | Yeah so at AppHarvest we're based in central Appalachia and and we've set out to build some of the world's largest controlled environment agriculture facilities.  Uh and and our thesis is uh in our lifetime most fruit and vegetable production at scale will be grown in a controlled environment.  With climate disruption, with the need to use far less land and far less water when we grow our food, and to get the harsh chemical pesticides out, controlled environment agriculture solves for all of that, and and really we we feel like we're in the first inning of the industry.  Uh my background was in the, in the renewable energy industry and and we've tried to say this is the third wave of sustainable infrastructure. Uh 20 years ago it was renewable energy, uh 10 years ago Tesla began to make uh electric vehicles popular in the mainstream and then now you see Ford F-150 releasing their electric vehicle and everyone moving in that direction.  And right now we're in the infancy of controlled environment agriculture and using technology and infrastructure to grow a lot more food with a lot less resources. |
| Host | So talk to us about how you got involved.  You said that you were involved with energy, um some in Washington kind of at a higher level, how did you decide, well talk to us about your journey there and how you decided to start AppHarvest. |
| Jonathan | Yeah so I was in DC uh working on a White House initiative that was under the Obama administration, uh and it was uh to build large-scale solar on military installations.  So my job as a private sector uh individual involved on that project was was to evaluate technologies uh and figure out how we could uh build solar and wind on on military installations without raising the cost uh of the energy cost for uh for the US Army.  Uh that background of large-scale sustainable project development in energy is what I've used to bring over uh to agriculture, and really when you think about food it's just another form of energy except now, you know, we're powering the human body instead of, you know, putting electrons onto the grid, but, you know, ultimately uh the the company early on we we saw the opportunity that that's -- we've shifted most of our fruit and vegetable production out of the U.S. down to Mexico.  One crop for example, tomatoes, we imported nearly four billion pounds of tomatoes from Mexico to the U.S. last year, and then now you look at California running out of water, plagued with wildfires, and and there's a lot of disruption of of that's already currently happening and putting pressure on our food system. Um and using technology and building infrastructure, you know, solves for that.  So here at AppHarvest, you know, we're we're building large facilities, our first one in Moorhead, Kentucky uh 2.8 million square feet, uh 60 acres under glass, which is nearly 50 football |

2

| | |
|---|---|
| | in Kentucky for the first time in our state history, uh we we at AppHarvest had an opportunity to talk to them. The UN has said we need 70 percent more food by 2050. To get there, we would need two planet earths to have enough land and water the way we currently farm. That's 30 years that that's not even 30 years away. And and if you look at between now and 2050, humans have to grow more food to feed the growing population. We have to produce more food over the next 30 years than humans have produced in the last 10,000 years combined. These are just startling, jarring statistics that when you have problems this big, you layer on climate change on top of that, you start to realize there's no question if uh this industry is going to take off.  It's a matter of when, how it's going to be solved, and who's going to solve it, and that's where, when everyone got involved whether it's our board members or early investors, you know, David Lee who's who's been at Del Monte, he's been at uh Best Buy, Zinga, most notably he was CFO and CEO over at Impossible Foods, we've had people betting their entire career on AppHarvest and joining and signing up with us, and a lot of that, we know we have to do the hard work. The hard work is execution at scale.  That's that's very difficult.  You know, but right now we feel fortunate enough to where we know we've identified the problem,, you know, we know we have a solution for the problem, and now it's simply about execution at scale and and I think that's why we've been able to convince so many uh credible industry uh players from various backgrounds to to sign up uh to join AppHarvest. |
| Host | So talk to us about how--what the farm looks like, how it operates right now and why you decided to start with tomatoes. |
| Jonathan | Well, tomatoes are the number one import from Mexico on fruit and vegetables so we went, again, there's a lot of complexity that goes into how we, how we make the argument but some of us, we try to we try to look at decisions and and make pretty simple, bold decisions.  So let's bring tomato production back from Mexico to the U.S.  That's that's a pretty easy low hanging target. Uh and and that so, next year we'll be operating uh at least five facilities, right now we're operating one, and then by next year we'll have vine crops, berries and leafy greens growing in all different types of facilities.  But we're we're growing in a glass structure.  And what we've tried to say, some people use the term greenhouse, I don't think that is very helpful because think of like a 1950 sports car uh or a 2021 Tesla. The only two similarities between the two are they have four wheels and a steering wheel. Other than that there's nothing in common.  Uh same thing with what we're doing versus a 1950s greenhouse.  We're a data-driven operation using industrial sensors and softwares to control the climate, uh it AI and robotics, we we purchased Root AI, LED lighting, one of the largest LED lighting installations in the world. We're using a glass structure uh because again, we have to compete with with dirty open field agriculture being imported from other countries, and in order to do that, yes it--to be sustainable you need to harness nature for what it's good at.  But also it's resiliency and keeps our costs lower. So we only turn on the LED of light when we're not getting enough micro mole light from the sun. So we use all the sun that we possibly can, then we turn on our LED lights.  On our roof we collect the rain water and store that in a retention pond.  Again, sunlight and rain water to grow a plant--those are critical, basic elements that you need to grow a plant.  We're utilizing nature first, then layering technology on top of that.  And for us it's not only sustainability, uh it ultimately, big picture long term allows us to be cost competitive uh with other players uh growing a fruit and vegetable. |
| Host | And then in terms of the human labor force--because as you mentioned you know, working with robotics, working with AI--how does the labor structure work?  Do you have uh data scientists uh working on that? Do you have agriculture you know, people coming from the agricultural field? How does that work in terms of the labor structure? |
| Jonathan | We have a very wide range variety of employees at AppHarvest, and, you know, we try to use the phrase diversity of thought.  Um and and really bring everybody together and that's where it's a bit of a melting pot right now.  So yes we have, you know, people on computer science and hard engineering who are working on the robotics, uh we have people with more of a plant science background or tactical agricultural background to grow the plants, |

