# EXHIBIT 33

 **BARCLAYS**

Equity Research

Consumer | Americas Agribusiness

16 June 2021

## AppHarvest, Inc.
## Harvest for the World – Initiate at OW

> **Dear Client:** We appreciate your consideration in the *Institutional Investor All-America & All-Canada Research Team 2021 Survey*. To view this year's roster, please *click here*.

**We initiate coverage of AppHarvest (APPH) with an OW rating and a $25 price target.** APPH recently listed via a SPAC transaction and, in our view, raised sufficient capital to pursue its first 2-3 years of expansion. While management has clearly stated that the company at some point will require some debt financing to reach its construction goal of 12 high-tech greenhouses by 2025, we believe this will actually improve shareholder return potential. Our $25 price target implies >50% upside from current levels, as we believe APPH is attractively valued based on our DCF analysis, trading at ~10x EV/sales for 2024e. We model a 4-year revenue CAGR of ~103%, and at our price target, the stock would trade at ~15xEV/sales, in-line with other food/Ag tech companies in the U.S. Our upside case of $40 assumes even greater levels of profitability over the next 5-6 years, while our $10 downside case assumes slower growth and lower profitability.

**There's plenty of space available to meet the need to build high-tech greenhouses:** According to a study conducted by Wageningen University, there is potential to establish new, high-tech greenhouses for vegetable and fruit production in the U.S of at least 7,000-8,000 ha. We also believe that the current level of fruit and vegetable imports to the U.S. is not sustainable in the long run, thereby increasing the need for even greater production of produce in the U.S.

**Going global:** While not part of our base case assumptions, we believe APPH will be able to take its knowledge of building greenhouse at scale to international markets; i.e., in the Middle East or Asia.

**APPH: Quarterly and Annual EPS (USD)**

| FY Dec | 2020 Actual | 2021 Old | 2021 New | 2021 Cons | 2022 Old | 2022 New | 2022 Cons | Change y/y 2021 | Change y/y 2022 |
|---|---|---|---|---|---|---|---|---|---|
| Q1 | N/A | N/A | -0.35A | -0.35A | N/A | -0.18E | -0.16E | N/A | 49% |
| Q2 | N/A | N/A | -0.16E | -0.16E | N/A | -0.17E | -0.15E | N/A | -6% |
| Q3 | N/A | N/A | -0.16E | -0.19E | N/A | -0.23E | -0.21E | N/A | -44% |
| Q4 | N/A | N/A | -0.18E | -0.17E | N/A | -0.19E | -0.16E | N/A | -6% |
| Year | -0.18A | N/A | -0.78E | -0.78E | N/A | -0.76E | -0.67E | N/A | 3% |
| P/E | N/A | | N/A | | | N/A | | | |

Source: Barclays Research.
Consensus numbers are from Bloomberg received on 15-Jun-2021; 12:50 GMT

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

This research report has been prepared in whole or in part by equity research analysts based outside the US who are not registered/qualified as research analysts with FINRA.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 24.

| Stock Rating | OVERWEIGHT |
|---|---|
| | from N/A |
| Industry View | NEUTRAL |
| | Unchanged |
| Price Target | USD 25.00 |
| | from N/A |

| | |
|---|---|
| Price (14-Jun-2021) | USD 16.44 |
| Potential Upside/Downside | +52.1% |
| Tickers | APPH |

| | |
|---|---|
| Market Cap (USD mn) | 1648 |
| Shares Outstanding (mn) | 100.25 |
| Free Float (%) | 60.54 |
| 52 Wk Avg Daily Volume (mn) | 0.0 |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -14.49 |
| Current BVPS (USD) | 4.51 |

Source: Bloomberg

| Price Performance | Exchange-Nasdaq |
|---|---|
| 52 Week range | USD 42.90-9.61 |



*Source: IDC;   Link to Barclays Live for interactive charting*

**Americas Agribusiness**

**Benjamin M. Theurer**
+52 55 5241 3322
benjamin.theurer@barclays.com
BBMX, Mexico

Antonio Hernandez, CFA
+ 52 55 5241 3323
antonio.hernandez@barclays.com
BBMX, Mexico

Completed: 15-Jun-21, 19:47 GMT    Released: 16-Jun-21, 04:10 GMT    Restricted - External

though, that the company's specific approach and focus on sustainable agriculture will actually attract more interest among shareholders, considering the specific focus on relevant ESG topics.

## Company Overview

*From zero revenue to half a billion in five years; APPH just needs to replicate the Dutch success model.*

AppHarvest (NASDAQ: APPH) was founded in early 2018 and plans to build some of the world's largest high-tech controlled environment agriculture facilities in the coming years, combining conventional agricultural techniques with today's leading technologies to grow fruits and vegetables that are more affordable, not genetically modified organisms, and free from chemical pesticides. APPH listed through a SPAC transaction launched by Novus Capital, adding to its current cash position from an initial raise as well as certain PIPE (Public Investment in Private Equity) investors, including Fidelity and Inclusive Capital Partners, among others. APPH's vision is to create "America's AgTech capital from within Appalachia and provide better produce, better farming practices and better jobs in the process." Its operations initially were limited to organizing and staffing the company, business planning, raising capital, and acquiring and developing properties for high-tech controlled environment agriculture facilities. APPH generated its first period of revenue in 1Q21. During our visit its facility, all 60 acres were growing tomatoes, and we expect a meaningful increase in volume output in coming quarters, combined with better pricing of its products, as quality improves.

### Locations and Facilities

APPH's first and only facility is located in Morehead, KY, and the company plans to further expand its footprint within the Appalachia area, which will provide important strategic advantages. The Appalachia region is centrally located and within reach of nearly 70% of the U.S. population within a day's drive; major international logistics and e-commerce companies (such as UPS, Amazon, DHL and FedEx, among others) have the same strategic advantage with relevant distribution capabilities out of Kentucky. In addition, the region has been, on average, more "water rich" and is less exposed to climate change risks and generally hotter and dryer weather conditions. The region is also well-known for a relatively flat topography, which allows for construction of large-scale greenhouses, similar to what has been done in the Netherlands. The region was also once known as the heart of the U.S. coal industry, which has undergone significant declines in recent years, yielding on average higher unemployment rates compared to the national average; in turn, this has allowed APPH to have access to an underutilized, skilled and hardworking labor force. Moreover, local governments are engaged and supportive of growing AgTech in the region.

*Morehead, KY – The First 60-acre AppHarvest Facility*

*We visited the facility and tested all the product: we were impressed by the high quality, flavor and look of the tomatoes.*

The company's first facility is located in Morehead, KY and recently opened, with the first planting of tomatoes on 30 of the 60 acres' total capacity, which yielded its first harvest during 1Q21. The facility, which spans a total planting area of 60 acres, is one of the world's largest greenhouse structure and uses state of the art technology to grow produce. The facility can hold up to 720,000 plants, has a special water usage system, using mainly rain water that is collected in a next door 10-acre recollection pond and specially filtered before used for dripping purposes "in-house". As a result of additional water recovery, the total need of water is reduced by approximately 90% compared to open-field growing operations. APPH entered into a "sale and lease-back agreement" with Equilibrium, with a 20-year tenure and expected annual lease costs of at least $10.4mn, which is calculated on a base lease for construction costs, certain non-construction costs, as well as a gross-revenue formula. The facility was built with state of the art technology, leveraging the best available supplies from advanced LED lighting, climate control and robotics. APPH has been working closely with partners from the Netherlands to build its first facility leveraging on those existing technologies. The company will initially focus on growing tomatoes at its