# EXHIBIT 34

**ENVIRONMENTAL, SOCIAL & GOVERNANCE**

# COWEN

Sustainability

## APPHARVEST

**EQUITY RESEARCH**

June 22, 2021

**Price: $16.01** (06/21/2021)
**Price Target: $32.00**

**OUTPERFORM (1)**

**ESG SCORE: 55/100**

---

**Jeffrey Osborne**
646 562 1391
jeffrey.osborne@cowen.com

**Thomas Boyes**
646 562 1378
thomas.boyes@cowen.com

**Emily Riccio**
646 562 1383
emily.riccio@cowen.com

**Jeffrey Rossetti**
646 562 1335
jeffrey.rossetti@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: APPH |
| 52-Week Range: | $38.21 - $9.73 |
| Market Cap: | $1.6B |
| Net Debt (MM): | $(295.5) |
| Cash/Share: | $(2.12) |
| Dil. Shares Out (MM): | 80.7 |
| Enterprise Value (MM): | $997.0 |
| BV/Share: | $4.51 |
| Dividend: | $0.00 |
| Yield: | 0.00% |
| Short Interest: | 3.3% |

| FY (Dec) | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| **EPS** | | | | |
| Q1 | $0.00 | $(0.35)A | $(0.17) | $(0.06) |
| *Prior Q1* | *-* | *-* | *-* | *$(0.12)* |
| Q2 | $0.00 | $(0.22) | $(0.15) | $(0.02) |
| *Prior Q2* | *-* | *-* | *-* | *$(0.08)* |
| Q3 | $(0.59) | $(0.25) | $(0.22) | $(0.18) |
| *Prior Q3* | *-* | *-* | *-* | *$(0.23)* |
| Q4 | $(0.96) | $(0.23) | $(0.13) | $(0.14) |
| *Prior Q4* | *-* | *-* | *$(0.16)* | *$(0.11)* |
| Year | $(1.80) | $(1.04) | $(0.66) | $(0.39) |
| *Prior Year* | *-* | *-* | *$(0.70)* | *$(0.55)* |
| P/E | NM | NM | NM | NM |
| Consensus EPS | $(1.80) | $(0.78) | $(0.71) | $(0.69) |

Consensus source: FactSet

**Revenue (MM)**

| | 2020A | 2021E | 2022E | 2023E |
|---|---|---|---|---|
| Year | $0.0 | $20.4 | $54.8 | $146.8 |
| *Prior Year* | *-* | *-* | *$50.5* | *$128.8* |
| EV/S | - | 48.8x | 18.2x | 6.8x |

---

**COMPANY UPDATE**

# ANNOUNCES NEW FACILITIES FOR LEAFY GREENS AND STRAWBERRIES

---

### THE COWEN INSIGHT

Yesterday, AppHarvest announced two new facilities in Kentucky to grow leafy greens and strawberries to complement its presence in the tomato market currently. These facilities, which will be the company's 4th and 5th sites, are expected to be completed by the end of 2022 and up and running in 2023 at full speed. The pace of the buildout is about 6 months faster than we were modeling previously.

---

In a public announcement accompanied by local politicians and Governor Beshear, CEO Jonathan Webb announced two new sites for AppHarvest yesterday. We like the accelerated project development into more margin rich areas with less pricing volatility like leafy greens and strawberries. The company will have 5 locations standing at the end of 2022, 1) the initial 60 acre tomato facility in Morehead, 2) a 60 acre vine crop site in Richmond, 3) a 15 acre leafy green site in Berea, and the two new sites announced this week - 4) a 30 acre strawberry site in Somerset and, 5) a 15 acre leafy green site in Morehead, adjacent to the original facility.

AppHarvest's goal is to operate 12 high-tech indoor farms by the end of 2025. The siting, permitting and progress on 5 of the 12 by mid-2021 is encouraging and in particular, we are very pleased to see the company's use of leverage with Rabo AgriFinance move forward as well, which should lead to less dilution longer term in our view (more HERE).

Given the shift in timing and scope versus our previously published model, we are adjusting our estimates to reflect the two new sites. Our longer term view of the company remains unchanged. We note that tomato pricing has improved in recent weeks which we see a positive as yields in 1Q21 for AppHarvest were impressive, but pricing did come in below our expectations due to seasonal conditions and quality (likely lower Grade 1 output). Pricing directionally can be found HERE for retail as part of the PPI and using USDA data for wholesale and retail HERE.

**Reiterate Outperform and $32 Price Target**

We reiterate our Outperform rating on APPH shares and $32 price target. Our price target is derived by applying a ~6x multiple on our $387mn 2025 sales estimate.

---

Please see pages 7 to 13 of this report for important disclosures.

2

COWEN.COM