# EXHIBIT 36

1

Table of Contents

---

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

# FORM 10-Q

---

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2021**

**or**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission file number 001-39288**



# AppHarvest, Inc.

---

**(Exact name of registrant as specified in its charter)**

| Delaware | 82-5042965 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**500 Appalachian Way**
**Morehead, KY 40351**
**(606) 653-6100**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.0001 par value per share | APPH | The Nasdaq Stock Market LLC |
| Warrants, each whole warrant exercisable for one share of Common Stock at an exercise price of $11.50 per share | APPHW | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes  No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes  No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer | Accelerated filer |
| Non-accelerated filer | Smaller reporting company |
| | Emerging growth company |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12-2 of the Exchange Act)

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date. Total shares of common stock, par value $0.0001, outstanding at August 6, 2021, were 100,282,839.

Table of Contents

**Results of Operations**

*Comparison of the Three and Six Months Ended June 30, 2021 and June 30, 2020*

The following table sets forth our historical operating results for the periods indicated:

| (Dollars in thousands) | Three Months Ended | | | Six Months Ended | | |
|---|---|---|---|---|---|---|
| | June 30, 2021 | June 30, 2020 | $ Change | June 30, 2021 | June 30, 2020 | $ Change |
| Net sales | $ 3,138 | $ - | $ 3,138 | $ 5,437 | $ - | $ 5,437 |
| Cost of goods sold | 15,683 | - | 15,683 | 22,519 | - | 22,519 |
| | (12,545) - | - | (12,545) | (17,082) - | - | (17,082) |
| Operating expenses: | | | | | | |
| Selling, general and administrative expenses | 27,467 | 1,713 | 25,754 | 58,956 | 2,693 | 56,263 |
| Total operating expenses | 27,467 | 1,713 | 25,754 | 58,956 | 2,693 | 56,263 |
| Operating loss | (40,012) | (1,713) | (38,299) | (76,038) | (2,693) | (73,345) |
| Development fee income from a related party | - | 138 | (138) | - | 272 | (272) |
| Interest expense from related parties | - | (24) | 24 | (658) | (26) | (632) |
| Interest expense | (88) | - | (88) | (88) | - | (88) |
| Change in fair value of Private Warrants | 6,488 | - | 6,488 | 16,314 | - | 16,314 |
| Other | 105 | (30) | 135 | 461 | - | 461 |
| Loss before income taxes | (33,507) | (1,629) | (31,878) | (60,009) | (2,447) | (57,562) |
| income tax benefit (expense) | 1,491 | - | 1,491 | (522) | - | (522) |
| Net loss | $ (32,016) | $ (1,629) | $ (30,387) | $ (60,531) | $ (2,447) | $ (58,084) |

*Reconciliation of GAAP to Non-GAAP*

The following table presents a reconciliation of net loss, the most directly comparable financial measure calculated and presented in accordance with GAAP, to Adjusted EBITDA:

| (Dollars in thousands) | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 30, 2021 | June 30, 2020 | June 30, 2021 | June 30, 2020 |
| Net loss | $ (32,016) | $ (1,629) | $ (60,531) | $ (2,447) |
| Interest expense from related parties | - | 24 | 658 | 26 |
| Interest expense | 88 | - | 88 | - |
| Interest income | (73) | (2) | (96) | (31) |
| Income tax expense (benefit) | (1,491) | - | 522 | - |
| Depreciation and amortization expense | 2,800 | (6) | 4,602 | 15 |
| EBITDA | (30,692) | (1,613) | (54,757) | (2,437) |
| Change in fair value of Private Warrants | (6,488) | - | (16,314) | - |
| Stock-based compensation expense | 13,390 | 40 | 19,676 | 59 |
| Transaction success bonus on completion of Business Combination | - | - | 1,500 | - |
| Business Combination transaction costs | 543 | - | 13,804 | - |
| Root AI acquisition costs | 625 | - | 1,032 | - |
| Adjusted EBITDA | $ (22,622) | $ (1,573) | $ (35,059) | $ (2,378) |

The following sections discuss and analyze the changes in the significant line items in our unaudited condensed consolidated statements of operations for the comparison periods identified.

