# EXHIBIT 40

# COWEN

Sustainability

## APPHARVEST

---

**EQUITY RESEARCH**

August 11, 2021

**Price: $8.51** (08/11/2021)
**Price Target: $14.00** (Prior $32.00)

**OUTPERFORM (1)**

**ESG SCORE: 63/100**

---

**Jeffrey Osborne**
646 562 1391
jeffrey.osborne@cowen.com

**Brian Holland**
646 562 1314
brian.holland@cowen.com

**Jacob Henry**
646 562 1380
jacob.henry@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NASDAQ: APPH |
| 52-Week Range: | $38.21 - $8.51 |
| Market Cap: | $853.2MM |
| Net Debt (MM): | $(295.5) |
| Cash/Share: | $(2.12) |
| Dil. Shares Out (MM): | 100.1 |
| Enterprise Value (MM): | $391.5 |
| BV/Share: | $4.51 |
| Dividend: | $0.00 |
| Yield: | 0.00% |
| Short Interest: | 3.3% |

| FY (Dec) | 2021E | 2022E | 2023E |
|---|---|---|---|
| **Revenue (MM)** | | | |
| Q1 | $2.3A | $6.3 | $32.3 |
| *Prior Q1* | *-* | *$9.0* | *$37.2* |
| Q2 | $3.1 | $6.3 | $31.8 |
| *Prior Q2* | *$5.9* | *$10.1* | *$39.3* |
| Q3 | $0.4 | $4.7 | $19.2 |
| *Prior Q3* | *$4.0* | *$5.9* | *$21.7* |
| Q4 | $2.3 | $20.9 | $38.5 |
| *Prior Q4* | *$8.3* | *$29.7* | *$48.6* |
| Year | $8.1 | $38.3 | $121.9 |
| *Prior Year* | *$20.4* | *$54.8* | *$146.8* |
| EV/S | 48.3x | 10.2x | 3.2x |

| EBITDA - Adjusted | | | |
|---|---|---|---|
| Q1 | $(12.5)A | $(12.3) | $2.7 |
| Q2 | $(22.7) | $(10.5) | $5.5 |
| Q3 | $(21.0) | $(13.7) | $(5.4) |
| Q4 | $(17.4) | $(10.9) | $(7.6) |
| Year | $(73.6) | $(47.3) | $(4.8) |

---

**EARNINGS UPDATE**

# EXECUTION ISSUES WEIGH ON 2Q AND '21 GUIDE; REMAIN OUTPERFORM; PT TO $14

---

### THE COWEN INSIGHT

AppHarvest reported very disappointing second quarter results. We remain with an Outperform rating, mindful of the following: 1) President David Lee, now assuming operational responsibility, has slashed FY21 guidance, 2) no matter how ugly the print, 2Q21 execution issues do not structurally alter the long term runway, 3) credible players within the CEA industry remain partnered with AppHarvest.

---

**Three Key Takeaways:**

1. Labor, productivity issues exacerbate current supply glut. USDA tomato prices hit 10-year lows during the second quarter, on supply rebalancing post the COVID-19 driven demand spike. Pricing directionally can be found HERE for retail as part of the PPI and using USDA data for wholesale and retail HERE. For AppHarvest, the adverse pricing backdrop was compounded by poor quality produce due to staff training and related productivity challenges, which resulted in suboptimal mix (implied net price per pound missed our model by ~50%) and higher distribution costs. While these issues highlight the risks inherent in the company's labor intensive model during scale up, they also *should* be fixable (leadership changes, improved training, remove bottlenecks) and thus transitory.

2. Time will tell whether AppHarvest 2.0 is prudent strategy, but importantly the company won't be going it alone. To be sure, we would have been more comfortable hearing management solely focus on a plan to improve productivity at its Morehead facility, before attacking opportunities in value added product, footprint expansion, and tech solutions (full details on Page 3); that said, these initiatives were already in the playbook. Moreover, partnership with Mastronardi (largest greenhouse distributor of fruits & vegetables in North America), Equilibrium Capital (CEA institutional expertise), and Rabobank (Rabo AgriFinance one of the largest agricultural lenders in the U.S.) suggests strong support from qualified parties. In theory, AppHarvest 2.0 is intended to increase focus and decrease risk—if that plays out, the upside is admittedly significant.

3. President David Lee hits the reset button. Though we acknowledge it's awfully early in AppHarvest's lifecycle to already be pivoting toward a version 2.0, Mr. Lee's emphasis on accountability is certainly welcome sooner rather than later. Of note, President Lee has spearheaded the planned decentralized structure, within which staff will be delayered, duplication removed, and reporting structures streamlined. Further, we point out Mr. Lee has taken full ownership of revised guidance (more on this below).

---

Please see pages 7 to 14 of this report for important disclosures.     COWEN.COM