# EXHIBIT 45



**Media Contact:** Travis Parman, Travis.Parman@appharvest.com
**Investor Contact:** Kaveh Bakhtiari, appharvestIR@appharvest.com
**Image/Video Gallery:** Available here

### AppHarvest Announces Q3 2021 Results and Second Growing Season Off to Solid Start

*<mark>Company delivered higher than expected net sales of approximately $543,000 on 1.5 million pounds of tomatoes sold in Q3 2021, as second growing season at company's Morehead, Ky. high-tech indoor farm ramps up in Q4 2021</mark>*

*High-tech indoor farms currently under construction in Kentucky: 60-acre tomato, 15-acre leafy green and 30-acre berry facilities expected to be operational by end of 2022 and 10-acre Morehead leafy green facility in 2023*

**MOREHEAD, Ky. Nov. 10, 2021** — AppHarvest, Inc. (NASDAQ: APPH, APPHW), a leading AgTech company, public benefit corporation and Certified B Corp building some of the world's largest high-tech indoor farms to grow affordable, nutritious fruits and vegetables at scale while providing good jobs in Appalachia, announced today its operating and financial results for the quarter ending on September 30, 2021.

"With a keen focus on the core business, our team delivered on top priorities this quarter—to replant and prepare our first high-tech indoor farm for a successful new growing season and to continue expanding our network with new farms under construction," said AppHarvest Founder & CEO Jonathan Webb. "The second growing season is off to a solid start as our quality has significantly improved based on the first couple weeks of harvesting, our enhanced training program recently quadrupled the number of crop care specialists earning a productivity bonus, and there are signs that tomato prices appear to be on the rise to start the fourth quarter. We believe our actions have positioned us well to deliver a solid second growing season, and we remain on track to achieve our full year 2021 outlook."

**Third Quarter 2021 Results and Initial Fourth Quarter 2021 Progress**

For the third quarter of 2021, net sales were $0.5 million, on 1.5 million pounds sold in July and August, before <mark>the company refreshed and replanted its high-tech indoor farm in September ahead of the second growing season.</mark> Price per pound in the third quarter of 2021 was $0.37, which reflects quality and tomato price levels similar to the second quarter due to harvest timing early in the third quarter. <mark>Through the first two weeks of harvesting in the fourth quarter, the company exceeded its internal projection for the percentage of USDA No. 1 tomatoes associated with the start of the second growing season.</mark> The company also has seen indications of rising tomato prices in the fourth quarter from the company's at-scale distribution partner, Mastronardi Produce.

The company recorded a net loss of $17.3 million and non-GAAP Adjusted EBITDA loss of $16.5 million in the third quarter of 2021, in line with expectations. See reconciliation of the non-GAAP measure at the end of this news release. Third quarter 2021 results were driven by continued labor and productivity investments associated with the training and development of the new workforce at the Morehead farm and costs associated with the summer refresh and planting of the new crop to prepare for the second season. In the third quarter, the company continued to see historically low market prices for tomatoes compared with historical averages, based on USDA reports. Analysis of the past 10 years of USDA tomato pricing data indicates that the third quarter typically marks a seasonal low point in terms of tomato prices, with current prices appearing poised to improve in the fourth quarter of 2021 in line with historical averages.

"Under the leadership of our new EVP of Operations Julie Nelson, who brings extensive experience from her time at PepsiCo, we began shipping to top national grocery store chains and restaurants this week. Her actions to take a data-driven approach with