**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 21-cv-7985-LJL |
| | Hon. Lewis J. Liman |

### DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF
### LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
### DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

I, Shannon L. Hopkins, hereby declare as follows:

1.    I am a partner at Levi & Korsinsky LLP, counsel on behalf of lead Plaintiff Alan Narzissenfeld ("Plaintiff"), and have personal knowledge of the facts set forth herein.

2.    I respectfully submit this Declaration in Support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Second Amended Complaint.

3.    Attached hereto as **Exhibit A**, submitted solely for the Court's convenience, is a chart of the statements Plaintiff alleges to have been false and misleading, including the speaker date and medium of the statement, the reasons why the statements are materially false and/or misleading, and facts that give rise to a strong inference of scienter for each statement.

4.    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of November, 2022, at Stamford, Connecticut.

By: */s/Shannon L. Hopkins*
Shannon L. Hopkins

**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
*Counsel for Lead Plaintiff and Lead*
*Counsel for the Class*

1