**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 21-cv-7985-LJL<br><br>Hon. Lewis J. Liman |

**PLAINTIFF'S NOTICE OF MOTION AND**
**MOTION TO STRIKE CERTAIN EXHIBITS ATTACHED**
**TO THE DECLARATION OF ARIC H. WU IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and time designated by the Court, or by some other means chosen by the Court, in Courtroom 15C of the Daniel Patrick Moynihan, United States Courthouse, 500 Pearl Street, New York, NY 10007 before the Honorable Lewis J. Liman, or any Judge sitting in his stead, Lead Plaintiff Alan Narzissenfeld ("Plaintiff") will and hereby does move this Court, Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, for an Order Granting Plaintiff's Motion to Strike Certain Exhibits from Defendants' Motion to Dismiss. In support of this Motion, Plaintiff relies upon the accompanying Memorandum of Law, the Proposed Order, and such other written or oral arguments as may be requested or permitted by the Court.

DATED: November 22, 2022

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: */s/Shannon L. Hopkins*

Shannon L. Hopkins (SH-1887)
Gregory M. Potrepka (GP-1275)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523

1

Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

2