**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 21-cv-7985-LJL |
| | Hon. Lewis J. Liman |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO STRIKE CERTAIN EXHIBITS ATTACHED TO
THE DECLARATION OF ARIC H. WU IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT**

Upon consideration of Plaintiff's Motion to Strike Certain Exhibits attached to the Declaration of Aric H. Wu Declaration in Support of Defendants' Motion to Dismiss the Second Amended Consolidated Amended Complaint (the "Motion"), and having considered all of the pleadings and records on file, and all papers in support of and in opposition to the Motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. Exhibits 43, 44, 45, and 46 to the Declaration of Aric H. Wu in Support of Defendants' Motion to Dismiss the Second Amended Consolidated Amended Complaint (ECF No. 81) are stricken in their entirety, as well as any references to, and assertions, inferences, or arguments based on them.

IT IS SO ORDERED.

Dated: _____

_____
**Hon. Lewis J. Liman**

1