UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 1:21-cv-07985-LJL |

## NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE TAKE NOTICE** that on July 23, 2023, Defendant AppHarvest, Inc. ("AppHarvest") and certain of its affiliates (collectively, the "Debtors")[1] filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' Chapter 11 cases are before the Honorable David R. Jones, United States Bankruptcy Judge, and are being administered jointly for procedural purposes only under the caption *In re AppHarvest Products, LLC, et al.*, Case No. 23-90745 (DRJ) (Bankr. S.D. Tex.).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362(a) of the Bankruptcy Code, the filing of the bankruptcy petition operates as an automatic stay of, among other things:

1.      the commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to remove a claim against the debtor that arose before the commencement of the case under this title;

2.      the enforcement against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

3.      any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

---

[1] The Debtors in these Chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: AppHarvest Products, LLC (5929), AppHarvest, Inc. (2965), AppHarvest Berea Farm, LLC (3140), AppHarvest Morehead Farm, LLC (1527), AppHarvest Development, LLC (None); AppHarvest Farms, LLC (7067), AppHarvest Operations, Inc. (5929), AppHarvest Foundation, LLC (None), AppHarvest Pulaski Farm, LLC (2052), AppHarvest Richmond Farm, LLC (0632), AppHarvest Technology, Inc. (4868), and Rowan County Development Company, LLC (0700).

4.      any act to create, perfect, or enforce any lien against property of the estate or;

5.      any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title.

11 U.S.C. § 362(a). Accordingly, the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that AppHarvest reserves the right to seek relief from the Bankruptcy Court for any violation of the automatic stay pursuant to § 362(a) of the Bankruptcy Code.

Dated:  August 1, 2023

Respectfully submitted,

COOLEY LLP

By: */s/ Aric H. Wu*
      Aric H. Wu (2963387)

55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
ahwu@cooley.com

Patrick E. Gibbs (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
pgibbs@cooley.com

Peter M. Adams (*pro hac vice*)
Linh K. Nguyen (*pro hac vice*)
10265 Science Center Drive
San Diego, CA 92121
Tel: (858) 550-6000
padams@cooley.com
lknguyen@cooley.com

Zachary D. Williams (*pro hac vice*)
1144 15th Street Suite 2300
Denver, CO 80202
Tel: (720) 566-4000
zwilliams@cooley.com

*Attorneys for Defendants AppHarvest, Inc.,*
*Jonathan Webb, Loren Eggleton, and David Lee*