```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
                                                                   :
                                                                   :
IN RE APPHARVEST SECURITIES LITIGATION                             :    21-cv-7985 (LJL)
                                                                   :
                                                                   :        ORDER
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/02/2023

LEWIS J. LIMAN, United States District Judge:

Defendant AppHarvest, Inc. has filed a notice of suggestion of bankruptcy and automatic stay of proceedings. Dkt. No. 98. The Notice of Suggestion refers to the corporate defendant but not to the Individual Defendants (Jonathan Webb, Loren Eggleton, and David Lee).

Counsel for the Plaintiff and the Individual Defendants are directed to meet and confer and inform the Court by August 18, 2023, of the effect of the bankruptcy on this matter and whether there is any reason that this matter should not be stayed in its entirety pending the completion of the bankruptcy proceedings against AppHarvest, Inc., with the parties to report every 90 days on the status of the bankruptcy matter.

SO ORDERED.

Dated: August 2, 2023             _____
       New York, New York                  LEWIS J. LIMAN
                                           United States District Judge

1