```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
                                                                :
                                                                :
                                                                :
                                                                :       21-cv-07985 (LJL)
IN RE APPHARVEST SECURITIES LITIGATION                          :
                                                                :       ORDER
                                                                :
                                                                :
                                                                :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      AppHarvest, Inc. having filed a voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code and no party having objected to a stay of this action in its entirety, the action is STAYED pending completion of the bankruptcy proceedings and the lifting of the automatic bankruptcy stay, without prejudice to the rights of any party to move for relief from the stay.

      It is further ordered that the parties shall report on the progress of the bankruptcy proceedings on September 29, 2023, and every 60 days thereafter until this case is restored to the Court's active docket.

      SO ORDERED.

Dated: August 15, 2023  
      New York, New York

                                                   LEWIS J. LIMAN  
                                                  United States District Judge