```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
:
:
:
:                                    21-cv-07985 (LJL)
:
IN RE APPHARVEST SECURITIES LITIGATION    :
:                                    ORDER
:
:
:
:
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Lead Plaintiff Alan Narzissenfeld ("Plaintiff") requests that the Court lift its stay until August 18, 2023 so that the parties can complete the meet and confer process and so that Plaintiff can file a statement arguing that the automatic stay should not be extended to individual defendants. Dkt. No. 103. The stay is lifted and the parties have until August 18, 2023 to submit papers.

      SO ORDERED.

Dated: August 15, 2023
       New York, New York
                                                  LEWIS J. LIMAN
                                         United States District Judge