UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re AppHarvest Securities Litigation

Case No. 1:21-cv-07985-LJL

---

**DECLARATION OF PETER M. ADAMS IN
SUPPORT OF DEFENDANTS' REQUEST TO STAY**

Pursuant to 28 U.S.C. § 1746, I, Peter M. Adams, state as follows:

1.      I am an attorney with the law firm of Cooley LLP, counsel for Defendants AppHarvest, Inc. ("AppHarvest" or the "Company"), Jonathan Webb, Loren Eggleton, and David Lee ("Individual Defendants," and together with AppHarvest, "Defendants"). I respectfully submit this declaration in support of Defendants' request to stay (as set forth in the accompanying letter to the Court). I have personal knowledge of the facts set forth in this declaration and, if called upon, could testify truthfully and accurately thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of AppHarvest's Amended and Restated Bylaws filed with the Securities and Exchange Commission ("SEC") on February 2, 2021 as an exhibit to AppHarvest's Form 8-K. It is publicly available from the SEC on its website at https://www.sec.gov/edgar.

3.      Attached hereto as **Exhibit B** is a true and correct copy of AppHarvest's standard form of indemnification agreement filed with the SEC on December 1, 2020 as an exhibit to AppHarvest's Form S-4. It is publicly available from the SEC on its website at https://www.sec.gov/edgar.

4.      Defendants Jonathan Webb, Loren Eggleton, and David Lee's indemnification agreements with AppHarvest dated March 27, 2019, July 15, 2019, and January 29, 2021, respectively (the "Indemnification Agreements"), provide for indemnification and mandatory advancement rights consistent with AppHarvest's Amended and Restated Bylaws. The Indemnification Agreements are substantively the same as Exhibit B, except that Jonathan Webb's

Indemnification Agreement also provides that "[w]hether or not [] indemnification . . . is available, in respect of any threatened, pending or completed action, suit or proceeding in which the Company is jointly liable with Indemnitee (or would be if joined in such action, suit or proceeding), the Company shall pay, in the first instance, the entire amount of any judgment or settlement of such action, suit or proceeding without requiring Indemnitee to contribute to such payment and the Company hereby waives and relinquishes any right of contribution it may have against Indemnitee."

5.      The Individual Defendants are named insureds under the Company's directors and officers insurance policy.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Diego, California on this 18th day of August 2023.

/s/ *Peter M. Adams*
Peter M. Adams