UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 21-cv-7985-LJL |
| | Hon. Lewis J. Liman |

## ORDER GRANTING PARTIAL STAY

Lead Plaintiff Alan Narzissenfeld ("Plaintiff") and Defendants Jonathan Webb, David Lee, and Loren Eggleton ("Individual Defendants" and with Plaintiff, the "Parties") filed a joint letter motion seeking a partial stay of the above-captioned action ("Action"). ECF No. 108 (the "Joint Letter Motion"). Having considered the Parties' submissions, the pleadings and the file in this Action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Parties' Joint Letter Motion is **GRANTED.**

2. This Action is **STAYED**, in part, until November 8, 2023.

3. The Action is not stayed with respect to discovery of information controlled by third parties. The Parties are hereby allowed to issue all proper subpoenas authorized by Fed. R. Civ. P. 45 and this Court's rules.

   **IT IS SO ORDERED.**

Dated: __September 18__, 2023      _____
                                    UNITED STATES DISTRICT JUDGE
                                    LEWIS J. LIMAN