# LEVI&KORSINSKY LLP

1111 Summer Street, Ste. 403
Stamford, CT 06905
T: 203-992-4523
F: 212-363-7171
www.zlk.com

**Gregory M. Potrepka**
gpotrepka@zlk.com

December 15, 2023              **VIA ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

       **Re:**    *In re AppHarvest Securities Litigation,* Case No. 21-cv-7985-LJL (the "Action")

Dear Judge Liman,

       Lead Plaintiff Alan Narzissenfeld, Defendant David Lee, and dismissed Defendants Jonathan Webb and Loren Eggleton (Messrs. Lee, Webb, and Eggleton the "Defendants" and together with Lead Plaintiff, the "Parties"),[1] by and through their counsel, hereby jointly notify the Court that the Parties have agreed in principle to resolve all issues and claims involved in the above-captioned litigation. The Parties will be diligently working to finalize the stipulation of settlement, notices, plan of allocation, and other documents required to move the Court for preliminary approval of the proposed settlement.

       Wherefore, the Parties respectfully request that this Court stay all proceedings in this Action, and adjourn the Status Conference set for December 20, 2023, to allow the Parties to finalize their settlement and file a motion for preliminary approval, or a further update regarding the status of the settlement, with the Court no later than February 13, 2024.

                                                               Respectfully,

                                                        _____
                                                        Gregory M. Potrepka

CC: All Counsel of Record (via ECF)

---

[1] On July 31, 2023, the Court denied in part and granted in part Defendants' motion to dismiss, including Lead Plaintiff's claims as to Messrs. Webb and Eggleton.