**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 1:21-cv-07985-LJL |
| | **CLASS ACTION** |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Alan Narzissenfeld ("Lead Plaintiff"), on behalf of himself and of all Settlement Class Members, by and through counsel, respectfully moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order: (1) preliminarily approving the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated February 20, 2024; (2) certifying the proposed Settlement Class for settlement purposes only, and appointing Lead Plaintiff as class representative and Lead Plaintiff's Counsel as Settlement Class Counsel, for settlement purposes only; (3) approving the retention of Strategic Claims Services as the Claims Administrator; (4) approving the proposed form, content, and method of dissemination of the Notice, Claim Form, Postcard Notice, and Summary Notice substantially in the same form as Exs. A-1, A-2, A-3, and A-4 annexed to the Stipulation, as the best notice practicable under the circumstances and they comply with due process, Rule 23, and the PSLRA; and (5) setting a schedule for (i) providing notice to the Settlement Class, (ii) Settlement Class members to submit a claim, object to any part of the settlement, or request exclusion therefrom; (iii) filing of Lead Plaintiff's motion for Final Approval of the Settlement and request for attorneys' fees and expenses; and (iv) the Settlement Hearing, at which the Court will consider final approval of the Settlement, as well as approval of the Plan of Allocation and Lead Counsel's request for attorneys' fees and expenses.

This motion is supported by the accompanying Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declaration of Gregory M. Potrepka in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, and all related exhibits.

Defendants do not oppose this motion.

Dated: February 20, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/          Gregory M. Potrepka*
              Gregory M. Potrepka

Shannon L. Hopkins (SH-1887)
Gregory M. Potrepka (GP-1275)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*

2