```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
                                                    :
                                                    :
                                                    :
IN RE APPHARVEST SECURITIES LITIGATION              :
                                                    :
                                                    :
                                                    :
                                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/21/2024

21-cv-07985 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has reviewed the motion for preliminary approval of the class action settlement. Any objections to the motion shall be filed by no later than March 4, 2024, at which point the Court will consider the motion. In the interim, Lead Plaintiff's Counsel is directed to address the following questions: (1) whether, with respect to the long form notice, Dkt. No. 117-3, the box setting for the legal rights and options of putative class members on ECF p. 3 should make clear that a putative class member can object and still submit a claim form, and the language currently in bold in paragraph 36 on ECF p. 9 should be in roman type without bolding; (2) whether, with respect to the postcard notice, Dkt. No. 117-5, the notice should indicate that putative class members can object to the settlement while also filing a claim; and (3) whether, with respect to the summary notice, Dkt. No. 117-6, the last full paragraph on ECF p. 3 should contain a sentence stating, in substance, that putative class members who exclude themselves from the settlement will not be able to object to the settlement. Lead Plaintiff's Counsel is also directed to provide support for the provision of the proposed settlement permitting administrative expenses of up to $100,000 without further order of the Court and whether such amount might be reduced without compromising the notice to be provided to putative class members.

A response to this Order shall be filed on ECF no later than February 26, 2024.

SO ORDERED.

Dated: February 21, 2024
      New York, New York

                                        LEWIS J. LIMAN
                                   United States District Judge