UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 1:21-cv-07985-LJL |

### NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND FINAL CERTIFICATION OF SETTLEMENT CLASS

PLEASE TAKE NOTICE that Lead Plaintiff Alan Narzissenfeld,[1] on behalf of himself and of all Settlement Class Members, by and through counsel, respectfully moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order: (i) finally approving the proposed Settlement; (ii) finally approving the proposed Plan of Allocation for the distribution of the proceeds of the Settlement to eligible claimants; and (iii) affirming the Court's certification of the Settlement Class for settlement purposes only, including by finally certifying Lead Plaintiff as a class representative and Levi & Korsinsky, LLP as class counsel, for the Settlement Class.

Lead Plaintiff and Lead Counsel were well informed of the strengths and weaknesses of their claims through, *inter alia*, an extensive pre-suit investigation, drafting two amended complaints and defeating Defendants' second motion to dismiss, and attending an arms-length mediation session with counsel for the Individual Defendants overseen by an experienced mediator. The Settlement has the full support of Lead Plaintiff.

The Plan of Allocation, which was developed by Lead Plaintiff's consulting experts in consultation with Lead Counsel, accounts for orders of the Court and provides a reasonable method

---

[1] Unless otherwise noted, all internal quotations and citations are omitted, all emphasis is added, and capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation and Agreement of Settlement dated February 20, 2024 (ECF No. 117-1, the "Stipulation" or "Stip").

for allocating the Net Settlement Fund among Settlement Class Members on a *pro rata* basis of the recovery.

As of the date of this motion, there have been no objections to the proposed Settlement or Plan of Allocation. Plaintiffs have conferred with the Individual Defendants, through counsel, who confirmed the Individual Defendants do not oppose the relief requested in this motion.

This motion is supported by the accompanying Declaration of Gregory M. Potrepka, all exhibits attached thereto, and Plaintiff's supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Lead Plaintiff further submits herewith a [Proposed] Order Approving Plan of Allocation of the Net Settlement Fund. Lead Plaintiff will submit a [Proposed] Order and Final Judgment, substantially identical to the version preliminarily approved by the Court (ECF 119-4), with his reply papers.

Dated: May 8, 2024

                                                  Respectfully Submitted,

                                                  **LEVI & KORSINSKY, LLP**

By: */s/ Gregory M. Potrepka*
      Gregory M. Potrepka

Shannon L. Hopkins (SH-1887)
Gregory M. Potrepka (GP-1275)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*