UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| In re AppHarvest Securities Litigation |

Case No. 1:21-cv-07985-LJL

**[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF THE NET
SETTLEMENT FUND**

THIS CAUSE came before the Court on the Unopposed Motion for Final Approval of

Class Action Settlement and Plan of Allocation of Settlement Proceeds. The Court having carefully

reviewed the file, and being otherwise fully advised, ORDERS as follows:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      This Order incorporates by reference the definitions in the Stipulation and

Agreement of Settlement, (the "Stipulation") filed with the Court on February 20, 2024 (ECF 117-

1), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth

in the Stipulation.

2.      Pursuant to and in compliance with Federal Rule of Civil Procedure 23, this Court

hereby finds and concludes that due and adequate notice was directed to persons who are

Settlement Class Members who could be identified with reasonable effort, advising them of the

Plan of Allocation and of their right to object thereto, and a full and fair opportunity was afforded

to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation.

There were no objections to the Plan of Allocation.

3.      The Court hereby finds and concludes that the Plan of Allocation for the calculation

of the claims and claimants that is set forth in the Notice of Pendency of Class Action, Proposed

Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to

Settlement Class Members, provides a fair and reasonable basis upon which to allocate the Net

Settlement Fund among Settlement Class Members.

4.    The Court hereby finds and concludes that the Plan of Allocation, as set forth in the

Notice, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of

Allocation.

DATED this _____ day of _____, 2024

BY THE COURT:

_____

Honorable Lewis J. Liman
UNITED STATES DISTRICT JUDGE