**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re AppHarvest Securities Litigation

Case No. 1:21-cv-07985-LJL

<u>**CLASS ACTION**</u>

---

<u>**STIPULATION OF DISMISSAL OF DEFENDANT APPHARVEST, INC.**</u>

WHEREAS, on December 13, 2021, the Court appointed Alan Narzissenfeld as Lead Plaintiff and Levi & Korsinsky, LLP as Lead Counsel in the above-captioned action (the "Action") (ECF 39);

WHEREAS, on August 12, 2022, Lead Plaintiff filed a Second Consolidated Amended Complaint (the "Operative Complaint") in this Action against AppHarvest, Inc. ("AppHarvest") and Loren Eggleton ("Eggleton"), David Lee ("Lee"), and Jonathan Webb ("Webb") (collectively, the "Individual Defendants") (collectively with AppHarvest, "Defendants") (ECF 76);

WHEREAS, on September 23, 2022, Defendants filed a motion to dismiss the Operative Complaint (the "Motion to Dismiss") (ECF 79);

WHEREAS, on July 31, 2023, the Court issued an opinion and order granting the Motion to Dismiss as to claims asserted against Defendants Webb and Eggleton, and denying, in part, the motion as to Defendants Lee and AppHarvest (ECF 97);

WHEREAS, on July 23, 2023, AppHarvest filed a voluntary bankruptcy proceeding pursuant to Chapter 11 of the United States Code, and on August 1, 2023, Defendants filed a Notice of Suggestion of Bankruptcy with this Court (ECF 98);

WHEREAS, the confirmation plan entered in AppHarvest's bankruptcy proceedings released all claims asserted in this Action against AppHarvest;[1]

WHEREAS, on February 20, 2024, Lead Plaintiff moved for preliminary approval of a class action settlement pursuant to a Stipulation and Agreement of Settlement entered into between Lead Plaintiff and the Individual Defendants (ECF 115-17);

WHEREAS, on March 6, 2024, the Court issued an Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement (ECF 120);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties that:

1. Pursuant to fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted in the above-captioned matter against Defendant AppHarvest are hereby dismissed with prejudice.

2. Lead Plaintiff and AppHarvest will bear their own costs and attorneys' fees.

---

[1] *See In Re AppHarvest Products, LLC*, Case No. 23-90745-CML (S.D. Tex. Bankr.) at Dkt. 458 (Second Amended Joint Plan of Liquidation of AppHarvest Products, LLC and its Debtor Affiliates, Article III.B.) (stating that all "Class 9 – Section 510(b) Claims," including the claims asserted against AppHarvest in this Action, "shall be cancelled, released, discharged, and extinguished and will be of no further force or effect, and Holders of such Claims shall not receive any distribution, property or other value under the Plan on account of such Claims."); Dkt. 461 ([Proposed] Order Approving the Debtors' Disclosure Statement and Confirming the Amended Joint Plan of Liquidation of AppHarvest Products, LLC and its Debtor Affiliates); Dkt. 666 (Notice of (I) Entry of Order Confirming the Second Amended Joint Plan of Liquidation of AppHarvest Products, LLC and Its Debtor Affiliates, (II) Somerset Closing, and (III) Occurrence of the Effective Date).

Dated: May 9, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/* ~~~~~~~~~~~~~~~~

Gregory M. Potrepka

Shannon L. Hopkins (SH-1887)
Gregory M. Potrepka (GP-1275)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com


*Lead Counsel for Lead Plaintiff*
*and the Settlement Class*

**COOLEY LLP**

By: ~~~~~~~~~~~~~~~~

Peter M. Adams

Peter M. Adams
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
ahwu@cooley.com

Peter M. Adams (pro hac vice)
Linh K. Nguyen (*pro hac vice*)
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
padams@cooley.com
lknguyen@cooley.com


*Attorneys for Defendant AppHarvest, Inc.*