UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| In re AppHarvest Securities Litigation |

Case No. 1:21-cv-07985-LJL

**SUPPLEMENTAL DECLARATION OF GREGORY M. POTREPKA
IN FURTHER SUPPORT OF (1) LEAD PLAINTIFF'S UNOPPOSED
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION AND FINAL CERTIFICATION OF
SETTLEMENT CLASS, AND (2)  LEAD COUNSEL'S UNOPPOSED MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

1

I, Gregory M. Potrepka, Esq., pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. I am over the age of eighteen and duly admitted to practice in Connecticut, New York, and before this Court. I am a partner at the law firm of Court-appointed Lead Counsel Levi & Korsinsky, LLP ("L&K" or "Lead Counsel"), counsel of record for Lead Plaintiff Alan Narzissenfeld ("Lead Plaintiff"), in the above-captioned securities class action (the "Action").[1] I respectfully submit this Supplemental Declaration in further support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses ("Suppl. Potrepka Decl.").

2. I have personally participated in, overseen, and monitored the prosecution of this Action, and have otherwise been kept informed of developments in this litigation by attorneys working with me and under my supervision. Thus, if called upon, I can testify to the matters set forth herein.

3. Attached hereto as Exhibit 5 is a true and correct copy of the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date.[2]

4. Attached hereto as Exhibit 6 is a [Proposed] Final Judgment and Order of Dismissal with Prejudice.

---

[1] Unless otherwise noted, all capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation and Agreement of Settlement dated February 20, 2024 (ECF 117-1, the "Stipulation" or "Stip.").

[2] The exhibit numbering in this supplemental declaration continues from the Declaration of Gregory M. Potrepka in Support of (1) Lead Plaintiff's Motion For Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class, and (2) Lead Counsel's Motion For an Award of Attorneys' Fees and Reimbursement of Expenses. ECF 129.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3rd, 2024                    */s/ Gregory M. Potrepka*
                                          Gregory M. Potrepka