# Exhibit 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 1:21-cv-07985-LJL <br><br> **CLASS ACTION** |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.      I am the Director of Quality Assurance at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, dated March 6, 2024 (Dkt. No. 120, the "Preliminary Approval Order"), SCS was approved as the Claims Administrator in connection with the Settlement of the above-captioned action.[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated February 20, 2024 (Dkt. No. 117-1, the "Stipulation").

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated May 8, 2024 (Dkt. No. 129-4, the "Initial Mailing Declaration"), SCS mailed or e-mailed 2,406 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

4.      As reported in the Initial Mailing Declaration, a total of 32,436 Postcard Notices have been mailed to potential Settlement Class Members either by SCS or nominees. Additionally, as noted in the Initial Mailing Declaration, 69,699 emails with the direct link to the Notice and Claim Form on the settlement website have been sent to potential Settlement Class Members. Since the Initial Mailing Declaration was filed, 1,244 additional Postcard Notices were mailed and 29,905 additional emails with the direct link to the Notice and Claim Form were sent to potential Settlement Class Members.  To date, a total of 133,284 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the location of the Notice and Claim Form on the settlement website.

5.      Since the Initial Mailing Declaration, SCS received 236 Postcard Notices returned undeliverable.  Of these, the United States Postal Service provided a forwarding address for 36, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 200 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses, and 93 were re-mailed to updated addresses.

## **UPDATE ON TOLL-FREE PHONE LINE**

6.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the

Settlement.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries through the claims process.

## UPDATE ON SETTLEMENT WEBSITE

7.      As noted in the Initial Mailing Declaration, on March 12, 2024, SCS established a webpage on its website at www.strategicclaims.net/apph/.  The website is accessible 24 hours a day, 7 days a week. The website contains information related to the current status; case-related dates; the online claim filing link; and important documents.  On May 9, 2024, the website was updated to include the Notice of Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class with the [Proposed] Order Approving Plan of Allocation of the Net Settlement Fund; Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class; Notice of Lead Counsel's Unopposed Motion for an Award of Attorneys' Fees and Litigation Expenses with the [Proposed] Order Awarding Attorneys' Fees and Litigation Expenses; Memorandum of Law in Support of Lead Counsel's Unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and Declaration of Gregory M. Potrepka in Support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of Settlement Class, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, with all accompanying exhibits.  To date, the settlement website has 32,324 pageviews from 4,742 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

8.      The Postcard Notice, Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion were to be

postmarked if mailed or emailed to SCS no later than May 22, 2024. SCS has been monitoring all mail or email delivered for this case. As of the date of this declaration, SCS has received five requests for exclusion. Of the five exclusion requests, two are valid exclusions and three are invalid exclusion requests because the individuals failed to provide the required transaction information. The two valid exclusion requests were attached as Exhibit E to the Initial Mailing Declaration. The three invalid exclusion requests were notified by SCS regarding the inadequacy of the exclusion requests.  SCS has not received a response from those notifications.

9.     According to the Postcard Notice, Notice, and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of its terms, the proposed Plan of Allocation, or the Fee and Expense Application, must have submitted their objection to Lead Counsel, Individual Defendants' Counsel, and the Clerk of the Court, no later than May 22, 2024.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objection was submitted.

## CLAIMS RECEIVED TO DATE

10.    The deadline for claims submission was no later than May 22, 2024 if submitted online at www.strategicclaims.net/apph/ or postmarked no later than May 22, 2024 if mailed to the Claims Administrator.  As of the date of this declaration, SCS has received 18,313 claims.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of July 2024, in Media, Pennsylvania.

_____
Josephine Bravata

4