```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
                                                                   :
                                                                   :
IN RE APPHARVEST SECURITIES LITIGATION                             :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2024

21-cv-07985 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

A fairness hearing in this case is scheduled for July 11, 2024 in Courtroom 15C of the U.S. District Court for the Southern District of New York. Among other things, Lead Plaintiff seeks reimbursement of legal expenses in the amount of $166,987.77. The fee expenses include $90,400.00 for the time of outside counsel to assist in the bankruptcy, $40,489.50 for investigator fees, $20,053.25 for expert fees, and $11,250.00 for mediation fees. Courts permit reimbursement of such expenses as long as "they are of the type normally billed by attorneys to paying clients" and "counsel's documentation of them is adequate." *Guevoura Fund Ltd. v. Sillerman*, 2019 WL 6889901, at *22 (S.D.N.Y. Dec. 18, 2019) (internal citations and quotations omitted). The only documentation submitted of the expenses is a one-page "Expense Sheet" prepared by counsel. Dkt. No. 129-3 at ECF p. 54. No underlying documentation is submitted to support those expenses. Accordingly, counsel should be prepared at the hearing or by filing on ECF prior to the hearing to submit documentation supporting the requested expenses.

SO ORDERED.

Dated: July 9, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge