# Exhibit 7

# LEVI & KORSINSKY LLP
## Find Report
### All Transactions

**4585 AppHarvest**

| Date | Name | Memo | Account | Debit |
|------|------|------|---------|-------|
| 07/20/2022 | Courts/USDC-NY | Transcript - Hearing on Motion for Leave to Amend (Cachia v. Bellus Health) | Filing fees | $ 91.35 |
| 05/24/2022 | Courts/USDC-NY | Pro Hac Vice Fee - Michael Keating | Filing fees | $ 200.00 |
| 05/12/2022 | Courts/USDC-NY | COGS-Micheal Keating | Filing fees | $ 10.00 |
| | | | **Total Filing Fees** | **$ 301.35** |
| 01/15/2024 | Forensic Economics, Inc | Damages/Plan of Allocation Expert | Expert | $ 425.00 |
| 04/30/2024 | Forensic Economics, Inc | Damages/Plan of Allocation Expert | Expert | $ 2,231.25 |
| 04/30/2024 | Forensic Economics, Inc | Damages/Plan of Allocation Expert | Expert | $ 1,275.00 |
| 09/20/2023 | Crowninsheild Financial Research | Damages Expert | Expert | $ 1,627.00 |
| 11/02/2022 | Matthew D. Cain | Financial Expert | Expert | $ 4,887.50 |
| 05/10/2022 | AP Expert Group, LLC | CEA Expert | Expert | $ 4,203.50 |
| 03/11/2022 | Crowninsheild Financial Research | Damages Expert | Expert | $ 1,469.00 |
| 02/11/2022 | Crowninsheild Financial Research | Damages Expert | Expert | $ 3,935.00 |
| | | | **Total Expert Fees** | **$ 20,053.25** |
| 10/10/2023 | Alexander Poole & Co. Inc. | Service of Process | Process server | $ 179.20 |
| 10/10/2023 | Alexander Poole & Co. Inc. | Service of Process | Process server | $ 177.80 |
| 10/05/2023 | Alexander Poole & Co. Inc. | Service of Process | Process server | $ 325.20 |
| | | | **Total Process server fees** | **$ 682.20** |
| 04/03/2024 | Tornatore Law, LLC | Reimbursement of Unused Retainer | Outside Counsel | $ (8,800.00) |
| 08/23/2022 | Tornatore Law, LLC | Retainer Fee | Outside Counsel | $ 10,000.00 |
| 08/10/2023 | Lowenstein Sandler PC | Retainer Fee | Outside Counsel | $ 25,000.00 |
| 10/03/2023 | Lowenstein Sandler PC | Legal Fees | Outside Counsel | $ 73,336.00 |
| 05/02/2024 | Lowenstein Sandler PC | Reimbursement of Unused Retainer | Outside Counsel | $ (9,136.00) |
| | | | **Total Counsel Fees** | **$ 90,400.00** |
| 09/05/2023 | Phillips ADR Enterprises, P.C. | Mediation | Mediator | $ 11,250.00 |
| | | | **Total Mediation Fees** | **$ 11,250.00** |
| 05/23/2022 | FedEx | Fedex Regarding COGS (Superior court: Hartford Judicial District) | Postage | $ 21.79 |
| 05/23/2022 | FedEx | Fedex Regarding COGS (Superior court: Hartford Judicial District) | Postage | $ 29.43 |
| | | | **Total Postage Fees** | **$ 51.22** |
| 02/24/2022 | Temi Contranscription | Trascription Services | Research | $ 4.00 |
| 02/24/2022 | Temi Contranscription | Trascription Services | Research | $ 6.00 |

