# Exhibit 8

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**

**Tax ID No. 13-2775946**

| | |
|---|---|
| INVOICE NO.: | 0544286-IN |
| INVOICE DATE: | 07/20/22 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| CUSTOMER NO.: | 1027656 |
| WORK ORDER NO.: | 230227 |
| SALESPERSON: | JANA |

Levi & Korsinsky, LLP
733 Summer Street
Suite 304
Stamford, CT  06901
Attention:Amanda Herda

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | Cachia v BELLUS Health Inc | | | | |
|---|---|---|---|---|---|
| | CASE NO.      **21CV02278** | | | | |
| 7/6/2022 | Email | 87.00 | Pages at | $1.05 | 91.35 |

| | |
|---|---|
| Net Invoice: | 91.35 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 91.35 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: _____

**Invoice Balance:**