# Exhibit 9

**2023 Statement**

## FORENSIC ECONOMICS, INC.

95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
(585) 385-7440

Federal I.D. Number  16-1441992

Date:              January 15, 2024

To:                Gregory M. Potrepka, Partner
                   Levi & Korsinsky LLP
                   1111 Summer Street, Suite 403
                   Stamford, CT, 06905

Case               AppHarvest

| Time Period | Invoice Number | Amount Billed | Amount Paid |
|---|---|---|---|
| For Dec. 2023 | App22312-FE | 425.00 | |
| Total | | $ 425.00 | $ - |
| **Balance Due** | | | $ **425.00** |

Make checks payable to Forensic Economics, Inc.

**INVOICE**

## Forensic Economics, Inc.

95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
(585) 385-7440

Federal I.D. Number  16-1441992

Invoice No.:    App22312-FE
Date:           January 15, 2024

To:             Gregory M. Potrepka, Partner
                Levi & Korsinsky LLP
                1111 Summer Street, Suite 403
                Stamford, CT, 06905

Description:    AppHarvest
        for:    December 2023

|  | Hours | $ per Hr. | Total |
|---|---|---|---|
| Kenneth Kotz | 1.00 | $425 | 425.00 |

| **Total** | | $ | **425.00** |
|---|---|---|---|

Make checks payable to Forensic Economics, Inc.

Ken Kotz
# FORENSIC ECONOMICS, INC.

| | Case : **AppHarvest** | |
|---|---|---|
| 2023 | | Hours |
| 1-Dec | Fri | |
| 2-Dec | Sat | |
| 3-Dec | Sun | |
| 4-Dec | Mon | |
| 5-Dec | Tue | |
| 6-Dec | Wed | |
| 7-Dec | Thu | |
| 8-Dec | Fri | |
| 9-Dec | Sat | |
| 10-Dec | Sun | |
| 11-Dec | Mon | |
| 12-Dec | Tue | |
| 13-Dec | Wed | |
| 14-Dec | Thu | |
| 15-Dec | Fri | |
| 16-Dec | Sat | |
| 17-Dec | Sun | |
| 18-Dec | Mon | |
| 19-Dec | Tue | |
| 20-Dec | Wed | |
| 21-Dec | Thu | Client call / POA assistance | 0.50 |
| 22-Dec | Fri | |
| 23-Dec | Sat | |
| 24-Dec | Sun | |
| 25-Dec | Mon | |
| 26-Dec | Tue | |
| 27-Dec | Wed | POA assistance | 0.50 |
| 28-Dec | Thu | |
| 29-Dec | Fri | |
| 30-Dec | Sat | |
| 31-Dec | Sun | |
| Total Hours | | 1.00 |

| Reimbursable Employee Expenses: | Date | Description | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Expenses | | | 0.00 |

**2023 - 2024 Statement**

## Forensic Economics, Inc.

95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
(585) 385-7440

Federal I.D. Number  16-1441992

Date:              February 5, 2024

To:                Gregory M. Potrepka, Partner
                   Levi & Korsinsky LLP
                   1111 Summer Street, Suite 403
                   Stamford, CT, 06905

Case               AppHarvest

| Time Period | Invoice Number | Amount Billed | Amount Paid |
|---|---|---|---|
| For Dec. 2023 | App22312-FE | 425.00 | |
| For Jan. 2024 | App22401-FE | 2,231.25 | |
| Total | | $    2,656.25 | $    - |
| **Balance Due** | | | **$    2,656.25** |

Make checks payable to Forensic Economics, Inc.

**INVOICE**

## Forensic Economics, Inc.

95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
(585) 385-7440

Federal I.D. Number  16-1441992

Invoice No.:    App22401-FE
Date:           February 5, 2024

To:             Gregory M. Potrepka, Partner
                Levi & Korsinsky LLP
                1111 Summer Street, Suite 403
                Stamford, CT, 06905

Description:    AppHarvest
       for:     January 2024

|                   | Hours | $ per Hr. | Total    |
|-------------------|-------|-----------|----------|
| Kenneth Kotz      | 3.25  | $425      | 1,381.25 |
| Patrick Krenzer   | 2.00  | $425      | 850.00   |

**Total**                                    **$    2,231.25**

Make checks payable to Forensic Economics, Inc.

