# Exhibit 10



CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
### for Professional Services and Expenses
### in Connection with the AppHarvest, Inc. Securities Litigation

**Dates of Services: January 1, 2022 through January 31, 2022**
**Date of Invoice: February 11, 2022**
**Invoice Number: 22086**

**<u>Client:</u>**

Levi & Korsinsky LLP
1101 30th Street, Suite 115
Washington, DC 20007
Attention: Mr. Gregory Potrepka

### <u>Services Provided by Daniel Bettencourt, MBA</u>

| | | |
|---|---|---|
| 1/14/2022 | Conducted and directed financial and quantitative analysis. | 0.2 hours |
| 1/18/2022 | Conducted and directed financial and quantitative analysis. | 0.1 hours |

### <u>Services Provided by Miguel Villanueva, Ph.D.</u>

| | | |
|---|---|---|
| 1/14/2022 | Conducted quantitative analysis. | 1.0 hours |

### <u>Services Provided by Tyler Quade</u>

| | | |
|---|---|---|
| 1/14/2022 | Assisted with financial analysis. | 7.2 hours |
| 1/18/2022 | Assisted with financial and quantitative analysis. | 3.5 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 0.3 | $142 |
| Miguel Villanueva, Ph.D. | Senior Quantitative Analyst | $525 | 1.0 | $525 |
| Tyler Quade | Analyst | $240 | 10.7 | $2,568 |
| | **TOTAL PROFESSIONAL FEES** | | | $3,235 |
| **EXPENSES** | | | | |
| | Data Service Fee: Bloomberg | | | $300 |
| | Data Service Fee: Refinitiv | | | $400 |
| | **TOTAL EXPENSES** | | | $700 |
| | **TOTAL NEW CHARGES** | | | **$3,935** |

**Statement of Account**          **as of February 11, 2022**

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 2/11/2022 | January 2022 | $3,935 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| No payments in this period | | |

| | |
|---|---|
| **Net Outstanding Balance:** | **$3,935** |



CROWNINSHIELD FINANCIAL RESEARCH

# Invoice
### for Professional Services and Expenses
### in Connection with the AppHarvest, Inc. Securities Litigation

**Dates of Services: February 1, 2022 through February 28, 2022**
**Date of Invoice: March 11, 2022**
**Invoice Number: 22115**

## Client:

Levi & Korsinsky LLP
1101 30th Street, Suite 115
Washington, DC 20007
Attention: Mr. Gregory Potrepka

### Services Provided by Daniel Bettencourt, MBA

| | | |
|---|---|---|
| 2/2/2022 | Conducted and directed financial analysis. | 0.2 hours |

### Services Provided by Miguel Villanueva, Ph.D.

| | | |
|---|---|---|
| 2/2/2022 | Conducted quantitative analysis. | 1.2 hours |

### Services Provided by Drew Guadagno

| | | |
|---|---|---|
| 2/2/2022 | Assisted with financial analysis. | 2.1 hours |

### Services Provided by Tyler Quade

| | | |
|---|---|---|
| 2/2/2022 | Assisted with financial analysis. | 1.0 hours |

**PROFESSIONAL FEES**

| Name | Title | Hourly Rate | Hours Billed | Total Fee |
|---|---|---|---|---|
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 0.2 | $95 |
| Miguel Villanueva, Ph.D. | Director of Research/Senior Quantitative Analyst | $525 | 1.2 | $630 |
| Drew Guadagno | Analyst | $240 | 2.1 | $504 |
| Tyler Quade | Analyst | $240 | 1.0 | $240 |
| | **TOTAL PROFESSIONAL FEES** | | | $1,469 |
| **EXPENSES** | | | | |
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$1,469** |

| **Statement of Account** | **as of March 11, 2022** | |
|---|---|---|

**Invoices:**

| Date of Invoice | Period Covered | Invoice Amount |
|---|---|---|
| 2/11/2022 | January 2022 | $3,935 |
| 3/11/2022 | February 2022 | $1,469 |

**Payments Received:**

| Date Received | Period Covered | Amount |
|---|---|---|
| No payments in this period | | |

| **Net Outstanding Balance:** | | **$5,404** |
|---|---|---|



**Invoice**
**for Professional Services and Expenses**
**in Connection with the AppHarvest, Inc. Securities Litigation**

**Dates of Services: August 1, 2023 through August 31, 2023**
**Date of Invoice: September 20, 2023**
**Invoice Number: 22686**

<u>**Client:**</u>

Levi & Korsinsky LLP
1111 Summer Street
Suite 403
Stamford, CT 06905
Attention: Mr. Gregory Potrepka

<u>**Services Provided by Daniel Bettencourt, MBA**</u>

| 8/9/2023 | Conducted and directed financial and quantitative analysis. | 0.3 hours |

<u>**Services Provided by Miguel Villanueva, Ph.D.**</u>

| 8/9/2023 | Conducted quantitative analysis. | 1.0 hours |

<u>**Services Provided by Tyler Quade**</u>

| 8/9/2023 | Assisted with financial and quantitative analysis. | 4.0 hours |

| PROFESSIONAL FEES | | | | |
|---|---|---|---|---|
| **Name** | **Title** | **Hourly Rate** | **Hours Billed** | **Total Fee** |
| Daniel Bettencourt, MBA | Vice President/Senior Analyst | $475 | 0.3 | $142 |
| Miguel Villanueva, Ph.D. | Director of Research/Senior Quantitative Analyst | $525 | 1.0 | $525 |
| Tyler Quade | Senior Associate | $240 | 4.0 | $960 |
| | **TOTAL PROFESSIONAL FEES** | | | $1,627 |
| **EXPENSES** | | | | |
| | **TOTAL EXPENSES** | | | $0 |
| | **TOTAL NEW CHARGES** | | | **$1,627** |

| Statement of Account | as of September 20, 2023 | |
|---|---|---|
| **Invoices:** | | |
| **Date of Invoice** | **Period Covered** | **Invoice Amount** |
| 2/11/2022 | January 2022 | $3,935 |
| 3/11/2022 | February 2022 | $1,469 |
| 9/20/2023 | August 2023 | $1,627 |
| **Payments Received:** | | |
| **Date Received** | **Period Covered** | **Amount** |
| 4/29/2022 | January 2022 | $3,935 |
| 4/29/2022 | February 2022 | $1,469 |
| **Net Outstanding Balance:** | | **$1,627** |