# Exhibit 11

# Matthew D. Cain

# Invoice

*Nov. 2, 2022*                                                    **Invoice #:** *398*

**Bill to:**

*Greg Potrepka*
Levi & Korsinsky LLP
1111 Summer St., Suite 403
Stamford, CT  06905

**Project:**          AppHarvest, Consulting Services

| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 9/28/2022 | TC: Counsel; Document Review | 3.25 | $ 2,762.50 |
| 10/2/2022 | Document Review; Research | 1.50 | $ 1,275.00 |
| 10/6/2022 | Research; TC: Counsel | 1.00 | $ 850.00 |
| **Total** | | **5.75** | **$ 4,887.50** |

ACH / Wire Payments: Chase Bank, 34 N Main St., Chagrin Falls, OH  44022, (440) 264-2392
**Account Name: Cleveland Analytics, LLC; Account # 895709092; ABA Routing # 044000037**
*Mailing Address: Cleveland Analytics, LLC, 495 N Main St, Chagrin Falls, OH  44022*