# Exhibit 12

**AP Expert Group, LLC**
1019 Fort Salonga Road, Suite 10-185
Northport, NY  11768
(212) 651-2249



# INVOICE

**BILL TO**
Shannon L Hopkins
Levi & Korsinsky LLP
1111 Summer Street, Suite
401-403
Stamford, CT  06905 US

| | |
|---|---|
| **INVOICE #** | 593_JS_Rt1 |
| **DATE** | 05/09/2022 |
| **DUE DATE** | 05/09/2022 |
| **TERMS** | Due on receipt |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 05/09/2022 | Retainer fee for Expert Joe Swartz | 1 | 5,000.00 | 5,000.00 |

Retainer Invoice for Expert Joe Swartz

RE: In re AppHarvest Securities Litigation

Please make checks payable to AP Expert Group, LLC.

Please see below for wire instructions.

| | |
|---|---|
| CREDIT APPLIED | 796.50 |
| BALANCE DUE | **$4,203.50** |

AP Expert Group, LLC
Federal Tax ID # 82-4242691
JPMorgan Chase Bank, N.A.
270 Park Ave.
New York, NY 10017
SWIFT Address - CHASUS33
Wire ABA Routing Number- 021000021
Account Number – 271619808