# Exhibit 13

# Alexander
# POOLE & Co. Inc.

ATTORNEY'S SERVICENTER
SINCE *1961*

ALEXANDER POOLE & CO., INC.
41 STATE STREET, STE 406, ALBANY, NY 12207
TELEPHONE **518-436-0895** • FAX 518-436-7366
EMAIL INFO@ALEXANDERPOOLE.COM
Federal ID # 14-1482374

Invoice #        **2341251**

**October 5, 2023**

A12949
Levi & Korsinsky LLP
Samantha Phillips
1111 Summer Street   Suite 403
**Stamford CT 06905**

***PLEASE PAY UPON RECEIPT***

By:      October 15, 2023

Your File #: AppHarvest

Contract or SFS #:

| | |
|---|---|
| *In re AppHarvest Securities Litigation* | Plaintiff/Petitioner |
| **vs** | |
| | Defendant/Respondent |

| | |
|---|---|
| Date Returnable: | |
| Docket or ID #: | 1:21-CV-07985-LJL |
| Court: | U.S. District |
| County: | Southern Dist. |

Re: **MASTRONARDI PRODUCE LIMITED - ATTN: DEANNE BUCKO (REGISTERED AGENT)**   File:

Service Documents: Subpoena to Preserve Documents, Electronically Stored Information and Other Evidence in a Civil

Date Served/Complete: 9/22/2023   Method:
Server: Michael Rehbein
Address Attempted: 7201 W. Ford St., Detroit, MI 48226

| Date | Service Description | Qty | Service Fee |
|---|---|---|---|
| 9/20/23 | Process Serving-Out of State | 1 | |
| 9/20/23 | Expedite - At Once | 1 | $175.00 |
| 9/20/23 | Print Copies | 1 | $0.20 |
| 10/5/23 | Locate - At New Address - 28700 Plymouth Rd., Livonia,MI 48150 | 1 | $150.00 |

*Payments Made:*

| | |
|---|---|
| Total Service Fees | $325.20 |
| Payments/Credits | $0.00 |
| **Balance Due =** | **$325.20** |

**Notes:**

There will be a $35.00 fee charged for any returned check. Past due accounts will incur a $25.00 late fee & accrue interest at the rate of 1.5% per month plus any reasonable costs of collection. Customer is responsible for collection fees, court costs and reasonable attorney fees for collection of unpaid accounts. All disputes must be submitted within sixty (60) days of receipt of the invoice or it will be deemed payable.

Please detach and return this section with your payment **OR** include Invoice number on your payment.
Make checks payable to Alexander Poole & Co., Inc.

Emailed/Faxed to Cust.:
9/29/2023

A12949
Levi & Korsinsky LLP
Samantha Phillips
1111 Summer Street   Suite 403
**Stamford CT 06905**

| | |
|---|---|
| Phone #: | 203-992-4523 |
| Fax #: | 203-363-7171 |
| Email:shalliday@zlk.com | |

**Alexander, Poole & Co., Inc.**
**41 State St, Ste 406**
**Albany, New York, 12207**

| | |
|---|---|
| Invoice#: | **2341251** |
| Invoice Date: | 10/5/2023 |
| **Total Amount Due:** | **$325.20** |
| Due Before: | **October 15, 2023** |

ATTORNEY(S) :

INDEX # : 1:21-CV-07985-LJL

PURCHASED/FILED : September 20, 2023                    **AFFIDAVIT OF SERVICE**

STATE OF : New York

COURT : U.S. District

COUNTY/DISTRICT : Southern Dist.

_____

IN RE APPHARVEST SECURITIES LITIGATION

Plaintiff(s)/Petitioner(s)

VS

Defendant(s)/Respondent(s)

_____

STATE OF  MICHIGAN                    COUNTY OF _____ , SS.:

_____Michael Rehbein_____ , being duly sworn deposes and says deponent is not a party herein,

and is over the age of eighteen years.    That on ___9-22-23___ at ___4:39 pm___

at __28700 Plymouth, Livonia, MI 48150__ deponent did serve the following:
(Address where service was accomplished.)

