# Exhibit 14

# Invoice

Tornatore Law, LLC
50 Washington Street, Ste. 1012
Norwalk, Connecticut 06854
USA
Phone:  (203) 928-8082

Invoice Number 00014
Matter **AppHarvest**
Date of Issue 04/03/2024
Due Date **on receipt**

Billed To

Gregory Potrepka

Levi & Korsinsky, LLP

# $1,200.00 due on receipt from trust

Time Entries

| Date | Description | Hourly Rate | Qty | Line Total |
|---|---|---|---|---|
| 07/26/2022 | Attorney's Fees: rvw Am Compl and MTD opinion | $500.00 | 0.9 | $450.00 |
| 08/04/2022 | Attorney's Fees: Call with GP from LK re: representation of CWs and status up matter | $500.00 | 0.3 | $150.00 |
| 08/18/2022 | Attorney's Fees: Initial call with client     ; prep and send eng ltr | $500.00 | 0.5 | $250.00 |
| 08/26/2022 | Attorney's Fees: f/u em with | $500.00 | 0.1 | $50.00 |
| 01/11/2023 | Attorney's Fees: call with      re: rep; prep and send eng ltr | $500.00 | 0.6 | $300.00 |
| | | Time Entries Total: | 2.4 | $1,200.00 |

| | |
|---|---|
| Total | $1,200.00 |
| Amount Due | $1,200.00 |
| Funds in Trust | $10,000.00 |
| Trust Balance | $8,800.00 |

Outstanding Invoices

| Number | Due Date | Amount | Payments | Balance |
|---|---|---|---|---|
| 00014 (current) | 05/03/2024 | $1,200.00 | $1,200.00 | $0.00 |
| | | | Outstanding Balance | ($8,800.00) |

NOTE: FINAL BILL - Payment from funds in trust; remainder funds to be returned to Levi Korsinsky

1 of 1