# Exhibit 15



Lowenstein Sandler LLP
One Lowenstein Drive  Roseland, New Jersey  07068
Tel 973 597 2500  Fax  973 597 2400
Tax ID # 46-0920520

May 2, 2024

**Narzissenfeld, Alan**
**File No. 44537**
**Final Reconciliation**

| Date | Bill # | Payment | Total Billed | Narrative |
|------|--------|---------|--------------|-----------|
| 08/10/23 | | Wire | ($25,000.00) | Wire In-Levi & Korsinsky LLP |
| 10/03/23 | 1127704 | | $73,336.00 | |
| 10/17/23 | | Wire | ($73,336.00) | Wire In-Levi & Korsinsky LLP |
| 11/21/23 | 1135507 | | $14,901.50 | |
| 12/31/23 | 1141804 | | $224.00 | |
| 04/03/24 | 1157138 | | $738.50 | |
| | | | ($9,136.00) | Retainer Balance |
| 05/02/24 | | | $9,136.00 | Refund |
| | | | **$0.00** | |



Lowenstein Sandler LLP

New York   Palo Alto   New Jersey   Utah   Washington, DC
T: 973 597 2500    F: 973 597 2400
Tax ID # 46-0920520

**VIA EMAIL:  shopkins@zlk.com; gpotrepka@zlk.com**                    October 3, 2023

Invoice Number: 1127704
File No: 44537-2

Alan Narzissenfeld

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER ON YOUR CHECK AND RETURN THE ENCLOSED REMITTANCE COPY OF THIS PAGE.
PROFESSIONAL FEES, DISBURSEMENTS AND OTHER CHARGES ARE COMPILED AS ENTERED ON OUR RECORDS THROUGH THE BILLING DATE BELOW.
PROFESSIONAL FEES, DISBURSEMENTS OR OTHER CHARGES POSTED  SUBSEQUENT TO THAT DATE  WILL BE REFLECTED IN FUTURE INVOICES.

For professional services rendered through August 31, 2023 in connection with AppHarvest:

| | |
|---|---|
| Counsel Fee | $73,336.00 |
| **Total This Invoice** | $73,336.00 |

| **Lowenstein Sandler LLP** | |
|---|---|
| Payable on Receipt - Please reference Account Number: 44537; Invoice Number: 1127704 | |
| **Check Payment** | **Wire/ACH Transfer Instructions** |
| Payable To:  Lowenstein Sandler LLP | Bank Name    Citibank N.A. |
| Address:    One Lowenstein Drive | Account Name:    Lowenstein Sandler LLP ABA |
| Roseland, New Jersey 07068 | ABA/Routing No:    021000089 |
| | Account No:    4974881094 |
| | SWIFT Code:    CITIUS33 |

October 3, 2023                                Page 2                              Number: 1127704
Alan Narzissenfeld


