# Exhibit 16

# Phillips ADR

2101 E. Coast Highway, Suite 250
Corona del Mar, CA 92625
(949) 718-4547

---

Invoice submitted via email to:

September 5, 2023
Invoice #23854

Levi & Korsinsky LLP
Shannon Hopkins
shopkins@zlk.com
Greg Potrepka
gpotrepka@zlk.com

Re:   In re AppHarvest Securities Litigation
Client # 14248

|  | Amount |
|---|---|
| **Mediation Services** | **$22,500.00** |
| **Your responsibility of the split charges** | **$11,250.00** |
| | |
| **BALANCE DUE** | **$11,250.00** |

**Please remit payment using one of the following:**

| **PLEASE SEND CHECK TO** | **WIRE INSTRUCTIONS** |
|---|---|
| Phillips ADR Enterprises, P.C.,<br>2101 East Coast Highway, Suite 250<br>Corona del Mar, CA 92625<br><br>FEDERAL TAX ID 47-1443680 | First Republic Bank<br>2800 East Coast Highway<br>Corona del Mar, CA  92625<br>Telephone (949) 721-0988<br>Routing No. 321081669<br>Account No. 8000657931<br>SWIFT Code FRBBUS6S |

**PAYMENT DUE UPON RECEIPT OF INVOICE**

PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.