# Exhibit 17



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-763-95024 | May 23, 2022 | 1238-9244-5 | 4 of 4 |

**Ship Date:** May 16, 2022    **Cust. Ref.:** APPH    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 24805.71
Fuel Surcharge - FedEx has applied a fuel surcharge of 24.25% to this shipment.
Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Samantha Halliday Phillips | Clerk of the Superior Court | |
| Tracking ID | 776848635160 | Levi & Korsinsky, LLP | Hartford Judicial District | |
| Service Type | FedEx Priority Overnight | 35 Harris Street | 95 Washington Street | |
| Package Type | FedEx Envelope | FAIRFIELD CT  06824  US | HARTFORD CT  06106  US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | May 17, 2022 09:28 | Transportation Charge | | 28.04 |
| Svc Area | A1 | Earned Discount | | -10.50 |
| Signed by | D.THOMAS | Fuel Surcharge | | 4.25 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$21.79** |

**Ship Date:** May 19, 2022    **Cust. Ref.:** APPH    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 24805.71
Fuel Surcharge - FedEx has applied a fuel surcharge of 24.25% to this shipment.
Return: Original Tracking ID 776848635160
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Clerk of the Superior Court | Samantha Halliday Phillips | |
| Tracking ID | 791260983977 | Hartford Judicial District | Levi & Korsinsky, LLP | |
| Service Type | FedEx Priority Overnight | 95 Washington Street | 35 Harris Street | |
| Package Type | FedEx Envelope | HARTFORD CT  06106  US | FAIRFIELD CT  06824  US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 28.04 |
| Delivered | May 20, 2022 10:37 | Earned Discount | | -10.50 |
| Svc Area | A7 | Fuel Surcharge | | 5.54 |
| Signed by | see above | Residential Delivery | | 5.30 |
| FedEx Use | 000000000/186/02 | Print Return Label | | 1.05 |
| | | **Total Charge** | **USD** | **$29.43** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$124.49** |
| **Total FedEx Express** | **USD** | **$124.49** |