# Exhibit 18

| CLIENT | USER NAME | DAY | SPECIAL PRICING CHARGE | TAX AMOUNT | TOTAL CHARGE |
|---|---|---|---|---|---|
| APPH4585 | | 2022-10 | 2065.80 | 156.67 | 2222.47 |
| APPH4585 | | 2022-09 | 198.32 | 17.60 | 215.92 |
| APPH4585 | | 2023-08 | 158.97 | 14.11 | 173.08 |
| APPH4585 | | 2023-01 | 398.94 | 35.41 | 434.35 |
| APPH4585 | | 2022-05 | 17.32 | 1.54 | 18.86 |
| APPH4585 | | 2022-04 | 16.88 | 1.50 | 18.38 |
| APPH4585 | | 2021-12 | 1.50 | 0.13 | 1.63 |
| APPH4585 | | 2022-06 | 36.20 | 3.21 | 39.42 |
| APPH4585 | | 2021-12 | 1.50 | 0.13 | 1.63 |
| APPH4585 | | 2022-11 | 648.26 | 55.97 | 704.23 |
| APPH4585 | | 2022-10 | 112.55 | 8.56 | 121.11 |
| APPH4585 | | 2022-08 | 28.90 | 2.56 | 31.47 |
| APPH4585 | | 2022-07 | 267.11 | 23.71 | 290.81 |
| APPH4585 | | 2022-09 | 78.91 | 7.00 | 85.91 |
| APPH4585 | | 2023-08 | 386.47 | 31.04 | 417.51 |
| APPH4585 | | 2023-01 | 77.97 | 6.92 | 84.89 |
| APPH4585 | | 2023-03 | 26.62 | 2.36 | 28.98 |
| APPH4585 | | 2022-12 | 25.83 | 2.29 | 28.13 |
| APPH4585 | | 2022-11 | 825.85 | 73.29 | 899.14 |
| APPH4585 | | 2023-07 | 9.34 | 0.83 | 10.17 |
| APPH4585 | | 2023-01 | 134.68 | 11.95 | 146.63 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/12/2023 | 0.20 | 0.02 | 0.22 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/31/2023 | 0.24 | 0.02 | 0.26 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/25/2023 | 6.57 | 0.58 | 7.15 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/31/2023 | 20.45 | 1.82 | 22.27 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/24/2023 | 25.60 | 2.27 | 27.87 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/18/2023 | 27.92 | 2.48 | 30.4 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/17/2023 | 85.33 | 7.57 | 92.9 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/12/2023 | 97.95 | 8.69 | 106.64 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/26/2023 | 111.35 | 9.88 | 121.23 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/19/2023 | 113.17 | 10.04 | 123.21 |
| APPH4585 | HALLIDAY,SAMANTHA | 10/9/2023 | 187.43 | 16.63 | 204.07 |
| APPH4585 | HALLIDAY,SAMANTHA | 11/2/2023 | 29.83 | 2.65 | 32.48 |
| APPH4585 | WESTPHALEN,ARDEN | 1/23/2024 | 1.34 | 0.12 | 1.45 |
| APPH4585 | WESTPHALEN,ARDEN | 1/23/2024 | 5.66 | 0.5 | 6.16 |
| APPH4585 | MILLER,AMANDA | 1/19/2024 | 0.03 | 0 | 0.03 |
| APPH4585 | MILLER,AMANDA | 1/19/2024 | 0.32 | 0.03 | 0.35 |
| APPH4585 | MILLER,AMANDA | 1/29/2024 | 4.24 | 0.38 | 4.61 |
| APPH4585 | MILLER,AMANDA | 1/10/2024 | 4.76 | 0.42 | 5.18 |
| APPH4585 | MILLER,AMANDA | 1/22/2024 | 23.61 | 2.1 | 25.7 |
| APPH4585 | MILLER,AMANDA | 1/18/2024 | 32.22 | 2.86 | 35.08 |
| APPH4585 | MILLER,AMANDA | 1/23/2024 | 32.6 | 2.89 | 35.49 |
| APPH4585 | MILLER,AMANDA | 1/19/2024 | 32.61 | 2.89 | 35.5 |
| APPH4585 | MILLER,AMANDA | 1/25/2024 | 68.87 | 6.11 | 74.98 |
| APPH4585 | MILLER,AMANDA | 1/24/2024 | 85.49 | 7.59 | 93.07 |

