# Exhibit 20

| Activity | Purchase Date | Document Price | General Expense Codes |
|---|---|---|---|
| Cap IQ Search | 2023-05 | 0 | APPH 4585 |
| Cap IQ Search | 2023-06 | 0 | APPH 4585 |
| Cap IQ Search | 2023-05 | 6.46 | APPH 4586 |