# Exhibit 21

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

February 12, 2023

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation                    21-1214-43-APPH
Invoice #        26986
Billing Period:    01/01/23 - 01/31/23

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/23 | KK | Investigation<br>Receive email communication from CW ▇▇▇▇ Follow-on communications with client and witness. | 0.10 | 25.00 |
| 01/09/23 | KK | Investigation<br>Review of prior contacts with ▇▇▇▇. Follow-on discussion with G.Potrepka re recent ▇▇▇▇ contact and prior contacts/follow-ups with witness. With client, call in attempt to reach witness (subject unavailable and LM). | 0.60 | 150.00 |
| 01/10/23 | KK | Investigation<br>Receive/review voicemail from ▇▇▇▇ re subject's availability. Follow-on communications with G.Potrepka re same. With client, call to ▇▇▇▇ and arrange to forward CAC and forwarding (by client) of information for representation. Brief post-call discussion with client re ▇▇▇▇ follow-up. | 0.30 | 75.00 |
| | | | 1.00 | $250.00 |

Investigator Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ken Keatly | 1.00 | 250.00 | $250.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

January 8, 2023

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation                    21-1214-43-APPH
Invoice #          26972
Billing Period:    12/01/22  -  12/31/22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/12/22 | KK | Investigation<br>Supplemental review of case materials in preparation for calling ███████, including dbase/online research re subject.  Calls to ███████ witness declines to be interviewed.  Prepare and forward update to client re contact with ███████ | 0.40 | 100.00 |
| | | | 0.40 | $100.00 |

Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 0.40 | 250.00 | $100.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

September 11, 2022

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation          21-1214-43-APPH
Invoice #          26876
Billing Period:    07/25/22  -  08/31/22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 07/25/22 | KK | **Investigation** <br> Communications with G.Potrepka re filing of CAC and scheduling case discussion re CW follow-ups. | 0.10 | 25.00 |
| 07/26/22 | KK | **Investigation** <br> Receive and briefly review CAC forwarded by client re CW references therein. Discussion with G.Potrepka re CW follow-up strategies and objectives. Receive/review client communications to ████. | 0.50 | 125.00 |
| 08/04/22 | KK | **Investigation** <br> Communications with G.Potrepka re following up with CWs re representation and initiating outreach 08/08/2022. | 0.10 | 25.00 |
| 08/05/22 | KK | **Investigation** <br> Receive/review communications received from CW ████. Call to G.Potrepka re same and ██. Discussion with G.Potrepka and ████████ communication and follow-up to witness re same. | 0.30 | 75.00 |
| 08/08/22 | KK | **Investigation** <br> Receive/review communication from client to ████. Coordinating communications with G.Potrepka re CW follow-ups. With client, calls in attempts to reach ████████. See witness contact log for details. With client, participate in follow-up calls with ████ and ████. Additional coordinating discussion with client re follow-up attempts to CWs going forward. | 0.80 | 200.00 |
| 08/16/22 | KK | **Investigation** <br> Communications with G.Potrepka re resuming efforts to reach CWs. With client, calls in attempts to reach ████████. See witness contact log for details. | 0.30 | 75.00 |
| 08/17/22 | KK | **Investigation** <br> With G.Protepka, follow-up calls with ████████. With client, calls in attempts to reach ████████. See | 0.30 | 75.00 |

L.R. Hodges & Associates, Ltd.                                                                    Page    2
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | witness contact log for details.  Receive/review client communications to ███████████████ . | | |
| 08/23/22 | KK | Investigation<br>Receive/review communications between client and ██████ . | 0.10 | 25.00 |
| 08/24/22 | KK | Investigation<br>Discussion with G.Potrepka re sending text communications to ████████<br>████████ .  Prepare and forward text communications to ████████<br>████ (cc G.Potrepka). | 0.20 | 50.00 |
| | | | 2.70 | $675.00 |

## Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 2.70 | 250.00 | $675.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

December 11, 2022

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation          21-1214-43-APPH
Invoice #          26937
Billing Period:    11/01/22  -  11/30/22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/15/22 | JC | Investigation<br>Communications with KK re instructions from client re locating ███████ Incorporate ████████ profile into DWL.  Preliminary dbase searches to locate ██████.  Receive/review search results.  Begin process of confirming locate results.  Cross directory searches to develop/affirm current telephone listings.  Calls to numbers to confirm current/accurate.  Incorporate results into DWL9 and forward to KK. | 0.40 | 64.00 |
| | KK | Investigation<br>Communications with client re recent company developments, including departure of ████████████ ████████, and contacting same.  Forward to JC for locate search. | 0.10 | 25.00 |
| | | | 0.50 | $89.00 |

Additional Charges :

| | | |
|---|---|---|
| Specialized Databases | | 9.50 |
| Total costs | | $9.50 |

| | | |
|---|---|---|
| Total amount of this bill | | $98.50 |

**Investigator Summary**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 0.10 | 250.00 | $25.00 |
| Jackie Cahill | 0.40 | 160.00 | $64.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

July 9, 2022

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation                 21-1214-43-APPH
Invoice #          26846
Billing Period:    06/01/22  -  06/30/22

