**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 1:21-cv-07985-LJL |

### LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS

**PLEASE TAKE NOTICE** that Lead Plaintiff, on behalf of himself and all members of the Settlement Class, hereby respectfully moves this Court for an Order granting this Motion for Distribution of Settlement Funds.

**PLEASE TAKE FURTHER NOTICE** that this motion is based upon the accompanying memorandum of law, Declaration of Gregory M. Potrepka in Support of Lead Plaintiff's Motion for Distribution of Settlement Funds and the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court in connection with this motion. A proposed order is being filed herewith.

Dated: April 1, 2025

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Gregory M. Potrepka*
Gregory M. Potrepka (GP-1275)
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
shopkins@zlk.com
gpotrepka@zlk.com

*Attorneys for Plaintiff Alan Narzissenfeld*