**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re AppHarvest Securities Litigation | Case No. 1:21-cv-07985-LJL |

**DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS**

I, Gregory M. Potrepka, Esq., pursuant to 28 U.S.C. §1746, declare as follows:

1.  I am over the age of eighteen and duly admitted to practice in Connecticut, New York, and before this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon, I could and would testify completely thereto. I am a Partner at the law firm of Levi & Korsinsky, LLP, counsel of record for Lead Plaintiff Alan Narzissenfeld ("Lead Plaintiff"), in the above-captioned securities class action (the "Action"). I respectfully submit this Declaration in further support of Lead Plaintiff's Motion for Distribution of Settlement Funds ("Motion").

2.  I have personally participated in, overseen, and monitored the prosecution of this Action, and have otherwise been kept informed of developments in this litigation by attorneys working with me and under my supervision. Thus, if called upon, I can testify to the matters set forth herein.

3.  Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Josephine Bravata dated April 1, 2025.

4.  Attached hereto as Exhibit 2 is a true and correct copy of a Class Distribution Order entered in *Pompano Beach Police and Firefighters Ret. Sys. v. Olo Inc. et al.*, ECF No. 135, Case No. 1:22-cv-08228-JSR (S.D.N.Y. Mar. 19, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2025

*/s/ Gregory M. Potrepka*
Gregory M. Potrepka