|  | and we have our entry-level workforce who, you know, still is making a living wage. We pay full health care benefits and for me, that the exciting piece is, you know, the upskilling opportunity of our entry-level team--there's no colleges in the U.S. that are really preparing people for what farming is today and what it's going to be 10 and 20 years from now. And we've tried to say again, the last great technological revolution in American farming is when the tractor was introduced, and that's still what large agriculture colleges are teaching. You know we're teaching our employees how to use iPhones and iPads to operate software and use industrial sensors to operate robotics and use LED lights so uh our our workforce is really a bit of a training ground as well, as we scale our team. We're at about 550 employees right now, uh we'll be at roughly a thousand employees this time next year, uh and as we scale that team, out of real self-preservation, we need to be developing talent internally, uh and and I see we see that as a huge opportunity for us to not only retain employees but recruit employees. We've had nearly 8,000 people apply to work at AppHarvest this year, um number might be up to 10,000 now. And again in this time where you read in the news about labor shortages, you read in the news about people having issues of of people showing up to work, we hired 500 employees in the middle of covid, uh and they're showing up every day. And and part of that is, yes we're mission driven and people want to be here, uh but people see a succession plan that, as the company grows, they're growing with it. And last thing I would say on this is, we've already invested nearly five hundred thousand dollars into high school education in eastern Kentucky. And and that is solely because we need to be developing talent in this region. As we build these massive facilities, we couldn't wait on federal and state governments to change curriculum in high school, so we're just putting technologies at high schools, we're teaching young people how to grow. Maybe some of those people come work with us maybe they'll go, you know, start their own companies, but we're just putting technology in schools here because as we move and scale so rapidly, uh it's critical we have that workforce with us, and again I'm not sure what we're doing is possible in many areas uh in the U.S. The the ability to adapt and move quickly at these high schools and community colleges--it would take years uh to get permits to do try to do this in Washington DC or New York City, uh and we're able to do it in a matter of weeks. |
| --- | --- |
| Host | That's really awesome. You know, it's interesting, in the times that we're living in, these disruptive industries ag tech, you know, crypto, blockchain, cannabis--it's these industries that you can't have gone to school for because they didn't exist when you were going to school. And so it's really exactly as you're saying learning on the job, and the fact that you're giving back to that community is, you know, that's really awesome. What what kind of response has the community there given to you and and what kind of um adoption in terms of taking advantage of that have you seen? |
| Jonathan | The ROI on that dollar is through the roof. And again, we're a pub--I think there's four publicly traded companies that are both a public benefit corporation and a B Corp. Uh and that means we uh we don't just have fiduciary responsibility to our shareholders but broader stakeholders that align with our mission. That ROI on that dollar--there's people that pay more money on that on lobbying dinners in DC. We don't go to those dinners. But I pick up the phone and can call, you know, we can get to many senators, we've had, you know, conversations with both sides of the party, uh a political spectrum at the highest level of parties. The ROI on that investment--mayors want to work with us, city council people, superintendents, uh but to your point in what you say on rapidly changing industries, you know, I'm one of those people, and that's why, you know, I believe in it so much that if we can help unlock the talent in the region, keep our best and brightest here, instead of the best and brightest only going to Boston and San Francisco. I was a product of public schools uh in this area. So, you know, unleashing that talent and challenging some of the educational models here, but again, the willingness for our school systems to have worked with us, it's really hard to put into a financial model or an excel file when you haven't when you have entire school systems getting behind an industry, it's really hard to it's really hard to quantify that. Uh but but again, we're making super long-term bets. I've tried to say, you know, I just did my first quarterly earnings call, um this is not a company, |

4