*Net Sales*

Net sales for the three and six months ended June 30, 2021 were $3.1 million and $5.4 million, respectively, compared to $0 for the comparable prior year periods, with the increase due to the sale of tomatoes produced in the abbreviated first planting season at our Morehead CEA facility. Net sales for the three and six months ended June 30, 2021 were adversely impacted by labor and productivity challenges associated with the training and development of the new workforce at the Morehead, Kentucky facility, and net sales for the three months ended June 30, 2021 were adversely impacted by low market prices for

27

Table of Contents

tomatoes. The labor and productivity challenges resulted in lower net sales due to lower overall No. 1-grade production yields, including the impact of higher related distribution and shipping fees.

**Cost of Goods Sold**

Cost of goods sold for the three and six months ended June 30, 2021 was $15.7 million and $22.5 million, respectively, compared to $0 for the comparable prior year periods. Cost of goods sold was impacted by investments in our workforce as we develop skills needed in an industry that is new to the Appalachian region and investments in our production processes as we capitalize on operational insights from our first growing season, as well as costs associated with the early conclusion of the first planting season at our Morehead CEA facility.

**Selling, General, and Administrative Expenses**

SG&A for the three and six months ended June 30, 2021 was $27.5 million and $59.0 million, respectively, compared to $1.7 million and $2.7 million for the comparable prior year periods. The $25.8 million and $56.3 million increases were primarily due to transaction costs related to the Business Combination, stock-based compensation expense, including a one-time charge due to the completion of the Business Combination, payroll and related costs due to higher headcount and professional services and legal fees including accounting and other consulting fees related to becoming a public company. These costs also include approximately $1.0 million of start-up costs related to the pre-commencement commercial activities for tomatoes on the vine at the Morehead CEA Facility.

**Development Fee Income from a Related Party**

We recognized development fee income of $0.1 million and $0.3 million during the three and six months ended June 30, 2020, respectively, which represents the amortization of a one-time development fee we received for limited oversight services the Company performed at Equilibrium's greenhouse construction site in Morehead, Kentucky. The fee was amortized on a straight-line basis, consistent with the timing of our services, from date of receipt through the project completion date in October 2020. We recognized no such income during the three and six months ended June 30, 2021.

**Interest Expense**

Interest expense during the three and six months ended June 30, 2021 primarily relates to the finance lease and financing obligation for the Morehead facility which were settled upon the purchase of Morehead Farm on March 1, 2021 and the convertible note that was converted to Common Stock upon completion of the Business Combination on January 29, 2021.

**Income Taxes**

Our effective income tax rate was (4.4)% and 0.9% for the three and six months ended June 30, 2021, respectively. We had zero tax expense for the comparable prior year periods. The variance from the U.S. federal statutory rate of 21% for the three and six months ended June 30, 2021 was primarily attributable to a change in our valuation allowance. There was no income tax expense recognized in the three and six months ended June 30, 2020.

**Liquidity and Capital Resources**

Cash and cash equivalents totaled $273.1 million as of June 30, 2021. Currently, our primary sources of liquidity are cash flows generated from the successful completion of the Business Combination, the proceeds from the Rabo Loan and revenues from the sale of our tomatoes. We have incurred losses and generated negative cash flows from operations since our inception in 2018. At June 30, 2021, we had an accumulated deficit of $81.7 million.

The large-scale high-tech CEA business is capital-intensive, and we expect to continue to expend significant resources as we continue construction of our next four CEA facilities in Central Appalachia, which include a 15 acre facility in Berea, Kentucky, where we will grow leafy greens, a 60 acre facility outside Richmond, Kentucky, where we will grow tomatoes, a 30 acre facility in Somerset, Kentucky, where we will grow berries and a new 10 acre facility in Morehead, Kentucky, where we will grow leafy greens. In addition to construction costs, these expenditures are expected to include working capital, costs associated with planting and harvesting, such as the purchase of seeds and growing supplies, and the cost of attracting, developing and retaining a skilled local labor force. Other unanticipated costs may arise due to the unique nature of the high-tech CEA facilities, and the purchase and development of additional properties for future facilities. We also expect to expend significant resources as we invest in CEA technology, develop value-added products and pursue other strategic investments in the CEA industry.

We believe that our cash and cash equivalents on hand at June 30, 2021 are sufficient to meet our current payroll and working capital requirements for a period of at least 12 months from the date of this Quarterly Report, as well as our currently