9:31 AM
05/01/24
**Accrual Basis**

**LEVI & KORSINSKY LLP**
**Find Report**
**All Transactions**

Case 1:21-cv-07985-LJL  Document 136-1  Filed 07/10/24  Page 3 of 6

| | | | | |
|---|---|---|---|---|
| 02/17/2022 DrMare.com | Trascription Services | Research | $ | 16.28 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 12.00 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 2.00 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 6.00 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 10.25 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 10.00 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 5.75 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 18.25 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 0.25 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 1.00 |
| 02/04/2022 Temi Contranscription | Trascription Services | Research | $ | 0.50 |
| 02/03/2022 Temi Contranscription | Trascription Services | Research | $ | 0.75 |
| 02/03/2022 Temi Contranscription | Trascription Services | Research | $ | 1.50 |
| 02/03/2022 Temi Contranscription | Trascription Services | Research | $ | 6.25 |
| 02/03/2022 Temi Contranscription | Trascription Services | Research | $ | 0.75 |
| 02/03/2022 Temi Contranscription | Trascription Services | Research | $ | 8.50 |
| 01/31/2022 Temi Contranscription | Trascription Services | Research | $ | 0.75 |
| 01/29/2022 Temi Contranscription | Trascription Services | Research | $ | 3.75 |
| 01/28/2022 Temi Contranscription | Trascription Services | Research | $ | 15.50 |
| 01/25/2022 Temi Contranscription | Trascription Services | Research | $ | 19.50 |
| 01/24/2022 Temi Contranscription | Trascription Services | Research | $ | 11.00 |
| 01/24/2022 Temi Contranscription | Trascription Services | Research | $ | 2.00 |
| 01/24/2022 Temi Contranscription | Trascription Services | Research | $ | 1.00 |
| 01/24/2022 Temi Contranscription | Trascription Services | Research | $ | 19.50 |
| 01/22/2022 Business Insider | News Article | Research | $ | 12.95 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 1.50 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 1.75 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 10.25 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 2.25 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 2.00 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 9.50 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 1.75 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 12.25 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ | 1.50 |

9:31 AM
05/01/24
Accrual Basis

Case 1:21-cv-07985-LJL   Document 156-1   Filed 07/10/24   Page 4 of 6

LEVI & KORSINSKY LLP
**Find Report**
**All Transactions**

| | | | |
|---|---|---|---|
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ 1.75 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ 1.75 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ 3.00 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ 5.25 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ 6.25 |
| 01/21/2022 Temi Contranscription | Trascription Services | Research | $ 24.75 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 6.00 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 8.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 1.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 3.75 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 1.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 3.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 3.75 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 6.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 6.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 7.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 8.00 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 9.25 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 12.75 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 16.25 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 3.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 7.50 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 0.75 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 1.75 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 2.00 |
| 01/20/2022 Temi Contranscription | Trascription Services | Research | $ 2.00 |
| 01/19/2022 Temi Contranscription | Trascription Services | Research | $ 0.50 |
| 01/19/2022 Temi Contranscription | Trascription Services | Research | $ 1.00 |
| 01/19/2022 Temi Contranscription | Trascription Services | Research | $ 2.00 |
| 01/19/2022 Temi Contranscription | Trascription Services | Research | $ 10.50 |
| 01/19/2022 Temi Contranscription | Trascription Services | Research | $ 1.75 |
| 01/19/2022 Temi Contranscription | Trascription Services | Research | $ 2.75 |
| 01/19/2022 Temi Contranscription | Trascription Services | Research | $ 1.00 |
| 01/19/2022 Temi Contranscription | Trascription Services | Research | $ 8.00 |

9:31 AM
05/01/24
**Accrual Basis**

**LEVI & KORSINSKY LLP**
Case 1:21-cv-07985-LJL    Document 156-1    Filed 07/10/24    Page 5 of 6
**Find Report**
**All Transactions**