Ken Kotz                    FORENSIC ECONOMICS, INC.

Case : **AppHarvest**

| 2024 | | | Hours |
|---|---|---|---|
| 1-Jan | Mon | | |
| 2-Jan | Tue | POA assistance | 2.00 |
| 3-Jan | Wed | | |
| 4-Jan | Thu | | |
| 5-Jan | Fri | POA assistance | 0.50 |
| 6-Jan | Sat | | |
| 7-Jan | Sun | | |
| 8-Jan | Mon | | |
| 9-Jan | Tue | | |
| 10-Jan | Wed | | |
| 11-Jan | Thu | | |
| 12-Jan | Fri | | |
| 13-Jan | Sat | | |
| 14-Jan | Sun | | |
| 15-Jan | Mon | | |
| 16-Jan | Tue | | |
| 17-Jan | Wed | POA assistance | 0.75 |
| 18-Jan | Thu | | |
| 19-Jan | Fri | | |
| 20-Jan | Sat | | |
| 21-Jan | Sun | | |
| 22-Jan | Mon | | |
| 23-Jan | Tue | | |
| 24-Jan | Wed | | |
| 25-Jan | Thu | | |
| 26-Jan | Fri | | |
| 27-Jan | Sat | | |
| 28-Jan | Sun | | |
| 29-Jan | Mon | | |
| 30-Jan | Tue | | |
| 31-Jan | Wed | | |
| Total Hours | | | 3.25 |

| Reimbursable Employee Expenses: | Date | Description | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Expenses | | | 0.00 |

Patrick Krenzer                FORENSIC ECONOMICS, INC.

| Case : | **AppHarvest** | | |
|---|---|---|---|
| 2024 | | | |
| 1-Jan | Mon | | |
| 2-Jan | Tue | | |
| 3-Jan | Wed | | |
| 4-Jan | Thu | | |
| 5-Jan | Fri | Review plan of allocation | 1.00 |
| 6-Jan | Sat | | |
| 7-Jan | Sun | | |
| 8-Jan | Mon | | |
| 9-Jan | Tue | | |
| 10-Jan | Wed | | |
| 11-Jan | Thu | | |
| 12-Jan | Fri | | |
| 13-Jan | Sat | | |
| 14-Jan | Sun | | |
| 15-Jan | Mon | | |
| 16-Jan | Tue | | |
| 17-Jan | Wed | Conference call/analysis | 1.00 |
| 18-Jan | Thu | | |
| 19-Jan | Fri | | |
| 20-Jan | Sat | | |
| 21-Jan | Sun | | |
| 22-Jan | Mon | | |
| 23-Jan | Tue | | |
| 24-Jan | Wed | | |
| 25-Jan | Thu | | |
| 26-Jan | Fri | | |
| 27-Jan | Sat | | |
| 28-Jan | Sun | | |
| 29-Jan | Mon | | |
| 30-Jan | Tue | | |
| 31-Jan | Wed | | |
| Total Hours | | | 2.00 |

| Reimbursable Employee Expenses: | Date | Description | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Expenses | | | 0.00 |

**2023 - 2024 Statement**

# Forensic Economics, Inc.

95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
(585) 385-7440

Federal I.D. Number  16-1441992

Date:            March 15, 2024

To:              Gregory M. Potrepka, Partner
                 Levi & Korsinsky LLP
                 1111 Summer Street, Suite 403
                 Stamford, CT, 06905

Case             AppHarvest

| Time Period | Invoice Number | Amount Billed | Amount Paid |
|---|---|---|---|
| For Dec. 2023 | App22312-FE | 425.00 | |
| For Jan. 2024 | App22401-FE | 2,231.25 | |
| For Feb. 2024 | App22402-FE | 1,275.00 | |
| Total | | $      3,931.25 | $      - |
| **Balance Due** | | | $      **3,931.25** |

Make checks payable to Forensic Economics, Inc.