SUBPOENA TO PRESERVE DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND OTHER EVIDENCE IN A CIVIL ACTION

_____

on:           **MASTRONARDI PRODUCE LIMITED - ATTN: DEANNE BUCKO (REGISTERED AGENT)**

_____Witness_____ , (herein called recipient) therein named.

INDIVIDUAL ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP. ☒  A corporation, by delivering thereat a true copy of each to __Stacy Saganek__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __Human Resource Manager__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

| Previous attempts at personal service are as follows: | | |
|---|---|---|
| on the _____ day of _____ | | at _____ |
| on the _____ day of _____ | | at _____ |
| on the _____ day of _____ | | at _____ |
| on the _____ day of _____ | | at _____ |
| on the _____ day of _____ | | at _____ |

SUITABLE ☐  By delivering a true copy of each to _____ a person of suitable age and discretion
PERSON    who agreed to accept on behalf of the party.
          Said premises is recipient's:    [ ] dwelling house (usual place of abode).    [ ] actual place of business

AFFIXING ☐  By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual
TO DOOR   place of abode) within the state.

          On _____ deponent completed service under the last two sections by depositing a copy of the
MAILING ☐  above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and
COPY      Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Michigan.

          The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

DESCRIPTION ☒  A description of the person served is as follows:
(use with #1, 2 or 3)   Sex __F__   Color of skin __White__ Hair __Brown__ Approx.Age __45__   Approx.Height __5'8"__
          Approx. weight __170__   Other _____

WIT. FEES ☐ $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL ☐  To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Appeared before and Sworn to me on this
__28__ day of __Sept 2023__

_____Christina Puckett_____
NOTARY PUBLIC

CHRISTINA PUCKETT
Notary Public - State of Michigan
County of Macomb
My Commission Expires Nov. 21, 2024
Acting in the County of Macomb

Notary Stamp

Invoice·Work Order # 2341251

Attorney File #  **AppHarvest**

# Alexander
# POOLE & Co. Inc.

ATTORNEY'S SERVICENTER
*SINCE 1961*

*ALEXANDER POOLE & CO., INC.*
*41 STATE STREET, STE 406, ALBANY, NY 12207*
*TELEPHONE* **518-436-0895** • *FAX 518-436-7366*
*EMAIL INFO@ALEXANDERPOOLE.COM*
Federal ID # 14-1482374

Invoice #          **2341244**

**October 10, 2023**

A12949
Levi & Korsinsky LLP
Samantha Phillips
1111 Summer Street   Suite 403
**Stamford CT 06905**

***PLEASE PAY UPON RECEIPT***

By:          October 20, 2023

Your File #: AppHarvest

Contract or SFS #:

| | Plaintiff/Petitioner | Date Returnable: |
|---|---|---|
| *In re AppHarvest Securities Litigation* | | Docket or ID #: 1:21-CV-07985-LJL |
| **vs** | | Court: U.S. District |
| | Defendant/Respondent | County: Southern Dist. |

**File:**

## Re: CEFF II APPHARVEST HOLDINGS, LLC

*Service Documents*   Subpoena to Preserve Documents, Electronically Stored Information and Other Evidence in a Civil

*Date Served/Complete:*  9/21/2023   *Method:* Authorized Agent
*Server:*  Sharlene Brooks
*Address Attempted:*  850 New Burton Rd., Ste 201, Dover, DE 19904

| Date | Service Description | Qty | Service Fee |
|---|---|---|---|
| 9/20/23 | Process Serving-Out of State | 1 | |
| 9/20/23 | Expedite - At Once - To Ryan Chasteen - Auth. Agent | 1 | $175.00 |
| 9/20/23 | Print Copies | 21 | $4.20 |

| | |
|---|---|
| **Payments Made:** | Total Service Fees   **$179.20** |
| | Payments/Credits   $0.00 |
| | **Balance Due =   $179.20** |

**Notes:**

There will be a $35.00 fee charged for any returned check. Past due accounts will incur a $25.00 late fee & accrue interest at the rate of 1.5% per month plus any reasonable costs of collection. Customer is responsible for collection fees, court costs and reasonable attorney fees for collection of unpaid accounts. All disputes must be submitted within sixty (60) days of receipt of the invoice or it will be deemed payable.

Emailed/Faxed to Cust.:
10/3/2023

Please detach and return this section with your payment **OR** include Invoice number on your payment.
Make checks payable to Alexander Poole & Co., Inc.
A12949
Levi & Korsinsky LLP
Samantha Phillips
1111 Summer Street   Suite 403
**Stamford CT 06905**

| | |
|---|---|
| Phone #: | 203-992-4523 |
| Fax #: | 203-363-7171 |
| Email:shalliday@zlk.com | |

Alexander, Poole & Co., Inc.
41 State St, Ste 406
Albany, New York, 12207

| | |
|---|---|
| Invoice#: | 2341244 |
| Invoice Date: | 10/10/2023 |
| **Total Amount Due:** | $179.20 |
| Due Before: | October 20, 2023 |

ATTORNEY(S) :
INDEX # : 1:21-CV-07985-LJL
PURCHASED/FILED : September 20, 2023                        **AFFIDAVIT OF SERVICE**
STATE OF : New York
COURT : U.S. District
COUNTY/DISTRICT : Southern Dist.