**TIME DETAIL FOR MATTER 2 / AppHarvest:**

| Date | Timekeeper | Hours | Time Narrative |
|---|---|---|---|
| 08/04/23 | Behlmann, Andrew D. | 2.40 | Preliminary review of plan of liquidation; confer with M. Papandrea re: same; strategize re: opt-out mechanism |
| 08/04/23 | Etkin, Michael S. | 0.30 | Review emails and respond (internal) |
| 08/04/23 | Papandrea, Michael T. | 0.50 | Review chapter 11 docket, plan, disclosure statement and related pleadings |
| 08/07/23 | Papandrea, Michael T. | 1.70 | Review complaint, chapter 11 docket, plan, disclosure statement and related pleadings; review critical dates re: same |
| 08/10/23 | Behlmann, Andrew D. | 2.40 | Review plan; conference call with lead counsel re: plan |
| 08/10/23 | Lawler, Elizabeth B. | 1.40 | Prepare initial critical dates memo (1.2); set up attorney ECF notices (.2) |
| 08/10/23 | Papandrea, Michael T. | 1.10 | Review documents/pleadings re: chapter 11 case and class action; conference call with G. Potrepka, S. Hopkins, A. Behlmann and others re: case strategy; discussions with A. Behlmann re: same |
| 08/11/23 | Papandrea, Michael T. | 0.10 | Review bar date order; e-mails with E. Lawler re: same |
| 08/16/23 | Behlmann, Andrew D. | 0.40 | Conference call with lead counsel re: stay issues and bankruptcy strategy |
| 08/16/23 | Lawler, Elizabeth B. | 0.20 | Review docket and pleadings; update critical dates memo and attorney calendars |
| 08/16/23 | Papandrea, Michael T. | 1.30 | Conference call with G. Potrepka, A. Miller, R. Berger and A. Behlmann re: plan releases, position statement re: extension of stay, and related matters; e-mails re: same; review docket, plan and other pleadings re: same; review position statement |
| 08/17/23 | Behlmann, Andrew D. | 1.40 | Review and revise stay letter to SDNY District Court; confer with M. Papandrea re: same; e-mails re: same |
| 08/17/23 | Papandrea, Michael T. | 0.30 | Review position statement re: extension of automatic stay; e-mails re: same |
| 08/18/23 | Papandrea, Michael T. | 1.80 | Draft/review/revise 7023 motion; review various documents and pleadings in district court and chapter 11 cases re: same |
| 08/20/23 | Papandrea, Michael T. | 3.40 | Draft/review/revise 7023 motion; review various documents and pleadings in district court and chapter 11 cases re: same; discussions with A. Behlmann re: same |
| 08/21/23 | Lawler, Elizabeth B. | 0.30 | Review docket and pleadings; update critical dates memo and attorney calendars |
| 08/21/23 | Papandrea, Michael T. | 6.80 | Draft/review/revise 7023 motion; review various documents/pleadings re: same; discussions with A. Behlmann re: same; e-mails with G. Potrepka re: Committee objection to DIP financing |
| 08/22/23 | Lawler, Elizabeth B. | 0.70 | Research re: service of ballots and solicitation packages on client |
| 08/22/23 | Lawler, Elizabeth B. | 0.30 | Review docket and pleadings; update critical dates memo and attorney calendars |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

October 3, 2023                                          Page 3                                     Number: 1127704
Alan Narzissenfeld

**TIME DETAIL FOR MATTER 2 / AppHarvest:**

| Date | Timekeeper | Hours | Time Narrative |
|---|---|---|---|
| 08/22/23 | Papandrea, Michael T. | 10.90 | Draft/review/revise 7023 class certification motion; review various documents/pleadings re: same; e-mails/discussions with A. Behlmann and E. Lawler re: same |
| 08/23/23 | Papandrea, Michael T. | 2.40 | Draft/review/revise 7023 motion; review various documents/pleadings re: same; discussions/e-mails with B. Skelton, A. Behlmann and E. Lawler re: same |
| 08/24/23 | Behlmann, Andrew D. | 1.40 | Review and continue revising Rule 7023 motion; confer with M. Papandrea re: same |
| 08/24/23 | Lawler, Elizabeth B. | 1.80 | Prepare notice of appearance and pro hac applications for M. Etkin, A. Behlmann and M. Papandrea |
| 08/24/23 | Lawler, Elizabeth B. | 0.20 | Attention to calendar issues |
| 08/24/23 | Papandrea, Michael T. | 3.40 | E-mails/discussions with B. Skelton, A. Behlmann and E. Lawler re: 7023 motion, plan objection, notice of appearance and pro hac vice applications; review notice of appearance and pro hac vice applications; review/revise 7023 motion; review various documents/pleadings re: same |
| 08/25/23 | Behlmann, Andrew D. | 4.10 | Attend hearing on committee 9019 motion, bid procedures, second-day relief; review and revise NOA; review and continue revising Rule 7023 motion re: opt-out; telephone call with P. Venter (Sidley) re: settlement; telephone call with lead counsel re: same; confer (various) with M. Papandrea re: strategy |
| 08/25/23 | Lawler, Elizabeth B. | 2.20 | Revise pro hac applications |
| 08/25/23 | Lawler, Elizabeth B. | 0.70 | Finalize and efile notice of appearance and 3 pro hac applications |
| 08/25/23 | Papandrea, Michael T. | 1.50 | Attend 341 meeting of creditors; e-mails/discussions with A. Behlmann re: hearing; draft/review/revise confirmation objection; review documents/pleadings re: same |
| 08/27/23 | Behlmann, Andrew D. | 3.90 | Continue to review and revise Rule 7023 motion; review certificates of service re: opt-out deadline notices; confer with M. Papandrea re: same |
| 08/27/23 | Papandrea, Michael T. | 5.90 | Review various documents/pleadings re: confirmation objection; draft/review/revise same |
| 08/28/23 | Behlmann, Andrew D. | 7.90 | Draft final revisions and inserts to Rule 7023 motion; conference call with Sidley re: settlement of plan issues; e-mails with G. Potrepka re: proofs of claim and Rule 7023 motion / confirmation objection; numerous e-mails with debtors' counsel (Sidley) re: classwide opt-out; confer with M. Papandrea re: confirmation order language for same; review and revise draft of same |
| 08/28/23 | Papandrea, Michael T. | 2.60 | Conference call with Debtors' counsel, G. Potrepka, and A. Behlmann re: confirmation settlement; prepare for same; draft/review/respond to e-mails with Debtors' counsel, G. Potrepka, and A. Behlmann re: same; discussions with A. Behlmann re: same |
| 08/29/23 | Behlmann, Andrew D. | 1.10 | Conference call with Sidley re: deemed opt-out; confer (multiple) with M. Papandrea re: confirmation order inserts; review and revise same; e-mails with Sidley re: same |
| 08/29/23 | Lawler, Elizabeth B. | 0.40 | Review docket and pleadings; update critical dates memo and attorney calendars |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