| | | | | | |
|---|---|---|---|---|---|
| APPH4585 | MILLER,AMANDA | 2/12/2024 | 0.18 | 0.02 | 0.19 |
| APPH4585 | WESTPHALEN,ARDEN | 2/12/2024 | 0.45 | 0.04 | 0.49 |
| APPH4585 | MILLER,AMANDA | 2/2/2024 | 0.53 | 0.05 | 0.57 |
| APPH4585 | WESTPHALEN,ARDEN | 2/8/2024 | 6.73 | 0.6 | 7.33 |
| APPH4585 | WESTPHALEN,ARDEN | 2/8/2024 | 8.95 | 0.79 | 9.75 |
| APPH4585 | MILLER,AMANDA | 2/7/2024 | 11.41 | 1.01 | 12.43 |
| APPH4585 | MILLER,AMANDA | 2/8/2024 | 21.38 | 1.9 | 23.28 |
| APPH4585 | WESTPHALEN,ARDEN | 2/9/2024 | 21.54 | 1.91 | 23.45 |
| APPH4585 | MILLER,AMANDA | 2/9/2024 | 27.56 | 2.45 | 30.01 |
| APPH4585 | MILLER,AMANDA | 2/13/2024 | 42.12 | 3.74 | 45.86 |
| APPH4585 | WESTPHALEN,ARDEN | 2/9/2024 | 43.27 | 3.84 | 47.11 |
| APPH4585 | BERGER,RACHEL | 2/22/2024 | 0.17 | 0.02 | 0.18 |
| APPH4585 | BERGER,RACHEL | 2/22/2024 | 33.24 | 2.95 | 36.19 |
| APPH4585 | TASH,JENN | 5/8/2024 | 0.01 | 0 | 0.01 |
| APPH4585 | TASH,JENN | 5/8/2024 | 0.76 | 0.07 | 0.83 |
| APPH4585 | TASH,JENN | 5/8/2024 | 5.05 | 0.45 | 5.5 |
| APPH4585 | HALLIDAY,SAMANTHA | 5/9/2024 | 7.33 | 0.65 | 7.98 |
| APPH4585 | TASH,JENN | 5/7/2024 | 15.7 | 1.39 | 17.09 |
| APPH4585 | HALLIDAY,SAMANTHA | 5/7/2024 | 71.21 | 6.32 | 77.53 |
| APPH4585 | WESTPHALEN,ARDEN | 5/9/2024 | 0.48 | 0.04 | 0.52 |
| APPH4585 | WESTPHALEN,ARDEN | 5/7/2024 | 30.73 | 2.73 | 33.46 |
| APPH4585 | WESTPHALEN,ARDEN | 5/7/2024 | 49.5 | 4.39 | 53.89 |
| APPH4585 | BERGER,RACHEL | 4/8/2024 | 0.03 | 0 | 0.04 |
| APPH4585 | BERGER,RACHEL | 4/26/2024 | 0.03 | 0 | 0.04 |
| APPH4585 | BERGER,RACHEL | 4/28/2024 | 0.13 | 0.01 | 0.15 |
| APPH4585 | BERGER,RACHEL | 4/8/2024 | 0.26 | 0.02 | 0.28 |
| APPH4585 | BERGER,RACHEL | 4/8/2024 | 0.44 | 0.04 | 0.48 |
| APPH4585 | BERGER,RACHEL | 4/26/2024 | 0.44 | 0.04 | 0.48 |
| APPH4585 | BERGER,RACHEL | 4/28/2024 | 0.89 | 0.08 | 0.97 |
| APPH4585 | BERGER,RACHEL | 4/18/2024 | 3.25 | 0.29 | 3.53 |
| APPH4585 | BERGER,RACHEL | 4/26/2024 | 20.14 | 1.79 | 21.93 |
| APPH4585 | BERGER,RACHEL | 4/19/2024 | 23.21 | 2.06 | 25.27 |
| APPH4585 | BERGER,RACHEL | 4/15/2024 | $76.94 | $6.83 | $83.76 |
| APPH4585 | BERGER,RACHEL | 4/10/2024 | $78.90 | $7.00 | $85.90 |
| APPH4585 | BERGER,RACHEL | 4/17/2024 | $84.76 | $7.52 | $92.28 |
| APPH4585 | BERGER,RACHEL | 4/28/2024 | $94.35 | $8.37 | $102.72 |
| APPH4585 | BERGER,RACHEL | 4/11/2024 | $116.46 | $10.34 | $126.80 |
| APPH4585 | BERGER,RACHEL | 4/16/2024 | $172.26 | $15.29 | $187.55 |
| APPH4585 | BERGER,RACHEL | 5/1/2024 | $0.06 | $0.01 | $0.06 |
| APPH4585 | BERGER,RACHEL | 5/6/2024 | $0.12 | $0.01 | $0.13 |
| APPH4585 | BERGER,RACHEL | 5/1/2024 | $0.38 | $0.03 | $0.42 |
| APPH4585 | BERGER,RACHEL | 5/6/2024 | $0.76 | $0.07 | $0.83 |
| APPH4585 | BERGER,RACHEL | 5/5/2024 | $11.70 | $1.04 | $12.74 |
| APPH4585 | BERGER,RACHEL | 5/6/2024 | $36.24 | $3.22 | $39.45 |
| APPH4585 | BERGER,RACHEL | 5/3/2024 | $57.14 | $5.07 | $62.21 |
| APPH4585 | BERGER,RACHEL | 5/2/2024 | $63.35 | $5.62 | $68.97 |
| APPH4585 | BERGER,RACHEL | 5/1/2024 | $76.67 | $6.80 | $83.48 |

$2,520.42