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/22 | HL | Investigation<br>Receive ICU from KK and incorporate newly identified witness leads and other updates into DWL8.  Cross-reference six newly identified witness leads from ICU against specialized dbases to develop additional relevant background details.  Review results.  Incorporate relevant details into DWL8 and distribute to investigation team. | 1.20 | 192.00 |
| | KK | Investigation<br>Communications with client re contact information and follow-up strategies for ███████.  Continue and complete drafting summary of interview with client and ███████.  Continue and complete drafting summary of interview with client and ███████.  Prepare ICU re subjects/leads referenced by ██████ and forward same to ██ for supplemental research and inclusion of subjects in DWL. | 3.10 | 775.00 |
| 06/09/22 | HL | Investigation<br>Perform due diligence to confirm employment status of prospective witness.  Email findings to KK. | 0.20 | 32.00 |
| | KK | Investigation<br>Receive/review DWL8 and update from ██ re status of witness development research.  Calls to █████████  Communications with client re efforts to reach ██████ including email/text.  Prepare email communication and forward same to ██████. | 0.30 | 75.00 |
| 06/10/22 | KK | Investigation<br>Finalize and forward to client (draft) summaries of interviews with ███████████████. | 0.20 | 50.00 |
| 06/13/22 | KK | Investigation<br>Calls in attempt to reach ███████  See witness contact log for details. | 0.10 | 25.00 |
| 06/14/22 | KK | Investigation<br>Calls in attempt to reach ███████.  See witness contact log for details.  Receive/review client-reviewed draft of ██████ supplemental interview. | 0.40 | 100.00 |

L.R. Hodges & Associates, Ltd.                                                          Page    2
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | Finalize summaries of ████████████ supplemental interviews. Prepare update and forward ████████████ summaries to client, (cc LH). Communications with client re contacting subject ██████. | | |
| 06/14/22 | LH | Investigation<br>Receive/review investigation update from KK to client, including attached summaries of interviews with ████████████. | 0.10 | 25.00 |
| 06/15/22 | KK | Investigation<br>Receive reply from ██████ re availability for follow-up interview. Communications with client re same.  Follow-on communications with witness confirming date/time for interview, including preparation and forwarding of calendar invitation.  Calls in attempt to reach ██████ See witness contact log for details. | 0.30 | 75.00 |
| 06/16/22 | KK | Investigation<br>Contact with ██████ subject declines to be interviewed. Receive/review communication forwarded by client to witness ██████ Communications with client re ████████. | 0.30 | 75.00 |
| 06/17/22 | KK | Investigation<br>With G.Protepka, participate in scheduled supplemental interview with ██████.  Post-call discussion with client re ██████, also apprise re investigation costs (approx. $12,000+) and receive authorization to proceed with ██████ summary.  Begin drafting summary of supplemental interview with ██████ | 2.00 | 500.00 |
| 06/20/22 | KK | Investigation<br>Continue and complete drafting summary of supplemental joint interview with ██████.  Forward draft summary of ██████ supplemental interview to G.Potrepka for review ahead of final distribution. | 3.70 | 925.00 |
| 06/21/22 | KK | Investigation<br>Receive/review ██████ draft summary from client and follow-on discussion with client re same, also discuss reaching out to ██████ Forward final ██████ summary to client, (cc ██.  Call to and follow-up discussion with ██████  Brief client re ██████ follow-up.  Retrieve and re-forward client's email to witness. | 0.50 | 125.00 |
| | LH | Investigation<br>Receive and review supplemental interview summary for ██████. | 0.10 | 25.00 |
| 06/22/22 | KK | Investigation<br>Communications with G.Potrepka re following up with ██████ re client's follow-up questions.  Call to ████████.  Communications with client re efforts to reach ██████ | 0.20 | 50.00 |
| 06/23/22 | KK | Investigation<br>Call in attempt to reach ██████  See witness contact log for details. | 0.10 | 25.00 |
| 06/24/22 | KK | Investigation<br>Receive/review client's communication to ██████ with accompanying draft allegations.  Brief review of same. | 0.20 | 50.00 |

L.R. Hodges & Associates, Ltd.                                                      Page    3
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/27/22 | KK | Investigation<br>Communications with G.Potrekpa re text overture to ▓▓▓▓  Prepare text per client and forward same to witness.  Receive witness replies and brief client re same.  Prepare summary of text exchanges with ▓▓▓▓ and forward same to client. | 0.70 | 175.00 |
| 06/29/22 | KK | Investigation<br>Discussion with G.Potrepka re areas for follow-up with ▓▓▓▓ and with client, call to and ▓▓▓▓.  Receive/review client email with communication for ▓▓▓▓ and prepare text and email re same; forward to ▓▓▓▓.  Receive/review ▓▓▓▓ reply. | 0.50 | 125.00 |
| | | | 14.20 | $3,424.00 |

Additional Charges :

| | |
|---|---|
| Specialized Databases | 24.00 |
| Total costs | $24.00 |
| Total amount of this bill | $3,448.00 |

### Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 12.60 | 250.00 | $3,150.00 |
| Lynne Hodges | 0.20 | 250.00 | $50.00 |
| Laura Hodges | 1.40 | 160.00 | $224.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