| Date | Name | Service | Category | | Amount |
|------|------|---------|----------|--|-------|
| 01/19/2022 | Temi Contranscription | Trascription Services | Research | $ | 17.00 |
| 01/19/2022 | CNBC | News Article | Research | $ | 29.99 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 2.00 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 2.25 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 41.50 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 68.75 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 0.50 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 1.50 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 4.25 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 5.00 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 8.25 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 11.25 |
| 01/18/2022 | Temi Contranscription | Trascription Services | Research | $ | 15.50 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 7.25 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 8.25 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 23.50 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 10.75 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 1.50 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 1.00 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 1.50 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 5.00 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 5.25 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 6.75 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 10.50 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 13.25 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 13.25 |
| 01/17/2022 | Temi Contranscription | Trascription Services | Research | $ | 0.75 |
| 01/17/2022 | DrMare.com | Trascription Services | Research | $ | 16.28 |
| 01/14/2022 | Temi Contranscription | Trascription Services | Research | $ | 10.50 |
| 01/14/2022 | Temi Contranscription | Trascription Services | Research | $ | 6.50 |
| 01/13/2022 | Temi Contranscription | Trascription Services | Research | $ | 0.75 |
| 01/13/2022 | Temi Contranscription | Trascription Services | Research | $ | 0.25 |
| 01/13/2022 | Temi Contranscription | Trascription Services | Research | $ | 1.75 |
| 01/13/2022 | Temi Contranscription | Trascription Services | Research | $ | 2.00 |

9:31 AM
05/01/24
Accrual Basis

Case 1:21-cv-07985-LJL   Document 136-1   Filed 07/10/24   Page 6 of 6

**LEVI & KORSINSKY LLP**
## Find Report
### All Transactions

| Date | Name | Memo | Category | | Amount |
|---|---|---|---|---|---|
| 01/13/2022 | Temi Contranscription | Trascription Services | Research | $ | 2.50 |
| 01/07/2022 | Temi Contranscription | Trascription Services | Research | $ | 5.00 |
| 01/07/2022 | Temi Contranscription | Trascription Services | Research | $ | 6.25 |
| 01/07/2022 | Temi Contranscription | Trascription Services | Research | $ | 7.75 |
| 01/05/2022 | Temi Contranscription | Trascription Services | Research | $ | 4.50 |
| 12/28/2021 | In Brief Legal Writing Services | Litigation Report | Research | $ | 30.00 |
| | | | | | |
| 04/29/2024 | Courtlink | | Research | $ | 1,597.05 |
| 04/29/2024 | Westlaw | | Research | $ | 1,323.14 |
| 04/29/2024 | CapIQ | | Research | $ | 6.46 |
| 04/29/2024 | Pacer | | Research | $ | 1.60 |
| | | | **Total Research fees** | **$** | **3,760.25** |
| 02/12/2023 | L.R. Hodges & Associates, LTD | | Investigator | $ | 250.00 |
| 01/08/2023 | L.R. Hodges & Associates, LTD | Investigator:Ken Keatly | Investigator | $ | 100.00 |
| 01/01/2023 | L.R. Hodges & Associates, LTD | inv date 9/11/22 | Investigator | $ | 675.00 |
| 12/11/2022 | L.R. Hodges & Associates, LTD | Investigator:InvestigationCommunications with KK re instr | Investigator | $ | 98.50 |
| 07/09/2022 | L.R. Hodges & Associates, LTD | Investigator:Investigation Receive ICU from KK and incorp | Investigator | $ | 3,448.00 |
| 06/13/2022 | L.R. Hodges & Associates, LTD | Investigator:Ken Keatly | Investigator | $ | 10,663.20 |
| 04/10/2022 | L.R. Hodges & Associates, LTD | Investigator:Investigation Receive/review emails sent by ( | Investigator | $ | 6,494.00 |
| 03/12/2022 | L.R. Hodges & Associates, LTD | Investigator:Ken Keatly, lynne hodges | Investigator | $ | 6,300.00 |
| 02/12/2022 | L.R. Hodges & Associates, LTD | Investigator:Investigation Continue and complete drafting | Investigator | $ | 6,171.50 |
| 01/08/2022 | L.R. Hodges & Associates, LTD | Investigator:Ken Keatly | Investigator | $ | 6,289.30 |
| | | | **Total Investigator fees** | **$** | **40,489.50** |
| | | | | **$** | **166,987.77** |