**INVOICE**

FORENSIC ECONOMICS, INC.

95 Allens Creek Road
Building 2, Suite 303
Rochester, NY 14618
(585) 385-7440

Federal I.D. Number  16-1441992

Invoice No.:    App22402-FE
Date:           March 15, 2024

To:             Gregory M. Potrepka, Partner
                Levi & Korsinsky LLP
                1111 Summer Street, Suite 403
                Stamford, CT, 06905

Description:    AppHarvest
        for:    February 2024

|                 | Hours | $ per Hr. | Total    |
|-----------------|-------|-----------|----------|
| Kenneth Kotz    | 2.50  | $425      | 1,062.50 |
| Patrick Krenzer | 0.50  | $425      | 212.50   |

| **Total** | $ | **1,275.00** |
|-----------|---|--------------|

Make checks payable to Forensic Economics, Inc.

Ken Kotz                    FORENSIC ECONOMICS, INC.

| Case : | **AppHarvest** | |
|---|---|---|
| 2024 | | Hours |
| 1-Feb | Thu | |
| 2-Feb | Fri | |
| 3-Feb | Sat | |
| 4-Feb | Sun | |
| 5-Feb | Mon | |
| 6-Feb | Tue | POA assistance | 1.50 |
| 7-Feb | Wed | |
| 8-Feb | Thu | |
| 9-Feb | Fri | POA assistance | 0.50 |
| 10-Feb | Sat | |
| 11-Feb | Sun | |
| 12-Feb | Mon | POA assistance / Client call | 0.50 |
| 13-Feb | Tue | |
| 14-Feb | Wed | |
| 15-Feb | Thu | |
| 16-Feb | Fri | |
| 17-Feb | Sat | |
| 18-Feb | Sun | |
| 19-Feb | Mon | |
| 20-Feb | Tue | |
| 21-Feb | Wed | |
| 22-Feb | Thu | |
| 23-Feb | Fri | |
| 24-Feb | Sat | |
| 25-Feb | Sun | |
| 26-Feb | Mon | |
| 27-Feb | Tue | |
| 28-Feb | Wed | |
| 29-Feb | Thu | |
| | | |
| | | |
| Total Hours | | | 2.50 |

| Reimbursable Employee Expenses: | Date | Description | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Expenses | | | 0.00 |

| Patrick Krenzer | | FORENSIC ECONOMICS, INC. | |
|---|---|---|---|
| | Case : | **AppHarvest** | |
| 2024 | | | |
| 1-Feb | Thu | | |
| 2-Feb | Fri | | |
| 3-Feb | Sat | | |
| 4-Feb | Sun | | |
| 5-Feb | Mon | | |
| 6-Feb | Tue | | |
| 7-Feb | Wed | | |
| 8-Feb | Thu | | |
| 9-Feb | Fri | | |
| 10-Feb | Sat | | |
| 11-Feb | Sun | | |
| 12-Feb | Mon | Analysis | 0.50 |
| 13-Feb | Tue | | |
| 14-Feb | Wed | | |
| 15-Feb | Thu | | |
| 16-Feb | Fri | | |
| 17-Feb | Sat | | |
| 18-Feb | Sun | | |
| 19-Feb | Mon | | |
| 20-Feb | Tue | | |
| 21-Feb | Wed | | |
| 22-Feb | Thu | | |
| 23-Feb | Fri | | |
| 24-Feb | Sat | | |
| 25-Feb | Sun | | |
| 26-Feb | Mon | | |
| 27-Feb | Tue | | |
| 28-Feb | Wed | | |
| 29-Feb | Thu | | |
| | | | |
| | | | |
| Total Hours | | | 0.50 |

| Reimbursable Employee Expenses: | Date | Description | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Expenses | | | 0.00 |