---

*IN RE APPHARVEST SECURITIES LITIGATION*                                    Plaintiff(s)/Petitioner(s)

*vs*

Defendant(s)/Respondent(s)

---

STATE OF   DELAWARE              COUNTY OF NEW CASTLE        , SS.:

_____Sharlene Brooks_____ , being duly sworn deposes and says deponent is not a party herein,

and is over the age of eighteen years.   That on _____September 21, 2023_ at ___3:34 PM_____

at _Cogency Global Inc., Registered Agent - 850 New Burton Rd. # 201, Dover, DE 19904___ deponent did serve the following:
          (Address where service was accomplished.)

SUBPOENA TO PRESERVE DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND OTHER EVIDENCE IN A CIVIL ACTION

---

on:                              **CEFF II APPHARVEST HOLDINGS, LLC**

---

_____Witness_____ , (herein called recipient) therein named.

INDIVIDUAL ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP.  ☒  A corporation, by delivering thereat a true copy of each to _Ryan Chasteen_____ personally, deponent knew said corporation so served to be the corporation, described in same as said  recipient and knew said individual to be _Corporate Specialist authorized to accept___ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

| Previous attempts at personal service are as follows: |
|---|
| on the _____ day of _____ at _____ |
| on the _____ day of _____ at _____ |
| on the _____ day of _____ at _____ |
| on the _____ day of _____ at _____ |
| on the _____ day of _____ at _____ |

SUITABLE ☐  By delivering a true copy of each to _____ a person of suitable age and discretion
PERSON    who agreed to accept on behalf of the party.
          Said premises is recipient's:    [ ] dwelling house (usual place of abode).    [ ] actual place of business

AFFIXING ☐  By affixing a true copy of each to the door of said premises, which is recipient's [  ] actual place of business [ ] dwelling house (usual
TO DOOR    place of abode) within the state.

          On _____ deponent completed service under the last two sections by depositing a copy of the
MAILING ☐  above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and
COPY       Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Delaware.

          The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

DESCRIPTION ☒  A description of the person served is as follows:
(use with #1, 2 or 3)   Sex _M_____ Color of skin ___White__ Hair__Blonde_ Approx.Age ____35____ Approx.Height _5'10"___
          Approx. weight _220 lb_____ Other _____

WIT. FEES ☐  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL ☐  To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Appeared before and Sworn to me on this

_22___ day of _September, 2023_____

_____
          NOTARY PUBLIC                                    Sharlene Brooks 9/22/2023

                                                           Invoice·Work Order # 2341244
Notary Stamp                                               Attorney File #  **AppHarvest**

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

# Alexander
# POOLE & Co. Inc.

ATTORNEY'S SERVICENTER
SINCE 1961

*ALEXANDER POOLE & CO., INC.*
*41 STATE STREET, STE 406, ALBANY, NY 12207*
*TELEPHONE 518-436-0895 • FAX 518-436-7366*
*EMAIL INFO@ALEXANDERPOOLE.COM*
Federal ID # 14-1482374

| | |
|---|---|
| Invoice # | **2341248** |
| | **October 10, 2023** |

A12949
Levi & Korsinsky LLP
Samantha Phillips
1111 Summer Street   Suite 403
**Stamford CT 06905**

***PLEASE PAY UPON RECEIPT***

By:    October 20, 2023

Your File #: AppHarvest

Contract or SFS #:

| | | | |
|---|---|---|---|
| *In re AppHarvest Securities Litigation* | Plaintiff/Petitioner | Date Returnable: | |
| | | Docket or ID #: | 1:21-CV-07985-LJL |
| **vs** | | Court: | U.S. District |
| | Defendant/Respondent | County: | Southern Dist. |

### Re: MASTRONARDI BEREA LLC

File:

| Service Documents | Subpoena to Preserve Documents, Electronically Stored Information and Other Evidence in a Civil | Date Served/Complete: | 9/21/2023 | Method: Authorized Agent |
|---|---|---|---|---|
| | | Server: | Sharlene Brooks | |
| | | Address Attempted: | c/o Corporation Service Company, 251 Little Falls Dr., | |

| Date | Service Description | Qty | Service Fee |
|---|---|---|---|
| 9/20/23 | Process Serving-Out of State | 1 | |
| 9/20/23 | Expedite - At Once - To "Jane Doe" - Refused name | 1 | $175.00 |
| 9/20/23 | Print Copies | 14 | $2.80 |