October 3, 2023                                        Page 4                                    Number: 1127704
Alan Narzissenfeld

## TIME DETAIL FOR MATTER 2 / AppHarvest:

| Date | Timekeeper | Hours | Time Narrative |
|------|-----------|-------|----------------|
| 08/29/23 | Papandrea, Michael T. | 1.00 | Conference call with Debtor's counsel, G. Potrepka, and A. Behlmann re: resolution of confirmation objection and 7023 motion; e-mails/discussions with Debtor's counsel, G. Potrepka, and A. Behlmann re: same |
| 08/30/23 | Papandrea, Michael T. | 1.10 | Draft/review/respond to e-mails with Debtors' counsel, G. Potrepka, and A. Behlmann re: proposed language for sale order, document preservation procedures, and confirmation order; review docket/pleadings filed in chapter 11 cases |
| 08/31/23 | Behlmann, Andrew D. | 0.90 | Confer with M. Papandrea (multiple) re: reservation of rights; review and revise same; e-mails with debtors' counsel re: same |
| 08/31/23 | Lawler, Elizabeth B. | 1.00 | Review service requirements re: responses/objections to plan (.3); email to M. Papandrea re: same (.1); prepare certification of service; finalize (.2), efile (.2) and serve (.2) reservation of rights |
| 08/31/23 | Papandrea, Michael T. | 2.50 | Draft/review/revise reservation of rights re: voting and opt-out deadline; various e-mails/discussions with G. Potrepka, Debtors' counsel, A. Behlmann and E. Lawler re: same; review documents/pleadings re: same |

## TIMEKEEPER SUMMARY:

| Timekeeper Name | Hours Billed | Rate | Bill Amount |
|-----------------|-------------:|-----:|------------:|
| Behlmann, Andrew D. | 25.90 | $1,005.00 | $26,029.50 |
| Etkin, Michael S. | 0.30 | 1,365.00 | 409.50 |
| Papandrea, Michael T. | 48.30 | 910.00 | 43,953.00 |
| Lawler, Elizabeth B. | 9.20 | 320.00 | 2,944.00 |
| **TOTAL ALL TIMEKEEPERS** | **83.70** | | **$73,336.00** |

## THERE ARE NO DISBURSEMENTS FOR THIS MATTER

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.



Lowenstein Sandler LLP

New York   Palo Alto   New Jersey   Utah   Washington, DC

T: 973 597 2500    F: 973 597 2400

Tax ID # 46-0920520

**VIA EMAIL:  shopkins@zlk.com; gpotrepka@zlk.com**                    November 21, 2023

Invoice Number: 1135507

File No: 44537-2

Alan Narzissenfeld

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER ON YOUR CHECK AND RETURN THE ENCLOSED REMITTANCE COPY OF THIS PAGE. PROFESSIONAL FEES, DISBURSEMENTS AND OTHER CHARGES ARE COMPILED AS ENTERED ON OUR RECORDS THROUGH THE BILLING DATE BELOW. PROFESSIONAL FEES, DISBURSEMENTS OR OTHER CHARGES POSTED  SUBSEQUENT TO THAT DATE  WILL BE REFLECTED IN FUTURE INVOICES.