June 13, 2022

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation                  21-1214-43-APPH
Invoice #          26842
Billing Period:   05/01/22  -  05/31/22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 05/03/22 | KK | **Investigation**<br>Participate in discussion with G.Potrepka and ███████ re review of MTD, client's timeline for filing new Amended Complaint in approximately 30 days (June 1, 2022), resuming investigation re subjects referenced by ████████ undertaking new witness development research, and providing preliminary $5000 authorization.  Receive/review CAC and MTD.   Brief LRH&A office administration re client communications and budget authorization. | 1.30 | 325.00 |
| 05/04/22 | HL | **Investigation**<br>Receive supplemental witness development request from KK.  Conduct dbase research using primary search terms.  Receive/review responsive hits.  Review 95 profiles and download relevant responses.  Forward relevant responses to KK for review.   Receive prioritized witness leads from KK.  Incorporate ██ prospective witnesses into DWL.  Preliminary dbase searches to locate ██ prospective witnesses.  Begin process of confirming locate results.  Cross directory searches to develop/affirm current telephone listings.  Calls to numbers to confirm current/accurate. Incorporate results into DWL6 and distribute to investigation team. | 4.90 | 784.00 |
| | KK | **Investigation**<br>Review DWL4 and updates re witness development research from earlier investigation phase.  Prepare supplemental witness development research directions and forward same to HL to initiate research. Receive/review results from HL supplemental witness development research.  Prioritize results therein for locate searches and inclusion in DWL.  Forward prioritized results to HL for follow-on research. Dbase/online research re recent defendant company developments. Retrieve/review 1Q22 earnings call transcript.  Make edits/annotations to DWL re witness contact results to ensure completeness.  Forward updated witness list to HL. | 2.30 | 575.00 |
| 05/05/22 | KK | **Investigation**<br>Receive/review DWL6 and update from HL re status of witness development research.  Calls in attempts to reach the following subjects: | 4.90 | 1,225.00 |

L.R. Hodges & Associates, Ltd.                                                                Page    2
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | ██████████████████████████████ ██████████████████████. See witness contact log for details. Conduct interview with ████ Preliminary discussion/case introduction with ██████; arrange for follow-up calla at later dates/times. Contact with ████████ subject declines to be interviewed. Begin drafting summary of interview with ████ | | |
| 05/06/22 | KK | Investigation<br>Calls in attempts to reach the following subjects: ████████████ ██████████████████████████. See witness contact log for details. Make edits/annotations and updates to DWL to reflect results of ongoing witness outreach. Continue and complete drafting summary of interview with ████. Begin drafting consolidated investigation update of witness contacts. | 2.40 | 600.00 |
| 05/09/22 | KK | Investigation<br>Calls in attempts to reach the following subjects: ████████████████████████████████████ See witness contact log for details. Conduct brief interviews with ████████ and ████. Continue and complete drafting investigation update. Discussion with G.Potrepka re investigation activity, ████ interview, results of other witness contacts, also apprise re investigation costs (approaching $5000; client to provide follow-on direction). Forward investigation update, including completed summary of interview with ████, to client, investigation team, and LH. | 1.90 | 475.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ████, as well as detailed witness contact update. Response from G.Potrepka re assessment of remaining witness pool. | 0.10 | 25.00 |
| 05/11/22 | KK | Investigation<br>Communications with client scheduling case discussion and ████ follow-up. Participate in scheduled case discussion with client re scope of investigation going forward, including assessment of witness pool, providing client update, and receive supplemental $1500 authorization. With G.Potrepka, calls in attempt to reach ████ for scheduled follow-up; witness unavailable and LM. Follow-on communications with client re same. Calls in attempts to reach the following subjects: ████████████████████████████ See witness contact log for details. Preliminary discussions/case introductions with ██████████; arrange for follow-up calls at later date/time. Contact with ████ subject declines to be interviewed. Make edits/additions/annotations and updates to DWL; forward annotated witness list to client. | 2.30 | 575.00 |

L.R. Hodges & Associates, Ltd.                                                    Page    3
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 05/12/22 | HL | Investigation<br>Discussion with KK re witness locate.  Preliminary dbase searches to locate prospective witness ███████  Begin process of confirming locate results.  Cross directory searches to develop/affirm current telephone listings.  Calls to numbers to confirm current/accurate.  Incorporate results into DWL7 and distribute to investigation team. | 0.30 | 48.00 |
| | KK | Investigation<br>Call to G.Potrepka and LM.  Prepare communication to witness ██████ and forward same, including CAC, to witness.  Calls in attempts to reach the following subjects: ███████████████████████ ████████████████████████████████ ███████████████████████████████████.  See witness contact log for details.  Preliminary discussion/case introduction with ████████  arrange for follow-up call at later date/time.  Contact with ████████  subject declines to be interviewed.  Briefing discussion with G.Potrepka re results of recent witness outreach, including preliminary discussions/case introductions and pending follow-ups with ██████████ ████████.  Prepare and forward calendar invitation to ████████ (cc client).  Calls in attempts to reach ██████████ for scheduled follow-up; witness unavailable and LM.  Communications with HL re locate/supplemental locate search for select subject.  Communications with client re efforts to contact ████████ | 1.80 | 450.00 |
| 05/13/22 | KK | Investigation<br>Receive/review DWL7 and update from HL re status of witness development research.  Calls in attempts to reach the following subjects: ████████████████████████████ ████████████████████████████████.  See witness contact log for details.  Follow-up contact with ████████; subject declines to be interviewed.  Prepare and forward brief investigation update to client. | 0.90 | 225.00 |
| 05/16/22 | KK | Investigation<br>Calls in attempts to reach the following subjects: ██████████████ █████████████████████████████.  See witness contact log for details.  Preliminary discussion/case introduction with ██████; arrange for follow-up contact at later date/time.  Contact with ████████; subject declines to be interviewed. | 0.80 | 200.00 |
| 05/17/22 | KK | Investigation<br>Calls in attempts to reach the following subjects: ██████████████ █████████████████████████████.  See witness contact log for details.  Preliminary discussion/case introduction with ██████████  arrange for follow-up call at later date/time. | 0.60 | 150.00 |