**Payments Made:**

| | |
|---|---|
| **Total Service Fees** | **$177.80** |
| **Payments/Credits** | **$0.00** |
| **Balance Due =** | **$177.80** |

**Notes:**

There will be a $35.00 fee charged for any returned check. Past due accounts will incur a $25.00 late fee & accrue interest at the rate of 1.5% per month plus any reasonable costs of collection. Customer is responsible for collection fees, court costs and reasonable attorney fees for collection of unpaid accounts. All disputes  must be submitted within sixty (60) days of receipt of the invoice or it will be deemed payable.

Emailed/Faxed to Cust.:
10/3/2023

----

**Please detach and return this section with your payment OR include Invoice number on your payment.**
Make checks payable to Alexander Poole & Co., Inc.

A12949
Levi & Korsinsky LLP
Samantha Phillips
1111 Summer Street  Suite 403
**Stamford CT 06905**

| | |
|---|---|
| Phone #: | 203-992-4523 |
| Fax #: | 203-363-7171 |
| Email: shalliday@zlk.com | |

**Alexander, Poole & Co., Inc.**
**41 State St, Ste 406**
**Albany, New York, 12207**

| | |
|---|---|
| Invoice#: | **2341248** |
| Invoice Date: | 10/10/2023 |
| **Total Amount Due:** | **$177.80** |
| Due Before: | **October 20, 2023** |

ATTORNEY(S) :
INDEX # : 1:21-CV-07985-LJL
PURCHASED/FILED : September 20, 2023
STATE OF : New York
COURT : U.S. District
COUNTY/DISTRICT : Southern Dist.

# AFFIDAVIT OF SERVICE

*IN RE APPHARVEST SECURITIES LITIGATION*

Plaintiff(s)/Petitioner(s)

*vs*

Defendant(s)/Respondent(s)

STATE OF  DELAWARE          COUNTY OF  NEW CASTLE          , SS.:

___Sharlene Brooks_____ , being duly sworn deposes and says deponent is not a party herein,
and is over the age of eighteen years.    That on ___September 21, 2023___ at  1:57 PM _____
at _Corporation Service Company, 251 Little Falls Dr., Wilmington, DE 19808_____ deponent did serve the following:
(Address where service was accomplished.)

SUBPOENA TO PRESERVE DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND OTHER EVIDENCE IN A CIVIL ACTION

on:                                MASTRONARDI BEREA LLC

_____Witness_____ , (herein called recipient) therein named.

INDIVIDUAL ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said
person therein.

Left in the presence of "Jane Doe", CSC representative (per CSC policy they will no longer provide a name for acceptance). All documents must be left in the basket at front desk

CORP.  ☒  A corporation, by delivering thereat a true copy of each to _"Jane Doe"_
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said
individual to be _Corporation Service Company Representative_____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person,
including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the
defendant's place of employment.

| Previous attempts at personal service are as follows: | | | |
|---|---|---|---|
| on the _____ | day of _____ | at | _____ |
| on the _____ | day of _____ | at | _____ |
| on the _____ | day of _____ | at | _____ |
| on the _____ | day of _____ | at | _____ |
| on the _____ | day of _____ | at | _____ |

SUITABLE ☐  By delivering a true copy of each to _____ a person of suitable age and discretion
PERSON        who agreed to accept on behalf of the party.
Said premises is recipient's:    [  ] dwelling house (usual place of abode).    [  ] actual place of business

AFFIXING ☐  By affixing a true copy of each to the door of said premises, which is recipient's [  ] actual place of business [  ] dwelling house (usual
TO DOOR        place of abode) within the state.

On _____ deponent completed service under the last two sections by depositing a copy of the
MAILING ☐  above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and
COPY        Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Delaware.

The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

DESCRIPTION ☒  A description of the person served is as follows:
(use with #1, 2 or 3)  Sex _F_ Color of skin _Black___ Hair_Black___ Approx.Age _34_____ Approx.Height _5'7"_____
Approx. weight _150 lb_____ Other _____

WIT. FEES ☐ $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL ☐  To the best of my knowledge and belief, said person was not presently in military service of the United
States Government or on active duty in the military service in the State of New York at the time of
service.

Appeared before and Sworn to me on this

__22__ day of September, 2023

_____
NOTARY PUBLIC

Notary Stamp

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

_____
Sharlene Brooks 9/22/2023

**Invoice·Work Order # 2341248**

Attorney File #  **AppHarvest**