For professional services rendered through October 31, 2023 in connection with AppHarvest:

| | |
|---|---|
| Counsel Fee | $14,561.50 |
| Disbursements | 340.00 |
| Less: Payment Applied | -14,901.50 |
| **Total This Invoice** | $0.00 |

| **Lowenstein Sandler LLP** | |
|---|---|
| Payable on Receipt - Please reference Account Number: 44537; Invoice Number: 1135507 | |
| **Check Payment** | **Wire/ACH Transfer Instructions** |
| Payable To:   Lowenstein Sandler LLP | Bank Name    Citibank N.A. |
| Address:   One Lowenstein Drive | Account Name:   Lowenstein Sandler LLP ABA |
| Roseland, New Jersey 07068 | ABA/Routing No:   021000089 |
| | Account No:   4974881094 |
| | SWIFT Code:   CITIUS33 |

November 21, 2023                                                    Page 2                                          Number: 1135507
Alan Narzissenfeld

**TIME DETAIL FOR MATTER 2 / AppHarvest:**

| Date | Timekeeper | Hours | Time Narrative |
|---|---|---|---|
| 09/01/23 | Papandrea, Michael T. | 0.10 | Discussion with A. Behlmann re: proofs of claim |
| 09/02/23 | Papandrea, Michael T. | 0.20 | Review/respond to e-mails with Debtors' counsel and G. Potrepka re: sale order |
| 09/03/23 | Papandrea, Michael T. | 1.00 | Draft addenda for proofs of claim; e-mails with A. Behlmann re: same |
| 09/04/23 | Papandrea, Michael T. | 0.50 | Draft/review/respond to e-mails with Debtors' counsel, stalking horse purchaser's counsel, G. Potrepka, A. Behlmann and/or E. Lawler re: sale order and proofs of claim |
| 09/05/23 | Lawler, Elizabeth B. | 1.80 | Prepare individual and class proofs of claim, revisions to same, emails with M. Papandrea re: same |
| 09/05/23 | Papandrea, Michael T. | 2.00 | Various e-mails/discussions with purchaser's counsel, G. Potrepka, and A. Behlmann re: sale order; review plan, sale order, and related documents/pleadings re: same |
| 09/06/23 | Behlmann, Andrew D. | 2.30 | Numerous e-mails with M. Papandrea, Sidley, and lead counsel re: sale order; review and comment on multiple drafts of sale order language; confer with M. Papandrea re: sale order issues |
| 09/06/23 | Lawler, Elizabeth B. | 1.20 | Efile class claim and individual claim (.6); multiple emails and phone calls with claims agent and with M. Papandrea re: same (.6) |
| 09/06/23 | Papandrea, Michael T. | 4.10 | Review Debtors' amended plan, omnibus reply to sale objections, and other filings; various e-mails/discussions with Debtors' counsel, Equilibrium's counsel, G. Potrepka, A. Behlmann and others re: same and sale hearing/order; review proposed sale orders; attend sale hearing |
| 09/08/23 | Behlmann, Andrew D. | 1.20 | Review draft of confirmation order; confer with M. Papandrea re: same (multiple); e-mails with Sidley team re: plan issues |
| 09/08/23 | Papandrea, Michael T. | 1.10 | Review proposed confirmation order; e-mails/discussions with Debtors' counsel, G. Potrepka and A. Behlmann re: same |
| 09/11/23 | Papandrea, Michael T. | 0.20 | Discussions with G. Potrepka and A. Behlmann re: status of chapter 11 case and confirmation; review docket re: same |
| 09/13/23 | Lawler, Elizabeth B. | 0.20 | Review docket and pleadings; update critical dates memo and attorney calendars |
| 09/13/23 | Papandrea, Michael T. | 0.20 | Discussion with A. Behlmann re: confirmation hearing and related matters |
| 09/14/23 | Papandrea, Michael T. | 0.60 | Review proposed confirmation order; e-mails with G. Potrepka re: same |
| 09/14/23 | Papandrea, Michael T. | 0.60 | Appearance at confirmation hearing; e-mails with G. Potrepka re: same |
| 09/15/23 | Lawler, Elizabeth B. | 0.20 | Review docket and pleadings; update critical dates memo and attorney calendars |
| 10/10/23 | Lawler, Elizabeth B. | 0.20 | Review docket and pleadings; update critical dates memo and attorney calendars |
| 10/11/23 | Papandrea, Michael T. | 0.20 | Review docket/filings and plan administrator agreement |
| 10/27/23 | Lawler, Elizabeth B. | 0.20 | Review docket and pleadings; update critical dates memo and attorney calendars |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