L.R. Hodges & Associates, Ltd.                                                                  Page    4
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 05/18/22 | KK | Investigation<br>Review contact log and witness contact notes in preparation for briefing discussion with client.  Briefing discussion with G.Potrepka re results of continuing witness outreach, apprise re investigation costs and receive supplemental $1500 authorization.  Communications with LRH&A office administration re client communications.  Calls in attempts to reach the following subjects: ██████████████████████████ ████████████████████████████████████████ ████████████████████████<br>Make edits/additions and updates to DWL to reflect results of ongoing witness outreach. | 1.20 | 300.00 |
| 05/19/22 | KK | Investigation<br>Communications (including calls, email, and text) to ████████ to confirm scheduled follow-up call for later in day.  Receive email reply from ████████ re-scheduling discussion.  Communications with client re same.  Follow-on communications with ████████ confirming day/time for rescheduled call.  Prepare and forward calendar invitation to ████████ Calls in attempts to reach ████████████████████ for scheduled follow-ups; witnesses unavailable and LMs.  Calls in attempts to reach the following subjects: ████████████████████████████ ████████████████████████████████████████ ████████████. See witness contact log for details.  Contact with ████████████████████; determine subject not a former employee of defendant company. | 1.40 | 350.00 |
| 05/20/22 | KK | Investigation<br>Calls in attempts to reach the following subjects: ████████████████ ████████████████████████████████████████ ████████████████. See witness contact log for details.  Prepare and forward brief update to client re investigation activity. | 0.50 | 125.00 |
| 05/23/22 | KK | Investigation<br>Calls in attempts to reach the following subjects: ████████████ ████████████████████████████████████ ████████████. See witness contact log for details.  Conduct interview with ████████████████████ | 1.20 | 300.00 |
| 05/24/22 | KK | Investigation<br>Calls in attempt to reach ████████████████████. See witness contact log for details.  Review notes from interview with ████████ and prepare outline for client briefing re same.  Briefing discussion with G.Potrepka re witness contacts/outreach, interview with ████████ drafting summary of same, and following up with ████████ to confirm scheduled interview.  Follow-on communications with client re ████████ Draft summary of ████████ interview.  Prepare and forward email inquiry to ████████ re availability.  Prepare investigation update and forward same, including summary of ████████ interview, to client, (cc LH). | 3.20 | 800.00 |

L.R. Hodges & Associates, Ltd.                                                       Page    5
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 05/24/22 | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for ▮▮▮▮▮▮, and additional witness status update. | 0.10 | 25.00 |
| 05/25/22 | KK | Investigation<br>Calls in attempts to reach the following subjects: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  See witness contact log for details. | 0.40 | 100.00 |
| 05/26/22 | KK | Investigation<br>Calls in attempt to reach ▮▮▮▮▮; see witness contact log for details. Communications with client re additional communication options for ▮▮▮▮▮ and confirming pending interview for 05/27/2022.  Receive calendar acceptance from ▮▮▮▮.  Follow-on communications with client re same.  Calls in attempts to reach the following subjects: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ See witness contact log for details. | 0.60 | 150.00 |
| 05/27/22 | KK | Investigation<br>Schedule joint-call with ▮▮▮▮▮ and client for 05/31/2022. Communications with client re ▮▮▮▮ availability.  With client, participate in scheduled interview with ▮▮▮▮▮ | 1.20 | 300.00 |
| 05/31/22 | KK | Investigation<br>Begin drafting summary of interview with client and ▮▮▮▮. Discussion with G.Potrekpa re investigation activity, including investigations costs (approx. $9000) and receive supplemental $1500 authorization; also discuss possibly arranging in-person meeting with client and ▮▮▮▮  Calls to ▮▮▮▮ re subject's availability and location. Brief client re same.  Supplemental review of ▮▮▮▮▮ interview summary in preparation for scheduled interview with witness and client. With client, participate in scheduled interview with ▮▮▮▮▮  Post-call with client re ▮▮▮▮ interview and drafting summary of same, also confirm contacting ▮▮▮▮ per contact details provided by ▮▮▮. Begin drafting summary of interview with ▮▮▮▮. | 7.30 | 1,825.00 |
| | | | 41.60 | $9,932.00 |

Additional Charges :

Specialized Databases                                                          731.20

Total costs                                                                  $731.20

Total amount of this bill                                                 $10,663.20

L.R. Hodges & Associates, Ltd.                                                                    Page    6
AppHarvest, Inc. Securities Litigation

Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 36.20 | 250.00 | $9,050.00 |
| Lynne Hodges | 0.20 | 250.00 | $50.00 |
| Laura Hodges | 5.20 | 160.00 | $832.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

April 10, 2022

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation                    21-1214-43-APPH
Invoice #          26794
Billing Period:     03/01/22  -  03/31/22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 03/02/22 | KK | Investigation<br>Receive/review emails sent by G.Potrepka to            and            ,<br>including reply received from          . | 0.10 | 25.00 |
| 03/04/22 | HL | Investigation<br>Discussion with KK re adding newly identified witness leads to DWL.<br>Cross-reference 10 newly identified witness leads from KK against<br>specialized dbases to develop additional relevant background details.<br>Review results.  Incorporate relevant details into DWL4. | 0.90 | 144.00 |
|  | KK | Investigation<br>Receive/review communications from witness            , including<br>multiple leads and contact details, and photographs of defendant<br>company greenhouse.  Call to client and LM.  Discussion with<br>             and forward emails to client.  Follow-on communications<br>with client re reaching out to          and leads provided, also apprise<br>re investigation costs (approx. $18,750) and receive authorization to<br>$20,000.  Communications with LRH&A office administration re client<br>communications and budget increase authorization.  Follow-up call to<br>          and schedule call with witness and client for 03/08/2022.<br>Prepare update re         follow-up and forward same to client.<br>Receive calendar invitation details from client.  Prepare invitation to<br>          and forward same.  Follow-on communications with HL re<br>adding details of subjects identified by           to DWL. | 0.70 | 175.00 |
| 03/07/22 | KK | Investigation<br>Receive/review DWL4 and update from HL re status of witness<br>development research.  Dbase/online research re recent company<br>developments, including review of 1Q21 earnings call transcript.  Calls<br>in attempts to reach the following subjects:<br><br>                              , and            .<br><br>See witness contact log for details. | 0.70 | 175.00 |