November 21, 2023                                    Page 3                                    Number: 1135507
Alan Narzissenfeld

**TIMEKEEPER SUMMARY:**

| Timekeeper Name | Hours Billed | Rate | Bill Amount |
|---|---|---|---|
| Behlmann, Andrew D. | 3.50 | $1,005.00 | $3,517.50 |
| Papandrea, Michael T. | 10.80 | 910.00 | 9,828.00 |
| Lawler, Elizabeth B. | 3.80 | 320.00 | 1,216.00 |
| **TOTAL ALL TIMEKEEPERS** | **18.10** | | **$14,561.50** |
| Less: Payment Applied | | | -14,901.50 |
| **TOTAL ADJUSTED FEES** | | | **$-340.00** |

**DISBURSEMENTS FOR MATTER 2 / AppHarvest:**

| Description | Amount |
|---|---|
| Computerized legal research | $20.00 |
| Filing fees | 320.00 |
| **TOTAL DISBURSEMENTS** | **$340.00** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.



Lowenstein Sandler LLP
New York   Palo Alto   New Jersey   Utah   Washington, DC
T: 973 597 2500    F: 973 597 2400
Tax ID # 46-0920520

**VIA EMAIL:  shopkins@zlk.com; gpotrepka@zlk.com**

December 31, 2023

Invoice Number: 1141804
File No: 44537-2

Alan Narzissenfeld

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER ON YOUR CHECK AND RETURN THE ENCLOSED REMITTANCE COPY OF THIS PAGE.
PROFESSIONAL FEES, DISBURSEMENTS AND OTHER CHARGES ARE COMPILED AS ENTERED ON OUR RECORDS THROUGH THE BILLING DATE BELOW.
PROFESSIONAL FEES, DISBURSEMENTS OR OTHER CHARGES POSTED  SUBSEQUENT TO THAT DATE  WILL BE REFLECTED IN FUTURE INVOICES.

For professional services rendered through November 30, 2023 in connection with AppHarvest:

| | |
|---|---|
| Counsel Fee | $224.00 |
| **Total This Invoice** | $224.00 |

<table>
<tr><td colspan="2" align="center"><strong>Lowenstein Sandler LLP</strong><br>Payable on Receipt - Please reference Account Number: 44537; Invoice Number: 1141804</td></tr>
<tr><td><strong>Check Payment</strong><br>Payable To:   Lowenstein Sandler LLP<br>Address:    One Lowenstein Drive<br>               Roseland, New Jersey 07068</td><td><strong>Wire/ACH Transfer Instructions</strong><br>Bank Name   Citibank N.A.<br>Account Name:   Lowenstein Sandler LLP ABA<br>ABA/Routing No:   021000089<br>Account No:   4974881094<br>SWIFT Code:   CITIUS33</td></tr>
</table>

**TIME DETAIL FOR MATTER 2 / AppHarvest:**

| Date | Timekeeper | Hours | Time Narrative |
|---|---|---|---|
| 11/01/23 | Lawler, Elizabeth B. | 0.20 | Review docket and pleadings; update critical dates memo and attorney calendars |
| 11/06/23 | Lawler, Elizabeth B. | 0.30 | Review docket and pleadings; update critical dates memo and attorney calendars |
| 11/20/23 | Lawler, Elizabeth B. | 0.20 | Review docket and pleadings; update critical dates memo and attorney calendars |

**TIMEKEEPER SUMMARY:**

| Timekeeper Name | Hours Billed | Rate | Bill Amount |
|---|---|---|---|
| Lawler, Elizabeth B. | 0.70 | $320.00 | $224.00 |
| **TOTAL ALL TIMEKEEPERS** | **0.70** | | **$224.00** |

**THERE ARE NO DISBURSEMENTS FOR THIS MATTER**

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.