L.R. Hodges & Associates, Ltd.                                                                      Page    2
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 03/08/22 | KK | Investigation<br>Receive voicemail message from            .  Contact and conduct interview with            ; per witness, arrange interview with subject's son (         ) for later date/time.  Begin drafting summary of interview with         .  With client, participate in scheduled interview with         .  Post-call discussion with client re         interview. | 4.70 | 1,175.00 |
| 03/09/22 | KK | Investigation<br>Continue and complete drafting summary of interview with            .  Calls in attempt to reach            for scheduled interview; witness unavailable and LM.  Begin drafting summary of supplemental interview with            . | 4.70 | 1,175.00 |
| 03/10/22 | KK | Investigation<br>Continue drafting summary of supplemental interview with            . | 2.80 | 700.00 |
| 03/11/22 | KK | Investigation<br>Final review of and edits/additions to summary of interview with            .  Calls in attempt to reach            .  See witness contact log for details.  Conduct interviews with            and        .  Draft summary of interview with         .  Begin drafting summary of interview with            . | 4.60 | 1,150.00 |
| 03/14/22 | KK | Investigation<br>Continue drafting summary of interview with            .  Continue drafting summary of lengthy supplemental interview with            . | 3.40 | 850.00 |
| 03/15/22 | KK | Investigation<br>Brief G.Potrepka re investigation budget ($24,000), results of interviews with            , and            , following up with         , and holding on further investigation.  Call to            and LM.  Complete drafting summary of supplemental interview with         .  Complete drafting summary of interview with            .  Final review of and edits/additions to summaries of interviews with            and            .  Prepare investigation update briefing and forward completed summaries for            and            to client (cc LH).  Prepare and forward draft summary of         supplemental interview to client for review ahead of broader distribution. | 3.50 | 875.00 |
|  | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summaries for            and            . | 0.10 | 25.00 |
| 03/22/22 | KK | Investigation<br>Communications with client re            draft summary.  Finalize draft and forward same to client. |  | NO CHARGE |
|  | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for            . | 0.10 | 25.00 |
|  |  |  | 26.30 | $6,494.00 |

L.R. Hodges & Associates, Ltd.                                                                              Page    3
AppHarvest, Inc. Securities Litigation

Additional Charges :

|  | Amount |
|---|---|
| Specialized Databases | 9.60 |
| Total costs | $9.60 |
| Total amount of this bill | $6,503.60 |

### Investigator Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Ken Keatly | 25.20 | 250.00 | $6,300.00 |
| Lynne Hodges | 0.20 | 250.00 | $50.00 |
| Laura Hodges | 0.90 | 160.00 | $144.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

March 12, 2022

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation                    21-1214-43-APPH
Invoice #          26770
Billing Period:    02/01/22  -  02/28/22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 02/01/22 | KK | Investigation<br>Discussion with client re pending          supplemental call and RootAI impairment.  With client, call to        ; witness unavailable.  Additional call to        and     .  Receive call from          and provide contact information for forwarding to other subjects, also schedule follow-up discussion with witness and client for later date/time.  With client, participate in scheduled follow-up with          .  Post-call discussion with client re same. | 0.60 | 150.00 |
| 02/02/22 | KK | Investigation<br>Brief discussion with G.Potrepka and          ahead of scheduled interview with        .  With client, participate in scheduled interview with       .  Post-call discussion with client re         interview and confirming investigation objectives (continue trying to reach prospective CWs and outreach to new witnesses).  Provide investigation cost update (approx. $12,300).  Calls in attempts to reach the following subjects:<br><br>                    and        .  See witness contact log for details.  Begin drafting summary of supplemental interview with        . | 3.70 | 925.00 |
| 02/03/22 | KK | Investigation<br>Continue drafting summary of joint interview with          and client. | 2.20 | 550.00 |
| 02/04/22 | KK | Investigation<br>Calls in attempts to reach                        , and        .  See witness contact log for details.  Continue and complete drafting summary of supplemental/joint-interview with       . | 1.60 | 400.00 |
| 02/07/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br><br>                    , and          .  See witness contact log for details.  Follow-up contact with           and | 1.50 | 375.00 |

L.R. Hodges & Associates, Ltd.                                                    Page    2
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | schedule joint-interview with subject and client for later date/time. Prepare and forward update to client re          .  Discussion with LH re investigation activity and client communications. | | |
| 02/07/22 | LH | Investigation<br>Review client follow-up details re RootAI and brief discussion with KK. | 0.10 | 25.00 |
| 02/08/22 | KK | Investigation<br>Receive/review client's draft of          supplemental interview summary.  Final edits/additions to summary, finalize same, prepare investigation update and forward completed summary to client, (cc LH).  Calls in attempts to reach the following subjects:<br><br>          , and          .  See witness contact log for details. Preliminary discussion/case introduction with          ; arrange for follow-up call at later date/time.  Contact with          ; subject declines to be interviewed.  Prepare draft witness correspondence and forward same to client for review/approval.  Receive approval for forwarding.  Finalize correspondence and forward same to          . | 2.20 | 550.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for          . | 0.10 | 25.00 |
| 02/09/22 | KK | Investigation<br>Prepare and forward communication to          .  Receive update from client re extension of CAC filing to 03/02/2022.  Follow-on communications with client re investigation activity.  Calls in attempts to reach the following subjects:<br><br>          and          . See witness contact log for details. | 0.70 | 175.00 |
| | LH | Investigation<br>Update from G.Potrepka re filing extension to 3/2/22. | 0.10 | NO CHARGE |
| 02/10/22 | KK | Investigation<br>With client, calls to          for scheduled follow-up; witness unavailable and     .  Communications with client re same. | 0.20 | 50.00 |
| 02/11/22 | KK | Investigation<br>Calls in attempts to reach          , and          .  See witness contact log for details.  Brief contact with          and arrange for follow-up call to determine subject's availability for call at later date/time.  Prepare update re same and forward to client. | 0.20 | 50.00 |
| 02/14/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br><br>          , and          .  See witness contact log for details.  Preliminary discussion/case introduction with          ; arrange for follow-up call at later date/time. | 0.50 | 125.00 |

L.R. Hodges & Associates, Ltd.                                                                    Page    3
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 02/15/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br><br>               , and      . See witness contact log for details<br>Conduct interview with      . Preliminary discussion/case introduction with      ; arrange for possible follow-up call at later date/time. | 0.80 | 200.00 |
| 02/16/22 | KK | Investigation<br>Supplemental review of client communications and available background information re       in preparation for scheduled interview with witness.  Calls in attempt to reach       for scheduled interview; witness unavailable (unable to LM).  Calls in attempt to reach       and      . See witness contact log for details.  Begin drafting consolidated investigation update.  Prepare correspondence to       and forward same, including operative complaint, to witness. | 1.20 | 300.00 |
| 02/17/22 | KK | Investigation<br>Calls in attempts to reach      , and      . See witness contact log for details.  Discussion with G.Potrepka re efforts to reach prospective CWs and results of other witness outreach, strategies/considerations re same, and also apprise re investigation costs with client to provide additional feedback and receive supplemental $2500 authorization. | 0.30 | 75.00 |
| 02/18/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br>     , and      . See witness contact log for details.  Continue and complete investigation update briefing.  Forward same to client, (cc LH). | 0.30 | 75.00 |
| | LH | Investigation<br>Receive and review investigation status update from KK to client. | 0.10 | 25.00 |
| 02/20/22 | KK | Investigation<br>Coordinating communications with client ahead of weekend outreach to prospective CWs.  Calls in attempts to contact the following subjects:      , and      . See witness contact log for details.  With G.Potrepka, participate in follow-up call with      . Post-call discussion with client re results of       follow-up interview. | 0.70 | 175.00 |
| 02/22/22 | KK | Investigation<br>Begin drafting summary of follow-up interview with client and      . With G.Potrepka, calls in attempts to reach      , and      . See witness contact log for details.  With client, participate in scheduled supplemental interview with      . Post-call discussion with client re       interview.  Brief communications with LH re status of outreach to prospective CWs. | 3.20 | 800.00 |
| | LH | Investigation<br>Communications from client and with KK re CW follow-up. | 0.10 | 25.00 |

L.R. Hodges & Associates, Ltd.                                                        Page    4
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 02/23/22 | KK | Investigation<br>Continue and complete drafting summary of supplemental interview with client and          .  Draft summary of supplemental interview with client and          .  Calls in attempt to reach                  , and                  .  See witness contact log for details.  Prepare and forward text messages to                  , and                  .  Receive reply from          .  Brief G.Potrepka re same.  Formulate reply and forward to client for review.  Receive approval for reply text and forward to            .  Prepare investigation update and forward (draft) summaries of supplemental interviews with          and          to client for review ahead of final distribution. | 3.30 | 825.00 |
| 02/24/22 | KK | Investigation<br>Communications with client re proposed text communications to            and          .  Prepare and forward text communications to            and          .  Receive replies from          and          with email addresses.  Follow-on communications with client re same.  Receive/review draft summaries of          and          interviews per client feedback re same.  Make final edits/additions to summaries.  Prepare investigation update and forward completed summaries of          and          supplemental interviews to client, (cc LH).  Briefing discussion with LH re investigation activity, client communications, follow-ups with prospective CWs, and pending filing of CAC. | 1.30 | 325.00 |
|  | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summaries for          and          . | 0.20 | 50.00 |
| 02/28/22 | KK | Investigation<br>Receive/review communications forwarded by client to          ,          , and          . | 0.10 | 25.00 |
|  |  |  | 25.30 | $6,300.00 |

### Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 24.60 | 250.00 | $6,150.00 |
| Lynne Hodges | 0.60 | 250.00 | $150.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

February 12, 2022

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation                    21-1214-43-APPH
Invoice #          26750
Billing Period:    01/01/22  -  01/31/22

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/22 | KK | Investigation<br>Continue and complete drafting summary of interview with          .<br>Calls in attempts to reach the following subjects:<br><br>                              , and              .  See witness contact log<br>for details. | 3.40 | 850.00 |
| 01/05/22 | KK | Investigation<br>Calls in attempts to reach                and          .  See witness contact<br>log for details.  Make edits/annotations and updates to DWL to reflect<br>results of witness contacts.  Finalize investigation update briefing and<br>forward same, including summary of interview with              and<br>client-copy of witness list, to client, cc LH. | 0.50 | 125.00 |
|  | LH | Investigation<br>Receive and review investigation status update from KK re ongoing<br>witness outreach and developments. | 0.10 | 25.00 |
| 01/06/22 | KK | Investigation<br>Provide update briefing to LH re investigation activity and client<br>communications. | 0.10 | 25.00 |
|  | LH | Investigation<br>Investigation status discussion with KK. | 0.10 | 25.00 |
| 01/09/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br><br>                              and          .  See<br>witness contact log for details. | 0.50 | 125.00 |
| 01/10/22 | KK | Investigation<br>Participate in scheduled case discussion with G.Potrepka and<br>        re case theories and investigation activity, client's assessment of witness<br>pool, investigative directives/areas of focus going forward, and also | 0.90 | 225.00 |

L.R. Hodges & Associates, Ltd.                                                                    Page    2
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | apprise re investigation costs to date ($7500), instructed to continue with investigation. | | |
| 01/12/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br><br>                                              , and                  .  See witness contact log for details.  Contact with                    (subject reveals ongoing consultancy with defendant company). | 0.50 | 125.00 |
| 01/14/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br>                and                  .  See witness contact log for details. | 0.20 | 50.00 |
| 01/18/22 | HL | Investigation<br>Discussion with KK re supplemental witness development.  Conduct dbase research using primary search terms.  Receive/review 58 responsive hits.  Review 58 profiles and download relevant responses. Forward relevant responses to KK for review. | 0.70 | 112.00 |
| | KK | Investigation<br>Communications with HL re options for supplemental witness development research. | 0.10 | 25.00 |
| 01/19/22 | HL | Investigation<br>Review prioritized witness leads from KK.  Incorporate seven prospective witnesses into DWL.  Preliminary dbase searches to locate seven prospective witnesses.  Begin process of confirming locate results. Cross directory searches to develop/affirm current telephone listings. Calls to numbers to confirm current/accurate.  Incorporate results into DWL2 and distribute to investigation team. | 1.00 | 160.00 |
| | KK | Investigation<br>Receive/review results from HL of supplemental witness development research.  Prioritize results therein for locate searches and inclusion in DWL.  Forward prioritized results to HL for follow-on research.  Calls in attempts to reach the following subjects:<br><br>                                              , and                  .  See witness contact log for details.  Receive/review DWL2 and update from HL re status of witness research. | 1.10 | 275.00 |
| 01/20/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:                                , and                  .  See witness contact log for details.  Conduct interview with                  .  Begin drafting summary of interview with          . | 2.90 | 725.00 |
| 01/21/22 | KK | Investigation<br>Continue and complete drafting summary of interview with                  . Prepare investigation update and forward same, along with summary of                  interview, to client, investigation team, and LH. | 1.20 | 300.00 |

L.R. Hodges & Associates, Ltd.                                                                          Page    3
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/21/22 | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for          . | 0.10 | 25.00 |
| 01/24/22 | KK | Investigation<br>Communications with client scheduling case discussion.  Participate in case discussion with G.Potrepka and             re continuing witness outreach, arranging callbacks with select witnesses and client, apprise re investigation costs (approx. $10,000) and receive additional $5000 authorization re same. | 0.30 | 75.00 |
| 01/25/22 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br><br>                              , and             .  See witness contact log for details.  Conduct interview with          .  Begin drafting summary of interview with          . | 3.70 | 925.00 |
| 01/26/22 | HL | Investigation<br>Receive newly identified witness lead from KK.  Cross-reference newly identified witness leads from KK against specialized dbases to develop additional relevant background details.  Review results.  Incorporate relevant details into DWL3.  Preliminary dbase searches to locate prospective witness          .  Begin process of confirming locate results.  Cross directory searches to develop/affirm current telephone listings.  Calls to numbers to confirm current/accurate.  Incorporate results into DWL3 and distribute to investigation team. | 0.70 | 112.00 |
|  | KK | Investigation<br>Continue drafting summary of interview with          .  Communications with client re subject          Facebook posts; review same and forward to HL for locate search. | 2.30 | 575.00 |
| 01/27/22 | KK | Investigation<br>Receive draft CW allegations and begin review of same, including reconciliation to investigation memoranda. | 1.20 | 300.00 |
| 01/28/22 | KK | Investigation<br>Follow-up call with             ; schedule call with witness and client for later date/time.  Calls in attempts to reach                    , and             .  See witness contact log for details.  Follow-up contacts with          and          ; schedule follow-up calls with subjects and client for later dates/times.  Final review of and edits/additions to summary of interview with          .  Prepare consolidated investigation update and forward same, including summary of interview with          , to client, (cc LH). | 2.70 | 675.00 |
|  | LH | Investigation<br>Receive and review investigation status update from KK, along with attached interview summary for          , and other witness contact and scheduling updates. | 0.10 | 25.00 |

L.R. Hodges & Associates, Ltd.                                                    Page   4
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/30/22 | KK | Investigation<br>Calls in attempts to reach           and           . See witness contact log for details. | 0.10 | 25.00 |
| 01/31/22 | KK | Investigation<br>Communications with client scheduling case discussion.  Participate in conference call re pending follow-ups with CWs, issues with subject           and pending follow-up, recent company developments re reduced number of new facilities, pending earnings release and client to request filing extension post-earnings release.  Receive/review earnings release. | 0.50 | 125.00 |
| | | | 25.00 | $6,034.00 |

Additional Charges :

| | |
|---|---|
| Specialized Databases/Internet | 137.50 |
| Total costs | $137.50 |
| Total amount of this bill | $6,171.50 |

### Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 22.20 | 250.00 | $5,550.00 |
| Lynne Hodges | 0.40 | 250.00 | $100.00 |
| Laura Hodges | 2.40 | 160.00 | $384.00 |

**L.R. Hodges & Associates, Ltd.**
**Carlsbad, California**
**Mail - P.O. Box 130128**
**Boston, MA 02113**
**760-448-1880**
**Tax ID 54-1720204**

January 8, 2022

Invoice submitted to:

Shannon Hopkins, Esq.
Levi & Korsinsky LLP
30 Broad Street, 24th Floor
New York, NY 10004

In Reference To: AppHarvest, Inc. Securities Litigation          21-1214-43-APPH
Invoice #          26728
Billing Period:     12/01/21  -  12/31/21

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 12/14/21 | JC | Investigation<br>Conduct dbase research and download 2Q21 and 3Q21 earnings transcripts.  Forward transcripts to KK. | 0.10 | 20.00 |
| | KK | Investigation<br>Receive new case assignment from G.Protepka and schedule case discussion.  Receive/review complaint, LP Order, and investigation memo forwarded by client.  Communications with JC re retrieving earnings cal transcripts.  Dbase/online research re defendant company, including media, employee reviews, and begin review of 2Q21 earnings call transcript. | 3.30 | 825.00 |
| 12/15/21 | HL | Investigation<br>Brief discussion with KK re case assignment and preliminary witness development objectives.  Receive request to identify/develop prospective witnesses.  Review complaint provided by KK to identify potential witness prospects. Incorporate defendants into DWL1.  Research and assess potential witness pool.  Discuss findings with KK.  Conduct dbase research using primary search terms.  Receive/review 55 responsive hits.  Review 55 profiles and download relevant responses.  Forward relevant responses to KK for review.  Receive prioritized witness leads from KK.  Incorporate 18 prospective witnesses into DWL.  Preliminary dbase searches to locate 16 prospective witnesses.  Begin process of confirming locate results.  Cross directory searches to develop/affirm current telephone listings.  Calls to numbers to confirm current/accurate. Incorporate results into DWL1. | 4.60 | 736.00 |
| | KK | Investigation<br>Participate in scheduled case discussion with client re case background and theories, procedural administrative status (scheduling conference pending for early January 2022 and possible 60 to 75 days LTA), investigation authorization ($10,000 with additional $5,000 authorizations to be considered thereafter), initiating witness development and outreach.  Discussion with HL re case assignment, company background and case issues, and initiating witness development research.  Prepare | 2.80 | 700.00 |

L.R. Hodges & Associates, Ltd.                                                                Page   2
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | new case assignment memo and forward same to LH and LRH&A office administration.  Receive/review results from HL of witness development research.  Prioritize results therein for locate searches and inclusion in DWL.  Forward prioritized results to HL for follow-on research.  Continue/complete review of 2Q21 earnings call transcript. | | |
| 12/15/21 | LH | Investigation<br>Receive and review new case assignment memo and complaint. | 0.20 | 50.00 |
| 12/16/21 | HL | Investigation<br>Receive prioritized witness leads from KK.  Incorporate 18 prospective witnesses into DWL.  Preliminary dbase searches to locate 18 prospective witnesses.  Begin process of confirming locate results.  Cross directory searches to develop/affirm current telephone listings.  Calls to numbers to confirm current/accurate.  Incorporate results into DWL1. | 2.70 | 432.00 |
| | KK | Investigation<br>Receive/review DWL1 and update from HL re status of witness development research.  Review 3Q21 earnings call transcript.  Prepare timeline and outline, incorporating client guidance into same. | 1.30 | 325.00 |
| 12/21/21 | KK | Investigation<br>Supplemental review of case materials in preparation for making witness calls.  Calls in attempts to reach the following subjects:<br><br>_____ , and _____ .  See witness contact log for details.  Begin interview with _____ ; (follow-on call and LM due to dropped connection).  Conduct interview with _____ . | 1.60 | 400.00 |
| 12/23/21 | KK | Investigation<br>Begin drafting consolidated investigation update of various witness contacts/interviews. | 1.20 | 300.00 |
| 12/27/21 | KK | Investigation<br>Continue drafting consolidated investigation update.  Calls in attempts to reach the following subjects: _____ ,<br><br>_____ , and _____ .  See witness contact log for details.  Contact with spouse of _____ , who declines on behalf of subject. | 1.80 | 450.00 |
| 12/28/21 | KK | Investigation<br>Calls in attempts to reach the following subjects:<br><br>_____ , and _____ .  See witness contact log for details.  Preliminary discussion/case introduction with _____ ; arrange for follow-up contact at later date/time. | 0.90 | 225.00 |
| 12/29/21 | KK | Investigation<br>Calls in attempts to reach the following subjects: _____ , and _____ .  See witness contact log for details.  Conduct interview with _____ . | 0.80 | 200.00 |

L.R. Hodges & Associates, Ltd.                                              Page   3
AppHarvest, Inc. Securities Litigation

| Date | Init. | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/30/21 | KK | Investigation<br>Preliminary discussion/case introduction with          ; arrange for<br>follow-up with witness at later date/time.  Begin drafting summary of<br>interview with          . | 1.30 | 325.00 |
| | | | 22.60 | $4,988.00 |

Additional Charges :

Specialized Databases/Internet                                                    1,301.30

Total costs                                                                      $1,301.30

Total amount of this bill                                                        $6,289.30

### Investigator Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Ken Keatly | 15.00 | 250.00 | $3,750.00 |
| Lynne Hodges | 0.20 | 250.00 | $50.00 |
| Jackie Cahill | 0.10 | 200.00 | $20.00 |
| Laura Hodges | 7.30 | 160.00 | $1,168.00 |